**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x
In re:                                                         :    Chapter 11
                                                               :
IMERYS TALC AMERICA, INC., *et al.*,[1]                        :    Case No. 19-10289 (LSS)
                                                               :
        Debtors.       :    (Joint Administration Requested)
                                                               :
------------------------------------------------------------- x

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS
AND RELATED DOCUMENTS AND (II) HEARING ON FIRST DAY
MOTIONS SCHEDULED FOR FEBRUARY 14, 2019 AT 2:00 P.M. (ET)**

PLEASE TAKE NOTICE that on February 13, 2019, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**").

PLEASE TAKE FURTHER NOTICE that in addition to filing the voluntary petitions, the Debtors filed the following first day motions and related documents (collectively, the "**First Day Motions**"):[2]

A.     Declaration of Alexandra Picard, Chief Financial Officer of the Debtors in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 10 - filed February 13, 2019]

B.     First Day Motions:

    1.     Debtors' Motion for Order Under Fed. R. Bankr. P. 1015 and Del. Bankr. L.R. 1015-1 Authorizing Joint Administration of Chapter 11 Cases [Docket No. 2 - filed February 13, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] The First Day Motions and other pleadings referenced herein are available online at the following address: https://cases.primeclerk.com/imerystalc.

2. Debtors' Motion for Order Pursuant to 11 U.S.C. § 1505 Authorizing Imerys Talc Canada Inc. to Act as Foreign Representative [Docket No. 6 - filed February 13, 2019]

3. Debtors' Motion for Order Under 11 U.S.C. § 105 Enforcing the Protections of 11 U.S.C. §§ 362, 365, 525, and 541(c) [Docket No. 16 - filed February 13, 2019]

4. Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent [Docket No. 14 - filed February 13, 2019]

5. Debtors' Motion for Orders Under 11 U.S.C. §§ 105(a), 345, 363, 503(b), and 507(a), Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 2015-2 (I) Authorizing Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, (II) Authorizing Continuation of Existing Deposit Practices, (III) Approving the Continuation of Intercompany Transactions, and (IV) Granting Superpriority Administrative Expense Status to Certain Postpetition Intercompany Claims [Docket No. 11 - filed February 13, 2019]

6. Debtors' Motion for Orders Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment [Docket No. 13 - filed February 13, 2019]

7. Debtors' Motion for Order (I) Authorizing the Filing of (A) a Consolidated Master List of Creditors, (B) a Consolidated List of the Top Thirty Law Firms Representing Talc Claimants, and (C) a Consolidated List of Creditors Holding the Thirty Largest Unsecured Claims, and (II) Approving Certain Notice Procedures for Talc Claimants [Docket No. 5 - filed February 13, 2019]

8. Debtors' Motion for Orders Under 11 U.S.C. §§ 105(a), 363(b), 1107(a), and 1108 and Fed. R. Bankr. P. 6003 (I) Authorizing Payment of Prepetition Claims of Critical Vendors; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief [Docket No. 7 - filed February 13, 2019]

9. Debtors' Motion for Orders Under 11 U.S.C. §§ 105(a), 363(b), 1107(a), and Fed. R. Bankr. P. 6003 (I) Authorizing Payment of Prepetition Claims of Foreign Vendors; (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers; and (III) Granting Related Relief [Docket No. 15 - filed February 13, 2019]

10. Debtors' Motion for Orders Under 11 U.S.C. §§ 105(a), 363(b), 503(b), 541, 1107(a), and 1108 and Fed. R. Bankr. P. 6003 (I) Authorizing Debtors to Pay Certain Prepetition Claims of Shippers, Lien Claimants, Royalty Interest Owners, and 503(b)(9) Claimants, (II) Confirming Administrative Expense Priority of Undisputed and Outstanding Prepetition Orders, and (III) Granting Related Relief [Docket No. 4 - filed February 13, 2019]

11. Debtors' Motion for Entry of Orders Under 11 U.S.C. §§ 105(a), 362(d), 363(b), 363(c), 506(a), 507(a), 541, 553, 1107(a), and 1108 and Fed. R. Bankr. P. 6003 (I) Authorizing Payment of Certain Prepetition Workforce Obligations, Including Compensation, Expense Reimbursements, Benefits, and Related Obligations, (II) Confirming Right to Continue Workforce Programs on Postpetition Basis, (III) Authorizing Payment of Withholding and Payroll-Related Taxes, (IV) Authorizing Payment of Prepetition Claims Owing to Administrators of, or Third Party Providers Under, Workforce Programs, and (V) Authorizing Banks to Honor Prepetition Checks and Fund Transfers for Authorized Payments [Docket No. 9 - filed February 13, 2019]

12. Debtors' Motion for Orders Under 11 U.S.C. §§ 105(a), 363(b), 506(a), 507(a)(8), and 541 and Fed. R. Bankr. P. 6003 Authorizing Payment of Prepetition Taxes and Fees [Docket No. 8 - filed February 13, 2019]

13. Debtors' Motion for Orders Under 11 U.S.C. §§ 105(a), 363(b), 363(c), 506(a), and 553 and Fed. R. Bankr. P. 6003 and 6004 Authorizing (I) the Debtors to Honor Prepetition Obligations to Customers and to Otherwise Continue Customer Programs and (II) Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 12 - filed February 13, 2019]

14. Debtors' Motion for Order Under 11 U.S.C. §§ 105(a), 362(d), 363(b), and 503(b) Authorizing Debtors to (I) Pay Their Prepetition Insurance Obligations, (II) Pay Their Prepetition Bonding Obligations, (III) Maintain Their Postpetition Insurance Coverage, and (IV) Maintain Their Bonding Program [Docket No. 3 - filed February 13, 2019]

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the First Day Motions is scheduled for **February 14, 2019 at 2:00 p.m. (Eastern Time)** before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

RLF1 20767640v.1

PLEASE TAKE FURTHER NOTICE that objections, if any, to the First Day Motions may be made at the First Day Hearing.

| | |
|---|---|
| Dated: February 13, 2019<br>Wilmington, Delaware | /s/ Michael J. Merchant |

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
    merchant@rlf.com
    steele@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (*pro hac vice* admission pending)
Helena G. Tseregounis (*pro hac vice* admission pending)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
    helena.tseregounis@lw.com

- and -

Richard A. Levy (*pro hac vice* admission pending)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

- and -

5

        George A. Davis (*pro hac vice* admission pending)
        Keith A. Simon (*pro hac vice* admission pending)
        Annemarie V. Reilly (*pro hac vice* admission pending)
        885 Third Avenue
        New York, New York 10022
        Telephone:  (212) 906-1200
        Facsimile:  (212) 751-4864
        E-mail:  george.davis@lw.com
                keith.simon@lw.com
                annemarie.reilly@lw.com

        *Proposed Counsel for Debtors and Debtors-in-Possession*

5

RLF1 20767640v.1