**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>IMERYS TALC AMERICAN, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 19 - 10289 (LSS)<br>(Jointly Administered)<br><br>NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF TORT CLAIMANTS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Official Committee of Tort Claimants in connection with the above-captioned cases:

1. **Robin Alander**, c/o W. Mark Lanier, Esq. and Maura Kolb, Esq., 10940 West Sam Houston Pkwy N Suite 100, Houston, TX 77064; phone: 713-659-5200; fax: 713-659-2204; wml@lanierlawfirm.com; Maura.kolb@lanierlawfirm.com.

2. **Donna M. Arvelo**, c/o Audrey Raphael, Esq., Levy Konigsberg LLP, 800 Third Ave., 11th Floor, NY, NY 10022; phone: 212-605-6206; fax: 212-605-6290; ARaphael@LevyLaw.com.

3. **Christine Birch**, c/o Wendy M. Julian, Esq., Gori Julian & Assocs, P.C., 156 N. Main Street, Edwardsville, IL 62025, Phone: 618-659-9833, Fax: 618-659-9834; randy@gorijulianlaw.com.

4. **Bessie Dorsey-Davis**, c/o Amanda Klevorn, Esq., Burns Charest LLP, 365 Canal Street, Suite 1170; New Orleans, LA 70130; phone: 504-799-2845; fax: 504-881-1765; aklevorn@burnscharest.com.

5. **Lloyd Fadem**, as representative of the estate of Margaret Ferrell, c/o Steve Baron, Esq., Baron & Budd, P.C., 3102 Oak Lawn Ave., Ste 1100, Dallas, TX 75219; phone: 214-521-3605; fax: 214-520-1181; sbaron@baronbudd.com.

6. **Timothy R. Faltus**, as representative of the estate of Shari C. Faltus, c/o James G. Onder, Esq., OnderLaw, LLC, 110 E. Lockwood, 2d Floor, St. Louis, MO 63119, Phone: 314-963-9000; fax: 314-963-1700; Onder@onderlaw.com.

7. **Deborah Giannecchini**, c/o Ted G. Meadows, Esq., Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., P.O. Box 4160, Montgomery, AL 36103; phone: 334-269-2342; fax: 334-954-7555; Ted.Meadows@beasleyallen.com.

8. **Kayla Martinez**, c/o Leah Kagan, Esq., Simon Greenstone Panatier, P.C., 1201 Elm Street, Suite 3400, Dallas, Texas 75270; Phone: 214-276-7680; Fax: 214-276-7699; lkagan@sgptrial.com.

9. **Lynne Martz**, c/o Ashcraft & Gerel, LLP, 1825 K Street, NW, Suite 700, Washington, D.C. 20006; phone: 202-783-6400; fax: 202-416-6392; mparfitt@ashcraftlaw.com.

10. **Nicole Matteo**, c/o Christopher Placitella, Esq., 127 Maple Ave., Red Bank, N.J. 07701; phone: 732-747-9003; fax: 732-747-9004; cplacitella@cprlaw.com.

11. **Charvette Monroe**, as representative of the estate of Margie Evans, c/o John R. Bevis, Esq., 31 Atlanta Street, Marietta, GA 30060; phone: 770-227-6755; fax: 770-227-6373; bevis@barneslawgroup.com.

        ANDREW R. VARA
        Acting United States Trustee, Region 3


        /s/  *Linda Richenderfer for*
        T. PATRICK TINKER
        ASSISTANT UNITED STATES TRUSTEE

DATED: March 5, 2019

Attorney assigned to this Case: Linda Richenderfer and Juliet Sarkessian, Phone: (302) 573-6491, Fax: (302) 573-6497

Debtors' Counsel:   Mark D. Collins, Richards, Layton & Finger, P.A., Phone: 302-651-7700, Fax: 302-651-7701; Jeffrey E. Bjork, Latham & Watkins LLP, Phone: 213-485-1234, Fax: 213-891-8763