**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
IMERYS TALC AMERICA, INC., *et al.*,[1]             :    Case No. 19-10289 (LSS)
                                                    :
                         Debtors.                   :    (Jointly Administered)
                                                    :
---------------------------------------------------------- x

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 8, 2019 AT 10:00 A.M. (EST)[3]**

**I.    CONTESTED MATTER GOING FORWARD:**

1.  Emergency Motion for (I) Interim and Final Orders Granting Relief from the Automatic Stay Under Bankruptcy Code § 362(d) to Use Insurance Coverage Under Cyprus Historical Policies or, in the Alternative, (II) Adequate Protection Under Bankruptcy Code §§ 361 and 363(e) [Docket No. 104 - filed February 28, 2019]

    <u>Objection/Response Deadline</u>:    March 7, 2019 at 1:00 p.m. (EST)

    <u>Objection / Responses Received</u>:

    A.  Objection of the Official Committee of Tort Claimants to Cyprus Mines Corporation's and Cyprus Amax Minerals Company's Emergency Motion for (I) Interim and Final Orders Granting Relief from the Automatic Stay Under Bankruptcy Code § 362(d) to Use Insurance Coverage Under Cyprus Historical Policies or, in the Alternative, (II) Adequate Protection Under Bankruptcy Code §§ 361 and 363(e) [Docket No. 148 - filed March 7, 2019]

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2]    **Amended items appear in bold.**

[3]    The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the March 8, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

B. Debtors' Objection to Emergency Motion for (I) Interim and Final Orders Granting Relief from the Automatic Stay Under Bankruptcy Code § 362(d) to Use Insurance Coverage Under Cyprus Historical Policies or, in the Alternative, (II) Adequate Protection Under Bankruptcy Code §§ 361 and 363(e) [Docket No. 149 - filed March 7, 2019]

C. Objection of Theresa Leavitt to Emergency Motion for (I) Interim and Final Orders Granting Relief from the Automatic Stay Under Bankruptcy Code § 362(d) to Use Insurance Coverage Under Cyprus Historical Policies or, in the Alternative, (II) Adequate Protection Under Bankruptcy Code §§ 361 and 363(e) [Docket No. 151 - filed March 7, 2019]

D. **Joinder of the Proposed Legal Representative for Future Talc Personal Injury Claimants to the Committee's Motion to Continue the Hearing and Opposition to the Emergency Motion of Cyprus Mines Corporation and Cyprus Amax Minerals [Docket No. 159 – filed March 7, 2019]**

E. **Objection of Certain Excess Insurers [Docket No. 163 – filed March 7, 2019]**

Related Documents:

i. Declaration of Matthew O. Talmo in Support of Emergency Motion for (I) Interim and Final Orders Granting Relief from the Automatic Stay Under Bankruptcy Code § 362(d) to Use Insurance Coverage Under Cyprus Historical Policies or, in the Alternative, (II) Adequate Protection Under Bankruptcy Code §§ 361 and 363(e) [Docket No. 105 - filed February 28, 2019]

ii. Order Shortening Notice of Emergency Motion for (I) Interim and Final Orders Granting Relief from the Automatic Stay Under Bankruptcy Code § 362(d) to Use Insurance Coverage Under Cyprus Historical Policies or, in the Alternative, (II) Adequate Protection Under Bankruptcy Code §§ 361 and 363(e) [Docket No. 119 – entered March 4, 2019]

iii. Notice of Hearing Regarding Emergency Motion for (I) Interim and Final Orders Granting Relief from the Automatic Stay Under Bankruptcy Code § 362(d) to Use Insurance Coverage Under Cyprus Historical Policies or, in the Alternative, (II) Adequate Protection Under Bankruptcy Code §§ 361 and 363(e) [Docket No. 120 – filed March 4, 2019]

Status:  The hearing on this matter is going forward.

II. **ADDITIONAL MATTER REQUESTED TO GO FORWARD**:

2. Amended Emergency Motion of the Official Committee of Tort Claimants to Continue the Hearing on Cyprus Mines Corporation and Cyprus Amax Minerals

Company's Emergency Motion for (I) Interim and Final Orders Granting Relief From the Automatic Stay Under Bankruptcy Code § 362(d) to Use Insurance Coverage Under Cyprus Historical Policies or, in the Alternative, (II) Adequate Protection Under Bankruptcy Code §§ 361 and 363(e) [Docket No. 150 – filed March 7, 2019]

<u>Objection/Response Deadline</u>:     To be determined.

<u>Objection / Responses Received</u>:     None at this time.

<u>Related Documents</u>:

i.  Motion to Shorten Notice of Amended Emergency Motion of the Official Committee of Tort Claimants to Continue the Hearing on Cyprus Mines Corporation and Cyprus Amax Minerals Company's Emergency Motion for (I) Interim and Final Orders Granting Relief From the Automatic Stay Under Bankruptcy Code § 362(d) to Use Insurance Coverage Under Cyprus Historical Policies or, in the Alternative, (II) Adequate Protection Under Bankruptcy Code §§ 361 and 363(e) [Docket No. 147 – filed March 7, 2019]

ii. **Joinder of the Proposed Legal Representative for Future Talc Personal Injury Claimants to the Committee's Motion to Continue the Hearing and Opposition to the Emergency Motion of Cyprus Mines Corporation and Cyprus Amax Minerals [Docket No. 159 – filed March 7, 2019]** *(Document located under tab 1.D.)*

<u>Status</u>:  Pending approval from the Court, the hearing on this matter is going forward.

Dated: March 8, 2019
      Wilmington, Delaware

*/s/ Michael J. Merchant*

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
        merchant@rlf.com
        steele@rlf.com
        haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
        helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

- and -

George A. Davis (admitted *pro hac vice*)
Keith A. Simon (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: george.davis@lw.com
        keith.simon@lw.com

*Proposed Counsel for Debtors and Debtors-in-Possession*

RLF1 20921814v.1