# SIGN-IN SHEET

**CASE NAME:** Imerys Talc America, Inc.   **COURTROOM NO.:** 2

**CASE NO.** 19-10289 LSS   **DATE:** 3/8/19

PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Natalie Ramsey | Robinson & Cole, LLP | Official Comm. of Tort Claimants |
| Michael Enright | " | " |
| Robert Dehn | MNAT | Company Memos |
| Chris Mishet | Lawson | " |
| Paul Hugh | Jones E/Kus | " |
| Amy Quartarolo | Latham | Debtors |
| Jason Frye | Neal Gerber | " |
| Angela Elbert | " | " |
| Michael Merchant | Richards Layton | " |
| Marcos Ramos | " | " |
| Robert Brady | Young Conaway | Proposed FCR |
| Sharon Zieg | " | " |
| Juliet Sarkessian | U.S. Trustee | |
| William Sullivan | Sullivan Hazeltine | Theresa Leavitt |
| JEFFREY WAXMAN | MORRIS JAMES | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Laurie Selber Silverstein**
**#2**

Calendar Date: 03/08/2019
Calendar Time: 10:00 AM ET

Amended Calendar  Mar 8 2019 6:50AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Imerys Talc America, Inc. | 19-10289 | Hearing | 9653551 | Jeff Bjork | (213) 485-1234 ext. | Latham & Watkins LLP | Interested Party, Latham & Watkins LLP / LISTEN ONLY |
| | | Imerys Talc America, Inc. | 19-10289 | Hearing | 9653668 | Andrew K. Craig | (973) 966-3210 ext. | Windels Marx Lane & Mittendorf LLP (New Jersey) | Interested Party, Allstate Insurance Company / LISTEN ONLY |
| | | Imerys Talc America, Inc. | 19-10289 | Hearing | 9655300 | Matthew Diaz | (212) 499-3611 ext. | FTI Consulting, Inc. | Interested Party, FTI Consulting / LISTEN ONLY |
| | | Imerys Talc America, Inc. | 19-10289 | Hearing | 9644599 | Debra L. Felder | (202) 339-8567 ext. | Orrick, Herrington & Sutcliffe LLP | Interested Party, Orrick, Herrington & Sutcliffe LLP / LISTEN ONLY |
| | | Imerys Talc America, Inc. | 19-10289 | Hearing | 9650394 | Kellie Fisher | (617) 856-8523 ext. | Brown Rudnick LLP | Interested Party, Brown Rudnick LLP / LISTEN ONLY |
| | | Imerys Talc America, Inc. | 19-10289 | Hearing | 9653531 | Daniel I Forman | (212) 728-8196 ext. | Willkie Farr & Gallagher LLP | Interested Party, Willkie Farr & Gallagher LLP / LISTEN ONLY |
| | | Imerys Talc America, Inc. | 19-10289 | Hearing | 9655392 | Daniel Gill | (703) 341-3837 ext. | Bloomberg Law | Media, Bloomberg Law - PRESS / LISTEN ONLY |
| | | Imerys Talc America, Inc. | 19-10289 | Hearing | 9646564 | Katherine Grissel | (214) 220-7996 ext. | Vinson & Elkins LLP | Creditor, Cyprus Entities / LIVE |
| | | Imerys Talc America, Inc. | 19-10289 | Hearing | 9653482 | Shawn P Hansen | (213) 891-8520 ext. | Latham & Watkins LLP | Debtor, Imerys Talc America, Inc. / LISTEN ONLY |
| | | Imerys Talc America, Inc. | 19-10289 | Hearing | 9655308 | Brett M. Haywood | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Imerys Talc America, Inc. / LISTEN ONLY |
| | | Imerys Talc America, Inc. | 19-10289 | Hearing | 9654170 | Patrick J. Holohan | (646) 412-5336 ext. | Debtwire | Interested Party, Patrick Holohan / LIVE |
| | | Imerys Talc America, Inc. | 19-10289 | Hearing | 9651651 | Karen L. Karavatos | (949) 720-1288 ext. | Robinson Calcagnie Inc. | Plaintiff(s), Trent, Jara, Edwards, and many other personal injury Plaintiffs / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Imerys Talc America, Inc. | 19-10289 | Hearing | 9654541 | Lance Kravitz | (646) 762-8591 ext. | Antara Capital LP | Interested Party, Antara Capital LP / LISTEN ONLY |
| Imerys Talc America, Inc. | 19-10289 | Hearing | 9655317 | Benjamin S. Lippard | (202) 639-6640 ext. | Vinson & Elkins LLP | Interested Party, Cyprus Mines Corporation, et al / LISTEN ONLY |
| Imerys Talc America, Inc. | 19-10289 | Hearing | 9654838 | Matthew C. Lovell | (415) 745-3770 ext. | Nicolaides Fink Thorpe Michealides Sullivan LLP | Representing, Columbia Casualty Co. / LIVE |
| Imerys Talc America, Inc. | 19-10289 | Hearing | 9655390 | Patrick C. Maxcy | (312) 876-2810 ext. | Dentons US LLP | Interested Party, Patrick C. Maxcy / LIVE |
| Imerys Talc America, Inc. | 19-10289 | Hearing | 9644612 | Laura Metzger | (212) 506-5149 ext. | Orrick, Herrington & Sutcliffe LLP | Interested Party, Johnson & Johnson / LISTEN ONLY |
| Imerys Talc America, Inc. | 19-10289 | Hearing | 9655394 | Todd E Phillips | (202) 862-7810 ext. | Caplin & Drysdale, Chartered | Interested Party, Todd E. Phillips / LISTEN ONLY |
| Imerys Talc America, Inc. | 19-10289 | Hearing | 9653520 | Kimberly Posin | (213) 891-7322 ext. | Latham & Watkins LLP | Debtor, Imerys Talc America, Inc. / LISTEN ONLY |
| Imerys Talc America, Inc. | 19-10289 | Hearing | 9647166 | Paul M. Singer | (412) 288-3114 ext. | Reed Smith LLP | Creditor, Rio Tinto Materials / LIVE |
| Imerys Talc America, Inc. | 19-10289 | Hearing | 9650306 | Helena Tseregounis | (213) 891-7698 ext. | Latham & Watkins LLP | Debtor, Imerys Talc America, Inc. / LISTEN ONLY |
| Imerys Talc America, Inc. | 19-10289 | Hearing | 9655302 | Ryan Van Meter | (213) 891-8520 ext. | Imerys Talc America, Inc. | Debtor, Imerys Talc America, Inc. / LISTEN ONLY |
| Imerys Talc America, Inc. | 19-10289 | Hearing | 9655056 | Tacie Yoon | (202) 624-2557 ext. | Crowell & Moring LLP | Interested Party, Zurich Insurance Company & Central national Insurance Company / LISTEN ONLY |
| Imerys Talc America, Inc. | 19-10289 | Hearing | 9644111 | Scott A. Zuber | (973) 530-2046 ext. | Chiesa Shahinian & Giantomasi, PC | Creditor, Aspen American Insurance Company / LIVE |