**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                          :    Chapter 11
                                                :
IMERYS TALC AMERICA, INC., *et al.*,[1]         :    Case No. 19-10289 (LSS)
                                                :
        Debtors.                             :    (Jointly Administered)
                                                :
                                                :    **Re: Docket No. 98**
---------------------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF ELIZABETH HANKE IN SUPPORT OF**
**DEBTORS' APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 327(a)**
**AND 328(a), FED. R. BANKR. P. 2014, AND DEL. BANKR. L.R. 2014-1, 2016-1,**
**AND 2016-2 AUTHORIZING THE EMPLOYMENT AND RETENTION OF**
**KCIC, LLC AS AN INSURANCE AND VALUATION CONSULTANT**
***NUNC PRO TUNC* TO THE PETITION DATE**

     I, Elizabeth Hanke, being duly sworn, deposes and says:

     1.    I am a Vice President of KCIC, LLC ("**KCIC**"), a management consulting and technology firm. I am duly authorized to submit this supplemental declaration on behalf of KCIC (the "**Supplemental Declaration**") in support of the application (the "**Application**")[2] of the Debtors for entry of an order, under sections 327(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Rules 2014-1, 2016-1, and 2016-2, authorizing the retention and employment of KCIC as an insurance and valuation consultant *nunc pro tunc* to the Petition Date [Docket No. 98] and to provide additional information supplementing the *Declaration of Elizabeth Hanke in Support of Debtors' Application for Order Under 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014, and Del. Bankr. L.R. 2014-1, 2016-1, and 2016-2 Authorizing the Employment and Retention of KCIC, LLC as an Insurance and Valuation Consultant* Nunc Pro Tunc *to the Petition Date* [Docket No. 98-3] (the "**Initial Hanke Declaration**").

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2]     Capitalized terms used but not otherwise defined herein shall have the same meanings as in the Application or the Initial Hanke Declaration, as applicable.

US-DOCS\106577899.1

2. Except as otherwise indicated, all facts set forth in this Supplemental Declaration are based upon my personal knowledge, information supplied to me by other KCIC professionals, or learned from my review of relevant documents.  To the extent any information disclosed herein requires amendment or modification as additional party in interest information becomes available to KCIC, KCIC will supplement this Supplemental Declaration, as necessary, with additional information or disclosures.

3. As discussed in the Application, KCIC was retained by Neal, Gerber & Eisenberg LLP ("**NGE**") upon the terms and conditions contained in the engagement letter, dated as of July 23, 2018 (the "**NGE Engagement Letter**").[3]  KCIC was retained by NGE to provide services for the sole benefit of the Debtors.  As of March 12, 2019 the NGE Engagement Letter was terminated and KCIC was retained directly by the Debtors upon the terms and conditions contained in the engagement letter, dated as of March 12, 2019 (the "**Engagement Letter**").  A copy of the Engagement Letter is attached hereto as Appendix 1.  KCIC is now retained by the Debtors, and will continue to provide the Debtors with insurance consulting services, under the supervision of NGE.

---

[3] A copy of the NGE Engagement Letter is attached as Exhibit C to the Application.

I certify under penalty of perjury under the laws of the United States that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

*/s/ Elizabeth Hanke*
Elizabeth Hanke
KCIC, LLC

Dated: March 14, 2019

## **Appendix 1**

Engagement Letter

US-DOCS\106577899.1

March 12, 2019

Ryan VanMeter
Vice President & General Counsel - North America
Imerys Talc America, Inc.
100 Mansell Court East, Suite. 300
Roswell, Georgia
30076

Re: KCIC Retainer Agreement

Dear Ryan:

This letter agreement (the "Retainer Agreement") confirms that Imerys Talc America, Inc. ("Imerys") has retained KCIC, LLC ("KCIC"), onto assist in connection with insurance-related services. The Retainer Agreement describes the scope and nature of the services to be provided by KCIC, as well as the method and basis on which KCIC's fees and related expenses will be paid. Effective as of the date of this Agreement, Imerys and KCIC agree that the prior retainer agreement between KCIC and Neal, Gerber & Eisenberg LLP ("NGE"), dated as of July 23, 2018 is hereby terminated. Accordingly, Imerys and KCIC (collectively, the "Parties") agree as follows:

  1. Scope of Services. KCIC will provide insurance consulting services under the supervision of and/or at the direction of coverage counsel, NGE to assist Imerys. All work performed under this Retainer Agreement will be performed by KCIC or under the direction of KCIC. KCIC will exercise independent professional judgment in accordance with the highest professional standards. While KCIC often works closely with and assists lawyers and legal counsel, KCIC cannot and will not provide legal advice of any type on this or any matter.

  2. Fees and Expenses. KCIC will be compensated directly by Imerys at its hourly rates, as detailed on Attachment A, subject to separately agreed budgets. KCIC shall submit its invoices directly to Imerys with a copy sent to NGE. Elizabeth Hanke, Vice-President will be in charge of this matter. She will be assisted by other KCIC personnel as required. The hourly rates at KCIC, as detailed on Attachment A, are subject to change from time to time. The fees will be charged in tenth of an hour increments on a daily basis, and the narratives shall reasonably indicate the nature of the activity performed.

  In addition to the fees described above, KCIC will be reimbursed for all expenses incurred in connection with providing the services described in Section 1.

If this Retainer Agreement is terminated, KCIC will be compensated by Imerys for all fees earned and expenses incurred through the date of termination.

3. <u>Confidentiality.</u> Because KCIC is being retained to assist NGE, in their legal representation of Imerys, and Imerys in connection with insurance-related services, KCIC will respect the confidentiality that safeguards the relationship between this law firm and its client. KCIC agrees to keep confidential all information obtained by KCIC in connection with the services provided under this Retainer Agreement. KCIC will not disclose any such information to any third party unless instructed otherwise by NGE or Imerys or compelled by operation of law. The Parties agree that information protected by the attorney client privilege, work product doctrine, or other protection shall remain protected and shall not be deemed waived by disclosure to KCIC in the scope of its retention by Imerys.

4. <u>Expert Witness.</u> Imerys does not expect to call any member of KCIC as a witness at any deposition or trial. Should this change, however, it is expected that the person(s) substantially responsible for the work performed by KCIC on behalf of Imerys will be available to be deposed or testify. It is specifically agreed that a member of KCIC would present any expert testimony regarding the issues covered by KCIC analysis personally. Of course, should it be determined that a KCIC employee will testify as an expert witness, he or she will be expected to do so completely and without reservation as to all facts considered by KCIC in arriving at its professional conclusions. Under no circumstances will the confidentiality obligation described in Section 3 restrict, limit, or otherwise restrain KCIC from providing complete testimony at trial in response to relevant direct or cross-examination questions from counsel or the court, but subject to the limitations of any applicable legal privileges.

5. <u>Arbitration; Governing Law.</u> In the unlikely event of any dispute concerning this Retainer Agreement, such dispute shall be determined by binding arbitration under the Commercial Arbitration Rules of the American Arbitration Association by one arbitrator appointed in accordance with said Rules. Any such arbitration shall be held in the District of Columbia, unless the parties agree on some other location. The arbitrator shall have the discretion to order that the costs of arbitration, including attorneys' fees and reasonable costs, shall be borne by the losing party. All information concerning the fact, substance or result of any such arbitration shall remain confidential and not be disclosed except to the extent necessary to enforce the arbitration award or as otherwise required by law.

Any disputes regarding this Retainer Agreement shall be governed by the laws of the District of Columbia, without regard to its choice of law provisions.

6. <u>Entire Agreement.</u> This Retainer Agreement sets forth fully all agreements and understandings between the Parties. This Retainer Agreement supersedes any prior oral or written agreements between the Parties and may be altered or modified only by a properly executed written document.

If this Retainer Agreement accurately states the agreements and understandings between the Parties, please indicate Imerys' intent to be bound by signing both originals of this Retainer Agreement in the space provided below, retaining one original for your files, and returning the other to me.

We look forward to working with Imerys on this matter.

Very truly yours,

*[signature: Elizabeth Hanke]*

For KCIC, LLC
By: Elizabeth Hanke
Title: Vice President

AGREED TO AND ACCEPTED BY:
Imerys Talc America, Inc.

*[signature]*

By: Ryan Van Meter
Imerys Talc America, Inc.

AGREED TO AND ACCEPTED BY:
Neal, Gerber & Eisenberg LLP.

*[signature]*

By: Angela Elbert
Neal, Gerber & Eisenberg LLP

## ATTACHMENT A

KCIC Rate Structure

| | |
|---|---|
| President | $550 |
| Vice President | $485 |
| Senior Manager | $430 |
| Manager | $365 - $400 |
| Senior Consultant | $275 - $330 |
| Consultant | $165 - $245 |