**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the Official Committee of Tort Claimants (the "Committee"), by and through its proposed counsel, Robinson & Cole LLP, hereby appears in the above-captioned cases pursuant to 11 U.S.C. §§ 342(a) and 1109(b) (the "Bankruptcy Code") and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices and pleadings given, required to be given or filed in the above-captioned cases be given and served upon:

> **ROBINSON & COLE LLP**
> Natalie D. Ramsey (No. 5378)
> Mark A. Fink (No. 3946)
> Davis Lee Wright (No. 4324)
> Laurie A. Krepto (No. 4109)
> 1000 N. West Street, Suite 1200
> Wilmington, Delaware 19801
> Telephone:     (302) 295-4800
> Facsimile:      (302) 351-8618
> nramsey@rc.com
> mfink@rc.com
> dwright@rc.com
> lkrepto@rc.com
>
> -and-

---

[1] The above-captioned debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. ("ITA") (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748).  The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

19093310-v1

>Michael R. Enright (admitted *pro hac vice*)
>Patrick M. Birney (*pro hac vice* to be filed)
>Christopher J. Hug (*pro hac vice* to be filed)
>280 Trumbull Street
>Hartford, CT 06103
>Telephone:      (860) 275-8290
>Facsimile:       (860) 275-8299
>menright@rc.com
>pbirney@rc.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order and notice of any application, motion, petition, pleading, request, complaint, or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight carrier, facsimile transmission, email, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleadings, claim, or suit shall be deemed or construed to be a waiver of the rights of the Committee: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) of any other

[*Remainder of Page Intentionally Left Blank*]

rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 18, 2019
Wilmington, Delaware

**ROBINSON & COLE LLP**

 */s/ Natalie D. Ramsey*
Natalie D. Ramsey (No. 5378)
Mark A. Fink (No. 3946)
Davis Lee Wright (No. 4324)
Laurie A. Krepto (No. 4109)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone:     (302) 295-4800
Facsimile:     (302) 351-8618
nramsey@rc.com
mfink@rc.com
dwright@rc.com
lkrepto@rc.com

-and-

Michael R. Enright (*pro hac vice* pending)
Patrick M. Birney (*pro hac vice* to be filed)
Christopher J. Hug (*pro hac vice* to be filed)
280 Trumbull Street
Hartford, CT 06103
Telephone:     (860) 275-8290
Facsimile:     (860) 275-8299
menright@rc.com
pbirney@rc.com

*Proposed Counsel to the Official Committee of Tort Claimants*