**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*, | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | Jointly Administered |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of **George R. Calhoun V** to represent **TIG Insurance Company** in connection with the above-referenced case.

Dated: March 20, 2019

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
CKR LAW LLP
1000 North West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 367-7834
Email: mphillips@ckrlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: March 20, 2019

*/s/ George R. Calhoun V*
George R. Calhoun V, Esq.
IFRAH PLLC
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006
Telephone: (202) 524-4147
Email: george@ifrahlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admission *pro hac vice* is granted.