# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
IMERYS TALC AMERICA, INC., *et al.*,[1]                          :   Case No. 19-10289 (LSS)
                                                                 :
       Debtors.                                                :   (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x   Objection Deadline: May 13, 2019 at 4:00 p.m. (EDT)

## FIRST MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM FEBRUARY 13, 2019 THROUGH MARCH 31, 2019

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors in possession |
| Date of Retention: | March 19, 2019 *nunc pro tunc* to February 13, 2019 |
| Period for which compensation and reimbursement are sought: | February 13, 2019 through March 31, 2019 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $321,404.80 (80% of $401,756.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $16,246.02 |

This is a(n):  __X__ monthly  ____ interim  ____ final application

Prior Applications Filed: None

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

RLF1 20997688v.1

## COMPENSATION BY PROFESSIONAL
### FEBRUARY 13, 2019 THROUGH MARCH 31, 2019

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $975 | 10.5 | $10,237.50 |
| Russell C. Silberglied | Joined firm as associate in 1995. Director in 2002. Member of PA Bar since 1996. Member of DE Bar since 1996. | $900 | 0.3 | $270.00 |
| Michael J. Merchant | Joined firm as associate in 1999. Director in 2006. Member of DE Bar since 1999. | $800 | 177.6 | $142,080.00 |
| Marcos A. Ramos | Joined firm as associate in 2002. Director in 2010. Member of NY Bar since 1995. Member of CA Bar since 1998. Member of MD Bar since 2001. Member of DE Bar since 2003. | $760 | 100.1 | $76,076.00 |
| Amanda R. Steele | Joined firm as associate in 2010. Director in 2018. Member of DE Bar since 2010. | $700 | 104.6 | $73,220.00 |
| Brett M. Haywood | Joined firm as associate in 2015. Member of MA Bar since 2014. Member of DE Bar since 2015. | $505 | 76.6 | $38,683.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Megan E. Kenney | Joined firm as associate in 2017. Member of DE Bar since 2017. | $420 | 0.8 | $336.00 |
| Sarah E. Silveira | Joined firm as associate in 2018. Member of DE Bar since 2018. | $350 | 61.5 | $21,525.00 |
| Scott A. Benson | MIS Litigation Support. Joined firm in 2018. | $275 | 3.4 | $935.00 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $265 | 18.9 | $5,008.50 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $265 | 11.4 | $3,021.00 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $265 | 105.7 | $28,010.50 |
| M. Lynzy McGee | Paralegal since 2007. Joined firm in 2016. | $265 | 8.3 | $2,199.50 |
| Tesia S. Smith | Case Management Assistant since 2016. Joined firm in 1996. | $140 | 1.1 | $154.00 |
| **TOTAL** | | | **680.8** | **$401,756.00** |

Grand Total                $401,756.00
Attorney Compensation      $362,427.50
Total Attorney Hours       532.0
Blended Rate               $681.26

## COMPENSATION BY PROJECT CATEGORY
## FEBRUARY 13, 2019 THROUGH MARCH 31, 2019

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 29.9 | $10,182.50 |
| Creditor Inquiries (B) | 0.6 | $246.00 |
| Meetings (C) | 16.4 | $9,156.00 |
| Executory Contracts/Unexpired Leases (D) | 1.1 | $704.00 |
| Automatic Stay/Adequate Protection (E) | 91.5 | $67,754.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 0.0 | $0.00 |
| Use, Sale, Lease of Assets (G) | 4.4 | $1,966.00 |
| Cash Collateral/DIP Financing (H) | 1.1 | $668.50 |
| Claims Administration (I) | 3.9 | $2,091.50 |
| Court Hearings (J) | 227.7 | $130,197.00 |
| General Corporate/Real Estate (K) | 0.0 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 72.2 | $50,450.50 |
| Employee Issues (M) | 3.2 | $1,121.50 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 2.9 | $853.50 |
| Litigation/Adversary Proceedings (P) | 109.4 | $66,260.00 |
| RL&F Retention (Q-1) | 27.6 | $13,569.50 |
| Retention of Others (Q-2) | 58.0 | $33,671.50 |
| RL&F Fee Applications (R-1) | 5.9 | $2,388.50 |
| Fee Applications of Others (R-2) | 6.0 | $3,185.50 |
| Vendor/Supplies (S) | 7.5 | $2,256.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 4.9 | $1,777.00 |
| Insurance (V) | 6.6 | $3,257.00 |
| **TOTAL** | **680.8** | **$401,756.00** |

# EXPENSE SUMMARY
## FEBRUARY 13, 2019 THROUGH MARCH 31, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Conference Calling | CourtCall | $570.96 |
| Long Distance Telephone | AT&T | $5.83 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 23,915 @ $.10 pg. Printing: 35,966 @ $.10 pg. | $5,988.10 |
| Outside Reproduction | | $0.00 |
| Legal Research | Bloomberg | $1,632.94 |
| Filing/Court Fees | Courts/USDC-DE | $450.00 |
| Court Reporting | | $0.00 |
| Travel Expenses | *See attached travel chart* | $746.00 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Blue Marble | $368.44 |
| Postage | | $19.60 |
| Binding | | $0.00 |
| Business Meals | *See attached meal chart* | $2,539.87 |
| Document Retrieval | PACER | $375.30 |
| Record Retrieval | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | *See attached overtime chart* | $895.35 |
| Room Rental | Doubletree Hotel | $1,250.00 |
| Equipment Rental | AQUIPT | $1,362.81 |
| Stationery Supplies | | $40.82 |
| **TOTAL** | | **$16,246.02** |

RLF1 20997688v.1

| BUSINESS MEAL DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | Meal & Number of people | Description | Amount |
| 2/13/2019 | Manhattan Bagel | Breakfast for 20 | Preparation for First Day Hearing | $245.00 |
| 2/13/2019 | Zoe's Kitchen | Dinner for 20 | Preparation for First Day Hearing | $351.67 |
| 2/14/2019 | Manhattan Bagel | Breakfast for 20 | First Day Hearing | $340.00 |
| 2/14/2019 | Sugarfoot | Lunch for 20 | First Day Hearing | $516.20 |
| 3/8/2019 | Manhattan Bagel | Breakfast for 5 | Hearing re: Emergency Motion for Relief From Stay of Cyprus | $95.00 |
| 3/19/2019 | Manhattan Bagel | Breakfast for 15 | Second Day Hearing | $290.00 |
| 3/20/2019 | Manhattan Bagel | Breakfast for 15 | Second Day Hearing | $295.00 |
| 3/20/2019 | Cavanaugh's | Lunch for 15 | Second Day Hearing | $227.00 |
| 3/25/2019 | Manhattan Bagel | Breakfast for 10 | Hearing moved to 3/25/19 | $180.00 |
| TOTAL | | | | $2,539.87 |

| TRAVEL EXPENSE DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | Number of People & Destination | Description | Amount |
| 3/4/2019 | Amtrak | 1 Person, Newark Airport, NJ | Rick Levy - Wilmington, DE to Newark Airport, NJ – Ticket & Ticketing Fee ($20.00) – First Day Hearing | $202.00 |
| 3/4/2019 | Amtrak | 1 Person, Newark Airport, NJ | Jeff Bjork - Wilmington, DE to Newark Airport, NJ – Ticket & Ticketing Fee ($20.00) – First Day Hearing | $202.00 |
| 3/12/2019 | Amtrak | 1 Person, Wilmington, DE | Jeff Bjork - New York Penn, NY to Wilmington 3/19 – Ticket & Ticketing Fee ($20.00) – Formation Meeting | $218.00 |
| 3/25/2019 | Roadrunner Express Inc. | 1 Person, Pick at RLF to Philadelphia International Airport | Car service 3/6-3/25 – Second Day Hearing | $124.00 |
| TOTAL | | | | $746.00 |

RLF1 20997688v.1

| SECRETARIAL OVERTIME DETAIL ||||
|---|---|---|---|
| Date | Secretary | Description of Work Performed | Total Amount |
| 2/13/2019 | Carol Borris | Assist with preparation for first day hearing | |
| 3/19/2019 | Jeanne Carrera | Assist with preparation for formation meeting and second day hearing | |
| 3/19/2019 | Lesley Morris | Assist co-counsel in preparation of 3/21/19 hearing | |
| 3/20/2019 | Donna Tierno | Assist co-counsel with hearing preparation | |
| 3/25/2019 | Donna Tierno | Assist co-counsel with hearing preparation | |
| TOTAL | | | $895.35 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
IMERYS TALC AMERICA, INC., et al.,[1]               : Case No. 19-10289 (LSS)
                                                    :
           Debtors.                                 : (Jointly Administered)
                                                    :
---------------------------------------------------------------- x Objection Deadline: May 13, 2019 at 4:00 p.m. (EDT)

# FIRST MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM FEBRUARY 13, 2019 THROUGH MARCH 31, 2019

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the *Order Under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016(a) and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, dated March 25, 2019 [Docket No. 301] (the "**Interim Compensation Order**"), Richards, Layton & Finger, P.A. ("**RL&F**") hereby files this *First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from February 13, 2019 through March 31, 2019* (the "**Application**"). By the Application, RL&F seeks a monthly allowance pursuant to the Interim Compensation Order with respect to the sums of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

RLF1 20997688v.1

$401,756.00 as compensation and $16,246.02 for reimbursement of actual and necessary expenses, for a total of $418,002.02 for the period February 13, 2019 through and including March 31, 2019 (the "**Compensation Period**"). In support of this Application, RL&F respectfully represents as follows:

## Background

1. On February 13, 2019 (the "**Petition Date**"), the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. RL&F was retained effective as of the Petition Date by this Court's order, dated March 19, 2019 [Docket No. 257] (the "**Retention Order**"). The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

3. All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

4. Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

RLF1 20997688v.1

**Fee Statements**

5.     The fee statement for the Compensation Period is attached hereto as <u>Exhibit A</u>. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of RL&F's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Interim Compensation Order.

**Actual and Necessary Expenses**

6.     A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Compensation Period is attached hereto as <u>Exhibit B</u>. RL&F charges all of its bankruptcy clients $0.10 per page for photocopying expenses and $0.10 per page for printing jobs.

7.     Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

8.     RL&F believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("<u>ABA</u>") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**Summary of Services Rendered**

9.  The directors and associates of RL&F who have rendered professional services in these cases are as follows: Mark D. Collins, Russell C. Silberglied, Michael J. Merchant, Marcos A. Ramos, Amanda R. Steele, Brett M. Haywood, Megan E. Kenney, and Sarah E. Silveira. The paraprofessionals of RL&F who have provided service to these attorneys in these cases are as follows: Scott A. Benson, Ann Jerominski, Barbara J. Witters, Rebecca V. Speaker, M. Lynzy McGee, and Tesia S. Smith.

10. RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the United States Bankruptcy Court for the District of Delaware (the "**Court**") for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

**Summary of Services By Project**

11. The services rendered by RL&F during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

A. <u>Case Administration/Miscellaneous Matters</u>

Fees: $10,182.50    Total Hours: 29.9

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, review of work in process reports, review of notices of appearance and maintaining service lists.

B. <u>Creditor Inquiries</u>

Fees: $246.00    Total Hours: 0.6

This category includes all matters related to responding to creditor inquiries.

C. <u>Meetings</u>

Fees: $9,156.00    Total Hours: 16.4

This category includes all matters related to preparing for and attending meetings with Debtors, the Official Committee of Tort Claimants, individual creditors, the U.S. Trustee, co-counsel and the Debtors' other professionals.

D. <u>Executory Contracts/Unexpired Leases</u>

Fees: $704.00    Total Hours: 1.1

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E. <u>Automatic Stay/Adequate Protection</u>

Fees: $67,754.00    Total Hours: 91.5

This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

F. <u>Plan of Reorganization/Disclosure Statement</u>

Fees: $0.00    Total Hours: 0.0

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G. <u>Use, Sale, Lease of Assets</u>

Fees: $1,966.00    Total Hours: 4.4

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H. <u>Cash Collateral/DIP Financing</u>

Fees: $668.50    Total Hours: 1.1

This category includes all matters relating to negotiation and documentation of the allocation agreement and related issues.

I. <u>Claims Administration</u>

Fees: $2,091.50    Total Hours: 3.9

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

J. <u>Court Hearings</u>

Fees: $130,197.00    Total Hours: 227.7

This category includes all matters related to preparation for and attendance at court hearings.

K. <u>General Corporate/Real Estate</u>

Fees: $0.00    Total Hours: 0.0

This category includes all matters relating to transactional, corporate governance and related matters involving the Debtors' business operations that are not part of a plan of reorganization or disclosure statement.

L. <u>Schedules/SOFA/U.S. Trustee Reports & Inquiries</u>

Fees: $50,450.50     Total Hours: 72.2

This category includes responding to inquiries from the U.S. Trustee regarding retention applications and other pleadings filed and preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or the Bankruptcy Court.

M. <u>Employee Issues</u>

Fees: $1,121.50     Total Hours: 3.2

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N. <u>Environmental</u>

Fees: $0.00     Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of the plan of reorganization.

O. <u>Tax Issues</u>

Fees: $853.50     Total Hours: 2.9

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of the plan of reorganization.

P.  Litigation/Adversary Proceedings

Fees: $66,260.00    Total Hours: 109.4

This category includes all matters related to litigation and adversary proceedings.

Q-1.  RL&F Applications

Fees: $13,569.50    Total Hours: 27.6

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

Q-2.  Retention of Others

Fees: $33,671.50    Total Hours: 58.0

This category includes time spent reviewing applications for retention of other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1.  RL&F Fee Applications

Fees: $2,388.50    Total Hours: 5.9

This category includes all time spent preparing, reviewing, filing and circulating monthly invoices and fee applications for RL&F.

R-2.  Fee Applications of Others

Fees: $3,185.50    Total Hours: 6.0

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.  **Vendor/Suppliers**

Fees: $2,256.00     Total Hours: 7.5

This category includes all matters related to vendors and suppliers, including reclamation issues.

T.  **Non-Working Travel**

Fees: $0.00     Total Hours: 0.0

This category includes all travel time not otherwise chargeable.

U.  **Utilities**

Fees: $1,777.00     Total Hours: 4.9

This category includes all matters related to utility issues.

V.  **Insurance**

Fees: $3,257.00     Total Hours: 6.6

This category includes all matters related to insurance policies or coverage.

**Valuation of Services**

12.   Attorneys and paraprofessionals of RL&F have expended a total of 680.8 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Mark D. Collins | 10.5 | $975 |
| Russell C. Silberglied | 0.3 | $900 |
| Michael J. Merchant | 177.6 | $800 |
| Marcos A. Ramos | 100.1 | $760 |
| Amanda R. Steele | 104.6 | $700 |
| Brett M. Haywood | 76.6 | $505 |
| Megan E. Kenney | 0.8 | $420 |
| Sarah E. Silveira | 61.5 | $350 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Scott A. Benson | 3.4 | $275 |

| | | |
|---|---|---|
| Ann Jerominski | 18.9 | $265 |
| Barbara J. Witters | 11.4 | $265 |
| Rebecca V. Speaker | 105.7 | $265 |
| M. Lynzy McGee | 8.3 | $265 |
| Tesia S. Smith | 1.1 | $140 |

The nature of the work performed by these persons is fully set forth in <u>Exhibit A</u> attached hereto. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Debtors during the Compensation Period is $401,756.00.

13.   In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the Compensation Period, an allowance be made to RL&F pursuant to the terms of the Interim Compensation Order, with respect to the sum of $401,756.00 as compensation for necessary professional services rendered (80% of which equals $321,404.80), and the sum of $16,246.02 as 100% reimbursement of actual necessary costs and expenses, for a total of $418,002.02 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: April 23, 2019
      Wilmington, Delaware

*/s/ Brett M. Haywood*

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
         merchant@rlf.com
         steele@rlf.com
         haywood@rlf.com

*Attorneys for Debtors and Debtors in Possession*

## **VERIFICATION**

STATE OF DELAWARE            )
                             ) SS:
COUNTY OF NEW CASTLE         )

Brett M. Haywood, after being duly sworn according to law, deposes and says:

a)  I am an associate with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

b)  I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such order.

_____
Brett M. Haywood (No. 6166)

SWORN AND SUBSCRIBED before me
this 23 day of April, 2019

_____
Notary Public
My Commission Expires: March 19, 2020

[Notary Seal: JEANNE T. CARRERA, MY COMMISSION EXPIRES MARCH 19, 2020, NOTARY PUBLIC, STATE OF DELAWARE]

RLF1 20997688v.1