# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IMERYS TALC AMERICA, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-10289 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 481** |

### NOTICE OF SERVICE

　　　　PLEASE TAKE NOTICE that on May 2, 2019, a copy of the *Order Granting Motion of Cyprus Mines Corporation and Cyprus Amax Minerals Company for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Extending the Deadline by Which to Remove Civil Actions* was served in the manner indicated upon the individuals identified on the attached service list.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. ("ITA") (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

Dated: May 2, 2019
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Matthew O. Talmo*
Robert J. Dehney (No. 3578)
Gregory Werkheiser (No. 3553)
Matthew O. Talmo (No. 6333)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
gwerkheiser@mnat.com
mtalmo@mnat.com

- and -

VINSON & ELKINS LLP
Paul E. Heath (SBT # 09355050)
Katherine Drell Grissel (SBT # 24059865)
Trammell Crow Center
2001 Ross Avenue, Suite 3900
Dallas, TX 75201-2975
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
pheath@velaw.com
kgrissel@velaw.com

*Counsel to Cyprus Mines Corporation and Cyprus Amax Minerals Company*