Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

Cypress Historical Excess Insurers: Columbia Casualty Company, Continental Casualty Company, the Continental Insurance Company, as successor to CNA Casualty of California and as successor in interest to certain insurance policies issued by Harbor Insurance Company, Lamorak Insurance Company (formerly known as OneBeacon America Insurance Company), as successor to Employers' Surplus Lines Insurance Company, Stonewall Insurance Company (now known as Berkshire Hathaway Specialty Insurance Company), and National Union Fire Insurance Company of Pittsburgh PA, to the extent that they issued policies to Cyprus Mines Corporation prior to 1981.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant

   Other (describe):

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☑ Other (describe) Alleged Insurers

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: We appeal Dkts 502 and 503 of Case No. 19-10289 in which the Bankruptcy Court granted Debtors' Motion to Appoint Mr. Patton of Young Conaway as Future Claimants' Representative, denied Cyprus Historical Excess Insurers Objection to the retention of Mr. Patton of Young Conaway as Future Claimants' Representative, and denied Cyprus Historical Excess Insurers Motion to Compel discovery from Debtors, Mr. Patton, and his firm Young Conaway.

2. State the date on which the judgment, order, or decree was entered: We are filing this notice of appeal on a precautionary basis in the event the order is determined to have been entered on the date the Court read the decision from the bench on May 7, 2019.

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Cyprus Historical Excess Insurers    Attorney(s): Tancred Schiavoni, O'Melveny & Myers, LLP, 7 Times Square, Times Square Tower, NY, NY 10036 Phone: 212-326-2267; Email: tschiavoni@omm.com. Gary Svirsky of O'Melveny & Myers, LLP Email gsvirsky@omm.com; Janine Panchok-Berry of O'Melveny & Myers, LLP Email: jpanchok-berry@omm.com

2. Party: _____    Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____     Date: 5/21/19
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
_____
_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]