**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: August 5, 2019 at 4:00 p.m. (ET)**<br>**Hearing Date: September 18, 2019 at 10:00 a.m. (ET)** |

## NOTICE OF INTERIM FEE APPLICATION

**PLEASE TAKE NOTICE** that on July 15, 2019, the **Combined[2] First Interim Fee Application Request of James L. Patton, Jr. as the Legal Representative for Future Talc Personal Injury Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Talc Personal Injury Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From February 13, 2019 Through May 31, 2019** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware. In the Application, the Future Claimants' Representative seeks interim allowance of fees in the amount of $100,435.00 and expenses in the amount of $1,372.65 and YCST seeks interim allowance of fees in the amount of $661,497.50 and expenses in the amount of $6,207.62.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed on or before **August 5, 2019 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that you must also serve a copy of the objection so as to be received by the following parties on or before the Objection Deadline: (i) the Debtors, Imerys Talc America, Inc., 100 Mansell Court East, Suite 300, Roswell, Georgia 30076 (Attn: Ryan J. Van Meter, Esq. and Alexandra Picard (ryan.vanmeter@imerys.com and alexandra.picard@imerys.com)); (ii) counsel to the Debtors, (a) Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, California 90071-1560 (Attn: Jeffrey E. Bjork, Esq. and Helena G. Tseregounis, Esq. (jeff.bjork@lw.com and helena.tseregounis@lw.com)) and (b) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq. (collins@rlf.com)); (iii) counsel to the FCR, Young

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050) and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] In light of the fact that James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative" or "FCR"), is a member of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST"), which serves as counsel to the FCR, the FCR and YCST will be submitting combined fee applications in an effort to conserve costs. The FCR's time and expense entries are distinguished from all other members of YCST.

24660421.1

Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Edwin J. Harron, Esq. and Robert S. Brady, Esq. (eharron@ycst.com and rbrady@ycst.com)); (iv) the Office of the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Juliet M. Sarkessian, Esq. and Linda Richenderfer, Esq. (juliet.m.sarkessian@usdoj.gov and linda.richenderfer@usdoj.gov)); (v) the Fee Examiner: M.J. Renick & Associates LLC, 51 Seacord Road, New Rochelle, NY 10804 (Attn: M. Jacob Renick, CPA, CIRA, CFE (jrenick@mjrenick)); and (vi) counsel to the Official Committee of Tort Claimants, Robinson & Cole LLP, 1000 N. West Street, Suite 1200, Wilmington, Delaware 19801 (Attn: Natalie D. Ramsey, Esq. and Mark A. Fink, Esq. (nramsey@rc.com and mfink@rc.com)).

       **PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **SEPTEMBER 18, 2019 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

       **PLEASE TAKE FURTHER NOTICE** that if you fail to respond on or before the Objection Deadline, the Court may approve the Application without further notice or hearing.

Dated: July 15, 2019          YOUNG CONAWAY STARGATT & TAYLOR, LLP

    */s/ Edwin J. Harron*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
       eharron@ycst.com
       szieg@ycst.com

*Counsel to the Future Claimants' Representative*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: August 5, 2019 at 4:00 p.m. (ET)** |
| | **Hearing Date: September 18, 2019 at 10:00 a.m. (ET)** |

### COMBINED[2] FIRST INTERIM FEE APPLICATION REQUEST OF JAMES L. PATTON, JR. AS THE LEGAL REPRESENTATIVE FOR FUTURE TALC PERSONAL INJURY CLAIMANTS AND YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE TALC PERSONAL INJURY CLAIMANTS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 13, 2019 THROUGH MAY 31, 2019

| | |
|---|---|
| Name of Applicants: | James L. Patton, Jr. and Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services as: | The FCR and Counsel to the FCR |
| Date of Retention: | *Nunc Pro Tunc* to February 13, 2019 |
| Period for Which Compensation and Reimbursement is Sought: | February 13, 2019 to May 31, 2019 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $761,932.50<br>(FCR's Share: $100,435.00)<br>(YCST's Share: $661,497.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $7,580.27<br>(FCR's Share: $1,372.65)<br>(YCST's Share: $6,207.62) |

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050) and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] In light of the fact that James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative" or "FCR"), is a member of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST"), which serves as counsel to the FCR, the FCR and YCST will be submitting combined fee applications in an effort to conserve costs. The FCR's time and expense entries are distinguished from all other members of YCST.

24660421.1

**SUMMARY OF THE FCR'S FEE APPLICATIONS FOR THE INTERIM FEE PERIOD**

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 6/20/19 D.I. 722 | 2/13/19 - 5/31/19 | $100,435.00 | $1,372.65 | 7/11/19 D.I. 791 | $80,348.00 | $1,372.65 | $20,087.00 |
| | TOTALS | $100,435.00 | $1,372.65 | | $80,348.00 | $1,372.65 | $20,087.00 |

**SUMMARY OF YCST'S FEE APPLICATIONS FOR THE INTERIM FEE PERIOD**

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 6/20/19 D.I. 722 | 2/13/19 - 5/31/19 | $661,497.50 | $6,207.62 | 7/11/19 D.I. 791 | $529,198.00 | $6,207.62 | $132,299.50 |
| | TOTALS | $661,497.50 | $6,207.62 | | $529,198.00 | $6,207.62 | $132,299.50 |

**YCST'S STATEMENT PURSUANT TO UST GUIDELINES**

The following statements by YCST address the questions set forth under section C.5 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"):

C.5(a)  During the fee period, YCST did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms pertaining to this engagement.

C.5(b)  The fees sought by YCST in this application are not more than 10% higher than the fees budgeted pursuant to the original budget provided by YCST to the FCR.

C.5(c)  The professionals included in this application did not vary their hourly rate based on the geographic location of the bankruptcy cases.

C.5(d)  This application does not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

C.5(e)  This application includes approximately 0.80 hours with a value of $724.00 spent by YCST to ensure that the time entries subject to this application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This

review and any revisions associated therewith are a necessary component of YCST's preparation of fee applications.

C.5(f)    YCST did not increase its hourly billing rates during the fee period.

### YCST'S BLENDED RATE SCHEDULE

YCST's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, YCST's hourly rates for bankruptcy services are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. By way of example, YCST's blended hourly rates for attorneys and paraprofessionals in the Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation sections of the firm for the prior calendar year were as set forth below. YCST believes that the services performed by those three sections of the firm are comparable to the services performed in the Bankruptcy and Corporate Restructuring section. Also included below is 2018 blended hourly rate information for all sections of the firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | Billed In Comparable Practice Areas for Preceding Calendar Year[3] | Billed Firm-Wide for Preceding Calendar Year[4] | Billed This Application |
| Partner | $800 | $667 | $873.79 |
| Counsel | $514 | $465 | $600.00 |
| Associate | $417 | $414 | $439.65 |
| Paralegal | $240 | $195 | $279.27 |
| **Aggregated:** | $542 | $487 | $700.89 |

---

[3] This column reflects the blended 2018 rates charge by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation.

[4] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

24660421.1                                3