IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| | : | **Objection Deadline: August 5, 2019 at 4:00 p.m. (ET)** |
| | : | **Hearing Date: September 18, 2019 at 10:00 a.m. (ET)** |

------------------------------------------------------------ x

**NOTICE OF FIRST INTERIM FEE APPLICATION
REQUEST OF RICHARDS, LAYTON & FINGER, P.A.**

**PLEASE TAKE NOTICE** that, pursuant to the Court's *Order Under 11 U.S.C. §§ 105(a) and 331, Fed. R. Bankr. P. 2016(a) and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim Compensation and Reimbursement of Professionals*, dated March 25, 2019 [Docket No. 301 (the "**Interim Compensation Order**"),[2] objections, if any, to this Interim Fee Application must be filed with the Court and served on the Applicant at the address set forth below and the Notice Parties so as to be received by **August 5, 2019 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Interim Fee Application will be held before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom **2**, Wilmington, Delaware 19801 on **September 18, 2019 at 4:00 p.m. (ET)**.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

RLF1 21570661v.2

PLEASE TAKE FURTHER NOTICE that, (i) attached hereto as Exhibit A is a summary of the Applicant's Interim Fee Application, (ii) attached hereto as Exhibit B is a summary of compensation by each professional of the Applicant that worked on the above-captioned chapter 11 cases, (iii) attached hereto as Exhibit C is a summary of compensation by project category, (iv) attached hereto as Exhibit D is an expense summary, (v) attached hereto as Exhibit E are the Applicant's customary and comparable compensation disclosures, (vi) attached hereto as Exhibit F is the *Budget for Richards, Layton & Finger, P.A., Co-Counsel to the Debtors, for the Period from February 13, 2019 through May 31, 2019* (the "**Budget**") and the *Staffing Plan for Richards, Layton & Finger, P.A., Co-Counsel to the Debtors, for the Period from February 13, 2019 through May 31, 2019* (the "**Staffing Plan**"), (vii) attached hereto as Exhibit G is a summary of fees and hours budgeted compared to fees and hours billed, (viii) attached hereto as Exhibit H are certain additional disclosures related to the Interim Fee Application and (ix) attached hereto as Exhibit I is a certification, wherein an attorney of the Applicant certifies to certain matters addressed in the Interim Compensation Order.

IF NO TIMELY OBJECTIONS ARE FILED TO THIS INTERIM FEE APPLICATION, THE COURT, IN ACCORDANCE WITH THE TERMS OF THE INTERIM COMPENSATION ORDER, MAY ENTER AN ORDER GRANTING THIS INTERIM FEE APPLICATION WITHOUT A HEARING.

| | |
|---|---|
| Dated: July 15, 2019<br>      Wilmington, Delaware | /s/ Amanda R. Steele<br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Brett M. Haywood (No. 6166)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>E-mail:  collins@rlf.com<br>         merchant@rlf.com<br>         steele@rlf.com<br>         haywood@rlf.com<br><br>*Attorneys for Debtors and Debtors in Possession* |