**Exhibit B - Compensation By Professional**
**February 13, 2019 through May 31, 2019**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice, department, if not Bankruptcy | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Mark D. Collins | Joined firm as associate in 1993. Director in 1998. Member of DE Bar since 1991. | $975 | 11.5 | $11,212.50 |
| Russell C. Silberglied | Joined firm as associate in 1995. Director in 2002. Member of PA Bar since 1996. Member of DE Bar since 1996. | $900 | 0.3 | $270.00 |
| John H. Knight | Joined firm as associate in 1998. Director in 2003. Member of MD Bar since 1994. Member of NJ Bar since 1996. Member of DE Bar since 1991. | $900 | 0.6 | $540.00 |
| Michael J. Merchant | Joined firm as associate in 1999. Director in 2006. Member of DE Bar since 1999. | $800 | 259.2 | $207,360.00 |
| Marcos A. Ramos | Joined firm as associate in 2002. Director in 2010. Member of NY Bar since 1995. Member of CA Bar since 1998. Member of MD Bar since 2001. Member of DE Bar since 2003. | $760 | 202.6 | $153,976.00 |
| Amanda R. Steele | Joined firm as associate in 2010. Director in 2018. Member of DE Bar since 2010. | $700 | 174.2 | $121,940.00 |
| Katharine L. Mowery | Joined firm as associate in 2012. Member of DE Bar since 2012. | $560 | 0.4 | $224.00 |

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice, department, if not Bankruptcy | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brett M. Haywood | Joined firm as associate in 2015.  Member of MA Bar since 2014. Member of DE Bar since 2015. | $505 | 134.4 | $67,872.00 |
| Christopher M. De Lillo | Joined firm as associate in 2016.  Member of DE Bar since 2017. | $470 | 1.9 | $893.00 |
| Megan E. Kenney | Joined firm as associate in 2017.  Member of DE Bar since 2017. | $420 | 0.8 | $336.00 |
| Sarah E. Silveira | Joined firm as associate in 2018.  Member of DE Bar since 2018. | $350 | 118.3 | $41,405.00 |
| Sheilah A. Jennings | Summer Associate | $275 | 21.9 | $6,022.50 |
| Scott A. Benson | MIS Litigation Support. Joined firm in 2018. | $275 | 3.4 | $935.00 |
| Carlos B. Terreforte | MIS Litigation Support. Joined firm in 2015. | $275 | 0.5 | $137.50 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $265 | 27.4 | $7,261.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $265 | 14.9 | $3,948.50 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $265 | 219.1 | $58,061.50 |
| M. Lynzy McGee | Paralegal since 2007. Joined firm in 2016. | $265 | 22.9 | $6,068.50 |
| Tesia S. Smith | Case Management Assistant since 2016. Joined firm in 1996. | $140 | 4.0 | $560.00 |
| **TOTAL** | | | **1,218.3** | **$689,023.00** |

**Grand Total: $689,023.00**
**Attorney Compensation: $612,051.00**
**Total Attorney Hours: 926.1**
**Blended Rate (Attorneys): $660.89**
**Blended Rate (All Timekeepers): $565.56**

2

RLF1 21570661v.2