**Exhibit E - Customary and Comparable Compensation Disclosures**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed Firm-wide for preceding year (2018)[1]** | **Billed February 13, 2019 through May 31, 2019** |
| Partner | $757.76 | $763.88 |
| Counsel | $586.53 | $0.00 |
| Associate | $401.67 | $660.89 |
| Paralegal | $239.81 | $265.00 |
| Aggregated | $543.75 | $565.56 |

---

[1] The billable rates for RL&F attorneys are adjusted on January 1 of each year. The data in this column excludes 2018 blended hourly rate information for the Bankruptcy and Corporate Restructuring Department at RL&F.