# **<u>EXHIBIT B</u>**

Patton, James L., Jr., Future Claimants Representative

| | Invoice Date: | July 22, 2019 |
|---|---|---|
| | Invoice Number: | 50007257 |
| | Matter Number: | 077187.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/12/19 | Computerized Legal Research | 23.00 | 41.64 |
| 03/13/19 | Computerized Legal Research | 31.00 | 56.12 |
| 03/14/19 | Computerized Legal Research | 4.00 | 7.24 |
| 03/22/19 | Computerized Legal Research | 2.00 | 3.62 |
| 03/24/19 | Computerized Legal Research | 7.00 | 12.67 |
| 03/25/19 | Computerized Legal Research | 4.00 | 7.24 |
| 03/29/19 | Computerized Legal Research | 2.00 | 3.62 |
| 04/09/19 | Computerized Legal Research | 40.00 | 58.80 |
| 04/10/19 | Computerized Legal Research | 35.00 | 51.45 |
| 04/11/19 | Computerized Legal Research | 29.00 | 42.63 |
| 04/17/19 | Computerized Legal Research | 2.00 | 2.94 |
| 04/17/19 | Computerized Legal Research | 4.00 | 5.88 |
| 04/19/19 | Computerized Legal Research | 4.00 | 5.88 |
| 04/22/19 | Computerized Legal Research | 4.00 | 5.88 |
| 04/26/19 | Computerized Legal Research | 3.00 | 4.41 |
| 04/27/19 | Computerized Legal Research | 17.00 | 24.99 |
| 04/28/19 | Computerized Legal Research | 30.00 | 44.10 |
| 04/29/19 | Computerized Legal Research | 10.00 | 14.70 |
| 05/01/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/01/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/01/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/01/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/01/19 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/01/19 | Docket Retrieval / Search | 14.00 | 1.40 |
| 05/01/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/01/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/01/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/01/19 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/01/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/01/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/01/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/01/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/01/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/01/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/01/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/01/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/01/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/01/19 | Docket Retrieval / Search | 1.00 | 0.10 |

Patton, James L., Jr., Future Claimants Representative    Invoice Date:    July 22, 2019
Invoice Number:    50007257
Matter Number:    077187.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/01/19 | Computerized Legal Research | 25.00 | 40.25 |
| 05/01/19 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/02/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/02/19 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/02/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/02/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/02/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/02/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/02/19 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/02/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/02/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/02/19 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/02/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/02/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 12.00 | 1.20 |
| 05/03/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |

Patton, James L., Jr., Future Claimants Representative

Invoice Date: July 22, 2019
Invoice Number: 50007257
Matter Number: 077187.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/03/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/03/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/04/19 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/04/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/04/19 | Computerized Legal Research | 24.00 | 38.64 |
| 05/05/19 | Computerized Legal Research | 14.00 | 22.54 |
| 05/06/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/06/19 | Computerized Legal Research | 6.00 | 9.66 |
| 05/06/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/06/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/06/19 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/07/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/07/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/07/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/07/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/07/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/08/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/08/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/08/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/08/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/08/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/08/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 15.00 | 1.50 |
| 05/09/19 | Docket Retrieval / Search | 12.00 | 1.20 |
| 05/09/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/09/19 | Docket Retrieval / Search | 2.00 | 0.20 |

Patton, James L., Jr., Future Claimants Representative

Invoice Date: July 22, 2019
Invoice Number: 50007257
Matter Number: 077187.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/09/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/09/19 | Docket Retrieval / Search | 11.00 | 1.10 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 17.00 | 1.70 |
| 05/09/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/09/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/09/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Computerized Legal Research | 20.00 | 32.20 |
| 05/09/19 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/09/19 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/09/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 21.00 | 2.10 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/09/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/10/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/10/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/10/19 | Computerized Legal Research | 4.00 | 6.44 |
| 05/10/19 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/10/19 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/10/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/10/19 | Docket Retrieval / Search | 21.00 | 2.10 |
| 05/12/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/12/19 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/13/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/13/19 | Computerized Legal Research | 58.00 | 93.38 |
| 05/13/19 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/13/19 | Docket Retrieval / Search | 12.00 | 1.20 |

Patton, James L., Jr., Future Claimants Representative
Invoice Date: July 22, 2019
Invoice Number: 50007257
Matter Number: 077187.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/13/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/13/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/13/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/13/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/13/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/13/19 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/13/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/13/19 | Docket Retrieval / Search | 25.00 | 2.50 |
| 05/13/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/13/19 | Computerized Legal Research | 2.00 | 3.22 |
| 05/13/19 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/13/19 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/13/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/13/19 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/13/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/13/19 | Docket Retrieval / Search | 27.00 | 2.70 |
| 05/13/19 | Docket Retrieval / Search | 22.00 | 2.20 |
| 05/13/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/13/19 | Docket Retrieval / Search | 13.00 | 1.30 |
| 05/13/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/14/19 | Docket Retrieval / Search | 11.00 | 1.10 |
| 05/14/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/14/19 | Computerized Legal Research | 2.00 | 3.22 |
| 05/14/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/14/19 | Docket Retrieval / Search | 27.00 | 2.70 |
| 05/14/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/14/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/14/19 | Docket Retrieval / Search | 26.00 | 2.60 |
| 05/14/19 | Docket Retrieval / Search | 23.00 | 2.30 |
| 05/14/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/14/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/14/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/14/19 | Docket Retrieval / Search | 15.00 | 1.50 |
| 05/14/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/14/19 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/14/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/14/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/14/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/14/19 | Docket Retrieval / Search | 30.00 | 3.00 |

Patton, James L., Jr., Future Claimants Representative

Invoice Date: July 22, 2019
Invoice Number: 50007257
Matter Number: 077187.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/14/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/14/19 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/14/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/14/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/14/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/14/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/14/19 | Docket Retrieval / Search | 12.00 | 1.20 |
| 05/14/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/14/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/14/19 | Docket Retrieval / Search | 25.00 | 2.50 |
| 05/14/19 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/14/19 | Computerized Legal Research | 27.00 | 43.47 |
| 05/14/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/14/19 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/14/19 | Docket Retrieval / Search | 20.00 | 2.00 |
| 05/14/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/15/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/15/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/15/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/15/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/15/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/15/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/16/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/16/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/16/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/17/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/17/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/17/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/17/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/17/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/17/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/17/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/17/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/17/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/17/19 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/17/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/18/19 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/18/19 | Docket Retrieval / Search | 12.00 | 1.20 |
| 05/18/19 | Docket Retrieval / Search | 4.00 | 0.40 |

Patton, James L., Jr., Future Claimants Representative        Invoice Date:        July 22, 2019
                                                              Invoice Number:      50007257
                                                              Matter Number:       077187.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/18/19 | Computerized Legal Research | 28.00 | 45.08 |
| 05/18/19 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/18/19 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/18/19 | Docket Retrieval / Search | 19.00 | 1.90 |
| 05/18/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/18/19 | Computerized Legal Research | 23.00 | 37.03 |
| 05/18/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/18/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/18/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/18/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/18/19 | Docket Retrieval / Search | 12.00 | 1.20 |
| 05/18/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/19/19 | Computerized Legal Research | 64.00 | 103.04 |
| 05/19/19 | Computerized Legal Research | 20.00 | 32.20 |
| 05/20/19 | Docket Retrieval / Search | 11.00 | 1.10 |
| 05/20/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/20/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/20/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/20/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/20/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/20/19 | Computerized Legal Research | 26.00 | 41.86 |
| 05/20/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/20/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/20/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/20/19 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/20/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/20/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/20/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/20/19 | Computerized Legal Research | 10.00 | 16.10 |
| 05/20/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/20/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/20/19 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/20/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/20/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/20/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/20/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/20/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/20/19 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/20/19 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants Representative    Invoice Date:        July 22, 2019
                                                          Invoice Number:         50007257
                                                          Matter Number:        077187.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 05/20/19 | Docket Retrieval / Search | 29.00 | 2.90 |
| 05/20/19 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/20/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/21/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/21/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/21/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/21/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/21/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/21/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/21/19 | Docket Retrieval / Search | 24.00 | 2.40 |
| 05/21/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/22/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/22/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/22/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/22/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/22/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/22/19 | Computerized Legal Research | 4.00 | 6.44 |
| 05/22/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/23/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/23/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/23/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/23/19 | Computerized Legal Research | 22.00 | 35.42 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/24/19 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/24/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/24/19 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/24/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/24/19 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/24/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/24/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/24/19 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/24/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/24/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/24/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/24/19 | Docket Retrieval / Search | 6.00 | 0.60 |

Patton, James L., Jr., Future Claimants Representative

| | | Invoice Date: | July 22, 2019 |
|---|---|---|---|
| | | Invoice Number: | 50007257 |
| | | Matter Number: | 077187.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/24/19 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/24/19 | Docket Retrieval / Search | 22.00 | 2.20 |
| 05/24/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/24/19 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/24/19 | Docket Retrieval / Search | 24.00 | 2.40 |
| 05/24/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/24/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/24/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/24/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/24/19 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/24/19 | Docket Retrieval / Search | 19.00 | 1.90 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/24/19 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/24/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/24/19 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/24/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/24/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/24/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/24/19 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/24/19 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/24/19 | Docket Retrieval / Search | 16.00 | 1.60 |
| 05/24/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/24/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/28/19 | Computerized Legal Research | 9.00 | 14.49 |
| 05/28/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/28/19 | Docket Retrieval / Search | 24.00 | 2.40 |
| 05/28/19 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/28/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/28/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/28/19 | Docket Retrieval / Search | 29.00 | 2.90 |
| 05/28/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/28/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/28/19 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants Representative

Invoice Date: July 22, 2019
Invoice Number: 50007257
Matter Number: 077187.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 05/28/19 | Docket Retrieval / Search | 19.00 | 1.90 |
| 05/28/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/28/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/28/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/28/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/28/19 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/28/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/28/19 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/28/19 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/28/19 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/28/19 | Docket Retrieval / Search | 8.00 | 0.80 |
| 05/28/19 | Docket Retrieval / Search | 11.00 | 1.10 |
| 05/28/19 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/29/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/29/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/29/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/29/19 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/30/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/30/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/30/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/31/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/31/19 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/31/19 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/31/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/31/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 05/31/19 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/03/19 | Computerized Legal Research | 7.00 | 15.82 |
| 06/03/19 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 06/03/19 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 06/03/19 | Photocopy Charges Duplication BW | 36.00 | 3.60 |
| 06/03/19 | Photocopy Charges Duplication BW | 1.00 | 0.10 |
| 06/03/19 | Color Photocopy Charges Duplication Color | 19.00 | 15.20 |
| 06/03/19 | Photocopy Charges Duplication BW | 75.00 | 7.50 |
| 06/03/19 | Photocopy Charges Duplication BW | 54.00 | 5.40 |
| 06/03/19 | Photocopy Charges Duplication BW | 34.00 | 3.40 |
| 06/03/19 | Photocopy Charges Duplication BW | 43.00 | 4.30 |
| 06/03/19 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 06/03/19 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/03/19 | Photocopy Charges Duplication BW | 92.00 | 9.20 |

Patton, James L., Jr., Future Claimants Representative

Invoice Date: July 22, 2019
Invoice Number: 50007257
Matter Number: 077187.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/03/19 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 06/03/19 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/04/19 | Photocopy Charges Duplication BW | 53.00 | 5.30 |
| 06/04/19 | Photocopy Charges Duplication BW | 28.00 | 2.80 |
| 06/04/19 | Computerized Legal Research | 8.00 | 18.08 |
| 06/04/19 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/04/19 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 06/04/19 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 06/04/19 | Photocopy Charges Duplication BW | 30.00 | 3.00 |
| 06/04/19 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 06/04/19 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/04/19 | Computerized Legal Research | 17.00 | 38.42 |
| 06/04/19 | Computerized Legal Research | 64.00 | 144.64 |
| 06/04/19 | Photocopy Charges Duplication BW | 50.00 | 5.00 |
| 06/04/19 | Photocopy Charges Duplication BW | 47.00 | 4.70 |
| 06/04/19 | Computerized Legal Research | 19.00 | 42.94 |
| 06/04/19 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/05/19 | Photocopy Charges Duplication BW | 187.00 | 18.70 |
| 06/05/19 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/05/19 | Photocopy Charges Duplication BW | 43.00 | 4.30 |
| 06/05/19 | Color Photocopy Charges Duplication Color | 4.00 | 3.20 |
| 06/05/19 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 06/05/19 | Photocopy Charges Duplication BW | 381.00 | 38.10 |
| 06/05/19 | Photocopy Charges Duplication BW | 94.00 | 9.40 |
| 06/05/19 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 06/05/19 | Postage | 97.00 | 111.55 |
| 06/05/19 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 06/05/19 | Computerized Legal Research | 15.00 | 33.90 |
| 06/05/19 | Photocopy Charges Duplication BW | 34.00 | 3.40 |
| 06/05/19 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 06/05/19 | Photocopy Charges Duplication BW | 635.00 | 63.50 |
| 06/05/19 | Photocopy Charges Duplication BW | 44.00 | 4.40 |
| 06/05/19 | Photocopy Charges Duplication BW | 33.00 | 3.30 |
| 06/05/19 | Photocopy Charges Duplication BW | 17.00 | 1.70 |
| 06/05/19 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/05/19 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/05/19 | Photocopy Charges Duplication BW | 38.00 | 3.80 |
| 06/05/19 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 06/05/19 | Postage | 11.00 | 27.50 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants Representative | | Invoice Date: | July 22, 2019 |
| | | Invoice Number: | 50007257 |
| | | Matter Number: | 077187.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/05/19 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 06/05/19 | Computerized Legal Research | 150.00 | 339.00 |
| 06/05/19 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 06/05/19 | Photocopy Charges Duplication BW | 49.00 | 4.90 |
| 06/06/19 | Photocopy Charges Duplication BW | 518.00 | 51.80 |
| 06/06/19 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 06/06/19 | Photocopy Charges Duplication BW | 44.00 | 4.40 |
| 06/06/19 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/06/19 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 06/06/19 | Air/Rail Travel Train fare (round trip, coach) for R. Brady to Washington, DC re: 6/4/19 meeting | 0.86 | 380.00 |
| 06/06/19 | Car/Bus/Subway Travel Transportation for E. Harron and R. Brady to Wilmington train station re: 6/4/19 meeting in Washington, DC | 1.00 | 35.00 |
| 06/06/19 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 06/06/19 | Postage | 9.00 | 20.61 |
| 06/06/19 | Computerized Legal Research | 379.00 | 856.54 |
| 06/06/19 | Postage | 99.00 | 99.00 |
| 06/06/19 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/06/19 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 06/06/19 | Photocopy Charges Duplication BW | 21.00 | 2.10 |
| 06/07/19 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/07/19 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 06/07/19 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/07/19 | Photocopy Charges Duplication BW | 133.00 | 13.30 |
| 06/07/19 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 06/07/19 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 06/07/19 | Photocopy Charges Duplication BW | 29.00 | 2.90 |
| 06/07/19 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/07/19 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 06/07/19 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 06/07/19 | Photocopy Charges Duplication BW | 55.00 | 5.50 |
| 06/07/19 | Computerized Legal Research | 22.00 | 49.72 |
| 06/08/19 | Computerized Legal Research | 7.00 | 15.82 |
| 06/09/19 | Computerized Legal Research | 126.00 | 284.76 |
| 06/10/19 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 06/10/19 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/10/19 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 06/10/19 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/10/19 | Photocopy Charges Duplication BW | 9.00 | 0.90 |

Patton, James L., Jr., Future Claimants Representative  
Invoice Date: July 22, 2019  
Invoice Number: 50007257  
Matter Number: 077187.1001

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 06/10/19 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 06/10/19 | Computerized Legal Research | 12.00 | 27.12 |
| 06/10/19 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/10/19 | Photocopy Charges Duplication BW | 14.00 | 1.40 |
| 06/10/19 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 06/10/19 | Photocopy Charges Duplication BW | 222.00 | 22.20 |
| 06/11/19 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 06/11/19 | Photocopy Charges Duplication BW | 619.00 | 61.90 |
| 06/11/19 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/11/19 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/11/19 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 06/11/19 | Postage | 13.00 | 136.50 |
| 06/11/19 | Photocopy Charges Duplication BW | 228.00 | 22.80 |
| 06/11/19 | Postage | 58.00 | 58.00 |
| 06/12/19 | Computerized Legal Research | 7.00 | 15.82 |
| 06/12/19 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/12/19 | Postage | 108.00 | 108.00 |
| 06/12/19 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/12/19 | Photocopy Charges Duplication BW | 390.00 | 39.00 |
| 06/12/19 | Photocopy Charges Duplication BW | 84.00 | 8.40 |
| 06/12/19 | Postage | 10.00 | 22.90 |
| 06/12/19 | Scanning Charges | 1.00 | 0.10 |
| 06/13/19 | Delivery to Judge Thynge's courtroom | 1.00 | 7.50 |
| 06/13/19 | Color Photocopy Charges Duplication Color | 25.00 | 20.00 |
| 06/13/19 | Scanning Charges | 1.00 | 0.10 |
| 06/13/19 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/13/19 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/13/19 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 06/13/19 | Computerized Legal Research | 10.00 | 22.60 |
| 06/14/19 | Photocopy Charges Duplication BW | 45.00 | 4.50 |
| 06/14/19 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 06/14/19 | Air/Rail Travel Train fare (round trip, coach) for E. Harron to Washington, DC re: 6/4/19 meeting | 0.86 | 380.00 |
| 06/14/19 | Color Photocopy Charges Duplication Color | 6.00 | 4.80 |
| 06/14/19 | Photocopy Charges Duplication BW | 26.00 | 2.60 |
| 06/14/19 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/14/19 | Photocopy Charges Duplication BW | 71.00 | 7.10 |
| 06/14/19 | Photocopy Charges Duplication BW | 89.00 | 8.90 |
| 06/14/19 | Photocopy Charges Duplication BW | 5.00 | 0.50 |

| | | Invoice Date: | July 22, 2019 |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants Representative | | Invoice Number: | 50007257 |
| | | Matter Number: | 077187.1001 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/17/19 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/17/19 | Car/Bus/Subway Travel Transportation for P. Kraman from Detroit airport to hotel re: 6/13/19 Logue deposition in Ann Arbor, MI | 1.00 | 65.00 |
| 06/17/19 | Air/Rail Travel Airfare (round trip, coach) for P. Kraman to Detroit, MI re: 6/13/19 Logue deposition | 1.00 | 544.60 |
| 06/17/19 | Car/Bus/Subway Travel Transportation for P. Kraman from hotel to Detroit airport re: 6/13/19 Logue deposition in Ann Arbor, MI | 1.00 | 46.52 |
| 06/17/19 | Parking for P. Kraman at Philadelphia airport re: 6/13/19 Logue deposition in Ann Arbor, MI | 1.00 | 48.00 |
| 06/17/19 | Hotel/Lodging (1 night, Hyatt Place Ann Arbor) re: 6/13/19 Logue deposition | 1.00 | 168.72 |
| 06/17/19 | Computerized Legal Research | 57.00 | 128.82 |
| 06/18/19 | Photocopy Charges Duplication BW | 44.00 | 4.40 |
| 06/18/19 | Photocopy Charges Duplication BW | 17.00 | 1.70 |
| 06/18/19 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 06/18/19 | Photocopy Charges Duplication BW | 126.00 | 12.60 |
| 06/18/19 | Photocopy Charges Duplication BW | 7.00 | 0.70 |
| 06/18/19 | Computerized Legal Research | 3.00 | 6.78 |
| 06/18/19 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/18/19 | Photocopy Charges Duplication BW | 9.00 | 0.90 |
| 06/18/19 | Photocopy Charges Duplication BW | 32.00 | 3.20 |
| 06/18/19 | Photocopy Charges Duplication BW | 27.00 | 2.70 |
| 06/19/19 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 06/19/19 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 06/20/19 | Photocopy Charges Duplication BW | 619.00 | 61.90 |
| 06/20/19 | Postage | 3.00 | 6.60 |
| 06/20/19 | Scanning Charges | 10.00 | 1.00 |
| 06/20/19 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/20/19 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/20/19 | Scanning Charges | 2.00 | 0.20 |
| 06/20/19 | Scanning Charges | 14.00 | 1.40 |
| 06/20/19 | Parking for J Patton at Wilmington train station re: 6/4/19 meeting in Washington, DC | 1.00 | 12.00 |
| 06/20/19 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/20/19 | Photocopy Charges Duplication BW | 36.00 | 3.60 |
| 06/20/19 | Photocopy Charges Duplication BW | 5.00 | 0.50 |
| 06/20/19 | Photocopy Charges Duplication BW | 103.00 | 10.30 |
| 06/20/19 | Scanning Charges | 19.00 | 1.90 |
| 06/20/19 | Photocopy Charges Duplication BW | 226.00 | 22.60 |

Patton, James L., Jr., Future Claimants Representative

Invoice Date: July 22, 2019
Invoice Number: 50007257
Matter Number: 077187.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/20/19 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/20/19 | Postage | 150.00 | 150.00 |
| 06/20/19 | Scanning Charges | 71.00 | 7.10 |
| 06/20/19 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 06/20/19 | Scanning Charges | 1.00 | 0.10 |
| 06/21/19 | Photocopy Charges Duplication BW | 77.00 | 7.70 |
| 06/21/19 | Computerized Legal Research | 12.00 | 27.12 |
| 06/21/19 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 06/21/19 | Photocopy Charges Duplication BW | 125.00 | 12.50 |
| 06/21/19 | Photocopy Charges Duplication BW | 12.00 | 1.20 |
| 06/21/19 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 06/21/19 | Photocopy Charges Duplication BW | 16.00 | 1.60 |
| 06/21/19 | Photocopy Charges Duplication BW | 182.00 | 18.20 |
| 06/21/19 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 06/23/19 | Computerized Legal Research | 7.00 | 15.82 |
| 06/24/19 | Photocopy Charges Duplication BW | 264.00 | 26.40 |
| 06/24/19 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 06/24/19 | Postage | 108.00 | 108.00 |
| 06/24/19 | Scanning Charges | 1.00 | 0.10 |
| 06/24/19 | Photocopy Charges Duplication BW | 78.00 | 7.80 |
| 06/24/19 | Photocopy Charges Duplication BW | 10.00 | 1.00 |
| 06/24/19 | Photocopy Charges Duplication BW | 11.00 | 1.10 |
| 06/24/19 | Photocopy Charges Duplication BW | 18.00 | 1.80 |
| 06/25/19 | Photocopy Charges Duplication BW | 90.00 | 9.00 |
| 06/25/19 | Photocopy Charges Duplication BW | 80.00 | 8.00 |
| 06/25/19 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 06/25/19 | Photocopy Charges Duplication BW | 118.00 | 11.80 |
| 06/25/19 | Photocopy Charges Duplication BW | 15.00 | 1.50 |
| 06/25/19 | Photocopy Charges Duplication BW | 991.00 | 99.10 |
| 06/25/19 | Photocopy Charges Duplication BW | 38.00 | 3.80 |
| 06/25/19 | Photocopy Charges Duplication BW | 1,358.00 | 135.80 |
| 06/26/19 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/26/19 | Car/Bus/Subway Travel Cab fare for Brady, Harron, and Ramsey to Union Station re: 6/4/19 meeting | 1.00 | 17.00 |
| 06/26/19 | Photocopy Charges Duplication BW | 20.00 | 2.00 |
| 06/26/19 | Computerized Legal Research | 4.00 | 9.04 |
| 06/26/19 | Photocopy Charges Duplication BW | 43.00 | 4.30 |
| 06/26/19 | Photocopy Charges Duplication BW | 6.00 | 0.60 |
| 06/26/19 | Computerized Legal Research | 7.00 | 15.82 |

Patton, James L., Jr., Future Claimants Representative

Invoice Date: July 22, 2019
Invoice Number: 50007257
Matter Number: 077187.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/26/19 | Photocopy Charges Duplication BW | 22.00 | 2.20 |
| 06/27/19 | Photocopy Charges Duplication BW | 8.00 | 0.80 |
| 06/27/19 | Computerized Legal Research | 19.00 | 42.94 |
| 06/27/19 | Photocopy Charges Duplication BW | 29.00 | 2.90 |
| 06/27/19 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 1.00 |
| 06/28/19 | Photocopy Charges Duplication BW | 2,491.00 | 249.10 |
| 06/28/19 | Photocopy Charges Duplication BW | 13.00 | 1.30 |
| 06/28/19 | Computerized Legal Research | 3.00 | 6.78 |
| 06/28/19 | Photocopy Charges Duplication BW | 839.00 | 83.90 |
|  | **Total** |  | **$7,427.69** |

| | |
|---|---|
| Patton, James L., Jr., Future Claimants Representative | Invoice Date: July 22, 2019 |
| | Invoice Number: 50007257 |
| | Matter Number: 077187.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Air/Rail Travel | 1,304.60 |
| Car/Bus/Subway Travel | 163.52 |
| Computerized Legal Research | 3,176.79 |
| Delivery / Courier | 7.50 |
| Docket Retrieval / Search | 274.90 |
| Facsimile | 1.00 |
| Hotel/Lodging | 168.72 |
| Parking | 60.00 |
| Postage | 848.66 |
| Reproduction Charges | 1,422.00 |
| **Total** | **$7,427.69** |