# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON AUGUST 21, 2019 AT 10:00 A.M. (EDT)[2]

**I.   RESOLVED MATTER:**

1. Debtors' Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Assume Certain Unexpired Leases of Nonresidential Real Property and (B) Granting Related Relief [Docket No. 931 – filed August 7, 2019]

   <u>Objection / Response Deadline</u>:   August 14, 2019 at 4:00 p.m. (ET)

   <u>Objections / Responses Received</u>:   None.

   <u>Related Documents</u>:

   i.   Certificate of No Objection Regarding Debtors' Omnibus Motion for Entry of an Order (A) Authorizing the Debtors to Assume Certain Unexpired Leases of Nonresidential Real Property and (B) Granting Related Relief [Docket No. 945 – filed August 15, 2019]

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2]   The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the August 21, 2019 hearing must contact COURTCALL, LLC at 866-582-6878 prior to the hearing to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*.

RLF1 21650397v.1

ii. Order (A) Authorizing the Debtors to Assume Certain Unexpired Leases of Nonresidential Real Property and (B) Granting Related Relief [Docket No. 947 – entered August 16, 2019]

Status: On August 16, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II. CONTESTED MATTER GOING FORWARD:

2. Motion to Strike Improper Designations of Items for the Record on Appeal [Docket No. 802 – filed July 12, 2019]

   Objection / Response Deadline: August 1, 2019 at 4:00 p.m. (ET); extended for Cyprus Historical Excess Insurers to August 8, 2019

   Objections / Responses Received:

   A. Cyprus Historical Excess Insurers' Objection to Motion to Strike Designations of Items for the Record on Appeal and Request for Fees [Docket No. 934 – filed August 8, 2019]

   B. Declaration of Janine Panchok-Berry in Support of Cyprus Historical Excess Insurers' Objection to Motion to Strike Designations of Items for the Record on Appeal and Request for Fees [Docket No. 935 – filed August 8, 2019]

   Related Documents:

   i. Notice of Motion to Strike Improper Designations of Items for the Record on Appeal [Docket No. 837 – filed July 18, 2019]

   ii. Reply of the Debtors and the FCR to Appellants' Objection to Motion to Strike Improper Designations of Items for the Record on Appeal [Docket No. 948 - filed August 16, 2019]

   iii. Declaration of Marcos A. Ramos in Support of the Reply of the Debtors and the FCR to Appellants' Objection to Motion to Strike Improper Designations of Items for the Record on Appeal [Docket No. 949 - filed August 16, 2019]

   Status: The hearing on this matter is going forward.

Dated: August 19, 2019
      Wilmington, Delaware

/s/ Amanda R. Steele

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
       kim.posin@lw.com
       helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*