**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
IMERYS TALC AMERICA, INC., *et al.*,[1]                      :   Case No. 19-10289 (LSS)
                                                             :
            Debtors.                                         :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 27, 2020 AT 10:00 A.M. (ET)**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.    CONTINUED / RESOLVED MATTERS:**

1.   Motion of Debtors for Entry of an Order (I) Authorizing Implementation of a Key Employee Incentive Program and a Key Employee Retention Program, (II) Approving the Terms of the Debtors' Key Employee Incentive Program and Key Employee Retention Program, and (III) Granting Related Relief [Docket No. 1201 – filed November 1, 2019]

     Objection / Response Deadline:    November 15, 2019 at 4:00 p.m. (ET); extended to November 18, 2019 at 4:00 p.m. (ET) for the Office of the United States Trustee

     Objections / Responses Received:

     A.   The United States Trustee's Objection to Motion of Debtors for Entry of an Order (I) Authorizing Implementation of a Key Employee Incentive Program and a Key Employee Retention Program, (II) Approving the Terms of the Debtors' Key Employee Incentive Program and Key Employee Retention Program, and (III) Granting Related Relief [Docket No. 1235 – filed November 18, 2019]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2]    **Amended items appear in bold.**

RLF1 22797441v.1

Related Documents:

i. Notice of Filing Revised Proposed Order Approving Debtors' Key Employee Retention Program [Docket No. 1238 – filed November 20, 2019]

ii. Supplemental Declaration of Edgar William Mosley II in Support of the Debtors' Motion for Order Approving the Implementation of a Key Employee Incentive Plan and a Key Employee Retention Plan [Docket No. 1252 – filed November 21, 2019]

iii. Order Approving Debtors' Key Employee Retention Program [Docket No. 1259 – entered November 22, 2019.

Status: By the Motion, the Debtors seek, *inter alia*, authority to implement a key employee incentive program (the "KEIP") and a key employee retention program (the "KERP"). On November 22, 2019 the Court entered an order regarding the Motion, solely as it relates to the KERP. The hearing on the Motion, as it relates to the KEIP has been continued to the omnibus hearing scheduled for February 26, 2020 at 10:00 a.m. (ET).

2. Debtors' Motion for an Order Further Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1292 – filed December 6, 2019]

   Objection / Response Deadline:    December 20, 2019 at 4:00 p.m. (ET)

   Objections / Responses Received:    None.

   Related Documents:

   i. Certificate of No Objection Regarding Debtors' Motion for an Order Further Extending the Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1366 – filed December 23, 2019]

   ii. Order Further Extending the Debtors' Current Exclusive Periods Within Which to File a Chapter 11 Plan and to Solicit Acceptances Thereof [Docket No. 1371 – entered December 26, 2019]

   Status: On December 26, 2019, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3. Debtors' Application for Entry of Order (I) Authorizing Employment and Retention of PJT Partners LP as Investment Banker *Nunc Pro Tunc* to November 7, 2019 and (II) Waiving Certain Informational Requirements in Connection Therewith [Docket No. 1392 – filed January 6, 2020]

Objection / Response Deadline:    January 20, 2020 at 4:00 p.m. (ET)

Objections / Responses Received:

A.    Informal comments from the Office of the United States Trustee

Related Documents:   None.

Status: The hearing on this matter has been continued to omnibus hearing scheduled for February 26, 2020 at 10:00 a.m. (ET).

## II.    UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:

4.    Debtors' Motion for Order Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Further Extending the Deadline by Which the Debtors May Remove Civil Actions [Docket No. 1391 – filed January 6, 2020]

Objection / Response Deadline:    January 20, 2020 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i.    Certificate of No Objection Regarding Debtors' Motion for Order Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Further Extending the Deadline by Which the Debtors May Remove Civil Actions [Docket No. 1442 - filed January 22, 2020]

ii.    **Third Order Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Further Extending the Deadline by Which the Debtors May Remove Civil Actions [Docket No. 1447 – entered January 23, 2020]**

Status: **On January 23, 2020, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.**

5.    Motion of Rio Tinto for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 1394 – filed January 8, 2020]

Objection / Response Deadline:    January 17, 2020 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i.    Certification of No Objection with Respect to Motion of Rio Tinto for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and

3

        9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 1444 – filed January 23, 2020]

    ii.    Proposed Form of Order

    iii.    **Order Granting Motion of Rio Tinto for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 1448 – entered January 23, 2020]**

Status: **On January 23, 2020, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

6. Motion of Cyprus Mines Corporation and Cyprus Amax Minerals Company for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 1399 – filed January 8, 2020]

    Objection / Response Deadline:    January 20, 2020 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

    i.    Certificate of No Objection Regarding Motion of Cyprus Mines Corporation and Cyprus Amax Minerals Company for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 1445 – filed January 23, 2020]

    ii.    Proposed form of Order

    iii.    **Order Granting Motion of Cyprus Mines Corporation and Cyprus Amax Minerals Company for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 1449 – entered January 23, 2020]**

Status: **On January 23, 2020, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

| | |
|---|---|
| Dated: January 23, 2020<br>Wilmington, Delaware | /s/ Brett M. Haywood |

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: collins@rlf.com
        merchant@rlf.com
        steele@rlf.com
        haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jeff.bjork@lw.com
        kim.posin@lw.com
        helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*

RLF1 22797441v.1