**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., et al., | : | Case No. 19-10289 (LSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **D.I. Nos. 1567, 1731, and 1732** |

-------------------------------------------------------------

**OBJECTION AND JOINDER OF THE**
**AD HOC COMMITTEE OF IMERYS TALC LITIGATION PLAINTIFFS IN**
**OPPOSITION TO THE MOTION OF JOHNSON & JOHNSON'S AND**
**JOHNSON & JOHNSON CONSUMER INC.'S MOTION TO MODIFY THE**
**AUTOMATIC STAY TO PERMIT J&J TO SEND NOTICE ASSUMING DEFENSE OF**
**CERTAIN TALC CLAIMS AND TO IMPLEMENT TALC LITIGATION PROTOCOL**

The Ad Hoc Committee of Imerys Talc Litigation Plaintiffs, by and through their undersigned counsel, hereby object, and join in the well-founded objections (collectively, the "Objections") of the above-captioned debtors [Docket No. 1731] and the Official Committee of Tort Claimants [Docket No. 1732] in opposition to the motion of Johnson & Johnson's to modify the automatic stay to implement talc litigation protocol (the "Motion") [Docket No. 1567].

For the reasons cited in the Objections, which are incorporated as if fully set forth herein, the Motion should be denied.  Further, the Ad Hoc Committee expressly reserves and preserves its right to supplement this objection and joinder at any time up to and including the hearing to

consider the Motion.

Dated: June 12, 2020

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

      and

David Molton, Esquire
Bennett S. Silverberg, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail:  DMolton@brownrudnick.com
E-mail:  BSilverberg@brownrudnick.com

      and

Sunni P. Beville, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail:  sbeville@brownrudnick.com

*Counsel to the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs*

11739845/1