**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firm of Womble Bond Dickinson (US) LLP hereby enter its appearance as counsel for SunTrust Equipment Finance & Leasing Corp. ("SunTrust"), in the above-captioned bankruptcy cases (the "Bankruptcy Cases").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

Matthew P. Ward, Esq.
Nicholas T. Verna, Esq.
**WOMBLE BOND DICKINSON (US) LLP**
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
matthew.ward@wbd-us.com
nick.verna@wbd-us.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, is intended to waive: (a) the right of SunTrust to have final orders in (i) non-core matters, and (ii) matters designated for final adjudication in the Bankruptcy Court as a statutory matter pursuant to 28 U.S.C. § 157(b), but prohibited from proceeding as such pursuant to Article III of the Constitution, entered only after _de novo_ review by a federal district court judge (and nothing contained herein shall be construed or otherwise deemed to be a waiver of such right by SunTrust or consent by SunTrust to final adjudication in the Bankruptcy Court of such matters); (b) the right of SunTrust to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretionary withdrawal; (c) the right of SunTrust to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (d) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (e) an election of remedy; or (f) any other rights, claims, actions, defenses, setoffs, or recoupments to which SunTrust is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

3

|  |  |
|---|---|
| Dated: June 17, 2020<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Nicholas T. Verna*<br>Matthew P. Ward (Del. Bar No. 4471)<br>Nicholas T. Verna (Del. Bar No. 6082)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone:   (302) 252-4320<br>Facsimile:   (302) 252-4330<br>Email:   matthew.ward@wbd-us.com<br>           nick.verna@wbd-us.com<br><br>*Counsel to SunTrust Equipment Finance & Leasing Corp.* |