**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IMERYS TALC AMERICA, INC., *et al.*,[1]<br><br>Debtors, | Chapter 11<br><br>Case No. 19-10289 (LSS)<br>Jointly Administered<br><br>**Re: D.I. 1776** |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF BROADVIEW INVESTMENTS, LLC, PTI UNION, LLC, AND PTI ROYSTON, LLC TO MOTION OF THE DEBTORS FOR AN ORDER CONFIRMING CLASSIFICATION OF CERTAIN CLAIMS FILED IN THE CHAPTER 11 CASES AS TALC PERSONAL INJURY CLAIMS FROM THE CLAIMS REGISTER**

Broadview Investments, LLC, PTI Union, LLC, and PTI Royston, LLC (jointly referred to as the ("Defendants")) hereby submit this limited objection and reservation of rights (the "Limited Objection") to the *Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims from the Claims Register* [D.I. 1776] (the "Motion"). In support of this Limited Objection, the Defendants, by and through their undersigned counsel, respectfully represent as follows:

1. The Motion is premature and seeks relief that is contingent upon confirmation of a plan of reorganization [D.I. 1714] (the "Plan") for which the solicitation process has not yet been approved. While the Defendants agree that their respective claims fall within the current definition of "Talc Personal Injury Claims" contained in the Plan, the final solicitation version of the Plan has yet to be filed. Any revisions to this defined term could affect the relief sought in the Motion, and thus the Motion is premature.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. ("Imerys") (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

2.  More importantly, the Motion seeks to expunge the Defendants' claims "upon the Effective Date of the Plan as such claimants will be required to file separate claims with the Talc Personal Injury Trust pursuant to the terms of the Trust Distribution Procedures." Motion, at ¶13. Yet, at this time, the Trust Distribution Procedures have not been filed on the docket or otherwise made available to holders of Talc Personal Injury Claims. While the Defendants appreciate the Debtors' representations regarding the expected contents of such procedures, the Defendants should be permitted to review and assess the Trust Distribution Procedures to ensure that their opportunity to file a claim against the section 524(g) trust is preserved and maintained. Otherwise, it is inappropriate to expunge claims solely on the basis of a document that has not been shared with the claimant.

3.  Moreover, Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "J&J") have sought stay relief to propose a process that is significantly different from the one set forth in the Plan. Until that motion is resolved, the status of the proposed Plan is uncertain at best. If the Debtors come to an agreement with J&J that substantially modifies the Plan or if J&J is successful on its stay relief motion, the definitions in the Plan, especially with respect to talc claims, will need to be revised. Even if J&J's stay relief Motion is unsuccessful, it has already identified a number of issues with respect to confirmation of the Plan that may require substantial modifications. Thus, the Motion is also premature and improper for these reasons.

4.  Given the contingencies identified above, the Motion is premature. The Defendants submit that the hearing on the Motion should be adjourned until at least a date after the Plan has gone out for solicitation and J&J's stay relief motion has been resolved. Absent that, any order on the Motion must preserve all claimants' rights with respect to confirmation of

the Plan and must provide that the order will not have any *res judicata* effect on the Talc Personal Injury Claims in the event that defined term is modified or altered by other revisions of the Plan and its related documents.

5.   By filing this Limited Objection, the Defendants do not intend to waive any rights, arguments, or positions with respect to the Plan, and nothing herein shall be construed, read, or interpreted as an agreement or consent to the Plan or any terms thereof.  The Defendants reserve all rights with respect to the Plan, the Trust Distribution Procedures, and any other related documents filed in connection with confirmation.  In addition, the Defendants reserve their right to supplement or amend this Limited Objection at or prior to the hearing on the Motion and present argument and examine witnesses on these or other issues at the hearing on the Motion.  Additionally, the Defendants join in any other objections to the Motion to the extent not inconsistent herewith.

## CONSENT TO JURISDICTION

6.   Pursuant to Local Rule 9013-1(f), the Defendants consent to entry of a final judgment or order with respect to the Motion and this Limited Objection if it is determined that the Court, absent consent of the parties, cannot enter such judgment or order consistent with Article III of the United States Constitution.

**WHEREFORE**, the Defendants respectfully request that any relief granted in connection with the Motion be consistent with this Limited Objection, and for such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: June 19, 2020<br>Wilmington, Delaware | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ R. Stephen McNeill*<br>Phillip A. Rovner (DE Bar No. 3215)<br>R. Stephen McNeill (DE Bar No. 5210)<br>1313 North Market Street, Sixth Floor<br>Wilmington, Delaware  19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email:  provner@potteranderson.com<br>         rmcneill@potteranderson.com<br><br>-and-<br><br>**TUCKER ELLIS LLP**<br>Caroline Tinsley (49377)<br>100 S Fourth Street, Suite 600<br>St. Louis, Missouri  63102<br>Telephone:  (314) 256 -2550<br>Facsimile:  (314) 256-2549<br>Email:  caroline.tinsley@tuckerellis.com<br><br>*Attorneys for Broadview Investments, LLC, PTI Union, LLC and PTI Royston, LLC* |