## **CERTIFICATE OF SERVICE**

    I, R. Stephen McNeill, hereby certify that I am not less than 18 years of age and that on this 19th day of June 2020, I caused a true and correct copy of the foregoing *Limited Objection and Reservation of Rights of Broadview Investments, LLC, PTI Union, LLC, and PTI Royston, LLC to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims from the Claims Register* to be served upon the parties on the attached service list via email and first-class mail, postage pre-paid.

    Under penalty of perjury, I declare the foregoing is true and correct.

                                                      */s/ R. Stephen McNeill*
                                                      R. Stephen McNeill (DE Bar No. 5210)

## SERVICE LIST

RICHARDS, LAYTON & FINGER, P.A.  
Mark D. Collins, Esq.  
Michael J. Merchant, Esq.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
E-mail:  collins@rlf.com  
             merchant@rlf.com

LATHAM & WATKINS LLP  
Kimberly A. Posin, Esq.  
355 South Grand Avenue, Suite 100  
Los Angeles, California 90071-1560  
E-mail:  kim.posin@lw.com

IMPAC 6760036v.2