IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtors. | (Jointly Administered) |
|  | Hearing Date: July 24, 2020 at 10:00 a.m. ET |
|  | Re: Docket Nos. 1731, 1769 & 1976 |

**DEBTORS' RESPONSE TO THE JOINT RESPONSE OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS AND FUTURE CLAIMANTS' REPRESENTATIVE TO JOHNSON & JOHNSON'S OMNIBUS REPLY IN SUPPORT OF J&J'S MOTION FOR ENTRY OF ORDER MODIFYING AUTOMATIC STAY TO IMPLEMENT TALC LITIGATION PROTOCOL**

Imerys Talc America, Inc., Imerys Talc Vermont, Inc., and Imerys Talc Canada Inc. (collectively, the "**Debtors**"), as debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submit this response to the *Joint Response of the Official Committee of Tort Claimants and Future Claimants' Representative to Johnson & Johnson's Omnibus Reply in Support of J&J's Motion for Entry of Order Modifying Automatic Stay to Implement Talc Litigation Protocol* [Docket No. 1976] (the "**Joint Response**").[2]

1. For all of the reasons set forth in the Debtors' Objection [Docket No. 1731], the Debtors maintain that J&J's Motion remains procedurally improper and its proposed Order and Talc Litigation Protocol, as initially proposed and subsequently modified in connection with J&J's Reply [Docket No. 1769], simultaneously fails to fully address all issues that need to be resolved

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection previously filed by the Debtors [Docket No. 1731].

RLF1 23702257v.1

in connection with the indemnification obligations J&J indisputably owes to the Debtors and seeks relief to which J&J is not entitled in the context of a motion to lift or modify the automatic stay.

2.  However, the Debtors are prepared to stipulate to lift the protections of the automatic stay if further modifications are made to the proposed Order and Talc Litigation Protocol, as are reflected in Exhibit A attached to the Joint Response. The Debtors agree with the Official Committee of Tort Claimants and the Future Claimants' Representative that these further changes to the relief requested by J&J are essential to protect the rights of stakeholders and to ensure the continued orderly progress of these Chapter 11 Cases.

3.  Accordingly, the Debtors support entering the proposed Order as attached to the Joint Response.

Dated: July 10, 2020
    Wilmington, Delaware

Respectfully submitted,
*/s/ Sarah E. Silveira*

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
Sarah E. Silveira (No. 6580)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       haywood@rlf.com
       silveira@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Amy C. Quartarolo (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
            kim.posin@lw.com
            amy.quartarolo@lw.com
            helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*