IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.,* | : | Case No. 19-12089 (LSS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of the following holders of Talc Personal Injury Claims in the captioned cases (collectively, the "Claimants"):

Bridget Mendoza
Eleanor Barsh
Mary Simmons
Rosalind Weathers

Pursuant to Rules 2002(g), 2015, 3017(a), 9007, 9010(b), Fed. R. Bankr. P., and sections 342 and 1109(b) of title 11 of the United States Code, the undersigned request that copies of all notices, applications, reports, motions, briefs, memoranda, pleadings, proposed plans and disclosure statements, proposed orders, and any other documents filed or served in the captioned cases be served upon:

Mark S. Carder, Esq.
Stinson LLP
1201 Walnut, Ste. 2900
Kansas City, MO  64106
Telephone:    (816) 842-8600
Facsimile:    (816) 691-3495
mark.carder@stinson.com

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, or claim is intended to or shall be deemed to waive the Claimants' rights to entry of final

orders by the United States District Court rather than the Bankruptcy Court, the right to trial by jury in any proceeding so triable in the captioned cases or other cases or proceedings, the right to have the reference to the Bankruptcy Court withdrawn by the United States District Court pursuant to title 28 of the United States Code, or any other rights, clams, actions, defenses, setoffs or recoupments to which any or all of the Claimants is or may be entitled under agreements, at law or in equity, all of which are expressly reserved.

Dated: August 12, 2020

        STINSON LLP

        By:    */s/ Mark S. Carder*
        Mark S. Carder   (MO40262)
        1201 Walnut, Ste. 2900
        Kansas City, MO  64106
        Telephone:  (816) 842-8600

        *Counsel for Bridget Mendoza,*
        *Eleanor Barsh, Mary Simmons, and*
        *Rosalind Weathers*

CERTIFICATE OF SERVICE

I, Mark S. Carder, hereby certify that I caused a copy of the foregoing Notice Of Appearance And Request For All Notices And Pleadings to be served via CM/ECF upon those parties registered to receive such electronic notice and additionally via First Class U.S. Mail, postage prepaid, upon the parties listed below.

Dated: August 12, 2020.                           /s/  Mark S. Carder
                                                  Mark S. Carder

*Via First Class Mail*

Latham & Watkins LLP
Jeffrey E. Bjork, Esq.
Kimberly A. Posin, Esq.
Helena G. Tseregounis, Esq.
335 South Grand Avenue
Suite 100
Los Angeles, CA  90071-1560

Latham & Watkins LLP
George A. Davis, Esq.
Jeffrey T. Mispagel, Esq.
Annemarie V. Reilly, Esq.
Keith A. Simon, Esq.
885 Third Avenue
New York, NY  10022

Richards, Layton & Finger, P.A.
Mark D. Collins, Esq.
Michael Joseph Merchant, Esq.
Amanda R. Steele, Esq.
Brett Michael Haywood, Esq.
One Rodney Square
920 North King Street
Wilmington, DE  19801

Latham & Watkins LLP
Richard A. Levy, Esq.
330 North Wabash Avenue
Suite 2800
Chicago, IL  60611

Office of the United States Trustee
Linda Richenderfer, Esq.
Juliet M. Sarkessian, Esq.
844 King Street, Ste. 2207
Lockbox #35
Wilmington, DE  19801