# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                      : Chapter 11
                                                            :
IMERYS TALC AMERICA, INC., *et al.*,[1]                     : Case No. 19-10289 (LSS)
                                                            :
            Debtors.                                        : (Jointly Administered)
                                                            :
------------------------------------------------------------ x

### *AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON SEPTEMBER 23, 2020 AT 10:00 A.M. (ET)

> **This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than September 23, 2020 at 8:30 a.m. to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **Topic: Imerys Talc America, Inc. 19-10289**
> **Time: September 23, 2020 10:00 AM Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting**
> **https://debuscourts.zoomgov.com/j/1603287467**
>
> **Meeting ID: 160 328 7467**
> **Password: 464449**
>
> **Join by SIP**
> **1603287467@sip.zoomgov.com**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] **Amended items appear in bold.**

RLF1 24028844v.1

**I.      CONTINUED MATTER:**

1. Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1776 – filed May 29, 2020]

    Objection / Response Deadline:        June 19, 2020 at 4:00 p.m. (ET)

    Objection / Responses Received:

    A. Memorandum of Law of Robert Gendelman, Executor of the Estate of Sherri Gendelman and Robert Gendelman in His Own Rights in Limited Opposition to Debtor's Motion for Order Confirmation Classification and Expungement of Certain Claims Filed by Out of State Counsel Pursuant to Del. Bankr. L.R. 9010-1(e)(iii) [Docket No. 1836 – filed June 11, 2020]

    B. Memorandum of Law of Ramek Fleming Executory of the Estate of Melissa Fleming and Ramek Fleming in His Own Rights in Limited Opposition to Debtor's Motion for Order Confirmation Classification and Expungement of Certain Claims Filed by Out of State Counsel Pursuant to Del. Bankr. L.R. 9010-1(e)(iii) [Docket No. 1837 – filed June 11, 2020]

    C. Objection of the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims And Expunging Such Claims from the Claims Register [Docket No. 1899 – filed June 19, 2020]

    D. Chubb Insurers' Opposition to Debtors' Motion for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1900 – filed June 19, 2020]

    E. Objection of Arnold & Itkin Plaintiffs to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1902 – filed June 19, 2020]

    F. Limited Objection and Reservation of Rights of Broadview Investments, LLC, PTI Union, LLC, and PTI Royston, LLC to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims from the Claims Register [Docket No. 1903 – filed June 19, 2020]

    G. Objection of American International Industries to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the

2

      Chapter 11 Cases as Talc Personal Injury Claims from the Claims Register [Docket No. 1904 – field June 19, 2020]

H.     Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Classification and Expungement Motion [Docket No. 1905 – filed June 19, 2020]

I.     Objection of Continental Casualty Company, Columbia Casualty Company, and the Continental Insurance Company to Debtors' Motion for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1906 – filed June 19, 2020]

J.     Joinder of Brenntag North America, Inc. and Brenntag Specialties, Inc. in Objections to the Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Class Register [Docket No. 1907 – filed June 19, 2020]

K.     Limited Objection and Joinder of Personal Care Products Council to Claimants' Objections to Debtor's Motion for Order Confirmation Classification and Expungement Of Certain Claims [DE 1776] [Docket No. 1909 – filed June 19, 2020]

L.     Cyprus Historical Excess Insurers and RMI Insurers (Certain Insurers) Opposition to Debtors' Motion for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Dkt. 1776] [Docket No. 1910 – filed June 19, 202]

M.     Objection of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1912 – filed June 19, 2020]

N.     Objection and Joinder of Talcum Powder Retailers to Objection of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in The Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1913 – filed June 19, 2020]

O.     Limited Objection and Joinder of PolyOne Corporation in the Objections to the Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims From the Class Register [Docket No. 1919 – filed June 23, 2020]

RLF1 24028844v.1

    P.    Informal comments from the Office of the United States Trustee

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim Regarding Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1858 - filed June 16, 2020]

ii. Notice of Rescheduled Hearing Regarding Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 2087 – filed August 13, 2020]

Status: The hearing on this matter has been continued to November 16, 2020 at 10:00 a.m. (ET).

## II.  UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:

2. Debtors' Motion for an Order Approving Ordinary Course Mid-Year Bonus Payment Under Sections 105(a), 363 and 503 of the Bankruptcy Code [Docket No. 2158 – filed September 2, 2020]

    Objection / Response Deadline:    September 16, 2020 at 4:00 p.m. (ET)

    Objection / Responses Received:    None.

    Related Documents:

    i. Certificate of No Objection Regarding Debtors' Motion for an Order Approving Ordinary Course Mid-Year Bonus Payment Under Sections 105(a), 363 and 503 of the Bankruptcy Code [Docket No. 2216 – filed September 17, 2020]

    ii. **Order Approving Ordinary Course Mid-Year Bonus Payment Under Sections 105(a), 363 and 503 of the Bankruptcy Code [Docket No. 2228 – entered September 21, 2020]**

    **Status: On September 21, 2020, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

3. Debtors' Motion for Order Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Further Extending the Deadline by Which the Debtors May Remove Civil Actions [Docket No. 2164 – filed September 4, 2020]

    Objection / Response Deadline:    September 16, 2020 at 4:00 p.m. (ET)

4

        Objection / Responses Received:    None.

        Related Documents:

        i.    Certificate of No Objection Regarding Debtors' Motion for Order Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Further Extending the Deadline by Which the Debtors May Remove Civil Actions [Docket No. 2217 – filed September 17, 2020]

        ii.    **Fifth Order Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Further Extending the Deadline by Which the Debtors May Remove Civil Action [Docket No. 2229 – entered September 21, 2020]**

        **Status: On September 21, 2020, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

4.    Motion of Cyprus Mines Corporation and Cyprus Amax Minerals Company for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 2165 – filed September 4, 2020]

        Objection / Response Deadline:    September 16, 2020 at 4:00 p.m. (ET)

        Objection / Responses Received:    None.

        Related Documents:

        i.    Certificate of No Objection Regarding Motion of Cyprus Mines Corporation and Cyprus Amax Minerals Company for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 2219 – filed September 17, 2020]

        ii.    Proposed Form of Order

        iii.    **Order Granting Motion of Cyprus Mines Corporation and Cyprus Amax Minerals Company for an Order Pursuant to 28 U.S.C § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 2230 – entered September 21, 2020]**

        **Status: On September 21, 2020, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

5.    Motion of Rio Tinto for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 2167 – filed September 5, 2020]

<table>
<tr><td>Objection / Response Deadline:</td><td>September 16, 2020 at 4:00 p.m. (ET)</td></tr>
<tr><td>Objection / Responses Received:</td><td>None.</td></tr>
</table>

Related Documents:

i. Motion of Rio Tinto for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 2166 – filed September 4, 2020]

ii. Certificate of No Objection with Respect to Amended Motion of Rio Tinto for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 2220 – filed September 18, 2020]

iii. Proposed Form of Order

iv. **Order Granting Motion of Rio Tinto for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 2231 – entered September 21, 2020]**

**Status: On September 21, 2020, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

### III. CONTESTED MATTERS:

6. Johnson & Johnson's Motion Pursuant to 11 U.S.C. § 362(d)(1), Fed. R. Bankr. P. 4001, and Local Bankruptcy Rule 4001-1 for Entry of Order Modifying Automatic Stay to Permit J&J to Send Notice Assuming Defense of Certain Talc Claims and to Implement Talc Litigation Protocol [Docket No. 1567 – filed March 20, 2020]

   Objection / Response Deadline:    April 22, 2020 at 4:00 p.m. (ET); extended to May 19, 2020 at 4:00 p.m. (ET)

   Objection / Responses Received:

   A. Cyprus Mines Corporation's and Cyprus Amax Minerals Company's Response to Johnson & Johnson's Motion to Modify the Automatic Stay and Implement a Litigation Protocol [Docket No. 1730 – filed May 19, 2020]

   B. Debtors' Objection to Johnson & Johnson's and Johnson & Johnson Consumer Inc.'s Motion Pursuant to 11 U.S.C. Section 362(d)(1), Fed. R. Bankr. P. 4001, and Local Bankruptcy Rule 4001-1 for Entry of Order Modifying Automatic Stay to Permit J&J to Send Notice Assuming

      Defense of Certain Talc Claims and to Implement Talc Litigation Protocol [Docket No. 1731 – filed May 19, 2020]

C.   Response of the Official Committee of Tort Claimants to Johnson & Johnson's Motion to Modify the Automatic Stay to Implement Talc Litigation Protocol [Docket No. 1732 – filed May 19, 2020]

D.   James L. Patton, Jr.'s, the Legal Representative for Future Talc Personal Injury Claimants Against the Debtors, (I) Joinder to the Response of the Official Committee of Tort Claimants to Johnson & Johnson's Motion to Modify the Automatic Stay to Implement Talc Litigation Protocol and (II) Limited Objection to Johnson & Johnson's Motion [Docket No. 1734 – filed May 19, 2020]

E.   Johnson & Johnson's Omnibus Reply in Support of J&J's Motion for Entry of Order Modifying Automatic Stay to Implement Talc Litigation Protocol [Docket No. 1769 – filed May 28, 2020]

F.   Cyprus Historical Excess Insurers' Statement in Support, Objection to Debtors' Actions Impairing Rights of Subrogation, and Limited Objection to Johnson & Johnson Motion to Modify Stay [Dkt. 1567] [Docket No. 1802 – filed June 4, 2020]

G.   Objection and Joinder of the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs in Opposition to the Motion of Johnson & Johnson's and Johnson & Johnson Consumer Inc.'s Motion to Modify the Automatic Stay to Permit J&J to Send Notice Assuming Defense of Certain Talc Claims and to Implement Talc Litigation Protocol [Docket No. 1842 – filed June 12, 2020]

H.   Joint Response of the Official Committee of Tort Claimants and Future Claimants' Representative to Johnson & Johnson's Omnibus Reply in Support of J&J's Motion for Entry of Order Modifying Automatic Stay to Implement Talc Litigation Protocol [Docket No. 1976 – filed July 10, 2020]

I.   Debtors' Response to the Joint Response of the Official Committee of Tort Claimants and Future Claimants' Representative to Johnson & Johnson's Omnibus Reply in Support of J&J's Motion for Entry of Order Modifying Automatic Stay to Implement Talc Litigation Protocol [Docket No. 1978 – filed July 10, 2020]

<u>Related Documents:</u>

i.   Notice of Rescheduling of Motion, Objection Deadline [Docket No. 1651 – filed April 17, 2020]

RLF1 24028844v.1

ii. Chubb Insurers' Statement in Support of Johnson & Johnson's Lift-Stay Motion [Docket No. 1931 – filed June 25, 2020]

iii. Notice of Continued Hearing to Consider Johnson & Johnson's Motion for Relief from Automatic Stay [D.I. 1567] [Docket No. 1937 – filed June 25, 2020]

iv. Notice of Continued Hearing to Consider Johnson & Johnson's Motion for Relief from Automatic Stay [D.I. 1567] [Docket No. 2011 – filed July 20, 2020]

v. Notice of Continued Hearing to Consider Johnson & Johnson's Motion for Relief from Automatic Stay [D.I. 1567] [Docket No. 2114 – filed August 21, 2020]

vi. Letter in Response to Debtors' Request for Emergency Teleconference on the Scheduling of Lift Stay Motion [Docket No. 2121 – filed August 24, 2020]

vii. Letter of Cyprus Historical Excess Insurers in Response to Debtors' Requests for Emergency Teleconference on the Scheduling of Lift Stay Motion [Docket No. 2123 – filed August 24, 2020]

viii. Certification of Counsel Regarding Order Appointing Mediator [Docket No. 2173 – filed September 10, 2020]

ix. Johnson & Johnson's Reply to (I) the Joint Response of the Official Committee of Tort Claimants and Future Claimants' Representative to Johnson & Johnson's Omnibus Reply in Support of Johnson & Johnson's Motion for Entry of Order Modifying Automatic Stay to Implement Talc Litigation Protocol and (II) The Debtors' Response Thereto [Docket No. 2181 – filed September 10, 2020]

x. Order Appointing Mediator [Docket No. 2188 – entered September 11, 2020]

xi. Certification of Counsel Regarding First Amended Order Appointing Mediator [Docket No. 2223 - filed September 21, 2020]

xii. **First Amended Order Appointing Mediator [Docket No. 2232 – entered September 21, 2020]**

Status: The hearing on this matter is going forward.

## IV. INTERIM FEE APPLICATIONS:

7. Interim Fee Applications

   Objection / Responses Received:    (See Exhibit A)

Related Documents: (See Exhibit A)

i. **Certification of Counsel Regarding Fifth Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 2243 - filed September 22, 2020]**

**Status: On September 22, 2020, the Debtors submitted a proposed form omnibus order under a Certification of Counsel, reflecting agreements between certain professionals and the Fee Examiner regarding the interim fee applications listed on Exhibit A attached hereto with the exception of Legal Analysis Systems, Inc.  The hearing solely with respect to the interim fee application of Legal Analysis Systems, Inc. has been continued to the hearing scheduled for October 8, 2020 at 11:30 a.m. (ET).  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.**

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: September 22, 2020<br>Wilmington, Delaware | */s/  Michael J. Merchant*  |

                                              **RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
         merchant@rlf.com
         steele@rlf.com
         haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
         kim.posin@lw.com
         helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*

RLF1 24028844v.1