**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
In re:                                                          :    Chapter 11
:
:    Case No. 19-10289 (LSS)
IMERYS TALC AMERICA, INC. *et al.*[1]                           :
:    (Jointly Administered)
Debtor.                                                         :
:
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF DOCKET NO. 2274

Seth A. Niederman of Fox Rothschild LLP, counsel for Travelers Casualty & Surety Company (f/k/a The Aetna Casualty and Surety Company) hereby withdraws the *Travelers Casualty & Surety Company's Notice of Appearance and Request for Service of Papers* [Docket No. 2274; Filed on September 30, 2020]. Docket No. 2274 should reflect that it has been withdrawn.

**FOX ROTHSCHILD LLP**

By:   */s/ Seth A. Niederman*
           Seth A. Niederman (No. 4588)
           919 North Market Street, Suite 300
           P.O. Box 2323
           Wilmington, DE  19899-2323
           Phone (302) 654-7444/Fax (302) 656-8920
           sniederman@foxrothschild.com

Dated:  October 5, 2020         *Counsel for Travelers Casualty & Surety Company*
                                *(f/k/a The Aetna Casualty and Insurance Company)*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

Active\114892853.v1-10/5/20