## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
                                :

In re:                      :     Chapter 11

                                :     Case No. 19-10289 (LSS)

IMERYS TALC AMERICA, INC. *et al.*[1]  :

                              :     (Jointly Administered)

                Debtor.    :
-------------------------------------------------------------x

### TRAVELERS CASUALTY & SURETY COMPANY'S
### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended and applicable to the above-captioned bankruptcy cases (the "Bankruptcy Cases"), the "Bankruptcy Code")) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Fox Rothschild LLP enters its appearance as counsel for Travelers Casualty & Surety Company (f/k/a The Aetna Casualty and Surety Company).

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

Neal J. Levitsky, Esq.
Seth A. Niederman, Esq.
Kasey H. DeSantis, Esq.
**FOX ROTHSCHILD LLP**
919 North Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
nlevitsky@foxrothschild.com
sniederman@foxrothschild.com
kdesantis@foxrothschild.com

Andrew T. Frankel, Esq.
Kathrine A. McLendon, Esq
Elisa Alcabes, Esq.
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017
Telephone: (212) 455-4200
afrankel@stblaw.com
kmclendon@stblaw.com
ealcabes@stblaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

Dated: October 5, 2020

**FOX ROTHSCHILD LLP**

By: */s/ Seth A. Niederman*
Neal J. Levitsky, Esq. (DE No. 2092)
Seth A. Niederman, Esq. (DE No. 4588)
Kasey H. DeSantis, Esq. (DE No. 5882)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920

*Counsel for Travelers Casualty  & Surety Company (f/k/a  The Aetna Casualty and Insurance Company)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October 2020, I cause to be filed with the Court electronically, and I caused to be served a true and correct copy of the *Notice of Appearance and Demand for Service of Papers* upon the parties that registered to receive notice via the Court's CM/ECF notification system.

/s/ Seth A. Niederman
Seth A. Niederman (DE No. 4588)