**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re: : Chapter 11
 :
IMERYS TALC AMERICA, INC., *et al.*,[1] : Case No. 19-10289 (LSS)
 :
                Debtors. : (Jointly Administered)
 :
 : **Re: Docket No. 1714, 1715, 2083, 2084, 2289 & 2290**
 :
------------------------------------------------------------ x

**NOTICE OF FILING OF BLACKLINES OF FURTHER REVISED
DISCLOSURE STATEMENT AND FURTHER AMENDED PLAN**

PLEASE TAKE NOTICE that, on May 15, 2020, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 1714] (the "**Plan**") and filed the *Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 1715] (the "**Disclosure Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, on August 12, 2020, the Debtors filed the (i) *Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 2083] (the "**Amended Plan**") and (ii) *Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization of Imerys*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

*Talc America, Inc. and Its Debtors Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 2084] (the "**Revised Disclosure Statement**").

PLEASE TAKE FURTHER NOTICE that, contemporaneously herewith, the Debtors filed further amended versions of the Amended Plan [D.I. 2289] (as may be further amended, supplemented, or otherwise modified, the "**Further Amended Plan**") and the Revised Disclosure Statement [D.I. 2290] (as may be further amended, supplemented, or otherwise modified, the "**Further Revised Disclosure Statement**").

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a blackline comparison of the Further Amended Plan marked against the Amended Plan is attached hereto as **Exhibit 1** and a blackline comparison of the Further Revised Disclosure Statement marked against the Revised Disclosure Statement is attached hereto as **Exhibit 2**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the adequacy of the information contained in the Further Revised Disclosure Statement is scheduled for **October 8, 2020 at 11:30 a.m.** (**Eastern Time**) before the Honorable Laurie Selber Silverstein at the Court, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 (the "**Disclosure Statement Hearing**").

PLEASE TAKE FURTHER NOTICE that, to the extent that the Debtors make further revisions to the Further Amended Plan and the Further Revised Disclosure Statement prior to the Disclosure Statement Hearing, the Debtors will present further blacklined copies of such revised documents to the Court either at or before the Disclosure Statement Hearing.

| | |
|---|---|
| Dated: October 5, 2020<br>Wilmington, Delaware | */s/ Sarah E. Silveira*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Brett M. Haywood (No. 6166)<br>Sarah E. Silveira (No. 6580)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>E-mail:  collins@rlf.com<br>　　　　　merchant@rlf.com<br>　　　　　steele@rlf.com<br>　　　　　haywood@rlf.com<br>　　　　　silveira@rlf.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br><br>Jeffrey E. Bjork (admitted *pro hac vice*)<br>Kimberly A. Posin (admitted *pro hac vice*)<br>Helena G. Tseregounis (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560<br>Telephone:  (213) 485-1234<br>Facsimile:  (213) 891-8763<br>E-mail:  jeff.bjork@lw.com<br>　　　　　kim.posin@lw.com<br>　　　　　helena.tseregounis@lw.com<br><br>- and -<br><br>Richard A. Levy (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br>E-mail:  richard.levy@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |