## **Exhibit A**

List of Objections

| Objector | Date Filed | Docket No. |
|---|---|---|
| Arnold & Itkin LLP, on behalf of certain personal injury claimants ("**Arnold & Itkin**") | 6/15 | 1847 |
| Cyprus Mines Corporation and Cyprus Amax Minerals Company (collectively, "**Cyprus**") | 6/16 | 1869 |
| | 8/20 | 2110 |
| | 10/05 | 2282 |
| Century Indemnity Company, Federal Insurance Company, Central National Insurance Company of Omaha, TIG Insurance Company, International Surplus Lines Insurance Company, Mt. McKinley Insurance Company, Fairmont Premier Insurance Company, Everest Reinsurance Company, The North River Insurance Company, and the American Insurance Company (collectively, the "**Certain Insurers**") | 6/16 | 1865 |
| | 8/19 | 2097 |
| | 9/29 | 2270 |
| Ad Hoc Committee of Imerys Talc Litigation Plaintiffs ("**Ad Hoc Committee**") | 6/16 | 1866 |
| American International Industries ("**AII**") | 6/16 | 1870 |
| Hartford Accident and Indemnity Company and First State Insurance Company | 6/16 | 1871 |
| | 8/19 | 2104 |
| | 9/29 | 2272 |
| Kline & Specter, PC, on behalf of certain personal injury claimants | 6/16 | 1872 |
| Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "**J&J**") | 6/16 | 1878 |
| | 8/19 | 2105 |
| | 9/28 | 2258 |
| Talcum Powder Retailers | 6/16 | 1879 |
| Cyprus Historical Excess Insurers | 6/17 | 1894 |
| | 8/20 | 2106 |
| | 10/1 | 2278 |
| Certain Underwriters at Lloyd's London and Certain London Market Insurers | 6/19 | 1901 |
| | 8/21 | 2111 |
| Providence Washington Insurance Company, as successor in interest to Seaton Insurance Company, successor in interest to Unigard Mutual Insurance Company | 6/19 | 1908 |
| | 8/19 | 2103 |
| | 9/29 | 2270 |
| United States Trustee for Regions 3 and 9 ("**U.S. Trustee**") | 6/19 | 1911 |
| | 10/4 | 2279 |
| Employers Mutual Casualty Company | 8/21 | 2112 |
| | 10/05 | 2280 |