## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------- x
In re:                                        :    Chapter 11
                                              :
IMERYS TALC AMERICA, INC., et al.,[1]         :    Case No. 19-10289 (LSS)
                                              :
            Debtors.                          :    (Jointly Administered)
                                              :
----------------------------------------------------------- x
CYPRUS MINES CORPORATION and                  :
CYPRUS AMAX MINERALS                          :
COMPANY,                                       :    Adv. Pro. No. 20-50626 (LSS)
                                              :
            Plaintiffs,                        :
      v.                                      :
                                              :
IMERYS TALC AMERICA, INC.,                    :
IMERYS TALC VERMONT, INC.,                    :
JOHNSON & JOHNSON and JOHNSON                 :
& JOHNSON CONSUMER INC.,                      :
                                              :
            Defendants.                        :
----------------------------------------------------------- x
```

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR TELEPHONIC HEARING ON OCTOBER 8, 2020 AT 11:30 A.M. (ET)

**This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than Oct. 8, 2020 at 8:30 a.m. to sign up.**

**Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.**

**PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

<div style="border:1px solid black;">

**WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL**

**Topic: Imerys Talc America, Inc.**
**Time: Oct 8, 2020 11:30 AM Eastern Time (US and Canada)**

**Join ZoomGov Meeting**
**https://debuscourts.zoomgov.com/j/1603287467**

**Meeting ID: 160 328 7467**
**Passcode: 464449**

**Join by SIP**
**1603287467@sip.zoomgov.com**

</div>

## I.    CONTESTED MATTER:

1.    Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 1716 – filed May 15, 2020]

Objection / Response Deadline:    June 16, 2020 at 4:00 p.m. (ET); extended for the Office of the United States Trustee (the "U.S. Trustee") to June 19, 2020 at 4:00 p.m. (ET); extended for Rio Tinto America Holdings Inc., Rio Tinto America Inc., Rio Tinto Services Inc. and Zurich American Insurance Company to June 19, 2020

Objection / Responses Received:

A.    Objection of Arnold & Itkin Plaintiffs to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 1847 – filed June 15, 2020]

2

B. Objection of the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs to Approval of Disclosure Statement for Joint Chapter 11 Plan of Liquidation Proposed by Imerys Talc America, Inc. and Its Affiliated Debtors [Docket No. 1866 – filed June 16, 2020]

C. Objection of American International Industries to Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 1870 – filed June 16, 2020]

D. Objection and Joinder of the Kline & Specter Plaintiffs in Opposition to the Motion of Debtors for Entry of Order (I) Approving the Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 1872 – filed June 16, 2020]

E. Joinder of Talcum Powder Retailers to Objection of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form And Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 1879 – filed June 16, 2020]

F. Providence Washington Insurance Company, as Successor in Interest to Seaton Insurance Company, Successor in Interest Unigard Mutual Insurance Company Joinder in the Certain Insurers' Objection to (1) Disclosure Statement for Amended Plan and (2) Proposed Confirmation Schedule [Docket No. 2103 – filed August 19, 2020]

    i. Providence Washington Insurance Company, as Successor in Interest to Seaton Insurance Company, Successor in Interest Unigard Mutual Insurance Company (A) Joinder in the Certain Insurers' Objection to (1) Disclosure Statement and (2) Proposed Confirmation Schedule and (B) Reservation of Rights [Docket No. 1908 – filed June 19, 2020]

G. Joinder of Certain Underwriters at Lloyd's, London and Certain London Market Insurers to Certain Insurers' Objection to (1) Disclosure Statement

3

for Amended Plan and (2) Proposed Confirmation Schedule [Docket No. 2111 – filed August 21, 2020]

    i.    Joinder of Certain Underwriters at Lloyd's, London and Certain London Market Insurers to Certain Insurers' Objection to (1) Disclosure Statement and (2) Proposed Confirmation Schedule [Docket No. 1901 – filed June 19, 2020]

H.    Johnson & Johnson's Second Supplemental Objection to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2258 – filed September 28, 2020]

    i.    Objection of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 1878 – filed June 16, 2020]

    ii.    Johnson & Johnson's Supplemental Objection to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2105 – filed August 19, 2020]

I.    Certain Insurers' Superseding Objection to (1) Disclosure Statement for Amended Plan and (2) Proposed Confirmation Schedule [Docket No. 2270 – filed September 29, 2020]

    i.       Certain Insurers' Objection to (1) Disclosure Statement and (2) Proposed Confirmation Schedule [Docket No. 1865 – filed June 16, 2020]

    ii.     Certain Insurers' Objection to (1) Disclosure Statement for Amended Plan and (2) Proposed Confirmation Schedule [Docket No. 2097 – filed August 19, 2020]

J.     Hartford Accident and Indemnity Company and First State Insurance Company's Joinder to Certain Insurers' Objection to (1) Disclosure Statement for Amended Plan and (2) Proposed Confirmation Schedule [Docket No. 2272 – filed September 29, 2020]

    i.       Hartford Accident and Indemnity Company and First State Insurance Company's Joinder to Certain Insurers' Objection to (1) Disclosure Statement and (2) Proposed Confirmation Schedule [Docket No. 1871 – filed June 16, 2020]

    ii.     Hartford Accident and Indemnity Company and First State Insurance Company's Joinder to Certain Insurers' Objection to (1) Disclosure Statement for Amended Plan and (2) Proposed Confirmation Schedule [Docket No. 2104 – filed August 19, 2020]

K.     Cyprus Historical Excess Insurers' Objection to (1) Disclosure Statement and (2) Proposed Confirmation Schedule [Dkt. 1716, 2084] and Joinder to Certain Insurers' Objection [Dkt. 2266] to (1) Disclosure Statement for Amended Plan and (2) Proposed Confirmation Schedule [Docket No. 2278 – filed October 1, 2020]

    i.       Cyprus Historical Excess Insurers' Objection to (1) Disclosure Statement and (2) Proposed Confirmation Schedule [Dkt. 1715, 1716] [Docket No. 1894 – filed June 16, 2020]

    ii.     Cyprus Historical Excess Insurers' Objection to (1) Disclosure Statement and (2) Proposed Confirmation Schedule [Docket No. 2106 – filed August 20, 2020]

L.     Supplemental Objection of the U.S. Trustee to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2279 – filed October 4, 2020]

      i.     Objection of the U.S. Trustee to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 1911 – filed June 19, 2020]

M.     Joinder of Employers Mutual Casualty Company to Certain Insurers' Superseding Objection to (1) Disclosure Statement for Amended Plan and (2) Proposed Confirmation Schedule [Docket No. 2280 – filed October 5, 2020]

      i.     Joinder of Employers Mutual Casualty Company to Certain Insurers' Objection to (1) Disclosure Statement for Amended Plan and (2) Proposed Confirmation Schedule [Docket No. 2112 – filed August 21, 2020]

N.     Second Supplemental Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Disclosure Statement and Confirmation Schedule [Docket No. 2282 – filed October 5, 2020]

      i.     Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Motion to Approve Disclosure Statement and Establish Solicitation Procedures [Docket No. 1869 – filed June 16, 2020]

      ii.    Supplemental Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Disclosure Statement and Confirmation Schedule, and Request to Adjourn Hearing [Docket No. 2110 – filed August 20, 2020]

O.     Informal comments from Pension Benefit Guaranty Corporation

Related Documents:

i.     Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 1714 – filed May 15, 2020]

ii.    Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 1715 – filed May 15, 2020]

iii.    Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 1717 – filed May 15, 2020]

iv.    Statement of Imerys, S.A. in Connection with the Pending Sale of Substantially all of the Debtors Assets [Docket No. 1975 – filed July 10, 2020]

v.    Notice of Continued Hearing to Consider Approval of (A) Disclosure Statement [Docket No. 1715] and (B) Solicitation Procedures Motion [Docket No. 1716] [Docket No. 2009 – filed July 17, 2020]

vi.    Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2083 – filed August 12, 2020]

vii.    Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2084 – filed August 12, 2020]

viii.    Notice of Filing of Blacklines of Revised Disclosure Statement and Amended Plan [Docket No. 2086 – filed August 12, 2020]

ix.    Debtors' Status Report Regarding Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2116 – filed August 21, 2020]

x.    Joint Statement of the Official Committee of Tort Claimants and the Future Claimants' Representative Regarding Case Status and the August 26, 2020 Hearing [Docket No. 2119 – filed August 21, 2020]

xi.    Notice of Continued Hearing to Consider Approval of (A) Disclosure Statement and (B) Solicitation Procedures Motion [Docket No. 2120 – filed August 21, 2020]

xii.    Letter in Response to Debtors' Request for Emergency Teleconference on the Scheduling of Lift Stay Motion [Docket No. 2121 – filed August 24, 2020]

xiii.    Notice of Filing of Exhibits to Amended Plan [Docket No. 2184 – filed September 10, 2020]

xiv.    Notice of Revised Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and

7

Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2288 – filed October 5, 2020]

xv.    Second Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2289 – filed October 5, 2020]

xvi.    Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2290 – filed October 5, 2020]

xvii.    Notice of Filing of Blacklines of Further Revised Disclosure Statement and Further Amended Plan [Docket No. 2291 – filed October 5, 2020]

xviii.    Declaration of Jeanne C. Finegan in Support of Publication Notice and Supplemental Publication Plan [Docket No. 2292 – filed October 5, 2020]

xix.    Debtors' Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2293 – filed October 5, 2020]

xx.    Notice of Filing Chart of Responses of the Official Committee of Tort Claimants and the Future Claimants' Representative to Objections to the Trust Distribution Procedures [Docket No. 2295 – filed October 5, 2020]

xxi.    Notice of Filing of Revised Trust Distribution Procedures [Docket No. 2296 – filed October 6, 2020]

xxii.    Notice of Filing of Corrected Revised TDP [Docket No. 2298 - filed October 6, 2020]

Status: The hearing on this matter is going forward.

## II.    <u>ADVERSARY STATUS CONFERENCE</u>:

2.    Complaint, *Cyprus Mines Corp. v. Imerys Talc America, Inc.*, 20-50626 (LSS) [Adv. Docket No. 1 – filed June 15, 2020]

8

Objection / Response Deadline:     July 15, 2020, extended to July 29, 2020 at 12:00 p.m. (ET)

A.     Answer, Affirmative Defenses, and Counterclaim of Imerys Talc America, Inc. and Imerys Talc Vermont, Inc. to the Complaint of Cyprus Mines Corporation and Cyprus Amax Minerals Company [Adv. Docket No. 8 – filed July 29, 2020]

B.     Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Motion to Dismiss the Claims Against Them for Lack of Subject Matter Jurisdiction, or, in the Alternative, to Abstain, or to Sever and Transfer [Adv. Docket No. 9 – filed July 29, 2020]

C.     Opening Brief in Support of Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Motion to Dismiss the Claims Against Them for Lack of Subject Matter Jurisdiction, or, in the Alternative, to Abstain, or to Sever and Transfer [Adv. Docket No. 10 – filed July 29, 2020]

D.     Cyprus Mines Corporation's Answer and Affirmative Defenses to Debtors' Counterclaim [Adv. Docket No. 19 – filed September 1, 2020]

E.     Cyprus Mines Corporation and Cyprus Amax Minerals Company's Opposition to Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Motion to Dismiss [Adv. Docket No. 20 – filed September 1, 2020]

F.     Cyprus Mines Corporation's and Cyprus Amax Minerals Company's Request for Oral Argument [Adv. Docket No. 22 – filed September 3, 2020]

G.     Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Reply in Further Support of Its Motion to Dismiss the Claims Against Them for Lack of Subject Matter Jurisdiction, or, in the Alternative, to Abstain, or to Sever and Transfer [Adv. Docket No. 23 – filed September 16, 2020]

H.     Motion of Cyprus Mines Corporation and Cyprus Amax Minerals Company for Leave to File Sur-Reply in Opposition to Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Motion to Dismiss [Adv. Docket No. 26 – filed October 6, 2020]

Related Documents:

i.     Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 3 – filed June 15, 2020]

ii.     Stipulation for Extension of Time [Adv. Docket No. 5 – filed July 2, 2020]

iii.     Stipulation for Extension of Time [Adv. Docket No. 6 – filed July 9, 2020]

9

iv.    Stipulation Extending Deadline to Respond to Motion to Dismiss [Adv. Docket No. 13 – filed August 5, 2020]

v.    Stipulation Extending Deadline to Respond to Counterclaim [Adv. Docket No. 14 – filed August 6, 2020]

Status:  A status conference regarding discovery is going forward.

Dated: October 6, 2020           /s/ Michael J. Merchant
        Wilmington, Delaware
                                 **RICHARDS, LAYTON & FINGER, P.A.**

                                 Mark D. Collins (No. 2981)
                                 Michael J. Merchant (No. 3854)
                                 Amanda R. Steele (No. 5530)
                                 Brett M. Haywood (No. 6166)
                                 One Rodney Square
                                 920 North King Street
                                 Wilmington, DE  19801
                                 Telephone:  (302) 651-7700
                                 Facsimile:  (302) 651-7701
                                 E-mail:  collins@rlf.com
                                         merchant@rlf.com
                                         steele@rlf.com
                                         haywood@rlf.com

                                 - and -

                                 **LATHAM & WATKINS LLP**

                                 Jeffrey E. Bjork (admitted *pro hac vice*)
                                 Kimberly A. Posin (admitted *pro hac vice*)
                                 Helena G. Tseregounis (admitted *pro hac vice*)
                                 355 South Grand Avenue, Suite 100
                                 Los Angeles, California 90071-1560
                                 Telephone:  (213) 485-1234
                                 Facsimile:  (213) 891-8763
                                 E-mail:  jeff.bjork@lw.com
                                         kim.posin@lw.com
                                         helena.tseregounis@lw.com

                                 - and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*

RLF1 23950324v.4