# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*, | Case No. 19-10289 (LSS) |
| Debtors. | (Jointly Administered) |

## MOTION TO ADJOURN DISCLOSURE STATEMENT HEARING PURSUANT TO BANKRUTPCY RULE 3017(A)

Pursuant to Bankruptcy Rule 3017(a), the Cyprus Historical Excess Insurers respectfully request that the Court adjourn the Disclosure Statement hearing to allow the statutorily required 28 days notice for the hearing. Johnson & Johnson, the Certain Insurers, and Hartford, each of whom have filed objections to the disclosure statement, join in this request. *See* [Dkt 2258], [Dkt 2270], [Dkt 2282], and [Dkt 2272]

In support of this motion, the objecting parties respectfully state as follows:

Last night, the Debtors filed a new plan of reorganization, a new disclosure statement, new TDPs, and a new proposed balloting and solicitation order. The new filings total several hundreds of pages. From what we have been able to glean so far, what was filed changes the treatment of the J&J indemnity impacting all Class 4 claims and modifies various other issues which impact all of the parties joining in this request and the other parties-in-interest. These are changes that could have, and should have, been made after the Court denied J&J's lift-stay motion.

The Debtors held back filing these new documents until after all parties filed their objections to the prior disclosure statement. The timing of the filing precludes parties-in-interest

from meaningfully considering and being heard on the new disclosure statement, plan, TDPs, and proposed order.  The timing of the filing also makes the briefing on file less useful and more confusing to the Court given that it was all drafted to address the previously filed disclosure statement and plan, not the new documents that were filed after hours last night.

Bankruptcy Rule 3017(a) provides that after a disclosure statement is filed, the court shall hold a hearing on at least 28 days' notice.  Debtors have not complied with Rule 3017(a), which serves to give parties time to consider the disclosure statement and any amendments.  This rule serves a more significant purpose when the disclosure statement is as incomplete and misleading as the one filed by Debtors.  Parties should have at least the statutorily required 28 days to review the disclosures, once they are complete, before the Court holds a hearing on any amended disclosure statement.

Debtors often submit modified plans and disclosure statements shortly before hearings to consider disclosure statements, responding to objections that were filed.  But that common procedure does not justify going forward on October 8 with respect to documents that have been as thoroughly rewritten as the hundreds of pages that Debtors dropped on the docket last night.

The Debtors did not share a draft of the new disclosure statement or plan with our clients before filing it. The Debtors and TCC have continued to exclude our clients from all discussions of the terms of a plan and TDPs even though our clients are all directly affected.

WHEREFORE, it is respectfully requested that the Court grant the relief requested.

Dated:  October 6, 2020

        By:  */s/ Stamatios Stamoulis*
            Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, Delaware  19801
Telephone:    +1 302 999 1540
Facsimile:    +1 302 762 1688

and

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:    +1 212 326 2000
Facsimile:    +1 212 326 2061

Tancred Schiavoni (*pro hac vice*)
tschiavoni@omm.com
Janine Panchok-Berry (*pro hac vice*)
jpanchok-berry@omm.com
    *Counsel for Columbia Casualty Company, Continental Casualty Company, the Continental Insurance Company, as successor to CNA Casualty of California and as successor in interest to certain insurance policies issued by Harbor Insurance Company, Lamorak Insurance Company (formerly known as OneBeacon America Insurance Company), as successor to Employers' Surplus Lines Insurance Company, and Stonewall Insurance Company (now known as Berkshire Hathaway Specialty Insurance Company) to the extent that they issued policies to Cyprus Mines Corporation prior to 1989*

    Marc S. Casarino
    WHITE AND WILLIAMS LLP
    Courthouse Square
    600 N. King Street, Suite 800
    Wilmington, Delaware  19801
    Phone:  (302) 654-0424
    E-mail: casarinom@whiteandwilliams.com

Mark D. Plevin  (admitted *pro hac vice*)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California  94111
Phone:  (415) 986-2800
E-mail:  mplevin@crowell.com

Tacie H. Yoon  (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, D.C.  20004
Phone:  (202) 624-2500
Email:  tyoon@crowell.com

Attorneys for Century Indemnity Company, Federal Insurance Company, and Central National Insurance Company of Omaha


Marc J. Phillips
MONTGOMERY MCCRACKEN WALKER
   & RHOADS LLP
1105 North Market Street
Suite 1500
Wilmington, Delaware  19801
Phone: 302-504-7823
mphillips@mmwr.com

George R. Calhoun (admitted *pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Phone: (202) 525-4147
george@ifrahlaw.com

Attorneys for TIG Insurance Company, as successor by merger to International Insurance Company, International Surplus Lines Insurance Company, Mt. McKinley Insurance Company (formerly known as Gibraltar Insurance Company), Fairmont Premier Insurance Company (formerly known as Transamerica Premier Insurance Company), Everest Reinsurance Company (formerly known as Prudential Reinsurance Company), and The North River Insurance Company

John S. Spadaro
JOHN SHEEHAN SPADARO LLC

724 Yorklyn Rd, #375
Hockessin, Delaware  19707
Telephone: (302) 235-7745
jspadaro@johnsheehanspadaro.com


Leslie A. Davis
TROUTMAN SANDERS LLP
401 9th Street, N.W.
Washington, DC  20004
Telephone: (202) 274-2950
Leslie.davis@troutman.com

Attorneys for The American Insurance Company


Rafael X. Zahralddin-Aravena (No. 4166)
Eric M. Sutty (No. 4007)
ELLIOTT GREENLEAF, P.C.
1105 North Market Street, Suite 1700
Wilmington, Delaware  19801
Telephone:  (302) 384-9400
Email:  rxza@elliottgreenleaf.com
   ems@elliottgreenleaf.com

Lawrence A. Tabb
MUSICK, PEELER & GARRETT LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, California  90017
Telephone: (213) 629-7797
Email: l.tabb@musickpeeler.com

Chad A. Westfall
MUSICK, PEELER & GARRETT LLP
1 Post Street, Suite 600
San Francisco, California  94104
Telephone:  (415) 281-2030
Email:  c.westfall@musickpeeler.com

Attorneys for Providence Washington Mutual Insurance Company, as successor in interest to Seaton Insurance Company, successor in interest to Unigard Mutual Insurance Company

DILWORTH PAXSON LLP

Martin J. Weis (No. 4333)
One Customs House, Suite 500
704 King Street
P.O. Box 1031
Wilmington, DE  19899-1031

Tel.: (302) 571-9800
Fax: (302) 655-1480
Email: mweis@dilworthlaw.com

Attorneys for Employers Mutual Casualty Company

Rafael X. Zahralddin-Aravena (No. 4166)
Eric M. Sutty (No. 4007)
ELLIOTT GREENLEAF, P.C.
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Email: rxza@elliottgreenleaf.com
ems@elliottgreenleaf.com

Lawrence A. Tabb
MUSICK, PEELER & GARRETT LLP
624 S. Grand Avenue, Suite 2000
Los Angeles, California 90017
Telephone: (213) 629-7797
Email: l.tabb@musickpeeler.com

Chad A. Westfall
MUSICK, PEELER & GARRETT LLP
1 Post Street, Suite 600
San Francisco, California 94104
Telephone: (415) 281-2030
Email: c.westfall@musickpeeler.com

Attorneys for Providence Washington Mutual Insurance Company, as successor in interest to Seaton Insurance Company, successor in interest to Unigard Mutual Insurance Company

/s/ Patrick A. Jackson
FAEGRE DRINKER BIDDLE & REATH LLP
Patrick A. Jackson (Del. Bar. No. 4976)
222 Delaware Ave., Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 467-4210 Email: patrick.jackson@faegredrinker.com

-and-

WEIL, GOTSHAL & MANGES LLP
Diane P. Sullivan (admitted pro hac vice)
Gary T. Holtzer
Ronit J. Berkovich (admitted pro hac vice)

Theodore E. Tsekerides (admitted pro hac vice)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Johnson & Johnson and Johnson & Johnson Consumer Inc.*

OMM_US:79091138.1