**CERTIFICATE OF SERVICE**

    I, Matthew O. Talmo, hereby certify that on October 26, 2020, I caused a copy of the foregoing to be served in the manner indicated upon the parties identified on the attached service list.

Date:  October 26, 2020            */s/ Matthew O. Talmo*
                           Matthew O. Talmo (No. 6333)