## Service List

**Via ECF and Email**

Imerys Talc America, Inc., et al.
100 Mansell Court East, Suite 300
Roswell, GA 30076
Attn: Ryan J. Van Meter, Esq.
ryan.vanmeter@imerys.com

Latham & Watkins LLP
355 S. Grand Avenue, Suite 100
Los Angeles, CA 90071
Attn: Jeffrey E. Bjork, Esq.
Amy C. Quartarolo
Kimberly A. Posin, Esq.
Helena G. Tseregounis, Esq. k
Jeff.bjork@lw.com
amy.quartarolo@lw.com
kim.posin@lw.com
helena.tseregounis@lw.com

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Attn: Mark D. Collins, Esq.
Michael J. Merchant, Esq.
Amanda Steele
collins@rlf.com
merchant@rlf.com
steele@rlf.com

Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Wilmington, DE 19801
Attn: Linda Richenderfer, Esq.
Juliet M. Sarkessian, Esq.
linda.richenderfer@usdoj.gov
juliet.m.sarkessian@usdoj.gov

**Via ECF and Email**

Robinson & Cole LLP
1201 N. Market St., Suite 1406
Wilmington, DE 19801
Attn: Natalie D. Ramsey, Esq.
Mark A. Fink, Esq.
nramsey@rc.com
mfink@rc.com

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Attn: Rachel C. Strickland, Esq.
Dan Forman, Esq.
rstrickland@willkie.com
dforman@willkie.com

Young Conaway Stargatt & Taylor, LLP,
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Attn: Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Sharon M. Zieg, Esq.
rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn: Chris Kiplok, Esq.
Erin Diers, Esq.
Christopher.Kiplok@hugheshubbard.com
Erin.Diers@hugheshubbard.com