**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------
In re:                                                      :      Chapter 11
                                                            :
IMERYS TALC AMERICA, INC., et al.,                          :      Case No. 19-10289 (LSS)
                                                            :      (Jointly Administered)
        Debtors.                                            :
                                                            :      **D.I. Nos. 1716, 2355**
------------------------------------------------------------ :

**OBJECTION AND JOINDER OF THE
AD HOC COMMITTEE OF IMERYS TALC LITIGATION PLAINTIFFS IN
OPPOSITION TO THE DEBTORS' SOLICITATION MOTION AND DISCLOSURE
STATEMENT FOR THIRD AMENDED JOINT CHAPTER 11 PLAN OF
REORGANIZATION OF IMERYS TALC AMERICA, INC. AND ITS
DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

The Ad Hoc Committee of Imerys Talc Litigation Plaintiffs, by and through their undersigned counsel, hereby object, and join in the well-founded objection (collectively, the "Objection") of Arnold & Itkin LLP [Docket No. 2406] to the Debtors' *Motion for an Order (i) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (ii) Establishing Solicitation Procedures, (iii) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (iv) Approving Form of Ballots, (v) Approving Form, Manner, and Scope of Confirmation Notices, (vi) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (vii) Granting Related Relief* [Docket No. 1716] (the "Solicitation Motion") and the *Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 2355] (the "Disclosure Statement").

For the reasons cited in the Objection, which are incorporated as if fully set forth herein, the Disclosure Statement should not be approved, and the Solicitation Motion should be denied.

11739845/1

Further, the Ad Hoc Committee expressly reserves and preserves its right to supplement this objection and joinder at any time up to and including the hearing to consider the Motion.

| | |
|---|---|
| Dated: October 26, 2020 | **MORRIS JAMES LLP** |

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

    and

David Molton, Esquire
Bennett S. Silverberg, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@brownrudnick.com
E-mail: BSilverberg@brownrudnick.com

    and

Sunni P. Beville, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com

*Counsel to the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs*