**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
In re:                                                     :   Chapter 11
                                                           :
IMERYS TALC AMERICA, INC., *et al.*,[1]                    :   Case No. 19-10289 (LSS)
                                                           :
          Debtors.                                :   (Jointly Administered)
                                                           :
---------------------------------------------------------- x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR TELEPHONIC HEARING ON NOVEMBER 5, 2020 AT 2:00 P.M. (ET)**

> **This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 <u>no later than November 5, 2020 at 11:00 a.m. to sign up</u>. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **Topic: Imerys Talc America, Inc. 19-10289**
> **Time: November 5, 2020 2:00 PM Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting: https://debuscourts.zoomgov.com/j/1603287467**
>
> **Meeting ID: 160 328 7467**
> **Password: 464449**
>
> **Join by SIP: 1603287467@sip.zoomgov.com**

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2]  **Amended items appear in bold.**

**I.    CONTESTED MATTERS GOING FORWARD:**

1. Letter from Johnson & Johnson and Johnson & Johnson Consumer Inc. [Docket No. 2394 – filed October 23, 2020]

    Responses Received:

    A. Letter from Debtors [Docket No. 2444 – filed October 30, 2020]

    B. Letter from Imerys S.A. and Imerys USA, Inc. [Docket No. 2445 – filed October 30, 2020]

    C. Letter from James L. Patton, Jr., Legal Representative for Future Talc Personal Injury Claimants [Docket No. 2446 – filed October 30, 2020]

    D. Letter from the Tort Claimants' Committee [Docket No. 2450 – filed October 30, 2020]

    E. **Letter from Employers Mutual Casualty Company [Docket No. 2463 – filed November 3, 2020]**

    Status: **With the permission of the Court, this matter has been continued to a date to be determined.**

2. Cyprus Historical Excess Insurers' Motion to Compel the Production of Eight Deposition Transcripts from Debtors [Docket No. 2401 – filed October 25, 2020] (the "Motion to Compel")

    Responses Received:

    A. Letter from the Debtors [Docket No. 2452 – filed October 30, 2020]

    B. Letter from Cyprus Mines Corporation and Cyprus Amax Minerals Company [Docket No. 2453 – filed October 31, 2020]

    C. **Letter from Employers Mutual Casualty Company [Docket No. 2463 – filed November 3, 2020]**

    D. **Letter to the Honorable Laurie Selber Silverstein Regarding Motion to Compel [Docket No. 2466 – filed November 4, 2020]**

    Related Documents:

    i. Declaration of Janine Panchok-Berry in Support of Cyprus Historical Excess Insurers' Motion to Compel Eight Deposition Transcripts from Debtors [Docket No. 2402 – filed October 25, 2020]

    ii.    Letter from Cyprus Historical Excess Insurers [Docket No. 2403 – filed October 25, 2020]

    iii.    Providence Washington Insurance Company's, as Successor in Interest by Merger to Seaton Insurance Company, f/k/a Unigard Security Insurance Company, f/k/a Unigard Mutual Insurance Company as Successor in Interest to Seaton Insurance Company, Successor in Interest Unigard Mutual Insurance Company, (A) Joinder in Cyprus Historical Excess Insurers' Motion to Compel the Production of Eight Deposition Transcripts from Debtors and (B) Reservation of Rights [Docket No. 2407 – filed October 26, 2020]

    iv.    Chubb Insurers' Joinder in Cyprus Historical Insurers' Motion to Compel and Joinder Therein by Providence Washington [Docket No. 2431 – filed October 28, 2020]

Status:  The Court has scheduled a hearing to consider the discovery issues raised in Cyprus Historical Excess Insurers' Motion to Compel and letter, dated October 25, 2020, and the responses filed with respect thereto.

Dated: November 4, 2020  
       Wilmington, Delaware

*/s/ Marcos A. Ramos*

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Marcos A. Ramos (No. 4450)  
Amanda R. Steele (No. 5530)  
Brett M. Haywood (No. 6166)  
One Rodney Square  
920 North King Street  
Wilmington, DE  19801  
Telephone:  (302) 651-7700  
Facsimile:  (302) 651-7701  
E-mail:  collins@rlf.com  
          merchant@rlf.com  
          ramos@rlf.com  
          steele@rlf.com  
          haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
         kim.posin@lw.com
         helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*

RLF1 24257883v.1