**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                                      :   Chapter 11
                                                            :
IMERYS TALC AMERICA, INC., *et al.*,[1]                     :   Case No. 19-10289 (LSS)
                                                            :
    Debtors.                                                :   (Jointly Administered)
                                                            :
                                                            :   **Hearing Date: December 17, 2020 at 10:00 a.m. (ET)**
                                                            :
                                                            :   **Re: Docket Nos. 1716 & 2355**
                                                            :
------------------------------------------------------------ :
In re:                                                      :   Chapter 11
                                                            :
IMERYS TALC ITALY S.p.A.,[2]                                :   Case No. [Not yet filed]
                                                            :
    Debtor.                                                 :   [Joint Administration To Be Requested]
                                                            :
------------------------------------------------------------ x

**NOTICE OF CONTINUED HEARING TO CONSIDER APPROVAL
OF (A) SOLICITATION PROCEDURES MOTION [DOCKET NO. 1716]
AND (B)  DISCLOSURE STATEMENT [DOCKET NO. 2355]**

PLEASE TAKE NOTICE that, on May 15, 2020, ITA, ITV, and ITC (collectively, the "**North American Debtors**") filed the *Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358) ("**ITA**"), Imerys Talc Vermont, Inc. (9050) ("**ITV**"), and Imerys Talc Canada Inc. (6748) ("**ITC**").  The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] Imerys Talc Italy S.p.A. ("**ITI**") may file (but has not yet filed) a chapter 11 case.  If and when ITI files a chapter 11 case, the North American Debtors will seek entry of an order by the Court jointly administering ITI's chapter 11 case with those of the North American Debtors under Case No. 19-10289 (LSS).

*Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief* [Docket No. 1716] (the "**Solicitation Procedures Motion**") and the *Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 1715] (as amended on August 12, 2020 [Docket No. 2084], October 5, 2020 [Docket No. 2290] and October 16, 2020 [Docket No. 2355], and as may be further amended, supplemented, or otherwise modified, the "**Disclosure Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that, the hearing (previously scheduled for November 16, 2020 at 10:00 a.m. (prevailing Eastern Time)) to consider approval of the Solicitation Procedures Motion and the Disclosure Statement, and any objections thereto, has been rescheduled to **December 17, 2020 at 10:00 a.m. (prevailing Eastern Time)** before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, at the direction of the Court, the deadline to file any reply papers in support of the Solicitation Procedures Motion and/or the Disclosure Statement is **December 10, 2020 at 4:00 p.m. (prevailing Eastern Time)**.

RLF1 24277348v.1

| | |
|---|---|
| Dated: November 6, 2020<br>Wilmington, Delaware | */s/ Sarah E. Silveira* |

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
Sarah E. Silveira (No. 6580)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
           merchant@rlf.com
           steele@rlf.com
           haywood@rlf.com
           silveira@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
           kim.posin@lw.com
           helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*