**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                                                  :   Chapter 11
                                                                              :
IMERYS TALC AMERICA, INC., *et al.*,[1]          :   Case No. 19-10289 (LSS)
                                                                              :
           Debtors.                                                :   (Jointly Administered)
                                                                              :
------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR TELEPHONIC HEARING ON NOVEMBER 16, 2020 AT 10:00 A.M. (ET)**

> **This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than Nov. 16 at 8:30 a.m. to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL**
>
> **Topic: Imerys 19-10289**
> **Time: Nov 16, 2020 10:00 AM Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting**
> **https://debuscourts.zoomgov.com/j/1617816768**
>
> **Meeting ID: 161 781 6768**
> **Passcode: 324890**
>
> **Join by SIP**
> **1617816768@sip.zoomgov.com**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

**I.    CONTINUED MATTERS:**

1. Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 1716 – filed May 15, 2020]

    Objection / Response Deadline:    Extended by the Court to October 26, 2020 at 4:00 p.m. (ET); further extended for the U.S. Trustee and Talcum Powder Retailers to October 28, 2020 at 4:00 p.m. (ET)

    Objection / Responses Received:[2]

    A.  Objection of American International Industries to Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 1870 – filed June 16, 2020]

    B.  Certain Insurers' Objection to (1) Disclosure Statement for Third Amended Joint Plan and (2) Proposed Confirmation Schedule [Docket No. 2409 – filed October 26, 2020]

    C.  Travelers' Objection to Debtors' Motion for Entry of Order Approving Disclosure Statement and Granting Related Relief [Docket No. 2410 – filed October 26, 2020]

    D.  Objection of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2412 – filed October 26, 2020]

---

[2]  At the hearing held on October 8, 2020, the Court directed all objecting parties to file a consolidated objection with respect to this matter. Accordingly, the Debtors have only listed the most recent objection or joinder filed for each objecting party.

E.     Objection and Joinder of the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs in Opposition to the Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2413 – filed October 26, 2020]

F.     RMI Excess Insurers' Amended Objection to (1) Disclosure Statement for Third Amended Plan and (2) Proposed Confirmation Schedule [Dkt. 1716, 2084, 2290, 2355] and Joinder to Certain Insurers' Objection [Dkt. 2409] [Docket No. 2417 – filed October 27, 2020]

    i.     RMI Excess Insurers' Objection to (1) Disclosure Statement for Third Amended Plan and (2) Proposed Confirmation Schedule [Dkt. 1716, 2084, 2290, 2355] and Joinder to Certain Insurers' Objection [Dkt. 2409] [Docket No. 2416 – filed October 26, 2020]

G.     Objection and Joinder of William Hart Plaintiffs in Opposition to the Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2423 – filed October 27, 2020]

H.     Joinder of Certain Underwriters at Lloyd's, London and Certain London Market Insurers to Certain Insurers' Objection to (1) Disclosure Statement for Third Amended Joint Plan and (2) Proposed Confirmation Schedule [Docket No. 2424 – filed October 27, 2020]

I.     United States Trustee's Objection to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2427 – filed October 28, 2020]

J.     Amended Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Third Amended Disclosure Statement [Docket No. 2429 – filed October 28, 2020]

    i.     Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Third Amended Disclosure Statement [Docket No. 2408 – filed October 26, 2020]

K.     Objection of Talcum Powder Retailers to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures,

3

(III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2432 – filed October 28, 2020]

L.   Supplemental Objection of Arnold & Itkin LLP to Debtors' Solicitation Motion and Disclosure Statement For Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2458 – filed November 2, 2020]

   i.   Objection of Arnold & Itkin LLP to Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. And Its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code [Docket No. 2406 – filed October 26, 2020]

M.   Kline & Specter's Amended Supplemental Objection of Arnold & Itkin LLP to Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2464 – filed November 3, 2020]

N.   Informal Comments from Pension Benefit Guaranty Corporation

Related Documents:

i.   Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 1714 – filed May 15, 2020]

ii.   Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 1715 – filed May 15, 2020]

iii.   Notice of Hearing to Consider Approval of Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 1717 – filed May 15, 2020]

iv.   Statement of Imerys, S.A. in Connection with the Pending Sale of Substantially all of the Debtors Assets [Docket No. 1975 – filed July 10, 2020]

v. Notice of Continued Hearing to Consider Approval of (A) Disclosure Statement [Docket No. 1715] and (B) Solicitation Procedures Motion [Docket No. 1716] [Docket No. 2009 – filed July 17, 2020]

vi. Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2083 – filed August 12, 2020]

vii. Disclosure Statement for Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2084 – filed August 12, 2020]

viii. Notice of Filing of Blacklines of Revised Disclosure Statement and Amended Plan [Docket No. 2086 – filed August 12, 2020]

ix. Debtors' Status Report Regarding Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2116 – filed August 21, 2020]

x. Joint Statement of the Official Committee of Tort Claimants and the Future Claimants' Representative Regarding Case Status and the August 26, 2020 Hearing [Docket No. 2119 – filed August 21, 2020]

xi. Notice of Continued Hearing to Consider Approval of (A) Disclosure Statement and (B) Solicitation Procedures Motion [Docket No. 2120 – filed August 21, 2020]

xii. Letter in Response to Debtors' Request for Emergency Teleconference on the Scheduling of Lift Stay Motion [Docket No. 2121 – filed August 24, 2020]

xiii. Notice of Filing of Exhibits to Amended Plan [Docket No. 2184 – filed September 10, 2020]

xiv. Notice of Revised Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2288 – filed October 5, 2020]

xv. Second Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2289 – filed October 5, 2020]

xvi. Disclosure Statement for Second Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2290 – filed October 5, 2020]

xvii. Notice of Filing of Blacklines of Further Revised Disclosure Statement and Further Amended Plan [Docket No. 2291 – filed October 5, 2020]

xviii. Declaration of Jeanne C. Finegan in Support of Publication Notice and Supplemental Publication Plan [Docket No. 2292 – filed October 5, 2020]

xix. Debtors' Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2293 – filed October 5, 2020]

xx. Notice of Filing Chart of Responses of the Official Committee of Tort Claimants and the Future Claimants' Representative to Objections to the Trust Distribution Procedures [Docket No. 2295 – filed October 5, 2020]

xxi. Notice of Filing of Revised Trust Distribution Procedures [Docket No. 2296 – filed October 6, 2020]

xxii. Notice of Filing of Corrected Revised TDP [Docket No. 2298 - filed October 6, 2020]

xxiii. Motion to Adjourn Disclosure Statement Hearing Pursuant to Bankruptcy Rule 3017(a) [Docket No. 2301 – filed October 6, 2020]

xxiv. Motion to Shorten Notice of Joint Motion to Adjourn Disclosure Statement Hearing [Docket No. 2302 – filed October 6, 2020]

xxv. Joinder of Arnold & Itkin LLP to Cyrus Historical Excess Insurers' Motion to Adjourn Disclosure Statement Hearing Pursuant to Bankruptcy Rule 3017(a) [Docket No. 2305 – filed October 6, 2020]

xxvi. Joinder of Ad Hoc Committee of Talc Litigation Claimants to Cyrus Historical Excess Insurers' Motion to Adjourn Disclosure Statement Hearing Pursuant to Bankruptcy Rule 3017(a) [Docket No. 2307 – filed October 7, 2020]

xxvii. Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2354 – filed October 16, 2020]

xxviii. Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2355 – filed October 16, 2020]

xxix. Notice of Filing of Blacklines of Revised Disclosure Statement and Third Amended Plan [Docket No. 2359 – filed October 16, 2020]

xxx. Notice of Continued Hearing to Consider Approval of (A) Solicitation Procedures Motion [Docket No. 1716] and (B) Disclosure Statement [Docket No. 2355] [Docket No. 2360 – filed October 16, 2020]

xxxi. Notice of Filing of Further Revised Trust Distribution Procedures [Docket No. 2370 – filed October 19, 2020]

xxxii. Notice of Further Revised Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2400 – filed October 23, 2020]

xxxiii. Letter to the Honorable Laurie Selber Silverstein Regarding Adjournment of Disclosure Statement Hearing [Docket No. 2477 – filed November 6, 2020]

xxxiv. Notice of Continued Hearing to Consider Approval of (A) Solicitation Procedures Motion [Docket No. 1716] and (B) Disclosure Statement [Docket No. 2355] [Docket No. 2481 – filed November 6, 2020]

Status: The hearing on the Motion, including consideration of the Debtors' proposed Disclosure Statement, has been continued to December 17, 2020 at 10:00 a.m. (ET).

2. Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1776 – filed May 29, 2020]

Objection / Response Deadline:    June 19, 2020 at 4:00 p.m. (ET)

Objection / Responses Received:

RLF1 23650130v.8

A. Memorandum of Law of Robert Gendelman, Executor of the Estate of Sherri Gendelman and Robert Gendelman in His Own Rights in Limited Opposition to Debtor's Motion for Order Confirmation Classification and Expungement of Certain Claims Filed by Out of State Counsel Pursuant to Del. Bankr. L.R. 9010-1(e)(iii) [Docket No. 1836 – filed June 11, 2020]

B. Memorandum of Law of Ramek Fleming Executory of the Estate of Melissa Fleming and Ramek Fleming in His Own Rights in Limited Opposition to Debtor's Motion for Order Confirmation Classification and Expungement of Certain Claims Filed by Out of State Counsel Pursuant to Del. Bankr. L.R. 9010-1(e)(iii) [Docket No. 1837 – filed June 11, 2020]

C. Objection of the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims And Expunging Such Claims from the Claims Register [Docket No. 1899 – filed June 19, 2020]

D. Chubb Insurers' Opposition to Debtors' Motion for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1900 – filed June 19, 2020]

E. Objection of Arnold & Itkin Plaintiffs to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1902 – filed June 19, 2020]

F. Limited Objection and Reservation of Rights of Broadview Investments, LLC, PTI Union, LLC, and PTI Royston, LLC to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims from the Claims Register [Docket No. 1903 – filed June 19, 2020]

G. Objection of Industries to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims from the Claims Register [Docket No. 1904 – field June 19, 2020]

H. Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Classification and Expungement Motion [Docket No. 1905 – filed June 19, 2020]

I. Objection of Continental Casualty Company, Columbia Casualty Company, and the Continental Insurance Company to Debtors' Motion for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1906 – filed June 19, 2020]

J.     Joinder of Brenntag North America, Inc. and Brenntag Specialties, Inc. in Objections to the Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Class Register [Docket No. 1907 – filed June 19, 2020]

K.     Limited Objection and Joinder of Personal Care Products Council to Claimants' Objections to Debtor's Motion for Order Confirmation Classification and Expungement Of Certain Claims [DE 1776] [Docket No. 1909 – filed June 19, 2020]

L.     Cyprus Historical Excess Insurers and RMI Insurers (Certain Insurers) Opposition to Debtors' Motion for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Dkt. 1776] [Docket No. 1910 – filed June 19, 202]

M.     Objection of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1912 – filed June 19, 2020]

N.     Objection and Joinder of Talcum Powder Retailers to Objection of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in The Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1913 – filed June 19, 2020]

O.     Limited Objection and Joinder of PolyOne Corporation in the Objections to the Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims From the Class Register [Docket No. 1919 – filed June 23, 2020]

P.     Limited Objection and Joinder of Aspen American Insurance Company in the Objections to the Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 2500 – filed November 11, 2020]

Q.     Informal comments from the Office of the United States Trustee

Related Documents:

i.     Notice of Submission of Copies of Proofs of Claim Regarding Motion of the Debtors for an Order Confirming Classification of Certain Claims

    Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 1858 - filed June 16, 2020]

  ii. Notice of Rescheduled Hearing Regarding Motion of the Debtors for an Order Confirming Classification of Certain Claims Filed in the Chapter 11 Cases as Talc Personal Injury Claims and Expunging Such Claims from the Claims Register [Docket No. 2087 – filed August 13, 2020]

 Status: The Debtors and objecting claimants have agreed to continue the hearing on this Motion to the confirmation hearing (the "Confirmation Hearing") with respect to the Debtors' proposed chapter 11 plan. The Confirmation Hearing is currently scheduled for February 7, 2021 at 10:00 a.m. (ET) and may be adjourned by the Debtors to a later date upon notice to the objecting claimants.

3. Debtors' Objection to Proof of Claim Nos. 915, 922, and 926 Filed by Johnson & Johnson, Johnson & Johnson Consumer Inc. and Their Affiliates [Docket No. 2284 – filed October 5, 2020]

 Objection / Response Deadline: November 2, 2020 at 4:00 p.m. (ET)

 Objections / Responses Received:

 A. Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Preliminary Response to the Debtors' Objection to Proof of Claim Nos. 915, 922, and 926 filed by Johnson & Johnson, Johnson & Johnson Consumer Inc. and Their Affiliates [Docket No. 2465 – filed November 3, 2020]

 Related Documents:

 Status: The hearing on the Objection has been continued to December 17, 2020 at 10:00 a.m. (ET).

4. Debtors' Motion to Compel Compliance with Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2457 – filed November 2, 2020]

 Objection / Response Deadline: November 9, 2020 at 4:00 p.m. (ET); extended for the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs to November 12, 2020 at 10:00 A.m. (ET)

 Objections / Responses Received:

 A. Response and Reservation of Rights of Arnold & Itkin LLP to Debtors' Motion to Compel Compliance With Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2485 – filed November 9, 2020]

10

B.   Response and Reservation of Rights of Williams Hart Boundas Easterby, LLP to Debtors' Motion to Compel Compliance With Rule 2019 [Docket No. 2486 – filed November 9, 2020]

C.   Response and Reservation of Rights of Kline & Specter, PC to Debtors' Motion to Compel Compliance With Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2487 – filed November 9, 2020]

D.   Response and Reservation of Rights of the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs to Debtors' Motion to Compel Compliance With Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2498 – filed November 11, 2020]

Related Documents:   None.

Status: Each of the responding parties have agreed to file statements in advance of the hearing and, to the extent that they do so and the disclosures are adequate, the Motion will be mooted.  Accordingly, the hearing on the Motion is continued to the hearing scheduled for December 17, 2020 at 10:00 a.m. (ET) so that the Debtors can determine if the disclosures are adequate and the Motion can therefore be withdrawn.

**II.   CONTESTED MATTERS GOING FORWARD:**

5.   Debtors' Motion for Entry of Orders (I) (A) Establishing Bidding Procedures, Assumption and Assignment Procedures, and Stalking Horse Procedures for Sale of Substantially All Assets, (B) Scheduling Auction and Sale Hearing, and (C) Approving Form and Manner of Notice Thereof, (II) Approving Sale of Substantially All Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, (III) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Docket No. 1718 – filed May 15, 2020]

Sale Objection / Response Deadline: November 2, 2020 at 4:00 pm (ET)

Objections / Responses Received:

A.   Sheldon Independent School District's Limited Objection to the Debtors' Motion for the Sale of Substantially All Assets [Docket No. 2303 – filed October 6, 2020]

Cure Objections / Responses Received:

A.   Limited Objection and Reservation of Rights of SunTrust Equipment Finance & Leasing Corp. in Connection With the Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 2070 – filed August 10, 2020]

11

B.     Cyprus Mines Corporation and Cyprus Amax Minerals Company's Protective Objection and Reservation of Rights Regarding Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 2071 – filed August 11, 2020]

C.     Reservation of Rights of United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 2072 – filed August 11, 2020]

D.     Limited Objection of Infor (US), Inc. to Proposed Sale of Substantially All of the Debtors' Assets and Proposed Assumption and Assignment of Executory Contracts [Docket No. 2073 – filed August 11, 2020]

E.     Cyprus Historical Excess Insurers' Protective Objection and Reservation of Rights Regarding Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 2077 – filed August 11, 2020]

F.     Johnson & Johnson's Objection and Reservation of Rights Regarding Debtors' Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 2091 – filed August 14, 2020]

Related Documents:

i.     Order (I) (A) Establishing Bidding Procedures, Assumption and Assignment Procedures, And Stalking Horse Procedures for Sale of Substantially All Assets, (B) Scheduling Auction and Sale Hearing, and (C) Approving Form and Manner of Notice Thereof, and (II) Granting Related Relief [Docket No. 1950 – entered June 30, 2020]

ii.     Statement of Imerys, S.A. in Connection with the Pending Sale of Substantially All of the Debtors' Assets [Docket No. 1975 – filed July 10, 2020]

iii.     Notice of Modified Deadlines Contained in the Bidding Procedures and the Bidding Procedures Order [Docket No. 2039 – filed July 28, 2020]

iv.     Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 2040 – filed July 28, 2020]

v.     Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 2142 – filed August 28, 2020]

vi. Second Notice of Modified Deadlines Contained in the Bidding Procedures and Bidding Procedures Order [Docket No. 2189 – filed September 11, 2020]

vii. Third Notice of Modified Deadlines Contained in the Bidding Procedures and Bidding Procedures Order [Docket No. 2329 – filed October 13, 2020]

viii. Notice of (I) Designation of Stalking Horse Bidder, (II) Filing of Stalking Horse Agreement and Proposed Sale Order and (III) Request for Approval of Bid Protections [Docket No. 2330 – filed October 13, 2020]

ix. Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [Docket No. 2385 – filed October 22, 2020]

x. Notice of Filing of Amendment to Stalking Horse Agreement [Docket No. 2418 – filed October 27, 2020]

xi. Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 2437 – filed October 28, 2020]

xii. Order (I) Approving the Debtors' Designation of Magris Resources Canada Inc. as Stalking Horse Bidder and Related Bid Protections and (II) Granting Related Relief [Docket No. 2439 – entered October 29, 2020]

xiii. Notice of Auction Cancellation and Successful Bidder [Docket No. 2494 -- filed November 11, 2020]

xiv. Notice of Filing of Letter Agreement and First Amendment to Mining Lease and Sublease to be Assumed and Assigned in Connection with the Proposed Sale of Substantially All of the Debtors' Assets [Docket No. 2495 - filed November 11, 2020]

Witnesses:  The Debtors anticipate that the following witnesses will be testifying *via* declaration in support of the sale at the hearing:

a. Kevin P. Collins, CFA, as sole member of the Special Committee of the Debtors' boards of directors and a member of the Debtors' boards of directors

b. Phillip Smith, Director in the Strategic Advisory Group at PJT Partners LP

c. Matthew Felton, President and CFO of Magris Resources Canada Inc.

13

       Status: The hearing on this matter is going forward.  Attached hereto to as <u>Exhibit A</u> is a chart identifying the status of each response or objection received, including certain informal comments received, to the proposed sale.

6.     Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 2459 – filed November 2, 2020]

       <u>Objection / Response Deadline</u>:    November 9, 2020 at 4:00 p.m. (ET); extended for U.S. Trustee to November 10, 2020 at 4:00 p.m. (ET)

       <u>Objections / Responses Received</u>:

       A.    Informal Comments from the U.S. Trustee

       <u>Related Documents</u>:

       i.    Declaration of Edgar William Mosley II in Support of Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Lien and Superpriority Administrative Expense Claims, (III) Modifying Automatic Stay, and (IV) Granting Related Relief [Docket No. 2460 – filed November 2, 2020]

       ii.    Notice of Filing Exhibit to DIP Motion [Docket No. 2472 – filed November 5, 2020]

       <u>Witnesses</u>: The Debtors anticipate that the following witnesses will be testifying *via* declaration in support of the Motion at the hearing:

       a.  Kevin P. Collins, CFA, as sole member of the Special Committee of the Debtors' boards of directors and a member of the Debtors' boards of directors

       b.  Edgar William Mosley II, Managing Director at Alvarez & Marsal North America, LLC

       <u>Status</u>: The hearing on this matter is going forward. The Debtors have been working with the U.S. Trustee in an effort to resolve the U.S. Trustee's informal comments to the Motion. In the event that the Debtors are able to resolve all such comments, the Debtors intend to submit a revised form of order under Certification of Counsel in advance of the hearing.

Dated: November 12, 2020
     Wilmington, Delaware

/s/ Michael J. Merchant
**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
       merchant@rlf.com
       steele@rlf.com
       haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
       kim.posin@lw.com
       helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*