**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
IMERYS TALC AMERICA, INC., *et al.*,[1]                      : Case No. 19-10289 (LSS)
                                                             :
        Debtors.                                             : (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR TELEPHONIC HEARING ON DECEMBER 8, 2020 AT 10:30 A.M. (ET)**

> **This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than Dec. 8 at 8:30 a.m. to sign up.  Additionally, anyone wishing to appear by Zoom is invited to use the link below.  All parties that will be arguing or testifying must appear by Zoom and CourtCall.  Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL**
>
> **Topic: Imerys 19-10289
> Time: Dec 8, 2020 10:30 AM Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting
> https://debuscourts.zoomgov.com/j/1617816768**
>
> **Meeting ID: 161 781 6768
> Passcode: 324890**
>
> **Join by SIP
> 1617816768@sip.zoomgov.com**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748).  The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

RLF1 24361060v.1

**I.     CONTESTED MATTER GOING FORWARD:**

1. Letter from Johnson & Johnson and Johnson & Johnson Consumer Inc. [Docket No. 2394 – filed October 23, 2020]

    Responses Received:

    A. Letter from Debtors [Docket No. 2444 – filed October 30, 2020]

    B. Letter from Imerys S.A. and Imerys USA, Inc. [Docket No. 2445 – filed October 30, 2020]

    C. Letter from James L. Patton, Jr., Legal Representative for Future Talc Personal Injury Claimants [Docket No. 2446 – filed October 30, 2020]

    D. Letter from the Tort Claimants' Committee [Docket No. 2450 – filed October 30, 2020]

    E. Letter from Employers Mutual Casualty Company [Docket No. 2463 – filed November 3, 2020]

    F. Letter from Johnson & Johnson and Johnson & Johnson Consumer Inc. [Docket No. 2583 – filed December 3, 2020]

    Related Documents:

    i. Notice of Hearing on Discovery [Docket No. 2561 – filed November 24, 2020]

    Status: The Court has scheduled a hearing to consider the discovery issues raised in J&J's letter to the Court, dated October 23, 2020, and the responses filed with respect thereto.

| | |
|---|---|
| Dated: December 4, 2020<br>Wilmington, Delaware | */s/ Marcos A. Ramos* |

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
    merchant@rlf.com
    ramos@rlf.com
    steele@rlf.com
    haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
    kim.posin@lw.com
    helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*