# EXHIBIT A

**The Plan**