**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                              :   Chapter 11
                                                    :
IMERYS TALC AMERICA, INC., *et al.*,[1]             :   Case No. 19-10289 (LSS)
                                                    :
           Debtors.                                 :   (Jointly Administered)
                                                    :
------------------------------------------------------------ x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
TELEPHONIC HEARING ON DECEMBER 17, 2020 AT 10:00 A.M. (ET)**

> **This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than Dec. 17 at 8:30 a.m. to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL**
>
> **Topic: Imerys Talc America, Inc., 19-10289 (LSS)
> Time: Dec 17, 2020 10:00 AM Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting
> https://debuscourts.zoomgov.com/j/1617816768**
>
> **Meeting ID: 161 781 6768
> Passcode: 324890**
>
> **Join by SIP
> 1617816768@sip.zoomgov.com**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). the Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2]     **Amended items appear in bold.**

**I.  CONTINUED MATTER:**

1. Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 1716 – filed May 15, 2020]

    Objection / Response Deadline:    June 16, 2020 at 4:00 p.m. (ET); extended for the Office of the United States Trustee (the "U.S. Trustee") to June 19, 2020 at 4:00 p.m. (ET); extended for Rio Tinto America Holdings Inc., Rio Tinto America Inc., Rio Tinto Services Inc. and Zurich American Insurance Company to June 19, 2020; extended to October 26, 2020 at 4:00 p.m. (ET); further extended for the U.S. Trustee and Talcum Powder Retailers to October 28, 2020 at 4:00 p.m. (ET)

    Objection / Responses Received:

    A. Certain Insurers' Objection to (1) Disclosure Statement for Third Amended Joint Plan and (2) Proposed Confirmation Schedule [Docket No. 2409 – filed October 26, 2020]

    B. Travelers' Objection to Debtors' Motion for Entry of Order Approving Disclosure Statement and Granting Related Relief [Docket No. 2410 – filed October 26, 2020]

    C. Objection of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2412 – filed October 26, 2020]

    D. Objection and Joinder of the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs in Opposition to the Debtors' Solicitation Motion and Disclosure

|   |   |
|---|---|
|   | Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2413 – filed October 26, 2020] |
| E. | RMI Excess Insurers' Objection to (1) Disclosure Statement for Third Amended Plan and (2) Proposed Confirmation Schedule [Dkt. 1716, 2084, 2290, 2355] and Joinder to Certain Insurers' Objection [Dkt. 2409] [Docket No. 2416 – filed October 26, 2020] |
| F. | RMI Excess Insurers' Amended Objection to (1) Disclosure Statement for Third Amended Plan and (2) Proposed Confirmation Schedule [Dkt. 1716, 2084, 2290, 2355] and Joinder to Certain Insurers' Objection [Dkt. 2409] [Docket No. 2417 – filed October 27, 2020] |
| G. | Objection and Joinder of William Hart Plaintiffs in Opposition to the Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2423 – filed October 27, 2020] |
| H. | Joinder of Certain Underwriters at Lloyd's, London and Certain London Market Insurers to Certain Insurers' Objection to (1) Disclosure Statement for Third Amended Joint Plan and (2) Proposed Confirmation Schedule [Docket No. 2424 – filed October 27, 2020] |
| I. | United States Trustee's Objection to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2427 – filed October 28, 2020] |
| J. | Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Third Amended Disclosure Statement [Docket No. 2429 – filed October 28, 2020] |
|   | i.   Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Third Amended Disclosure Statement [Docket No. 2408 – filed October 26, 2020] |
| K. | Objection of Talcum Powder Retailers to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, |

3

(V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2432 – filed October 28, 2020]

L. Supplemental Objection of Arnold & Itkin LLP to Debtors' Solicitation Motion and Disclosure Statement For Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2458 – filed November 2, 2020]

   i. Objection of Arnold & Itkin LLP to Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. And Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2406 – filed October 26, 2020]

M. Kline & Specter's Amended Supplemental Objection of Arnold & Itkin LLP to Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2464 – filed November 3, 2020]

Related Documents:

i. Notice of Filing of Exhibits to Amended Plan [Docket No. 2184 – filed September 10, 2020]

ii. Declaration of Jeanne C. Finegan in Support of Publication Notice and Supplemental Publication Plan [Docket No. 2292 – filed October 5, 2020]

iii. Notice of Continued Hearing to Consider Approval of (A) Solicitation Procedures Motion [Docket No. 1716] and (B) Disclosure Statement [Docket No. 2355] [Docket No. 2360 – filed October 16, 2020]

iv. Notice of Filing of Further Revised Trust Distribution Procedures [Docket No. 2370 – filed October 19, 2020]

v. Notice of Continued Hearing to Consider Approval of (A) Solicitation Procedures Motion [Docket No. 1716] and (B) Disclosure Statement [Docket No. 2355] [Docket No. 2481 – filed November 6, 2020]

vi. Fourth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2615 – filed December 10, 2020]

vii. Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates

4

|      | Under Chapter 11 of the Bankruptcy Code [Docket No. 2616 – filed December 10, 2020] |
|------|------|

- viii. Notice of Filing of Blacklines of Revised Disclosure Statement and Fourth Amended Plan [Docket No. 2617 – filed December 10, 2020]

- ix. The Official Committee of Tort Claimants' and the Future Claimant Representative's Joint Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2618 – filed December 10, 2020]

- x. Notice of Further Revised Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2619 – filed December 10, 2020]

- xi. Debtors' Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2620 – filed December 10, 2020]

- xii. Appendix to Joint Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2621 – filed December 10, 2020]

- xiii. Appendix to Debtors' Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of

       Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2622 – filed December 10, 2020]

   xiv.   Joint Status Report Regarding Fourth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2633 – filed December 14, 2020]

  Status: The hearing on this Motion and to approve the Debtors' proposed disclosure statement has been adjourned to January 12, 2021 at 10:00 a.m. (ET) and, if necessary, January 15, 2021 at 10:00 a.m. (ET).

## II.  UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:

2.   Debtors' Sixth Omnibus (Substantive) Objection to Certain Satisfied Claims, Substantive Duplicate Claims, and Partially Satisfied Claims [Docket No. 2533 – filed November 16, 2020]

    Objection / Response Deadline:   December 10, 2020 at 4:00 p.m. (ET)

    Objections / Responses Received:   None.

    Related Documents:

   i.   Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Sixth Omnibus (Substantive) Objection to Certain Satisfied Claims, Substantive Duplicate Claims, and Partially Satisfied Claims [Docket No. 2582 – filed December 3, 2020]

   ii.   Certificate of No Objection Regarding Debtors' Sixth Omnibus (Substantive) Objection to Certain Satisfied Claims, Substantive Duplicate Claims, and Partially Satisfied Claims [Docket No. 2626 – filed December 11, 2020]

   iii.   **Order Sustaining Debtors' Sixth Omnibus (Substantive) Objection to Certain Satisfied Claims, Substantive Duplicate Claims, And Partially Satisfied Claims [Docket No. 2637 – entered December 15, 2020]**

  Status: **On December 15, 2020, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

3.   Debtors' Motion for Modification of Automatic Stay to Permit Debtors' Resumed Participation in Related Talc Appeal [Docket No. 2585 – filed December 3, 2020]

   Objection / Response Deadline:  December 10, 2020 at 4:00 p.m. (ET)

   Objections / Responses Received:  None.

   Related Documents:

   i. Certificate of No Objection Regarding Debtors' Motion for Modification of Automatic Stay to Permit Debtors' Resumed Participation in Related Talc Appeal [Docket No. 2627 – filed December 11, 2020]

   ii. **Order Granting Debtors Motion for Modification of Automatic Stay to Permit Debtors Participation in Related Talc Appeal [Docket No. 2638 – entered December 15, 2020]**

   Status: **On December 15, 2020, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

### III. CONTESTED MATTERS GOING FORWARD:

4. Debtors' Objection to Proof of Claim Nos. 915, 922, and 926 Filed by Johnson & Johnson, Johnson & Johnson Consumer Inc. and Their Affiliates [Docket No. 2284 – filed October 5, 2020]

   Objection / Response Deadline:  November 2, 2020 at 4:00 p.m. (ET)

   Objections / Responses Received:

   A. Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Preliminary Response to the Debtors' Objection to Proof Of Claim Nos. 915, 922, and 926 filed By Johnson & Johnson, Johnson & Johnson Consumer Inc. and Their Affiliates [Docket No. 2465 – filed November 3, 2020]

   Related Documents: None.

   Status: **The hearing on this matter has been continued to the omnibus hearing scheduled for February 10, 2021 at 10:00 a.m. (ET).**

5. Debtors' Motion to Compel Compliance with Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2457 – filed November 2, 2020]

   Objection / Response Deadline:  November 9, 2020 at 4:00 p.m. (ET); extended for the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs to November 12, 2020 at 10:00 A.m. (ET)

   Objections / Responses Received:

A. Response and Reservation of Rights of Arnold & Itkin LLP to Debtors' Motion to Compel Compliance With Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2485 – filed November 9, 2020]

B. Response and Reservation of Rights of Williams Hart Boundas Easterby, LLP to Debtors' Motion to Compel Compliance With Rule 2019 [Docket No. 2486 – filed November 9, 2020]

C. Response and Reservation of Rights of Kline & Specter, PC to Debtors' Motion to Compel Compliance With Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2487 – filed November 9, 2020]

D. Response and Reservation of Rights of the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs to Debtors' Motion to Compel Compliance With Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2498 – filed November 11, 2020]

Related Documents:

i. Verified Statement of Arnold & Itkin LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 2505 – filed November 12, 2020]

ii. Verified Statement of Williams Hart Boundas Esterby, LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 2521 – filed November 13, 2020]

iii. Verified Statement of Ad Hoc Committee of Talc Litigation Claimants Pursuant to Bankruptcy Rule 2019 [Docket No. 2525 – filed November 16, 2020]

iv. Motion of the Ad Hoc Committee to Seal or Redact Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2526 – filed November 16, 2020]

Status: The hearing on this matter is going forward.

## IV. **INTERIM FEE APPLICATIONS**:

6. Interim Fee Applications

   Objection / Responses Received:   (See Exhibit A)

   Related Documents:   (Also, see Exhibit A)

   i. Certification of Counsel Regarding Sixth Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 2635 – filed December 15, 2020]

Status: The hearing with respect to the *First Interim Application of the Official Committee of Tort Claimants for Reimbursement of Expenses Incurred by Committee Member Representatives for the Period of March 5, 2019 through September 30, 2020* [Docket No. 2342] (the "Committee Expense Application") and the *Amended Fourth Interim Application of Legal Analysis Systems, Inc. as Tort Liability Consultant for the Official Committee of Tort Claimants for Compensation for Services Rendered and for Reimbursement of Expenses for the Period March 1, 2020 through May 31, 2020* [Docket No. 2339] (the "LAS Amended Application") have been continued to a date to be determined. With the exception of the Committee Expense Application and the LAS Amended Application, the Debtors have submitted a proposed form of omnibus order under certification of counsel, reflecting agreements between certain professionals and the Fee Examiner regarding the remainder of the interim fee applications listed on Exhibit A attached hereto. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

Dated: December 16, 2020
Wilmington, Delaware

*/s/ Michael J. Merchant*

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: collins@rlf.com
 merchant@rlf.com
 steele@rlf.com
 haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jeff.bjork@lw.com

kim.posin@lw.com
helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*