## sIN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ x

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON JANUARY 12, 2021 AND JANUARY 15, 2021 AT 10:00 A.M. (ET)

> This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than Jan. 12 at 8:30 a.m. to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL**
>
> **Topic: Imerys Talc America, Inc., 19-10289 (LSS)**
> **Time: Jan 12, 2021 10:00 AM Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting**
> **https://debuscourts.zoomgov.com/j/1617816768**
>
> **Meeting ID: 161 781 6768**
> **Passcode: 324890**
>
> **Join by SIP**
> **1617816768@sip.zoomgov.com**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). the Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] **Amended items appear in bold.**

**I.     UNCONTESTED MATTERS WITH CERTIFICATES OF NO OBJECTION:**

1. Debtors' Motion for Order Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Further Extending the Deadline By Which the Debtors May Remove Civil Actions [Docket No. 2687 – filed December 28, 2020]

    Objection / Response Deadline:        January 5, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

    i.  Certificate of No Objection Regarding Debtors' Motion for Order Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Further Extending the Deadline By Which the Debtors May Remove Civil Actions [Docket No. 2712 - filed January 6, 2021]

    ii. **Sixth Order Under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027, Further Extending the Deadline by Which the Debtors May Remove Civil Actions [Docket No. 2734 – entered January 8, 2021]**

    **Status:  On January 8, 2021, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

2. Motion of Cyprus Mines Corporation and Cyprus Amax Minerals Company for an Order Pursuant to 28 U.S.C. Section 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline By Which to Remove Civil Actions [Docket No. 2688 – filed December 28, 2020]

    Objection / Response Deadline:        January 5, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

    i.  Certificate of No Objection Regarding the Motion of Cyprus Mines Corporation and Cyprus Amax Minerals Company for an Order Pursuant to 28 U.S.C. Section 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline By Which to Remove Civil Actions [Docket No. 2724 – filed January 6, 2021]

    ii. **Order Granting Motion of Cyprus Mines Corporation and Cyprus Amax Minerals Company for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 2733 – entered January 8, 2021]**

    **Status:** **On January 8, 2021, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

3. Motion of Rio Tinto for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 2689 – filed December 29, 2020]

    Objection / Response Deadline:    January 5, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

    i. Certificate of No Objection Regarding Motion of Rio Tinto for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 2723 – filed January 6, 2021]

    ii. **Order Granting Motion of Rio Tinto for an Order Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006(b) and 9027 Further Extending the Deadline by Which to Remove Civil Actions [Docket No. 2736 – entered January 8, 2021]**

    **Status:** **On January 8, 2021, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

4. Motion of Debtors for Entry of Order Authorizing Continuance of Debtor Imerys Talc Canada Inc. Under Business Corporations Act (Quebec) [Docket No. 2694 – filed December 29, 2020]

    Objection / Response Deadline:    January 5, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A. Informal comments from the Office of the United States Trustee

    Related Documents:

    i. Certificate of No Objection Regarding Motion of Debtors for Entry of Order Authorizing Continuance of Debtor Imerys Talc Canada Inc. Under Business Corporations Act (Quebec) [Docket No. 2713 - filed January 6, 2021]

      ii.    **Order Authorizing Continuance of Debtor Imerys Talc Canada Inc. Under Business Corporations Act (Quebec) [Docket No. 2735 – entered January 8, 2021]**

    **Status:**    **On January 8, 2021, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

## II. MATTER GOING FORWARD:

5. Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 1716 – filed May 15, 2020]

    Objection / Response Deadline:  June 16, 2020 at 4:00 p.m. (ET); extended for the Office of the United States Trustee (the "U.S. Trustee") to June 19, 2020 at 4:00 p.m. (ET); extended for Rio Tinto America Holdings Inc., Rio Tinto America Inc., Rio Tinto Services Inc. and Zurich American Insurance Company to June 19, 2020; extended to October 26, 2020 at 4:00 p.m. (ET); further extended for the U.S. Trustee and Talcum Powder Retailers to October 28, 2020 at 4:00 p.m. (ET)

    Objection / Responses Received:

    A. Certain Insurers' Objection to (1) Disclosure Statement for Third Amended Joint Plan and (2) Proposed Confirmation Schedule [Docket No. 2409 – filed October 26, 2020]

        i. Certain Insurers' Objection to (1) Disclosure Statement for Fifth Amended Joint Plan and (2) Proposed Confirmation Schedule [Docket No. 2719 – filed January 7, 2021]

    B. Travelers' Objection to Debtors' Motion for Entry of Order Approving Disclosure Statement and Granting Related Relief [Docket No. 2410 – filed October 26, 2020]

    C. Objection of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of Debtors for Entry of Order (I) Approving Disclosure

4

        Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2412 – filed October 26, 2020]

        i.    Supplement to Objection of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2709 – filed January 5, 2021]

D.    Objection and Joinder of the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs in Opposition to the Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2413 – filed October 26, 2020]

E.    RMI Excess Insurers' Amended Objection to (1) Disclosure Statement for Third Amended Plan and (2) Proposed Confirmation Schedule [Dkt. 1716, 2084, 2290, 2355] and Joinder to Certain Insurers' Objection [Dkt. 2409] [Docket No. 2417 – filed October 27, 2020]

    i.    RMI Excess Insurers' Objection to (1) Disclosure Statement for Third Amended Plan and (2) Proposed Confirmation Schedule [Dkt. 1716, 2084, 2290, 2355] and Joinder to Certain Insurers' Objection [Dkt. 2409] [Docket No. 2416 – filed October 26, 2020]

    ii.    RMI Excess Insurers' Supplemental Objection to (1) Disclosure Statement for Fifth Amended Plan and (2) Proposed Confirmation Schedule [Dkt. 1716, 2084, 2290, 2355, 2674], Request to Adjourn the Hearing, and Joinder to Certain Insurers' Objection [Dkt. 2719] [Docket No. 2725 – filed January 8, 2021]

F.    Objection and Joinder of William Hart Plaintiffs in Opposition to the Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2423 – filed October 27, 2020]

      i. **Supplemental Objection of William Hart Plaintiffs in Opposition to the Debtors' Disclosure Statement for the Fifth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2748 – filed January 11, 2021]**

G. Joinder of Certain Underwriters at Lloyd's, London and Certain London Market Insurers to Certain Insurers' Objection to (1) Disclosure Statement for Third Amended Joint Plan and (2) Proposed Confirmation Schedule [Docket No. 2424 – filed October 27, 2020]

H. United States Trustee's Objection to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2427 – filed October 28, 2020]

I. Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Third Amended Disclosure Statement [Docket No. 2429 – filed October 28, 2020]

      i. Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Third Amended Disclosure Statement [Docket No. 2408 – filed October 26, 2020]

J. Objection of Talcum Powder Retailers to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2432 – filed October 28, 2020]

K. Supplemental Objection of Arnold & Itkin LLP to Debtors' Solicitation Motion and Disclosure Statement For Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2458 – filed November 2, 2020]

      i. Objection of Arnold & Itkin LLP to Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. And Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2406 – filed October 26, 2020]

      ii. Sur-Reply of Arnold & Itkin LLP to Debtors' Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2720 – filed January 7, 2021]

L. Kline & Specter's Amended Supplemental Objection of Arnold & Itkin LLP to Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2464 – filed November 3, 2020]

M. **Providence Washington Insurance Company, as Successor in Interest to Seaton Insurance Company, Successor in Interest Unigard Mutual Insurance Company (A) Joinder in the Certain Insurers' Objection to (1) Disclosure Statement for Fifth Amended Joint Plan and (2) Proposed Confirmation Schedule and (B) Reservation of Rights [Docket No. 2729 – filed January 8, 2021]**

Related Documents:

i. Notice of Filing of Exhibits to Amended Plan [Docket No. 2184 – filed September 10, 2020]

ii. Declaration of Jeanne C. Finegan in Support of Publication Notice and Supplemental Publication Plan [Docket No. 2292 – filed October 5, 2020]

iii. Notice of Continued Hearing to Consider Approval of (A) Solicitation Procedures Motion [Docket No. 1716] and (B) Disclosure Statement [Docket No. 2355] [Docket No. 2360 – filed October 16, 2020]

iv. Notice of Filing of Further Revised Trust Distribution Procedures [Docket No. 2370 – filed October 19, 2020]

v. Notice of Continued Hearing to Consider Approval of (A) Solicitation Procedures Motion [Docket No. 1716] and (B) Disclosure Statement [Docket No. 2355] [Docket No. 2481 – filed November 6, 2020]

vi. Fourth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2615 – filed December 10, 2020]

7

vii.  Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2616 – filed December 10, 2020]

viii. Notice of Filing of Blacklines of Revised Disclosure Statement and Fourth Amended Plan [Docket No. 2617 – filed December 10, 2020]

ix.   The Official Committee of Tort Claimants' and the Future Claimant Representative's Joint Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2618 – filed December 10, 2020]

x.    Notice of Further Revised Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2619 – filed December 10, 2020]

xi.   Debtors' Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2620 – filed December 10, 2020]

xii.  Appendix to Joint Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2621 – filed December 10, 2020]

xiii. Appendix to Debtors' Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2622 – filed December 10, 2020]

xiv. Joint Status Report Regarding Fourth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2633 – filed December 14, 2020]

xv. Fifth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2673 – filed December 22, 2020]

xvi. Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2674 – filed December 22, 2020]

xvii. Notice of Filing of Blacklines of Revised Disclosure Statement and Fifth Amended Plan [Docket No. 2675 – filed December 22, 2020]

xviii. Motion for Leave to File Sur-Reply of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Debtors' Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2721 – filed January 7, 2021]

xix. Notice of Further Revised Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2726 – filed January 8, 2021]

xx. **Notice of Filing of Further Revised Plan Exhibits [Docket No. 2749 – filed January 11, 2021]**

xxi. **Sixth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2750 – filed January 11, 2021]**

xxii. **Disclosure Statement for Sixth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2751 – filed January 11, 2021]**

xxiii. **Notice of Filing of Blacklines of Revised Disclosure Statement and Sixth Amended Plan [Docket No. 2752 – filed January 11, 2021]**

xxiv. **Supplemental Declaration of Jeanne C. Finegan in Support of Publication Notice and Supplemental Publication Plan [Docket No. 2753 – filed January 12, 2021]**

Status: The hearing on this matter is going forward.

6. Debtors' Motion to Compel Compliance with Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2457 – filed November 2, 2020]

 Objection / Response Deadline: November 9, 2020 at 4:00 p.m. (ET); extended for the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs to November 12, 2020 at 10:00 a.m. (ET)

 Objections / Responses Received:

 A. Response and Reservation of Rights of Arnold & Itkin LLP to Debtors' Motion to Compel Compliance With Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2485 – filed November 9, 2020]

 B. Response and Reservation of Rights of Williams Hart Boundas Easterby, LLP to Debtors' Motion to Compel Compliance With Rule 2019 [Docket No. 2486 – filed November 9, 2020]

 C. Response and Reservation of Rights of Kline & Specter, PC to Debtors' Motion to Compel Compliance With Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2487 – filed November 9, 2020]

 D. Response and Reservation of Rights of the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs to Debtors' Motion to Compel Compliance With Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2498 – filed November 11, 2020]

 Related Documents:

 i. Verified Statement of Arnold & Itkin LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 2505 – filed November 12, 2020]

 ii. Verified Statement of Williams Hart Boundas Esterby, LLP Pursuant to Bankruptcy Rule 2019 [Docket No. 2521 – filed November 13, 2020]

    iii.    Verified Statement of Ad Hoc Committee of Talc Litigation Claimants Pursuant to Bankruptcy Rule 2019 [Docket No. 2525 – filed November 16, 2020]

    iv.    Motion of the Ad Hoc Committee to Seal or Redact Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2526 – filed November 16, 2020]

    v.    Notice of Submission of Authority in Support of Debtors' Motion to Compel Compliance with Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 2677 – filed December 23, 2020]

    vi.    Letter to the Honorable Laurie Selber Silverstein Regarding Rule 2019 Disclosures of Arnold & Itkin LLP [Docket No. 2681 – filed December 24, 2020]

    vii.    **Verified Statement of Kline & Specter, P.C. Pursuant to Bankruptcy Rule 2019 [Docket No. 2746 – filed January 11, 2021]**

Status: The Court heard argument on the Motion at the December 17, 2020 hearing. At the conclusion of that hearing, the Court continued the Motion to this hearing in order to consider the supplemental submissions of the parties and to address any remaining issues.

| | |
|---|---|
| Dated: January 12, 2021<br>Wilmington, Delaware | /s/ Amanda R. Steele |

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: collins@rlf.com
         merchant@rlf.com
         steele@rlf.com
         haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jeff.bjork@lw.com
         kim.posin@lw.com
         helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*