## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
In re:                                                   :   Chapter 11
                                                         :
IMERYS TALC AMERICA, INC., et al.,¹                      :   Case No. 19-10289 (LSS)
                                                         :
            Debtors.                                     :   (Jointly Administered)
                                                         :
                                                         :
                                                         :
-------------------------------------------------------- x
                                                         :
IMERYS TALC AMERICA, INC., IMERYS                        :
TALC VERMONT, INC. AND IMERYS TALC                       :   Adv. Pro. No. 21-50054 (LSS)
CANADA INC.,                                             :
                                                         :
            Plaintiffs,                                  :
                                                         :
v.                                                       :
                                                         :
ABIGAIL AND TAYLOR PHILLIPS, et al.,²                    :
                                                         :
            Defendants.                                  :
                                                         :
-------------------------------------------------------- x
```

### *SECOND AMENDED*³ NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON JANUARY 25, 2021 AT 11:00 A.M. (ET)

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748).  The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2]    A complete list of the Defendants is set forth in the caption of the *Debtors' Complaint for Injunctive Relief* (the "**Complaint**") and **Appendix A** thereto.

[3]    **Amended items appear in bold.**

This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 <u>no later than Jan. 25 at 8:30 a.m. to sign up</u>. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.

**<u>PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL</u>**

Topic: Imerys Talc America, Inc., 19-10289 (LSS)
Time: Jan 25, 2021 11:00 AM Eastern Time (US and Canada)

Join ZoomGov Meeting:  https://debuscourts.zoomgov.com/j/1617816768

Meeting ID: 161 781 6768   Passcode: 324890

Join by SIP: 1617816768@sip.zoomgov.com

I.    **<u>MATTER GOING FORWARD</u>:**

1.    Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 1716 – filed May 15, 2020]

Objection / Response Deadline:    June 16, 2020 at 4:00 p.m. (ET); extended for the Office of the United States Trustee (the "U.S. Trustee") to June 19, 2020 at 4:00 p.m. (ET); extended for Rio Tinto America Holdings Inc., Rio Tinto America Inc., Rio Tinto Services Inc. and Zurich American Insurance Company to June 19, 2020; extended to October 26, 2020 at 4:00 p.m. (ET); further extended for the U.S. Trustee and Talcum Powder Retailers to October 28, 2020 at 4:00 p.m. (ET)

Objection / Responses Received:

A.    Certain Insurers' Objection to (1) Disclosure Statement for Third Amended Joint Plan and (2) Proposed Confirmation Schedule [Docket No. 2409 – filed October 26, 2020]

    i.    Certain Insurers' Objection to (1) Disclosure Statement for Fifth Amended Joint Plan and (2) Proposed Confirmation Schedule [Docket No. 2719 – filed January 7, 2021]

B.    Travelers' Objection to Debtors' Motion for Entry of Order Approving Disclosure Statement and Granting Related Relief [Docket No. 2410 – filed October 26, 2020]

C.    Objection of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2412 – filed October 26, 2020]

    i.    Supplement to Objection of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2709 – filed January 5, 2021]

D.    Objection and Joinder of the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs in Opposition to the Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2413 – filed October 26, 2020]

E.    RMI Excess Insurers' Amended Objection to (1) Disclosure Statement for Third Amended Plan and (2) Proposed Confirmation Schedule [Dkt. 1716, 2084, 2290, 2355] and Joinder to Certain Insurers' Objection [Dkt. 2409] [Docket No. 2417 – filed October 27, 2020]

3

315026140aa7b40b

    i.    RMI Excess Insurers' Objection to (1) Disclosure Statement for Third Amended Plan and (2) Proposed Confirmation Schedule [Dkt. 1716, 2084, 2290, 2355] and Joinder to Certain Insurers' Objection [Dkt. 2409] [Docket No. 2416 – filed October 26, 2020]

    ii.    RMI Excess Insurers' Supplemental Objection to (1) Disclosure Statement for Fifth Amended Plan and (2) Proposed Confirmation Schedule [Dkt. 1716, 2084, 2290, 2355, 2674], Request to Adjourn the Hearing, and Joinder to Certain Insurers' Objection [Dkt. 2719] [Docket No. 2725 – filed January 8, 2021]

F.    Objection and Joinder of William Hart Plaintiffs in Opposition to the Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2423 – filed October 27, 2020]

    i.    Supplemental Objection of William Hart Plaintiffs in Opposition to the Debtors' Disclosure Statement for the Fifth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2748 – filed January 11, 2021]

G.    Joinder of Certain Underwriters at Lloyd's, London and Certain London Market Insurers to Certain Insurers' Objection to (1) Disclosure Statement for Third Amended Joint Plan and (2) Proposed Confirmation Schedule [Docket No. 2424 – filed October 27, 2020]

H.    United States Trustee's Objection to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2427 – filed October 28, 2020]

I.    Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Third Amended Disclosure Statement [Docket No. 2429 – filed October 28, 2020]

    i.    Objection of Cyprus Mines Corporation and Cyprus Amax Minerals Company to Debtors' Third Amended Disclosure Statement [Docket No. 2408 – filed October 26, 2020]

J.    Objection of Talcum Powder Retailers to Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of

Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2432 – filed October 28, 2020]

K.    Supplemental Objection of Arnold & Itkin LLP to Debtors' Solicitation Motion and Disclosure Statement For Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2458 – filed November 2, 2020]

    i.    Objection of Arnold & Itkin LLP to Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. And Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2406 – filed October 26, 2020]

    ii.    Sur-Reply of Arnold & Itkin LLP to Debtors' Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2720 – filed January 7, 2021]

L.    Kline & Specter's Amended Supplemental Objection of Arnold & Itkin LLP to Debtors' Solicitation Motion and Disclosure Statement for Third Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2464 – filed November 3, 2020]

M.    Providence Washington Insurance Company, as Successor in Interest to Seaton Insurance Company, Successor in Interest Unigard Mutual Insurance Company (A) Joinder in the Certain Insurers' Objection to (1) Disclosure Statement for Fifth Amended Joint Plan and (2) Proposed Confirmation Schedule and (B) Reservation of Rights [Docket No. 2729 – filed January 8, 2021]

Related Documents:

i.    Notice of Filing of Exhibits to Amended Plan [Docket No. 2184 – filed September 10, 2020]

ii.    Declaration of Jeanne C. Finegan in Support of Publication Notice and Supplemental Publication Plan [Docket No. 2292 – filed October 5, 2020]

5

iii.    Notice of Continued Hearing to Consider Approval of (A) Solicitation Procedures Motion [Docket No. 1716] and (B) Disclosure Statement [Docket No. 2355] [Docket No. 2360 – filed October 16, 2020]

iv.    Notice of Filing of Further Revised Trust Distribution Procedures [Docket No. 2370 – filed October 19, 2020]

v.    Notice of Continued Hearing to Consider Approval of (A) Solicitation Procedures Motion [Docket No. 1716] and (B) Disclosure Statement [Docket No. 2355] [Docket No. 2481 – filed November 6, 2020]

vi.    Fourth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2615 – filed December 10, 2020]

vii.    Disclosure Statement for Fourth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2616 – filed December 10, 2020]

viii.    Notice of Filing of Blacklines of Revised Disclosure Statement and Fourth Amended Plan [Docket No. 2617 – filed December 10, 2020]

ix.    The Official Committee of Tort Claimants' and the Future Claimant Representative's Joint Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2618 – filed December 10, 2020]

x.    Notice of Further Revised Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2619 – filed December 10, 2020]

xi.    Debtors' Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving

6

Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2620 – filed December 10, 2020]

xii.    Appendix to Joint Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2621 – filed December 10, 2020]

xiii.    Appendix to Debtors' Omnibus Reply in Support of Motion for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2622 – filed December 10, 2020]

xiv.    Joint Status Report Regarding Fourth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2633 – filed December 14, 2020]

xv.    Fifth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2673 – filed December 22, 2020]

xvi.    Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2674 – filed December 22, 2020]

xvii.    Notice of Filing of Blacklines of Revised Disclosure Statement and Fifth Amended Plan [Docket No. 2675 – filed December 22, 2020]

xviii.    Motion for Leave to File Sur-Reply of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Debtors' Disclosure Statement for Fifth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2721 – filed January 7, 2021]

xix.  Notice of Further Revised Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection With Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2726 – filed January 8, 2021]

xx.  Notice of Filing of Further Revised Plan Exhibits [Docket No. 2749 – filed January 11, 2021]

xxi.  Sixth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2750 – filed January 11, 2021]

xxii.  Disclosure Statement for Sixth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2751 – filed January 11, 2021]

xxiii.  Notice of Filing of Blacklines of Revised Disclosure Statement and Sixth Amended Plan [Docket No. 2752 – filed January 11, 2021]

xxiv.  Supplemental Declaration of Jeanne C. Finegan in Support of Publication Notice and Supplemental Publication Plan [Docket No. 2753 – filed January 12, 2021]

xxv.  Notice of Filing of Further Revised Plan Exhibit [Docket No. 2808 - filed January 21, 2021]

xxvi.  Seventh Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2809 – filed January 21, 2021]

xxvii.  Disclosure Statement for Seventh Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2810 – filed January 21, 2021]

xxviii.  Notice of Filing of Blacklines of Revised Disclosure Statement and Seventh Amended Plan [Docket No. 2811 – filed January 21, 2021]

xxix.  **Notice of Filing of Further Revised Plan Exhibits (Trust Distribution Procedures and Talc Personal Injury Trust Agreement) [Docket No. 2828 – filed January 22, 2021]**

8

xxx.    **Notice of Filing of Plan Exhibit (Rio Tinto/Zurich Settlement Agreement) [Docket No. 2829 – filed January 23, 2021]**

xxxi.    **Notice of Filing of Plan Exhibit (Cyprus Settlement Agreement) [Docket No. 2830 – filed January 23, 2021]**

xxxii.    **Notice of Further Revised Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief [Docket No. 2832 – filed January 23, 2021]**

xxxiii.    **Eighth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2833 – filed January 23, 2021]**

xxxiv.    **Disclosure Statement for Eighth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 2834 – filed January 23, 2021]**

xxxv.    **Notice of Filing of Blacklines of Revised Disclosure Statement and Eighth Amended Plan [Docket No. 2835 – filed January 23, 2021]**

Status:    The hearing on this matter is going forward.  The Court held hearings on January 12, 2021 and January 15, 2021 to consider approval of the Debtors' proposed disclosure statement and certain related relief.  This hearing is a continuation of those prior hearings.

## II.    **ADVERSARY PROCEEDING:**

2.    Debtors' Complaint for Injunctive Relief [Adv. Pro. No. 21-50054 Docket No. 1 – filed January 21, 2021]

Related Documents:

A.    Debtors' Motion for Preliminary Injunction [Adv. Pro. No. 21-50054 Docket No. 2 – filed January 21, 2021]

B.    Opening Brief in Support of Debtors' Motion for Preliminary Injunction [Adv. Pro. No. 21-50054 Docket No. 3 – filed January 21, 2021]

C.    Declaration of Ryan J. Van Meter in Support of Debtors' Motion for Preliminary Injunction [Adv. Pro. No. 21-50054 Docket No. 4 – filed January 21, 2021]

D.    Declaration of Michael E. Hutchins in Support of Debtors' Motion for Preliminary Injunction [Adv. Pro. No. 21-50054 Docket No. 5 – filed January 21, 2021]

E.    Debtors' Motion for Leave to Exceed Page Limitation Requirement with Respect to the Opening Brief in Support of Debtors' Motion for Preliminary Injunction [Adv. Pro. No. 21-50054 Docket No. 6 – filed January 21, 2021]

F.    Debtors' Motion for Approval of Service Procedures for Summons and Complaint, and Other Filings [Adv. Pro. No. 21-50054 Docket No. 7 – filed January 21, 2021]

G.    Opening Brief in Support of Debtors' Motion for Approval of Service Procedures for Complaint and Summons, and Other Filings [Adv. Pro. No. 21-50054 Docket No. 8 – filed January 21, 2021]

Status: The Debtors intend to address scheduling issues with the Court relating to the adversary proceeding and the Debtors' request for a preliminary injunction. The Debtors are not seeking to move forward on any substantive relief at this hearing.

10

Dated: January 23, 2021          */s/ Amanda R. Steele*
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
      merchant@rlf.com
      steele@rlf.com
      haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
      kim.posin@lw.com
      helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*