**brown**rudnick

BENNETT S. SILVERBERG
direct dial: 212.209.4924
fax: 212.938.2924
bsilverberg@brownrudnick.com

January 25, 2021

The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge
United States Bankruptcy Court
For the District of Delaware
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

**RE:    Imerys Talc America, Inc., et al., Case No. 19-10289 (LSS)**

Dear Judge Silverstein,

      Brown Rudnick LLP ("Brown Rudnick") and Morris James LLP ("Morris James" and, together with Brown Rudnick, "Ad Hoc Committee Counsel"), represent the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs (the "Ad Hoc Committee"). The Ad Hoc Committee hereby joins in the arguments made in the response of Arnold & Itkin LLP [Docket No. 2840] (the "A&I Letter") to the January 20, 2021 letters submitted by (i) the Debtors [Docket No. 2807], and (ii) the Official Committee of Tort Claimants (the "TCC") and James L. Patton, Jr., the future claims representative (the "FCR" and together with the Debtors and the TCC, the "Plan Proponents") [Docket No. 2806]. For the reasons stated in the A&I Letter, the Court should reject the Plan Proponents' broad assertions of the common interest privilege.

      The Ad Hoc Committee reserves all rights to defend, object or otherwise respond to any issues raised by the Plan Proponents or other parties in connection with the common interest privilege assertions. The Ad Hoc Committee further reserves all rights to seek and compel additional discovery and to seek relief under any scheduling order or agreement to take into account the time needed to obtain responsive, non-privileged documents.

Sincerely,

**BROWN RUDNICK LLP**

/s/ *Bennett S. Silverberg*
Bennett S. Silverberg

cc:    Jeffrey R. Waxman
       Eric J. Monzo
       Brya M. Keilson



The Honorable Laurie Selber Silverstein
January 25, 2021
Page 2

David J. Molton
Sunni P. Beville
All parties receiving ECF notifications