# EXHIBIT C

**Financial Projections - ITI**

US-DOCS\120811663.4

**Financial Projections: Imerys Talc Italy S.p.A.**

**Introduction**

Imerys Talc Italy S.p.A. ("**ITI**"), with the assistance of its restructuring, legal, and financial advisors, has prepared these projections (the "**Financial Projections**").  The Financial Projections should be read in connection with the assumptions and qualifications as described herein and in the Disclosure Statement.[1]  The Financial Projections represent management's estimate of the statements of income and simplified statements of cash flows forecasted over the period from 2020 through 2023 (the "**Projection Period**").

**Accounting Policies**

The Financial Projections have been prepared by management using accounting policies that are generally consistent with those applied in ITI's internally reported financial statements.  The below projected financial information was not, however, prepared with a view toward compliance with guidelines established by the American Institute of Certified Public Accountants, the Financial Accounting Standards Board or the rules and regulations of the Securities & Exchange Commission.  The below Financial Projections have been disclosed to – but not been examined or compiled by – independent auditors.

**Projected Income Statement**
*($ in thousands)*

| Fiscal Year Ending December 31 | 2020 Forecast | 2021 Forecast | 2022 Forecast | 2023 Forecast |
|---|---|---|---|---|
| Sales | 22,519 | 18,450 | 17,769 | 17,161 |
| *Growth YoY* | *10.4%* | *(18.1)%* | *(3.7)%* | *(3.4)%* |
| | | | | |
| Variable Costs | (8,150) | (6,787) | (6,508) | (6,284) |
| Fixed Costs | (8,860) | (8,226) | (8,386) | (8,550) |
| **Gross Margin** | **5,510** | **3,437** | **2,875** | **2,327** |
| *Gross Margin %* | *24.5%* | *18.6%* | *16.2%* | *13.6%* |
| | | | | |
| Total Overhead | (366) | (358) | (361) | (365) |
| **Current Operating Income** | **5,143** | **3,079** | **2,513** | **1,962** |
| *Current Operating Income %* | *22.8%* | *16.7%* | *14.1%* | *11.4%* |

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (as may be amended from time to time, the "**Plan**").

**Projected Statement of Cash Flows**
*($ in thousands)*

| *Fiscal Year Ending December 31* | 2020 Forecast | 2021 Forecast | 2022 Forecast | 2023 Forecast |
|---|---|---|---|---|
| Current Operating Income | 5,143 | 3,079 | 2,513 | 1,962 |
| Depreciation | 1,072 | 878 | 887 | 896 |
| Depreciation - Overburden assets | 572 | 456 | 435 | 418 |
| National income tax on current operating income | (1,440) | (862) | (704) | (549) |
| **Operating Cash Flow** | **5,346** | **3,552** | **3,132** | **2,727** |
| Maintenance CapEx | (130) | (130) | (130) | (130) |
| Growth CapEx (Overburden assets) | (478) | (478) | (478) | (478) |
| **Capital Expenditures** | **(959)** | **(609)** | **(609)** | **(609)** |
| **Change in Working Capital** | **(179)** | **(179)** | **(179)** | **(179)** |
| **Free Operating Cash Flow** | **4,208** | **2,763** | **2,344** | **1,938** |

*Note: EUR/USD FX rate as of November 31, 2020*

**Summary of Significant Assumptions**

The Financial Projections are based on numerous assumptions regarding the anticipated future operating performance of ITI, general business and economic conditions, and other factors. Most of these assumptions are beyond the control of ITI and its management. Therefore, although the Financial Projections are necessarily presented with numerical specificity, the actual results achieved during the Projection Period will vary from the projected result. Although management believes the assumptions underlying the Financial Projections, when considered on an overall basis, are reasonable in light of current circumstances, actual results may differ subject to market conditions and changes to the input costs.

*Revenue and Operating Expenses*

Revenues

The Financial Projections assume sales decrease at a compound annual growth rate of 8.7% during the Projection Period. This decrease over the Projection Period is primarily driven by lower volumes – in terms of Dry Metric Tonne ("**DMT**") – on specialties (in particular pharmaceutical – premium products with higher €/DMT value – and chewing gum industries), personal care products, and intercompany sales (mostly due to sales on North American market and to the opening of a new talc mine in the Slovak Republic that will absorb Imerys Talc Austria GmbH intercompany volumes). These Financial Projections take into consideration various factors, including modest actions on pricing per DMT (+1% year on year, substantially aligned

with fundamental Italian inflation outlook), market dynamics, product mix (both volumes and pricing), as well as different sales initiatives. However, the projections do not include any corrective actions taken by management to offset expected volume declines. While not included in the revenue projections, management has identified initiatives that would favorably impact the current Financial Projections. Examples of these initiatives include new products that will increase volumes within the food market, and capital investments (*e.g.*, packing machine and dryer) that will increase throughput volumes for pharmaceutical and cosmetic markets.

Variable Costs

Variable costs mainly include raw materials, consumables, freight costs, utilities, and overburden costs (capitalized cost incurred when removing waste rock in order to access the mineral deposit/ore and amortized over the expected remaining life of the mine) and were forecast primarily based on historical trends and margins.

Total Fixed Costs

Fixed costs primarily represent personnel expenses, cleaning, maintenance and repair costs, external services, and direct depreciation. Such costs were projected to increase based on either historical levels growing at approximately 1% year over year or, as per labor cost, at a higher 2.5% per year in order to reflect the National Collective Bargaining Employment Contract renewal recently negotiated with certain unions. As anticipated, the Financial Projections – even considering a reduction in sales volume over the Projection Period – do not envisage any cost savings initiatives that might partially or totally offset the margin erosion.

Overheads

Overheads mostly include Selling and Marketing Expenses and were forecast assuming a 1% increase per year.

*Income Tax on Current Operating Income*

The Financial Projections assume income tax expenses at an average tax rate of 29% applied to Current Operating Income.

*Capital Expenditures*

Projected capital expenditures are forecast based on management's estimated investments required to support the business. Such expenditures include maintenance, growth and overburden capital expenditures. In addition, management is evaluating revisions to their 3-year capital expenditure plan, and may include new investments not factored into these Financial Projections. Those investments include geological exploration designed to lengthening the life of the mine, an advanced packing machine and a dryer. The equipment under consideration would improve the efficiency of operations, and offset potential negative sales trends in pharmaceutical and personal care products.

*Working Capital*

The Financial Projections assume a flat working capital absorption over the Projection Period. Please note that ITI has approximately $21.9M in receivables from Imerys Talc Europe as of October 2020.