# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IMERYS TALC AMERICA, INC., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-10289 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on March 17, 2021, a copy of *The Official Committee of Tort Claimants' Responses and Objections to Johnson & Johnson's and Johnson & Johnson Consumer Inc.'s Third Request for Production of Documents Related to the Proposed Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliate Under Chapter 11 of the Bankruptcy Code* was served on each of the following counsel via email:

　　　　　　　　Patrick A. Jackson
　　　　　　　　FAEGRE DRINKER BIDDLE & REATH LLP
　　　　　　　　222 Delaware Ave., Ste. 1410
　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　Email: patrick.jackson@faegredrinker.com

　　　　　　　　Theodore E. Tsekerides
　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　767 Fifth Avenue
　　　　　　　　New York, New York 10153
　　　　　　　　Email: Theodore.Tsekerides@weil.com

　　　　　　　　*Attorneys for Johnson & Johnson and*
　　　　　　　　*Johnson & Johnson Consumer Inc.*

---

[1] The above-captioned debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. ("ITA") (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

| | |
|---|---|
| Dated: March 18, 2021<br>Wilmington, Delaware | **ROBINSON & COLE LLP**<br><br>*/s/ Mark A. Fink*<br>Natalie D. Ramsey (No. 5378)<br>Mark A. Fink (No. 3946)<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>nramsey@rc.com<br>mfink@rc.com<br><br>-and-<br><br>Michael R. Enright (admitted *pro hac vice*)<br>280 Trumbull Street<br>Hartford, CT 06103<br>Tel.: (860) 275-8290<br>Fax: (860) 275-8299<br>menright@rc.com<br><br>-and-<br><br>**WILLKIE FARR & GALLAGHER LLP**<br>Rachel C. Strickland (admitted *pro hac vice*)<br>Jeffrey B. Korn (admitted *pro hac vice*)<br>Daniel I. Forman (admitted *pro hac vice*)<br>Stuart R. Lombardi (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Tel.: (212) 728-8000<br>Fax: (212) 728-8111<br>rstrickland@willkie.com<br>jkorn@willkie.com<br>dforman@willkie.com<br>slombardi@willkie.com<br><br>-and- |

**GILBERT LLP**
Kami E. Quinn (admitted *pro hac vice*)
Heather Frazier (admitted *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
quinnk@gilbertlegal.com
frazierh@gilbertlegal.com

*Counsel to the Official Committee of Tort Claimants*