# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., et al., | Case No. 19-10289 (LSS) |
| Debtors. | Jointly Administered |

**NOTICE OF SERVICE OF THE AMERICAN INSURANCE COMPANY'S RESPONSES AND OBJECTIONS TO THE FCR'S FIRST SET OF INTERROGATORIES RELATED TO THE NINTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

Undersigned counsel for the American Insurance Company hereby certifies that on the 18th day of March, 2021, a copy of *The American Insurance Company's Responses and Objections to the FCR's First Set of Interrogatories Related to the Ninth Amended Joint Chapter 11 Plan of Reorganization* was served by email upon the following parties:

Jared W. Kochenash and Edwin Harron
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
JKochenash@ycst.com
eharron@ycst.com

Dated: March 18, 2021
Wilmington, Delaware

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

 */s/ Christopher B. Chuff*
Christopher B. Chuff (DE No. 5729)
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone:    (302) 777-6500
Facsimile:    (302) 421-8390
E-mail:        chris.chuff@troutman.com

Leslie A. Davis (admitted *pro hac vice*)
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone:    (202) 274-2950
Facsimile:    (202) 274-2994
E-mail:        leslie.davis@troutman.com

#114300329 v1

- 2 -

-and-

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C**

Paul W. Kalish (admitted *pro hac vice*)
Ellen MacDonald Farrell (admitted *pro hac vice*)
701 Pennsylvania Ave., NW, Suite 900
Washington, DC  20004
Telephone:    (202) 434-7300
Facsimile:    (202) 434-7400
E-mail:    PWKalish@mintz.com
E-mail:    EMFarrell@mintz.com

*Co-Counsel for American Insurance Company*

- 2 -

#114300329 v1