# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IMERYS TALC AMERICA, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10289 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on March 16, 2021, a copy of *The Tort Claimants' Committee's Responses and Objections to Travelers' First Requests for Production of Documents* was served on each of the following counsel via email by Gilbert LLP:

> Neal J. Levitsky (DE No. 2092)
> Seth A. Niederman (DE No. 4588)
> FOX ROTHSCHILD LLP
> 919 North Market Street, Suite 300
> Wilmington, DE 19899-2323
> nlevitsky@foxrothschild.com
> sniederman@foxrothschild.com
>
> -and-
>
> Andrew T. Frankel (admitted *pro hac vice*)
> Kathrine A. McLendon (admitted *pro hac vice*)
> Jonathan Menitove (admitted *pro hac vice*)
> SIMPSON THACHER & BARTLETT LLP
> 425 Lexington Avenue
> New York, NY 10017
> afrankel@stblaw.com
> kmclendon@stblaw.com

---

[1] The above-captioned debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. ("ITA") (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

jonathan.menitove@stblaw.com

*Counsel for Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) and the Travelers Indemnity Company*

Dated: March 18, 2021
Wilmington, DE

**ROBINSON & COLE LLP**

*/s/ Mark A. Fink*
Natalie D. Ramsey (No. 5378)
Mark A. Fink (No. 3946
1201 North Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
Facsimile: (302) 516-1699
nramsey@rc.com
mfink@rc.com

-and-

**GILBERT LLP**
Kami E. Quinn (admitted *pro hac vice*)
Heather Frazier (admitted *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Tel.: (202) 772-2200
quinnk@gilbertlegal.com
frazierh@gilbertlegal.com
*Counsel to the Official Committee of Tort Claimants*