**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IMERYS TALC AMERICA, INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 19-10289 (LSS)<br><br>Jointly Administered |

**NOTICE OF SERVICE OF DISCOVERY**

**PLEASE TAKE NOTICE** that on March 17, 2021, a copy of *The Tort Claimants' Committee Responses and Objections to the Cyprus Historical Excess Insurers' First Set of Interrogatories* was served on each of the following counsel via email by Gilbert LLP:

    Stamatios Stamoulis (#4606)
    STAMOULIS & WEINBLATT LLC
    800 N. West Street, Third Floor
    Wilmington, Delaware 19801
    Telephone: +1 302 999 1540
    Facsimile: +1 302 762 1688

    -and-

    Tancred Schiavoni (admitted *pro hac vice*)
    Janine Panchok-Berry (admitted *pro hac vice*)
    O'MELVENY & MYERS LLP
    Times Square Tower
    7 Times Square
    New York, New York 10036-6537
    Telephone: +1 212 326 2000
    Facsimile: +1 212 326 2061
    tschiavoni@omm.com
    jpanchok-berry@omm.com

---

[1] The above-captioned debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. ("ITA") (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

*Counsel for Columbia Casualty Company, Continental Casualty Company, the Continental Insurance Company, as successor to CNA Casualty of California and as successor in interest to certain insurance policies issued by Harbor Insurance Company, Lamorak Insurance Company (formerly known as OneBeacon America Insurance Company), as successor to Employers' Surplus Lines Insurance Company, Stonewall Insurance Company (now known as Berkshire Hathaway Specialty Insurance Company), National Union Fire Insurance Company of Pittsburgh PA, and Lexington Insurance Company to the extent that they issued policies to Cyprus Mines Corporation prior to 1981.*

Dated: March 18, 2021
Wilmington, DE

**ROBINSON & COLE LLP**

*/s/ Mark A. Fink*
Natalie D. Ramsey (No. 5378)
Mark A. Fink (No. 3946
1201 North Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
Facsimile: (302) 516-1699
nramsey@rc.com
mfink@rc.com

-and-

**GILBERT LLP**
Kami E. Quinn (admitted *pro hac vice*)
Heather Frazier (admitted *pro hac vice*)
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Tel.: (202) 772-2200
quinnk@gilbertlegal.com
frazierh@gilbertlegal.com
*Counsel to the Official Committee of Tort Claimants*