# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IMERYS TALC AMERICA, INC., *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-10289 (LSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on March 17, 2021, a copy of *The Tort Claimants' Committee Responses and Objections to the Cyprus Historical Excess Insurers' Third Set of Requests for Production of Documents* was served on each of the following counsel via email:

> Stamatios Stamoulis (#4606)
> STAMOULIS & WEINBLATT LLC
> 800 N. West Street, Third Floor
> Wilmington, Delaware 19801
> Telephone: +1 302 999 1540
> Facsimile: +1 302 762 1688
>
> -and-
>
> Tancred Schiavoni (admitted *pro hac vice*)
> Janine Panchok-Berry (admitted *pro hac vice*)
> O'MELVENY & MYERS LLP
> Times Square Tower
> 7 Times Square
> New York, New York 10036-6537
> Telephone: +1 212 326 2000
> Facsimile: +1 212 326 2061
> tschiavoni@omm.com
> jpanchok-berry@omm.com

---

[1] The above-captioned debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. ("ITA") (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

*Counsel for Columbia Casualty Company, Continental Casualty Company, the Continental Insurance Company, as successor to CNA Casualty of California and as successor in interest to certain insurance policies issued by Harbor Insurance Company, Lamorak Insurance Company (formerly known as OneBeacon America Insurance Company), as successor to Employers' Surplus Lines Insurance Company, Stonewall Insurance Company (now known as Berkshire Hathaway Specialty Insurance Company), National Union Fire Insurance Company of Pittsburgh PA, and Lexington Insurance Company to the extent that they issued policies to Cyprus Mines Corporation prior to 1981.*

| | |
|---|---|
| Dated: March 18, 2021<br>Wilmington, DE | **ROBINSON & COLE LLP**<br><br>*/s/ Mark A. Fink*<br>Natalie D. Ramsey (No. 5378)<br>Mark A. Fink (No. 3946<br>1201 North Market Street, Suite 1406<br>Wilmington, Delaware 19801<br>Telephone: (302) 516-1700<br>Facsimile: (302) 516-1699<br>nramsey@rc.com<br>mfink@rc.com<br><br>-and-<br><br>**GILBERT LLP**<br>Kami E. Quinn (admitted *pro hac vice*)<br>Heather Frazier (admitted *pro hac vice*)<br>700 Pennsylvania Avenue, SE<br>Suite 400<br>Washington, DC 20003<br>Tel.: (202) 772-2200<br>quinnk@gilbertlegal.com<br>frazierh@gilbertlegal.com<br>*Counsel to the Official Committee of Tort Claimants* |