IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*, | : | |
| | : | Case No: 19-10289 (LSS) |
| Debtors. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 17, 2021, Richard J. Orr, Esq., the legal representative for defendant Employers Mutual Casualty Company, caused the *Responses and Objections to the Future Claimants' Representative's First Set of Interrogatories and Requests for Production* to be served via electronic mail upon the following parties:

**GILBERT LLP**
Kami E. Quinn, Esquire
Heather Frazier, Esquire
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
TEL: (202) 772-2200
Email: quinnk@gilbertlegal.com
        frazierh@gilbertlegal.com

*Counsel for the Future Claimants' Representative*

Dated: March 18, 2021

Martin J. Weis (9333)
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
Wilmington, DE 19801
Phone: 215-575-7000
Email: mweis@dilworthlaw.com