## Schedule 1

- Republic Indemnity Company of America

- First State Insurance Company

- Hartford Accident and Indemnity Company

- Sentry Insurance Company as assumptive reinsurer of Great Southwest Fire Insurance Company

- Affiliated FM Insurance Company

- TIG Insurance Company (as successor in interest to Gibraltar Casualty Company, International Insurance Company, International Surplus Lines Insurance Company, and Transamerica Premier Insurance Company)

- Everest Reinsurance Company (f/k/a Prudential Reinsurance Company)

- Employers Insurance Company of Wausau and National Casualty Company

- Employers Mutual Casualty Company, by its managing general agent and attorney-in-fact, ProSight Specialty Management Company, Inc.

- Westport Insurance Corporation f/k/a Puritan Insurance Company

- MidStates Reinsurance Corporation (f/k/a Mead Reinsurance Company)

- Arrowood Indemnity Company

- The Continental Insurance Company as successor in interest to certain liabilities and responsibilities under certain policies issued by Harbor Insurance Company and as successor in interest to certain interests of London Guarantee and Accident Company of New York

- Munich Reinsurance America, Inc. f/k/a American Re-Insurance Company

- Middlesex Assurance Company

- Allstate Insurance Company, solely as successor to Northbrook Excess & Surplus Insurance Company, formerly Northbrook Insurance Company