**EXHIBIT 1**

| Row | State | Case No. | Named Plaintiff | Case Name | Court | Non-Debtor Affiliate Co-Defendant |
|---|---|---|---|---|---|---|
| 1. | CA | 19STCV00045 | Rodriguez-Cortes, Araceli | *Araceli Rodriguez-Cortes and and Ignacio Caravantes v. Cyprus Amax Minerals Co.* | Los Angeles Superior Court | Imerys USA, Inc. |
| 2. | CA | BC 708533 | Thorson, Dawn | *Dawn Thorson (Personal Representative of Gustavo Martinez, Sr.) v. Autozone, et al.* | Los Angeles Superior Court | Imerys USA, Inc. |
| 3. | CA | BC675449 | Fong, Pui and Wong, Thai | *Pui Fong and Thai Wong v. Johnson & Johnson, et al.* | Los Angeles Superior Court | Imerys USA, Inc. |
| 4. | CA | RG17882401 | Leavitt, Teresa | *Teresa Leavitt, et al. v. Johnson & Johnson, et al.* | Alameda County Superior Court | Imerys USA, Inc. |
| 5. | CA | RG18923615 | Schmitz, Patricia | *Patricia Schmitz v. Johnson & Johnson, et al.* | Alameda County Superior Court | Imerys USA, Inc. |
| 6. | CA | RG18929558 | Trujillo, Jacqueline | *Jacqueline Trujillo, et ux. v. Cyprus Amax Minerals Company, et al* | Alameda County Superior Court | Imerys USA, Inc. |
| 7. | CT | FBT-CV17-6066689-S | Breakell, Adam | *Adam M. Breakell v. 3M Co., et al.* | Fairfield Judicial Court | Imerys USA, Inc. |
| 8. | FL | 18-027176-CA-27 | Murray, James | *James Murray (Personal Representative of Joan Murry) v. Chanel Co., et al.* | 17th Judicial Circuit Court, Broward County | Imerys USA, Inc. |
| 9. | FL | 18-027833-CA-27 | Pritchard, Jodie | *Jodie Pritchard v. CAMC, et al.* | 17th Judicial Circuit Court, Broward County | Imerys USA, Inc. |
| 10. | FL | 18-cv-61664-KMM | Birch, Teresa | *Teresa Birch and Robert Birch v. Glaxosmithkline, LLC, et al.* | Southern District of Florida | Imerys USA, Inc. |
| 11. | IL | 18-L-1640 | McConnell, Margaret | *Margaret McConnell, SA of the Estate of Anthony McConnell, Deceased v. American Talc Company, et al.* | Madison County | Imerys USA, Inc. |
| 12. | IL | 17-L-751 | Faltus, Timothy | *Timothy Faltus, as SA of the Estate of Shari Faltus v. Johnson & Johnson* | St. Clair County Court | Imerys USA, Inc. |
| 13. | LA | 2018-12536 | Chenet, Vita | *Vita Chenet v. Colgate- Palmolive, et al.* | Civ. Dist. Court, Parish of New Orleans | Imerys USA, Inc. |

Exhibit 1 – Page 1

| Row | State | Case No. | Named Plaintiff | Case Name | Court | Non-Debtor Affiliate Co-Defendant |
|---|---|---|---|---|---|---|
| 14. | NJ | L-2995-17 AS | Jaconia, Joseph | *Jaconia, Joseph, individually and as executor ad prosequendum of estate of Lamona Jaconia . 3M Company, f/k/a Minnesota Mining and Manufacturing Co., et al.* | Superior Court of Middlesex County | Imerys USA, Inc. |
| 15. | NJ | 4927-18 AS | Pulido, Maria | *Maria and Victor Pulido v. Johnson & Johnson, et al.* | Superior Court Middlesex County | Imerys USA, Inc. |
| 16. | NJ | L-0179-19 AS | Crouch, Cynthia | *Cynthia Crouch v. Johnson & Johnson et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 17. | NJ | L-01924-18 AS | Fields, Michael | *Michael Scott and Susan Fields v. Whitaker Clark & Daniels, Inc. et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 18. | NJ | L-03453-16 AS | Abbott, Theodore | *Theodore and Joyce Abbott v. American Biltrite, Inc., et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 19. | NJ | L-0624-17 AS | Jacinto, Albano | *Albano Jacinto vs. 3M Company, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 20. | NJ | L-1514-18 AS | Garris, Zachary | *Zachary Garris v. Johnson & Johnson Co., et al* | Middlesex County Superior Court | Imerys USA, Inc. |
| 21. | NJ | L-1515-17 AS | Garcia, Edward | *Edward and Lisa Garcia v. Brenntag North America, Inc., et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 22. | NJ | L-2260-18 AS | Jatras, Kathy | *Kath and James Jatras v. Johnson & Johnson, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 23. | NJ | L-2450-18 AS | Lum, David | *David Lum v. Brenntag North America, Inc., et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 24. | NJ | L-3251-18 AS | Eller, Janis | *Janis Eller v. Brenntag Specialties, Inc,., et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 25. | NJ | L-3463-18 AS | Geyer, Ellen | *Ellen Geyer v. Atlas Turner, Inc., et al.* | Middlesex County Superior Court | Imerys USA, Inc. |

Exhibit 1 – Page 2

| Row | State | Case No. | Named Plaintiff | Case Name | Court | Non-Debtor Affiliate Co-Defendant |
|---|---|---|---|---|---|---|
| 26. | NJ | L-3589-16 AS | Flater, Rose | *Bobbie Joe Flater as PR of Estate of Rose Flater v. Albi Enterprises et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 27. | NJ | L-3702-18 AS | Preciado, Pedro | *Pedro Preciado v. Johnson & Johnson, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 28. | NJ | L-3805-18AS | Gagliardi, Rosalia | *Rosalia and Enrico Gagliardi v. Johnson & Johnson, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 29. | NJ | L-4446-18 AS | Cartwright, Barbara | *Barbara and Jason Cartwright v. Johnson & Johnson, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 30. | NJ | L-4652-17 AS | Labarr-Mabry, Domenica | *Domenica LaBarr- Mabry and Amanda LaBarr-Mabry v. Brenntag North America, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 31. | NJ | L-4726-17 AS | Kalish, Stephen | *Stephen and Suzanne Kalish v. Brenntag North America, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 32. | NJ | L-4794-17 AS | Cardenas, Jean | *Jean Cardenas and Andrea Cardenas v. Brenntag North America, Inc., et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 33. | NJ | L-4806-17AS | Defeo, Louis | *Louis DeFeo and Barbara DeFeo v. 3M Company, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 34. | NJ | L-5216-18 AS | Weiss, Janice | *Janice Weiss (Administrator of the Estate of Joel Weiss) v. Johnson & Johnson, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 35. | NJ | L-5279-17 AS | Doganalp, Elif | *Elif Doganalp v. Brenntag North America, Inc., et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 36. | NJ | L-5709-18 AS | Benmar, Peter | *Peter and Claudine Benmar v. Johnson & Johnson, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 37. | NJ | L-5732-17 AS | Dockery, Sandra | *Sandra and Loren Dockery v. Borg Warner Morse Tec, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 38. | NJ | L-5791-18 AS | Elfant, Bryant/Marchesano | *Bryan Elfant (Exec of Estate of Josephine Marchesano)* | Middlesex County Superior Court | Imerys USA, Inc. |
| 39. | NJ | L-588-17-AS | Arvelo, Donna | *Donna Arvelo v. Brenntag Noth America, Inc., et al.* | Middlesex County Superior Court | Imerys USA, Inc. |

Exhibit 1 – Page 3

| Row | State | Case No. | Named Plaintiff | Case Name | Court | Non-Debtor Affiliate Co-Defendant |
|---|---|---|---|---|---|---|
| 40. | NJ | L-5902-16 AS | Sabatelli, Christina | *Christina and Raymond Sabatelli v. CAMC, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 41. | NJ | L-5972-17 AS | Miller, Ronald | *Ronald Raymond Miller, Individually and as PR for the Estate of Veronica Miller v. Brenntag North America, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 42. | NJ | L-5973-17 AS | Mulvey, Kay | *Kay F. Mulvey v. American Talc Company, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 43. | NJ | L-6040-17 AS | Ronning, William | *William and Elizabeth Ronning v. Brenntag Specialities Inc., et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 44. | NJ | L-6392-17 AS | Covil, Judith | *Judith Covil v. Avon Products, Inc.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 45. | NJ | L-6622-17 AS | Marks, Ruth | *Ruth P. Marks and Alan Marks v. Brenntag North America, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 46. | NJ | L-7152-17 AS | Hatter, Heather (Terry Hayes) | *Heather Bianca Hayes Hatter v. Cyprus Amax Minerals Co.* | Superior Court of New Jersey | Imerys USA, Inc. |
| 47. | NJ | L-7272-18 AS | Cole, Roberta | *Roberta and John Cole v. Johnson & Johnson, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 48. | NJ | L-8223-18 AS | Cates, Linda | *Linda Cates, PR of Estate of Maria Cates, v. Johnson & Johnson, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 49. | NJ | L-8224-18 AS | Iacuzzo, Mary | *Mary and John Iacuzzo v. Johnson & Johnson, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 50. | NJ | L-8342-18 AS | Baykal, Sheryllynne | *Sheryllynne Baykal v. Johnson & Johnson, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 51. | NJ | L-8377-18 AS | Blankschaen, Judith Wilma | *Lisa Frank (PR of Estate of Judith Wilma Blankschaen) v. Johnson & Johnson, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 52. | NJ | MID-L-02589-18 AS | Mask, Mary | *Linda Trimble, individually and as Executrix of Estate of Mary Mask* | Middlesex County Superior Court | Imerys USA, Inc. |

Exhibit 1 – Page 4

| Row | State | Case No. | Named Plaintiff | Case Name | Court | Non-Debtor Affiliate Co-Defendant |
|---|---|---|---|---|---|---|
| 53. | NJ | MID-L-3636-17 AS | Vojack-Smith, Maria | *Maria Vojack-Smith and Isaac Smith v. Brenntag North America, et al.* | Middlesex County Superior Court | Imerys USA, Inc. |
| 54. | NY | 190016/17 | Black, Mary | *Mary Black v. Brenntag North America, et al.* | New York County Supreme Court | Imerys USA, Inc. |
| 55. | NY | 190069/2016 | Arazosa, Joan | *Joan Arazosa as PR of Estate of Richard Arazosa v. 2M Co., et al.* | New York County Supreme Court | Imerys SA |
| 56. | NY | 190073/2018 | Castan | *Maurice and Rita Castan v. Brenntag North America, Inc., et al.* | New York County Supreme Court | Imerys USA, Inc. |
| 57. | NY | 190077/2018 | Hollerman, Karlene | *Karlene Hollerman v. Avon Products, Inc., et al.* | New York County Supreme Court | Imerys USA, Inc. |
| 58. | NY | 190126/2018 | Thomas, Narcissus | *Narcissus Thomas v. Brenntag North America, Inc., et al.* | New York County Supreme Court | Imerys USA, Inc. |
| 59. | NY | 190156/2017 | Niemeyer, Shirley | *Shirley Niemeyer v. Brenntag North America, Inc., et al.* | New York County Supreme Court | Imerys USA, Inc. |
| 60. | NY | 190188/2017 | Miller, Janet | *Janet Miller, Executrix of the Estate of Stephanie Miller v. Brenntag North America, Inc., et al.* | New York County Supreme Court | Imerys USA, Inc. |
| 61. | NY | 190193/2018 | Rea, Santa | *Santa and Joseph Rea v. Colgate-Palmolive Co., et al.* | New York County Supreme Court | Imerys USA, Inc. |
| 62. | NY | 190215/2016 | Hammock, David | *David Hammock v. Avon Products, Inc., et al.* | New York County Supreme Court | Imerys USA, Inc. |
| 63. | NY | 190253/2014 | LoGiudice, Keri | *LoGiudice, Keri and LoGiudice, Joseph v. American Talc Co. et al* | New York County Supreme Court | Imerys SA |
| 64. | NY | 190283/2015 | Friedman, Arthur | *Arthur Friedman, individually and as Administrator of the Estate of Ilana Friedman v. ABC Supply Co. Inc. et al* | New York County Supreme Court | Imerys SA |
| 65. | NY | 190330/2018 | Shanahan, Laura | *Laura Shanahan and Vincent Walsh v. Kolmar Labs, et al.* | New York County Supreme Court | Imerys USA, Inc. |
| 66. | NY | 190347/2018 | Silverman, Harriet | *Harriett and Kenneth Silverman v. Brenntag North America, et al.* | New York County Supreme Court | Imerys USA, Inc. |

Exhibit 1 – Page 5

| Row | State | Case No. | Named Plaintiff | Case Name | Court | Non-Debtor Affiliate Co-Defendant |
|---|---|---|---|---|---|---|
| 67. | NY | 190354/2018 | Milan, Elizabeth | *Elizabeth Milan v. Pfizer, Inc., et al.* | New York County Supreme Court | Imerys USA, Inc. |
| 68. | NY | 190385/2016 | Crozier, Beverly | *Beverly and Donald Crozier v. Avon Products, Inc., et al.* | New York County Supreme Court | Imerys USA, Inc. |
| 69. | NY | 190443/2018 | Hardman, Betsey | *Betsey & Jody Hardman v. Bristol- Myers Squibb Co., et al.* | New York Supreme Court | Imerys USA, Inc. |
| 70. | NY | 2018/2045 | Titley, Janet | *Janet Titley v. Johnson & Johnson, et al.* | Schenectady County Supreme Court | Imerys USA, Inc. |
| 71. | NY | EFCV20180153960 | LaFlair, Marilyn | *Marilyn LaFlair v. Johnson & Johnson, et al.* | St. Lawrence County Supreme Court | Imerys USA, Inc. |
| 72. | TX | 2019-09714 | Gagnon, Charlotte | *Charlotte Gagnon v. Avon Products, Inc., et al.* | Harris County | Imerys USA, Inc. |

Exhibit 1 – Page 6