EXHIBIT 2

| | |
|---|---|
| **From:** | Bjork, Jeff (LA) |
| **Sent:** | Tuesday, March 19, 2019 2:36 PM |
| **To:** | Ramsey, Natalie D.; RStrickland@willkie.com |
| **Cc:** | Fink, Mark A; DForman@willkie.com; Levy, Richard (CH) |
| **Subject:** | RE: Revised Agreement |

The Debtors desire to engage in good faith settlement and plan negotiations with the Committee and FCR. To that end, the Debtors hereby agree as follow:

(1) Agree that the Committee as estate representative (subject to the rights of the FCR to participate) has derivative standing to commence on behalf of the estates any affirmative litigation against J&J. The Committee will provide 5-days advance notice to the Debtors and FCR prior to filing any motion to seek such standing, so the Debtors have an opportunity to discuss and address any concerns raised by the Committee in advance of filing.

(2) Agree that the Committee as estate representative (subject to the rights of the FCR to participate) has derivative standing to commence on behalf of the estates any action against Imerys SA or non-debtor affiliates. Other than standing, the Debtors and the Committee reserve all rights as to any claims or defenses. The agreement in this subsection (2) is subject to the Debtors and the Committee agreeing that (i) the Committee will not seek such standing and (ii) the Debtors will not (a) file a plan and/or settlement/9019 with non-debtor parent or affiliates, without the consent of the Committee or (b) commence estimation proceedings or (c) object to any personal injury claims filed against the estates, in each case, for a period of 180 days, during which the Debtors, Committee and FCR will engage in discussions. The Committee and the Debtors shall provide 5-days advance notice to each other and the FCR prior to filing any pleading seeking the relief referenced herein.

The Committee, FCR and Debtors agree that the terms hereof shall remain confidential and not be publicly disclosed.

---

**From:** Ramsey, Natalie D.
**Sent:** Tuesday, March 19, 2019 2:17 PM
**To:** Bjork, Jeff (LA)
**Cc:** Fink, Mark A ; RStrickland@willkie.com; DForman@willkie.com; Levy, Richard (CH)
**Subject:** Re: Revised Agreement

Jeff, we have agreement on the terms below. Thank you for your cooperation.


Sent from my iPhone

On Mar 19, 2019, at 5:11 PM, "Jeff.Bjork@lw.com" <Jeff.Bjork@lw.com> wrote:

> Natalie and Rachel:
>
> Please see our additional proposed changes below. With this, we are signed off. Please let us know if you have further comments or questions.

1

**Jeff Bjork**

**LATHAM & WATKINS** LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8872
Fax: +1.213.891.8763
Email: jeff.bjork@lw.com
http://www.lw.com

**From:** Strickland, Rachel <RStrickland@willkie.com>
**Sent:** Tuesday, March 19, 2019 12:09 PM
**To:** Bjork, Jeff (LA) <Jeff.Bjork@lw.com>; Levy, Richard (CH) <RICHARD.LEVY@lw.com>
**Cc:** Natalie Ramsey <nramsey@rc.com>; Mark Fink <mfink@rc.com>; Forman, Daniel <DForman@willkie.com>
**Subject:** Revised Agreement

Jeff and Rick,

Natalie is in transit so she asked me to send this along to you. Our clients would be comfortable with something along the lines of the below. Please let us know at your earliest convenience.

Best,

Rachel

The Debtors desire to engage in good faith settlement and plan negotiations with the Committee and FCR. To that end, the Debtors hereby agree as follow:

(1) Agree that the Committee as estate representative (subject to the rights of the FCR to participate) has derivative standing to commence on behalf of the estates any affirmative litigation against J&J. The Committee will provide 5-days advance notice to the Debtors and FCR prior to filing any motion to seek such standing, so the Debtors have an opportunity to discuss and address any concerns raised by the Committee in advance of filing.

(2) Agree that the Committee as estate representative (subject to the rights of the FCR to participate) has derivative standing to commence on behalf of the estates any action against Imerys SA or non-debtor affiliates. Other than standing, the Debtors and the Committee reserve all rights as to any claims or defenses. The agreement in this subsection (2) is subject to the Debtors and the Committee agreeing that (i) the Committee will not seek such standing and (ii) the Debtors will not (a) file a plan and/or settlement/9019 with non-debtor parent or affiliates, without the consent of the Committee or (b) commence estimation proceedings or (c) object to any personal injury claims filed against the estates, in each case, for a period of 180 days, DURING WHICH the Debtors, Committee and FCR WILL engage in discussions. The Committee and the Debtors shall provide 5-days advance notice to each other and the FCR prior to filing any pleading seeking the relief referenced herein.

2

The Committee, FCR and Debtors agree that the terms hereof shall remain confidential and not be publicly disclosed.

Rachel C. Strickland
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8544 | Fax: +1 212 728 9544
rstrickland@willkie.com | vCard | www.willkie.com bio

Begin forwarded message:

> **From:** <Jeff.Bjork@lw.com>
> **Date:** March 19, 2019 at 10:37:27 AM EDT
> **To:** <NRamsey@rc.com>, <mfink@rc.com>
> **Cc:** <RICHARD.LEVY@lw.com>
> **Subject: Agreement**
>
> Hi Natalie and Mark:
>
> The Debtors desire to engage in good faith settlement and plan negotiations with the Committee and FCR. To that end, the Debtors hereby agree as follow:
>
> (1) To not oppose the Committee as estate representative (subject to the rights of the FCR to participate) from seeking to obtain derivative standing, if sought in the future, to commence on behalf of the estates any affirmative litigation against J&J to enforce any contractual rights or claims belonging to the Debtors and their estates. Nothing herein shall waive the ability of the Debtors to propose and seek to confirm a plan (including over the objection of J&J), or the Debtors exclusive period (as extended) to propose such plan. The Committee will provide 5-days advance notice to the Debtors and FCR prior to filing any motion to seek such standing, so the Debtors have an opportunity to discuss and address any concerns raised by the Committee in advance of filing.
>
> (2) To not oppose the Committee as estate representative (subject to the rights of the FCR to participate) from seeking to obtain derivative standing, if sought in the future, to commence on behalf of the estates any alter ego action against Imerys SA or non-debtor affiliates. The Debtors reserve all other rights, assertions of privilege and objections, including to oppose the timing of asserting any alter ego litigation or to confer derivative standing. The foregoing is subject to the Committee agreeing that it will not seek such standing for a period of 180 days while the Debtors, Committee and FCR engage in plan discussions (which shall be further extended if good faith plan discussions are in process). The proposed "standstill" would also apply to the Debtors in seeking any claim estimation or raising any objection to the talc related liabilities. The Committee will provide 5-days advance notice the Debtors and FCR prior to filing any motion to seek such standing, so the Debtors have an opportunity to discuss and address any concerns raised by the Committee in advance of filing.

3

Confidential
Imerys_Plan_00117145

We are hopeful that this addresses the Committee's concerns, and we look forward to working with the Committee.

**Jeff Bjork**

LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Direct Dial: +1.213.891.8872
Fax: +1.213.891.8763
Email: jeff.bjork@lw.com
http://www.lw.com

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

---

This transmittal may be a confidential R+C attorney-client communication or may otherwise be privileged or confidential. If it is not clear that you are the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution, or copying of this transmittal is strictly prohibited. If you suspect that you have received this communication in error, please notify us immediately by telephone at 1-860-275-8200, or e-mail at it-admin@rc.com, and immediately delete this message and all its attachments.

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error,

4

please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

Confidential                                                                                                                                                                                                                       Imerys_Plan_00117147