**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>IMERYS TALC AMERICA, INC., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-10289 (LSS)<br><br>Jointly Administered<br><br>**Related to Docket No. 3287**<br>**Objection Deadline:  April 6, 2021 @ 12:00 PM ET**<br>**Hearing Date:  April 7, 2021 @ 10:00 AM ET** |

## NOTICE OF HEARING ON DISCOVERY MATTERS

PLEASE TAKE NOTICE that, on March 31, 2021, the Official Committee of Tort Claimants submitted a letter to the Court (the "Letter"), regarding discovery matters.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Letter are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, **so as to be received no later than April 6, 2021 at 12:00 p.m. (prevailing Eastern Time).**

A telephonic hearing on the Letter will be held on **April 7, 2021 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Laurie Selber Silverstein, U.S. Bankruptcy Judge, U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th floor, Courtroom no. 2, Wilmington, Delaware 19801.[2]

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**SIGNATURE PAGE FOLLOWS**

---

[1] The above-captioned debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. ("ITA") (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748).  The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by April 7, 2021 at 8:30 a.m. COURTCALL WILL NOT BE USED FOR THIS HEARING. Please use the following link to register for this hearing:
https://debuscourts.zoomgov.com/meeting/register/vJItc6rqDMpGGIgx5bA7uKrizoTTFvE0a0
After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

Dated: April 5, 2021  
Wilmington, Delaware

**ROBINSON & COLE LLP**

*/s/ Mark A. Fink*
Natalie D. Ramsey (No. 5378)
Mark A. Fink (No. 3946)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone:    (302) 516-1700
Facsimile:    (302) 516-1699
nramsey@rc.com
mfink@rc.com

-and-

Michael R. Enright (admitted *pro hac vice*)
280 Trumbull Street
Hartford, CT 06103
Telephone:    (860) 275-8290
Facsimile:    (860) 275-8299
menright@rc.com

*Counsel to the Official Committee
of Tort Claimants*