**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------ x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR**
**TELEPHONIC HEARING ON APRIL 7, 2021 AT 10:00 A.M. (ET)**

> This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by April 7 at 8:30 a.m. **COURTCALL WILL NOT BE USED FOR THIS HEARING**.
> Please use the following link to register for this hearing
>
> https://debuscourts.zoomgov.com/meeting/register/vJItc-6rqDMpGGIgx5bA7uKrizoTTFvE0a0
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

**I.     MATTERS GOING FORWARD:**

1. Letter to the Honorable Laurie Selber Silverstein [Docket No. 3267 – filed March 29, 2021]

   Objection / Response Deadline:     April 6, 2021 at 12:00 p.m. (ET)

   Objections / Responses Received:

   A. **Letter to the Honorable Laurie Selber Silverstein Filed by Johnson & Johnson, Johnson & Johnson Consumer Inc. [Docket No. 3318 – filed April 6, 2021]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] **Amended items appear in bold.**

RLF1 25062221v.1

Related Documents:

i. Notice of Hearing Regarding Discovery Issues [Docket No. 3273 – filed March 30, 2021]

ii. Notice of Filing Exhibit Referred to in Letter [Docket No. 3297 – filed April 2, 2021]

Status: The hearing on this matter is going forward.

2. Letter to the Honorable Laurie Selber Silverstein [Docket No. 3268 – filed March 29, 2021]

   Objection / Response Deadline: April 6, 2021 at 12:00 p.m. (ET)

   Objections / Responses Received:

   A. **Letter to the Honorable Laurie Selber Silverstein Filed by Johnson & Johnson, Johnson & Johnson Consumer Inc. [Docket No. 3318 – filed April 6, 2021]**

   Related Documents:

   i. Notice of Hearing Regarding Discovery Issues [Docket No. 3273 – filed March 30, 2021]

   Status: The hearing on this matter is going forward.

II. **INTERIM FEE APPLICATIONS:**

3. Interim Fee Applications

   Objection / Responses Received: (See Exhibit A)

   Related Documents: (Also, see Exhibit A)

   Status: The Debtors anticipate submitting a proposed form of omnibus order under certification of counsel prior to the hearing, reflecting agreements between certain professionals and the Fee Examiner regarding the interim fee applications listed on Exhibit A attached hereto. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

III. **ADDITIONAL MATTER SCHEDULED FOR HEARING:**

4. **Amended Letter to the Court Regarding Deficiencies in Johnson & Johnson and Johnson & Johnson Consumer Inc.'s document production [Docket No. 3287 – filed March 31, 2021]**

**Objection / Response Deadline:**     April 6, 2021 at 12:00 p.m. (ET)

**Objections / Responses Received:**

A. **Letter to The Honorable Laurie Selber Silverstein Filed by Motley Rice LLC [Docket No. 3306 – filed April 5, 2021]**

B. **Response to the March 31, 2021 letter from the Official Committee of Tort Claimants Filed by Johnson & Johnson, Johnson & Johnson Consumer Inc. [Docket No. 3315 – filed April 5, 2021]**

C. **Letter to The Honorable Laurie Selber Silverstein Filed by The Ferraro Law Firm, P.A. [Docket No. 3317 – filed April 6, 2021]**

D. **Letter to The Honorable Laurie Selber Silverstein Filed by Meirowitz & Wasserberg [Docket No. 3320 – filed April 6, 2021]**

**Related Documents:**

i. **Notice of Hearing on Discovery Matters [Docket No. 3313 – filed April 6, 2021]**

**Status:**  The hearing on this matter is going forward.

Dated: April 6, 2021
Wilmington, Delaware

*/s/ Amanda R. Steele*

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: collins@rlf.com
merchant@rlf.com
steele@rlf.com
haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jeff.bjork@lw.com
kim.posin@lw.com
helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*