IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al*, | Case No. 19-10289 (LSS) |
| Debtors.¹ | (Jointly Administered) |
| | **Re D.I. 2457, 2525, 2755, 3088** |

**SECOND AMENDED VERIFIED STATEMENT OF AD HOC COMMITTEE OF TALC LITIGATION CLAIMANTS PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal rules of Bankruptcy Procedure, amended as of December 1, 2011 ("Rule 2019"), the Ad Hoc Committee of Talc Litigation Claimants (the "Ad Hoc Committee"), by its undersigned counsel, hereby submits this second amended verified statement (the "Second Amended Statement") in the Chapter 11 cases of the above-captioned debtors (collectively, the "Debtors" and the "Bankruptcy Cases") to supplement the *Verified Statement Of Ad Hoc Committee Of Talc Litigation Claimants Pursuant To Bankruptcy Rule 2019* (the "Verified Statement") [Docket No. 2525] and the *Amended Verified Statement Of Ad Hoc Committee Of Talc Litigation Claimants Pursuant To Bankruptcy Rule 2019* (the "Amended Statement") [Docket No. 2755] and, in support thereof, states:

**BACKGROUND**

1. On November 16, 2020, Bankruptcy Counsel² filed the Verified Statement pursuant to Rule 2019. The Verified Statement disclosed, among other things, Member names, whether the

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

² Capitalized terms not defined herein shall have the meaning ascribed to them in the Verified Statement, in the Amended Statement, and in the 2019 Order (defined below), as applicable.

Member is in MDL, whether the Member is deceased, and the address of the respective Plaintiffs' Law Firm that is representing the Member.

2. On January 12, 2021, Bankruptcy Counsel filed the Amended Statement to provide the following information:

   i. The name and address for each Member (to be filed under seal but made available to the Debtors);
   ii. Identification of the type of disease for each Member (ovarian cancer vs. mesothelioma);
   iii. Whether each Member has filed a lawsuit or is participating in MDL; and
   iv. Confirmation that the exemplars of the Ad Hoc Retention Agreements are substantially the same for all Members (and, if different forms, exemplars of each form of retention agreement).

3. On March 12, 2021, this Court entered the *Order Granting Debtors' Motion To Compel Compliance With Rule 2019 Of The Federal Rules Of Bankruptcy Procedure* (the "2019 Order") [Docket No. 3088] requiring the Firms to file a 2019 statement that includes, among other things:

   i. The full first and last name and personal address of each claimant or member of the group;
   ii. The amount of the claim if liquidated, and for unliquidated claims, an indication that such claims are unliquidated; and
   iii. The nature of the claim or interest. For claimants or members who assert or expect to assert a Talc Personal Injury Claim this information shall include (a) whether the claim arises from ovarian cancer or mesothelioma, and (b), if known, the stage of such disease.

4. Bankruptcy Counsel respectfully submits this Second Amended Statement on behalf of the Ad Hoc Committee of Talc Litigation Claimants and in compliance with the 2019 Order.

5. Bankruptcy Counsel respectfully incorporates by reference and reaffirms the statements set forth in the Verified Statement and the Amended Statement. Exhibit A-1 attached

hereto restates and supplements as set forth above the information attached as Exhibit A-1 to the Verified Statement and the information attached as Exhibit A-1 to the Amended Statement.

6. Bankruptcy Counsel submits that the stage of disease of each Member is not known by Bankruptcy Counsel nor the Plaintiffs' Law Firms. Bankruptcy Counsel respectfully submits that collection of such information at this time would be unduly burdensome.

7. Additionally, Bankruptcy Counsel confirms that the exemplars of the Ad Hoc Retention Agreements are substantially the same for all Members.

[Remainder of page intentionally left blank.]

Dated: April 9, 2021

**MORRIS JAMES LLP**

*/s/ Jeffrey R Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
Brya M. Keilson (DE Bar No. 4643)
500 Delaware Avenue, Suite 1500 Wilmington, DE 19801 Telephone: (302) 888-6800
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com
E-mail: bkeilson@morrisjames.com

-and-

David J. Molton, Esquire (admitted *pro hac vice*)
Bennett S. Silverberg, Esquire (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@brownrudnick.com
E-mail: BSilverberg@brownrudnick.com

-and-

Sunni P. Beville, Esquire (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com

*Co-Counsel to the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs*