## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ------------------------------------------------------ x | : | |
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | **Re: D.I. Nos. 3305, 3332, 3333, 3340, 3364, 3365, 3374, 3425, 3426, 3444, 3457 & 3459** |
| | : | |
| ------------------------------------------------------ x | | |

## DEBTORS' STATUS REPORT REGARDING PENDING
## DISCOVERY DISPUTES AND CONFIRMATION SCHEDULE

The above-captioned debtors and debtors-in-possession (the "**Debtors**") hereby submit this status report regarding pending discovery disputes as they relate to the overall confirmation schedule.

1. On May 15, 2020, the Debtors filed the *Motion of Debtors for Entry of Order (I) Approving Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief* [Docket No. 1716] (the "**Disclosure Statement Motion**").

2. On January 27, 2021, the *Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 2852] (the "**Plan**") was filed and the Court entered the *Order (I) Approving*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

*Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving Form and Manner of Notice to Attorneys and Certified Plan Solicitation Directive, (IV) Approving Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement and Confirmation of Plan, and (VII) Granting Related Relief* [Docket No. 2863] (the "**Disclosure Statement Order**").

3. The Disclosure Statement Order approved certain dates and deadlines in connection with solicitation of the Plan and the hearing on confirmation of the Plan (the "**Confirmation Hearing**"). Pursuant to the original schedule, the Confirmation Hearing was scheduled to begin on June 21, 2021, the deadline to serve written discovery in connection with confirmation was February 15, 2021 (the "**Written Discovery Deadline**"), the deadline for the substantial completion of document productions was March 24, 2021, and fact discovery was scheduled to end on April 14, 2021.

4. Since the entry of the Disclosure Statement Order, various parties in interest have served a wide variety of confirmation related discovery requests on the Debtors, other proponents of the Plan and third parties, including several requests that were served well beyond the Written Discovery Deadline. Certain disputes with respect to such discovery requests have been resolved pursuant to the meet and confer process, others have been or are in the process of being resolved by the Court and others remain subject to ongoing meet and confer efforts or are pending before the Court for resolution.

5. The discovery related motions currently pending before the Court are as follows:

- *Ad Hoc Committee of Talc Litigation Claimants' Motion to Quash Debtors' Notice of Oral and Videotaped Deposition* [Docket No. 3305] filed on April 5, 2021;

- *The Official Committee of Tort Claimants' Motion for a Protective Order or to Quash Subpoenas* [Docket No. 3332] and *Motion to Shorten the*

2

> *Official Committee of Tort Claimants' Motion for a Protective Order or to Quash Subpoenas* [Docket No. 3333] filed on April 6, 2021;
>
>> o *Joinder of James L. Patton, Jr., the Legal Representative for Future Talc Personal Injury Claimants, to the Motion of the Official Committee of Tort Claimants for a Protective Order or to Quash Subpoenas* [Docket No. 3340] filed on April 7, 2021;
>
> - *Motion of Certain Insurers for Protective Order* [Docket No. 3364] and the *Motion to Shorten Notice Regarding the Motion of Certain Insurers for Protective Order* [Docket No. 3365] filed on April 9, 2021;
>
>> o *Cyprus Historical Excess Insurers' Joinder of Certain Insurers' Motion for Protective Order [Dkt. 3364] and Joinder to Certain Insurers' Motion to Shorten Notice [Dkt 3365]* [Docket No. 3374] filed on April 12, 2021;
>
> - *Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery of the Plan Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting with Respect to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code* [Docket No. 3425] and *Motion to Shorten Notice and Schedule Expedited Hearing with Respect to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery of the Plan Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting with Respect to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code* [Docket No. 3426] (the "**A&I Motion**") filed on April 17, 2021;
>
>> o *Ad Hoc Committee of Talc Litigation Claimants' Joinder to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery of the Plan Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting with Respect to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code* [Docket No. 3444] filed on April 20, 2021; and
>
> - *Debtors' Motion to Quash or for a Protective Order in Connection with (I) J&J's Subpoena to Prime Clerk LLC for Production of Documents, Dated March 26, 2021, (II) J&J's Subpoena to Prime Clerk LLC for Production of Documents, Dated April 13, 2021, and (III) the Cyprus Historical Excess Insurers' Subpoena to Prime Clerk LLC for Production of Documents, Dated April 16, 2021* [Docket No. 3459] filed on April 21, 2021 (the "**Debtors' Motion to Quash**").

6. On April 15, 2021, at the Debtors' request, the Court entered an *Order Adjourning Confirmation Hearing and Related Dates* (the "**Scheduling Order**"). Pursuant to the Scheduling Order, the Confirmation Hearing is now scheduled to commence on August 16, 2021 and fact discovery is scheduled to end on May 14, 2021 ("**Fact Discovery Cut-off**").

7. On April 21, 2021, the Court entered an order scheduling the A&I Motion for hearing on May 3, 2021, at 2:00 p.m. (Eastern Time), with any objections or response to the A&I Motion due on or before April 28, 2021, at 4:00 p.m. (Eastern Time).

8. On April 22, 2021, Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "**Johnson and Johnson**") requested an extension of the Fact Discovery Cut-off through and including June 2, 2021, with any hearings on pending discovery motions, including the A&I Motion and the Debtors' Motion to Quash, to be rescheduled.

9. The Plan Proponents conferred amongst themselves and communicated to interested parties on April 23, 2021 that while they are mindful that confirmation-related discovery has been ongoing since June 2020 and they remain focused on progressing the Chapter 11 Cases toward confirmation, they are also interested in resolving discovery disputes informally where possible and further limiting the issues that need to be adjudicated by the Court. Accordingly, the Plan Proponents advised Johnson & Johnson and other interested parties that they would be amenable to the following adjustments to the Fact Discovery Cut-off and other confirmation-related hearings and deadlines:

- Fact Discovery Cut-off: May 28, 2021;

- Remaining confirmation-related depositions to be scheduled between May 10 – May 28, 2021;

- Hearing on the A&I Motion,[2] the Debtors' Motion to Quash, and any other pending discovery disputes:  Not before the week of May 17, 2021, with parties to agree upon a briefing schedule; and

- Further deadlines in connection with confirmation schedule may be subject to adjustment, provided that the Plan Proponents reserve all rights to commence the Confirmation Hearing as currently scheduled on August 16, 2021.

10. The Plan Proponents further conferred with various interested parties and did not receive any objection to the proposed schedule adjustments reflected above.

Dated: April 26, 2021
      Wilmington, Delaware

/s/ Marcos A. Ramos

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
        merchant@rlf.com
        ramos@rlf.com
        steele@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Amy C. Quartarolo (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560

---

[2] A&I has agreed to continue the May 3, 2021 hearing and related deadline for submission of any opposition briefs on the A&I Motion in connection with the Debtors' agreement to take the noticed deposition of Mr. Jason Itkin on or after May 10, 2021.  The parties will work together to arrange for the re-noticing of the hearing and briefing schedule on the A&I Motion.

Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
        kim.posin@lw.com
        amy.quartarolo@lw.com
        helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*