# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: June 7, 2021 at 10:00 a.m. (ET) |
| | Obj. Deadline: May 28, 2021 at 4:00 p.m. (ET) |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on May 14, 2021, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Debtors' Motion for Entry of Order (I) Approving Notice Procedures, (II) Authorizing Acquisitions, and (III) Granting Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").[2]

PLEASE TAKE FURTHER NOTICE that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **May 28, 2021 at 4:00 p.m. (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Court, 824

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050) and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **June 7, 2021 at 10:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated:  May 14, 2021<br>           Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Sarah E. Silveira*<br><br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Sarah E. Silveira (No. 6580)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>E-mail:  collins@rlf.com<br>            merchant@rlf.com<br>            steele@rlf.com<br>            silveira@rlf.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br><br>Jeffrey E. Bjork (admitted *pro hac vice*)<br>Kimberly A. Posin (admitted *pro hac vice*)<br>Helena G. Tseregounis (admitted *pro hac vice*)<br>Shawn P. Hansen (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560<br>Telephone:  (213) 485-1234<br>Facsimile:  (213) 891-8763<br>E-mail:  jeff.bjork@lw.com<br>            kim.posin@lw.com<br>            helena.tseregounis@lw.com<br>            shawn.hansen@lw.com<br><br>- and - |

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*