# EXHIBIT B

**Proposed Purchase Notice**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF PROPOSED PURCHASE

**PLEASE TAKE NOTICE OF THE FOLLOWING**:

1.  On May 14, 2021, Imerys Talc America, Inc. ("**ITA**"), Imerys Talc Vermont, Inc. ("**ITV**"), and Imerys Talc Canada Inc. ("**ITC**" and, together with ITA and ITV, collectively, the "**Debtors**"), the debtors and debtors-in-possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed a motion [Docket No. [ ● ]] (the "**Motion**") seeking entry of an order (a) subject to the Notice Procedures and the consent of the Tort Claimants' Committee and the FCR, authorizing the Debtors to purchase, either directly or indirectly through a wholly-owned subsidiary, one or more businesses with real property assets, any fixtures and improvements located thereon, and certain personal property related thereto for an aggregate purchase price not to exceed $12 million (collectively, the "**Acquisitions**"); (b) approving the Notice Procedures; (c) authorizing the Debtors to make one or more refundable deposits on customary terms and conditions with respect to potential Acquisitions in an aggregate amount not to exceed $1.2 million, subject in each case to the consent of the Tort Claimants' Committee and the FCR;

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

US-DOCS\121947960.9RLF1 25315622v.1

(d) authorizing the Debtors to take other actions as they may deem necessary to effectuate the Acquisitions, including (i) following the entry of the Proposed Order, forming a wholly-owned subsidiary owned by one or more of the Debtors for the purpose of purchasing and holding the purchased assets and (ii) subject to the Notice Procedures and the consent of the Tort Claimants' Committee and the FCR, (x) entering into one or more asset purchase agreements and (y) performing under such asset purchase agreements; and (e) granting related relief.[2] On [ ● ], 2021, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [Docket No. [ ● ]] (the "**Order**") granting the relief requested in the Motion.

2. As set forth in the Order, in each case following the consent by each of the Tort Claimants' Committee and the FCR, the Debtors are authorized to enter into a purchase agreement with a proposed seller for the purchase of assets, subject to the Notice Procedures. Pursuant to the Order, the Debtors or a wholly owned subsidiary of the Debtors have entered into a Purchase Agreement, dated [ ● ], 2021 (the "**Purchase Agreement**"), a copy of which is attached hereto as **Exhibit 1**, with [ ● ], as seller (the "**Seller**"), for the purchase (the "**Acquisition**") of [ ● ] (the "**Property**"). The Purchase Agreement provides for a total unadjusted purchase price of $[ ● ].

3. Pursuant to the Order, the Debtors are required to serve this notice (the "**Notice**") of the proposed Acquisition on (a) the U.S. Trustee; (b) the Office of the United States Attorney for the District of Delaware; (c) the Internal Revenue Service; and (d) the Information Officer (collectively, the "**Notice Parties**"). If any Notice Party objects to the proposed Acquisition, it must file and serve on the Debtors and each other Notice Party a written objection (an "**Objection**") **so as to be received on or before seven (7) calendar days after the service of this**

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**Notice** (the "**Objection Deadline**").  Any Objection must identify with specificity the terms of the proposed Acquisition or the Purchase Agreement that are subject to the Objection and the basis for such Objection.

4. **IF NO OBJECTIONS TO THE PROPOSED ACQUISITION ON THE TERMS AND CONDITIONS SET FORTH IN THE PURCHASE AGREEMENT ARE FILED AND SERVED PRIOR TO THE OBJECTION DEADLINE, THE DEBTORS WILL BE AUTHORIZED TO TAKE ACTIONS NECESSARY TO CONSUMMATE THE ACQUISITION AND PERFORM UNDER THE PURCHASE AGREEMENT WITHOUT FURTHER NOTICE OR ORDER OF THE COURT.**

5. The Debtors reserve the right to, in their reasonable business judgment, and with the consent of the Tort Claimants' Committee and the FCR, modify or amend the Purchase Agreement subject to a $12 million aggregate limit on Acquisitions.  The Debtors further reserve the right to seek further approval from the Court to increase such limit or seek related relief.

6. Copies of the Motion, the Order, and this Notice and certain other documents relevant to the proposed Acquisition may be obtained at the Debtors' website maintained by Prime Clerk: https://cases.primeclerk.com/imerystalc/Home-Index.  Copies of these documents also are available for inspection during regular business hours at the Office of the Clerk of the Court, located at 824 N. Market Street, 3rd Floor, Wilmington, DE 19801, and may be viewed for a fee on the internet at the Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.

Dated: [ ● ], 2021
      Wilmington, Delaware

[_____]

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
         merchant@rlf.com
         steele@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
         kim.posin@lw.com
         helena.tseregounis@lw.com
         shawn.hansen@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*

# **EXHIBIT 1**

**Purchase Agreement**

US-DOCS\121947960.9RLF1 25315622v.1