**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.,*[1] | Case No. 19-10289 (LSS) |
| Debtors. | (Jointly Administered) |

### JOHNSON & JOHNSON AND JOHNSON & JOHNSON CONSUMER INC.'S NOTICE OF SUBPOENA TO TRAMMELL, P.C.

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45 (made applicable to the above-captioned chapter 11 cases by Rule 9016 of the Federal Rules of Bankruptcy Procedure), Johnson & Johnson and Johnson & Johnson Consumer Inc. (together "J&J") hereby provide notice that they, through counsel, will cause the attached subpoena to produce documents to be served upon Trammell, P.C.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748).  The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, GA 30076.

1

Dated: June 7, 2021
Wilmington, Delaware

*/s/ Patrick A. Jackson*
FAEGRE DRINKER BIDDLE & REATH LLP
Patrick A. Jackson (Del. Bar No. 4976)
222 Delaware Ave., Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 467-4210
Patrick.Jackson@faegredrinker.com

-and-

WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides (admitted *pro hac vice*)
Jared R. Friedmann (admitted *pro hac vice*)
Jed P. Winer (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Theodore.Tsekerides@weil.com
Jared.Friedmann@weil.com
Jed.Winer@weil.com

*Attorneys for Johnson & Johnson and*
*Johnson & Johnson Consumer Inc.*

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.,*[2] | Case No. 19-10289 (LSS) |
| Debtors. | (Jointly Administered) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE**

To:

Trammell, P.C.
3262 Westheimer Rd. #423
Houston, TX 77098

   *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the documents, electronically stored information, or objects specified in Schedule A, attached hereto, and pursuant to the definitions and instructions therein, and permit their inspection, copying, testing, or sampling of the material.

| Place: | Date and Time: |
|---|---|
| **Weil, Gotshal & Manges LLP** | **June 25, 2021, by 5:00 PM EDT** |
| **Attn: Alfredo R. Perez** | |
| 700 Louisiana St., Ste. 1700 | |
| Houston, TX 77002-2784 | |
| Alfredo.Perez@weil.com | |

   The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached. Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protections as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748).  The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, GA 30076.

Date: June 7, 2021

/s/ Patrick A. Jackson
Patrick A. Jackson

The names, addresses, emails, and telephone numbers of the attorneys representing Johnson & Johnson and Johnson & Johnson Consumer Inc. ("J&J"), who issue or request this subpoena, are:

FAEGRE DRINKER BIDDLE & REATH LLP
Patrick A. Jackson (Del. Bar No. 4976)
222 Delaware Ave., Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 467-4210
Patrick.Jackson@faegredrinker.com

-and-

WEIL, GOTSHAL & MANGES LLP
Theodore E. Tsekerides (admitted *pro hac vice*)
Jared R. Friedmann (admitted *pro hac vice*)
Jed P. Winer (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Theodore.Tsekerides@weil.com
Jared.Friedmann@weil.com
Jed.Winer@weil.com

*Attorneys for Johnson & Johnson and
Johnson & Johnson Consumer Inc.*

ACTIVE.133237316.01

## Federal Rule of Civil Procedure 45 (c), (d), (e) and (g)
## as incorporated into Federal Rule of Bankruptcy 9016

(c) **Place of Compliance**.

   (1) ***For a Trial, Hearing, or Deposition***. A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

      (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

      (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

         (i) is a party or a party's officer; or

         (ii) is commanded to attend a trial and would not incur substantial expense.

   (2) ***For Other Discovery***. A subpoena may command:

      (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

      (B) inspection of premises at the premises to be inspected.

(d) **Protecting a Person Subject to a Subpoena; Enforcement**.

   (1) ***Avoiding Undue Burden or Expense; Sanctions***. A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

3

(2) **Command to Produce Materials or Permit Inspection**.

(A) *Appearance Not Required*. A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

(B) *Objections*. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) **Quashing or Modifying a Subpoena**.

(A) When Required. On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);

4

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) When Permitted. To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

(C) *Specifying Conditions as an Alternative*. In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

(e) **Duties in Responding to a Subpoena**.

  (1) ***Producing Documents or Electronically Stored Information***. These procedures apply to producing documents or electronically stored information:

(A) *Documents*. A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

5

(B) *Form for Producing Electronically Stored Information Not Specified*.
If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

(C) *Electronically Stored Information Produced in Only One Form*. The person responding need not produce the same electronically stored information in more than one form.

(D) *Inaccessible Electronically Stored Information*. The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection*.

   (A) *Information Withheld*. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

       (i) expressly make the claim; and

       (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

   (B) *Information Produced*. If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being

6

notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

(g) **Contempt**.

The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

## SCHEDULE A

## DEFINITIONS AND INSTRUCTIONS

1.      "*Ballot(s)*" shall have the same meaning as in the Solicitation Procedures.

2.      "*Chapter 11 Cases*" shall mean the cases before the United States Bankruptcy Court for the District of Delaware docketed as, or associated with, 19-10289.

3.      "*Communication(s)*" shall mean the transmittal of information (in the form of facts, ideas, inquiries, or otherwise), including meetings, conversations in person, telephone conversations, records of conversations or messages, telegrams, facsimile transmissions, electronic mail transmissions, letters, reports, memoranda, formal statements, press releases, and newspaper stories.  References to "Communications" with business entities shall be deemed to include all current and former officers, directors, employees, personnel, members, agents, attorneys, partners, counsel, associates, accountants, representatives, consultants, contractors, advisors, shareholders, or other persons acting on behalf of such entities.

4.      "*Counsel to the Plan Proponents*" shall include any and/or all of the following: Latham & Watkins, LLP; Richards, Layton & Finger, P.A.; Willkie Farr & Gallagher LLP; Robinson & Cole LLP; Gilbert LLP; Hughes Hubbard & Reed LLP and/or Young Conaway Stargatt & Taylor, LLP, and any of their current or former officers, directors, employees, personnel, members, agents, attorneys, partners, counsel, associates, accountants, representatives, consultants, contractors, advisors, shareholders, or other persons acting on their behalf.

5.      "*Counsel to the TCC Members*" shall include any and/or all of the following: The Lanier Law Firm, PLCC; Levy Konigsberg LLP; The Gori Law Firm, P.C. Inc.; Burns Charest LLP; Baron & Budd P.C.; OnderLaw, LLC; Beasley, Allen, Crow, Methvin, Portis & Miles,

8

P.C.; Simon Greenstone Panatier, P.C.; Ashcraft & Gerel, LLP; Cohen, Placitella & Roth, P.C.; and/or The Barnes Law Group, LLC, and any of their current or former officers, directors, employees, personnel, members, agents, attorneys, partners, counsel, associates, accountants, representatives, consultants, contractors, advisors, shareholders, or other persons acting on their behalf.

6.      *"Debtor(s)"* shall mean Imerys Talc America, Inc., Imerys Talc Vermont, Inc., Imerys Talc Canada Inc., and any of their current or former officers, directors, employees, personnel, agents, attorneys, accountants, representatives, consultants, contractors, advisors, or anyone acting on the Debtors' behalf.

7.      *"Document(s)"* shall be synonymous and equal in scope to usage of this term in Fed. R. Civ. P. 34 and to the terms "writing," "recording," "photograph," "original," and "duplicate" defined in Fed. R. Evid. 1001, and includes data and electronic data.  The terms "data" and "electronic data" mean the original (or identical duplicate when the original is not available) and any non-identical copies (whether non-identical because of notes made on copies or attached comments, annotations, marks, transmission notations, or highlighting of any kind) of writings of every kind and description whether inscribed by mechanical, electronic, magnetic, digital, or other means.

8.      *"FCR"* shall mean James L. Patton, Jr., the appointed future claims representative in the Chapter 11 Cases, including any attorneys, representatives, consultants, advisors, or other persons acting on the FCR's behalf.

9.      *"Imerys Plan Proponents"* shall have the same meaning as in the Ninth Amended Plan.

10.      *"Ninth Amended Plan"* or *"Plan"* shall mean the *Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 2864], together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time.

11.      *"Plan Proponents"* shall mean, collectively, the Debtors, the TCC, the FCR, and the Imerys Plan Proponents.

12.      *"Solicitation Procedures"* shall mean the *Solicitation Procedures for Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates* [Dkt. No. 2863-1] in the Chapter 11 Cases.

13.      *"TCC"* shall mean the official committee of tort claimants appointed in the Chapter 11 Cases, including its individual members and any attorneys, representatives, consultants, advisors, or other persons acting on the TCC's behalf.

14.      *"You"* and *"Your"* means Trammell, P.C., along with any and all of its officers, directors, employees, personnel, members, agents, attorneys, partners, counsel, associates, accountants, representatives, consultants, contractors, advisors, shareholders, or other persons acting or purporting to act at its direction or on its behalf.

15.      *Scope.*  These requests encompass all information and Documents in Your custody, possession, or control, whether or not such information was prepared by or for You. Information and Documents within Your custody, possession, or control include information and Documents that You have a legal right to obtain, regardless of their source or present location. You are required to search for and produce all Documents responsive to this subpoena in your possession, custody or control, in the possession, custody or control of any law firm representing You, or in the possession, custody or control of You or Your firm's attorneys, employees, agents,

10

consultants or other representatives, regardless of whether such responsive Documents are located on business or personal property.

16.    *Privilege, Immunity, or Other Exemption from Production.*  To the extent that any Documents are withheld in whole or in part on the basis of a claim of privilege, immunity, or other exemption, set forth the grounds for withholding such Document or information, its present location, custodian, and additional information sufficient to identify the Document and Your reasons for withholding it in whole or in part, including, but not limited to: the type of Document, its date, author(s), recipient(s), general subject matter, the type of privilege asserted or reason for withholding, and the basis for asserting privilege.

17.    *Destroyed Materials.*  If any Documents requested herein were at one time in Your possession, custody, or control, but have since been lost, discarded, or destroyed, the Documents so lost, discarded, or destroyed shall be identified as completely as possible, including, without limitation, the following data: (a) the addressor and address; (b) the addresses of any indicated or blind copies; (c) the date, subject matter and number of pages of the Document; (d) a description of any attachments or appendixes to the Document; (e) the identities of all persons to whom the Document was distributed, shown or explained; (f) the date on which the Document was destroyed, discarded or lost, and the manner in which it was destroyed, discarded or lost; (g) the reasons for having the Document destroyed or discarded; and (h) the identities of the person authorizing and/or carrying out such destruction or discarding.

18.    *Incomplete Information.*  If You contend that no information or Documents exist relating to all or part of a request, state this contention and respond as fully as possible to the portions of the request for which information or Documents exist.  Additionally, if any of the

11

requested information cannot be produced in full, it shall be produced to the maximum extent possible, and You shall specify the reasons for the inability to produce the remainder.

19.     *Grammatical Points.*  All singular nouns shall include the plural, all plural nouns the singular, all present-tense verbs the past tense, all past-tense verbs the present tense, all male genders the neuter and female genders, and *vice versa*.  Additionally, the connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the Document request all responses that might otherwise be construed to be outside of its scope.  Similarly, the terms "any," "all," and "each" shall be construed to bring within the scope of the Document request all responses that might otherwise be construed to be outside of its scope.

20.     *Objections.*  If any Document request, definition, or instruction is objected to in whole or in part, specify all grounds on which the objection rests.  Any ground not stated within the time prescribed by the applicable rules, or any extensions thereof, shall be waived.  Respond to all portions of each such request to which no objection is asserted.  In addition, state whether any responsive information has been omitted from a response or whether, and in what way, the search for responsive information has been delimited or circumscribed on the basis of any such objection.  If no Documents are responsive to a particular request, You are to state in Your response that no responsive Documents exist.

21.     *Ambiguities.*  If in answering any Document request You encounter any ambiguity in construing either the request or a definition or instruction relevant to that request, set forth the matter deemed ambiguous and the construction selected or used in answering the request.

22.     *Copies and Drafts.*  Each Document is to be produced with all non-identical copies and drafts thereof in its entirety without abbreviation or redaction.

12

23.      *Continuing Nature of Requests*.  These requests are to be regarded as continuing, and any additional Documents subsequently discovered should be provided as soon as they become available to You so that all information that You provide is at all times current with that in Your possession, custody, or control.

24.      *Production Format*.  Production of electronic Documents shall be Bates numbered TIFF images with extracted data.  Where documents are redacted or include slip sheets, please provide OCR searchable text.  OPT, and LFP, and DAT load files should be included.  Native files should be provided for Excel files, PowerPoints, and other Documents where reasonably necessary to read, analyze, and understand the data.  Documents need not be produced in color unless necessary to understand the Document.  At minimum, the metadata fields included in <u>Appendix 1</u> should be provided in the DAT file for any email or electronic Documents.

## DOCUMENT REQUESTS

Please produce the following documents and data in accordance with the Definitions and Instructions set forth above for the period January 27, 2021 to the present:

1.      All Documents and Communications between and/or among You, any Plan Proponent, Counsel to the Plan Proponents, and/or Counsel to the TCC Members, including but not limited to, those Documents and Communications relating to the Plan; the solicitation, submission, and/or resubmission of Ballots to accept or reject the Plan in the Chapter 11 Cases; any extension of time to submit Ballots; the change in Ballots submitted by You from rejecting to accepting the Plan; and Your clients' voting on the Plan.

13

## APPENDIX 1

| | Field | Definition | Email | Electronic Documents |
|---|---|---|---|---|
| 01 | BEGBATES | Beginning Bates Number of a Document | x | x |
| 02 | ENDBATES | Ending Bates Number of a Document | x | x |
| 03 | BEGATTACH | First Bates Number of Family Range | x | |
| 04 | ENDATTACH | Last Bates Number of Family Range | x | |
| 05 | VOLUME | Production Volume assigned by Vendor (e.g. ABC_001) | x | x |
| 06 | DESIGNATION | Confidentiality Designation (Confidential, Highly Confidential etc.) Separate and apart from the stamping of the images | x | x |
| 07 | TIMEZONE | Time Zone Processed (PST, CST, EDT etc.) | x | x |
| 08 | CUSTODIAN | Name of person from whose files the Document is produced | x | x |
| 09 | CUSTODIAN_OTHER | Name of person (s) (separated by semi-colons) from whose files the Document would have been produced if it had not been de-duplicated | x | x |
| 10 | FROM | Sender of Email | x | |
| 11 | TO | Recipient(s) of Email | x | |
| 12 | CC | Copyee(s) of Email | x | |
| 13 | BCC | Blind Copyee(s) of Email | x | |
| 14 | SUBJECT | Subject Line of Email | x | |
| 15 | DATE SENT | Date Sent of Email  (MM/DD/YYYY) | x | |
| 16 | TIME SENT | Time Sent of Email (HH:MM) | x | |
| 17 | DATERCVD | Date Received of Email (MM/DD/YYYY) | x | |
| 18 | TIMERCVD | Time Received of Email (HH:MM) | x | |
| 19 | ATTACHCOUNT | Number of attachments to an email | x | |
| 20 | ATTACHNAME | Name of each individual attachment | x | |
| 21 | AUTHOR | Creator of Document | | x |
| 22 | LASTEDITEDBY | Name of the person who last edited the Document | | x |
| 23 | TITLE | Title Field of a Document | | x |
| 24 | DATECREATED | Date Document was created (MM/DD/YYYY) | | x |
| 25 | DATELASTMOD | Date Document was last modified (MM/DD/YYYY) | | x |

14

| | Field | Definition | Email | Electronic Documents |
|---|---|---|---|---|
| 26 | DOCTYPE | Email, Email Attachment, Edoc etc. | x | x |
| 27 | FILENAME | File Name | | x |
| 28 | FILEEXT | File Extension | x | x |
| 29 | FILESIZE | File Size | x | x |
| 30 | FILEPATH | File Source Path for all electronically collected Documents (includes location, folder name, file name) | x | x |
| 31 | PGCOUNT | Number of Pages | x | x |
| 32 | CONVERSATIONINDEX | Email thread identifier | x | |
| 33 | HASH | MD5 Hash or SHA Value | x | x |
| 34 | NATIVEFILE | Link to native file for Documents provided in native format | x | x |
| 35 | TEXTPATH | File path for OCR or Extracted Text File | x | x |

15

## <u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on June 7, 2021, a true and correct copy of the foregoing Subpoena was served by e-mail on the parties who receive electronic notice in this case pursuant to the Court's ECF filing system and via U.S. mail on all other parties listed below.

*/s/ Patrick A. Jackson*

**<u>SERVICE LIST</u>**

| | |
|---|---|
| **Top 30 Unsecured Creditor**<br>Amatic CPA Group<br>Attn: Christina A. Reikenberg<br>220 W Lamme St #3a<br>Bozeman, MT 59715<br>406-404-1925  406-404-1926<br>criekenberg@amaticscpa.com | **Counsel to William Hart Plaintiffs**<br>Andrews Myers, P.C.<br>Attn: Lisa M. Norman<br>1885 Saint James Place, 15th Floor<br>Houston, TX  77056<br>713-850-4200  713-850-4211<br>lnorman@andrewsmyers.com |
| **Counsel to Providence Washington Insurance Company, Seaton Insurance Company, Unigard Mutual Insurance Company**<br>Armstrong Teasdale LLP<br>Attn: Rafael X. Zahralddin-Aravena,<br>Eric M. Sutty, Shelley A. Kinsella, Jonathan M. Stemerman<br>300 Delaware Avenue, Suite 210<br>Wilmington, DE  19801<br>(302) 824-7089<br>rzahralddin@atllp.com<br>skinsella@atllp.com<br>esutty@atllp.com<br>jstemerman@atllp.com | **Counsel to Talc Personal Injury Claimants**<br>Arnold & Itkin LLP<br>Attn: Jason A. Itkin<br>6009 Memorial Drive<br>Houston, TX  77007<br>713-222-3800  713-222-3850<br>jitkin@arnolditkin.com |
| **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Ashcraft & Gerel, LLP<br>Attn: Michelle Parfitt and James F. Green<br>1825 K Street NW Suite 700<br>Washington, DC  20006<br>202-783-6400  202-416-6392<br>mparfitt@ashcraftlaw.com<br>JGreen@ashcraftlaw.com | **Counsel to Acme Markets, Inc., Ahold Delhaize USA, Inc., Albertons's LLC, Albertsons Companies, Inc., Associated Wholesale Grocers, Inc., Bi-Mart Corporation, CVS Health, Inc., CVS Pharmacy, Inc., Demoulas Super Markets, Inc., Eckerd Corporation of Florida, Inc., Food 4 Less of California, Inc., Four B Corporation d/b/a Balls Food Stores, Gelson's Markets, Giant Eagle, Inc., Giant Food Stores, LLC, H-E-B, LP, K&B Louisiana Corporation, Long Drugs Stores CA LLC, Long Drugs Stores LLC, Lucky Stores, Inc., Meijer, Inc., Navarro Discount Pharmacies, Piggly Wiggly Carolina Co., Inc., Publix Super Markets, Inc., Ralphs Grocery Company, Rite Aid Corporation, Rite Aid Hdqtrs. Corp., Rite Aid of Pennsylvania, Inc., Rite Aid of South Carolina, Inc., Safeway Inc., Save Mart Supermarkets, Inc., Sav-On Drug Stores, Inc., Schnuck Markets, Inc., Sedano's** |

|  | **Market, Inc., Shaw's Supermarkets, Inc., Stater Bros. Market, Super Center Concepts, Inc. d/b/a Superior Grocers, Target Corporation, The Kroger Co., The Stop & Shop Supermarket Company LLC, The Vons Companies, Inc., Thrifty Payless Inc., Thrifty White Drug, Wakefern Food Corporation, Walgreen Co., Winn-Dixie Stores**<br>BARNES & THORNBURG LLP<br>Attn: David. M. Powlen, Thomas E. Hanson, Jr., Kevin G. Collins, Regina S.E. Murphy<br>1000 N. West Street, Suite 1500<br>Wilmington, DE  19801<br>302-300-3434<br>302-300-3456<br>david.powlen@btlaw.com<br>thanson@btlaw.com<br>kevin.collins@btlaw.com<br>gigi.murphy@btlaw.com |
|---|---|
| **Member of Official Committee of Tort Claimants**<br>Barnes Law Group<br>Attn: John R. Bevis<br>31 Atlanta Street<br>Marietta, GA  30060<br>770-227-6755<br>770-227-6373<br>bevis@barneslawgroup.com | **Member of Official Committee of Tort Claimants**<br>Baron & Budd, P.C.<br>Attn: Steve Baron<br>3102 Oak Lawn Ave., Ste 1100<br>Dallas, TX  75219<br>214-521-3605 214-520-1181<br>sbaron@baronbudd.com |
| **Counsel to Imerys SA**<br>Bayard, P.A.<br>Attn: Erin R. Fay<br>600 N. King Street Suite 400<br>Wilmington, DE 19801<br>302-655-5000<br>302-658-6395<br>efay@bayardlaw.com | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs and Member of Official Committee of Tort Claimants**<br>Beasley Allen Crow Methvin Portis & Miles PC<br>Attn: Leigh O'Dell, Ted G. Meadows<br>P.O. Box 4160<br>Montgomery, AL  36103-4160<br>800-898-2034<br>334-954-7555<br>ted.meadows@BeasleyAllen.com |
| **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs** | **Top 30 Unsecured Creditor**<br>BNSF Railway Company |

| | |
|---|---|
| Belluck & Fox, LLP<br>Attn: Joseph Belluck<br>546 5th Avenue, 4th Floor<br>New York NY  10036<br>212-681-1575<br>jbelluck@belluckfox.com | Attn: Kristi Green/Suzanne Wellen<br>2500 Lou Menk Drive, AOB-3<br>Fort Worth, TX  76131<br>800-795-2673 |
| **Counsel to the Ad Hoc Committee of**<br>**Imerys Talc Litigation Plaintiffs**<br>Brown Rudnick LLP<br>Attn: David Molton, Bennett S. Silverberg<br>Seven Times Square<br>New York NY  10036<br>212-209-4800<br>DMolton@brownrudnick.com<br>BSilverberg@brownrudnick.com | **Counsel to the Ad Hoc Committee of**<br>**Imerys Talc Litigation Plaintiffs**<br>Brown Rudnick LLP<br>Attn: Sunni Beville<br>One Financial Center<br>Boston, MA  02111<br>617-856-8200<br>Sbeville@brownrudnick.com |
| **Member of Official Committee of Tort**<br>**Claimants**<br>Burns Charest LLP<br>Attn: Amanda Klevorn<br>365 Canal Street, Suite 1170<br>New Orleans, LA  70130<br>504-799-2845<br>504-881-1765<br>aklevorn@burnscharest.com | **Top 30 Law Firms Representing the**<br>**Largest Number of Talc Plaintiffs**<br>Burns Charest, LLP<br>Attn: Warren Burns, Amanda Klevorn<br>900 Jackson Street, Ste. 500<br>Dallas, TX  75202<br>469-904-4550<br>469-444-5002<br>wburns@burnscharest.com<br>aklevorn@burnscharest.com |
| **Top 30 Unsecured Creditor**<br>C.H. Robinson Worldwide, Inc.<br>Attn: Ben Campbell<br>8100 Mitchell Road Suite 200<br>Green Prairie   MN      55344<br>952-937-6713<br>952-937-6737<br>ben.campbell@chrobinson.com | **Top 30 Unsecured Creditor**<br>Casella Organics<br>Attn: John W. Casella<br>25 Greens Hill Ln<br>Rutland, VT  05741<br>802-775-0325<br>802-775-6198<br>john.casella@casella.com |
| **Top 30 Unsecured Creditor**<br>Challenger Pallet & Supply, Inc.<br>Attn: Tad Hegsted<br>1206 North Beck Street<br>Salt Lake City, UT  84116<br>801-596-1969<br>208-523-1972<br>hegsted.t@cpspallet.com | **Counsel to Aspen American Insurance**<br>**Company**<br>Chiesa Shahinian & Giantomasi PC<br>Attn: Scott A. Zuber<br>One Bolan Drive<br>West Orange, NJ  07052<br>973-530-2046<br>973-530-2246<br>szuber@csglaw.com |

| | |
|---|---|
| **Top 30 Unsecured Creditor**<br>CN<br>Attn: Sean Finn<br>Canadian National Railway Company<br>935 de La Gauchetière Street West<br>Montreal QC   H3B 2M9<br>Canada<br>514-399-8100<br>sean.finn@cn.ca | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs and Member of Official Committee of Tort Claimants**<br>Cohen, Placitella & Roth, PC<br>Attn: Christopher Placitella<br>127 Maple Ave.<br>Red Bank, NJ  07701<br>732-747-9003<br>888-649-8431<br>732-747-9004<br>215-567-6019<br>cplacitella@cprlaw.com |
| **Top 30 Unsecured Creditor**<br>Cole International, Inc.<br>Attn: Donald Lucky<br>3033-34 Avenue, NE<br>Calgary AB T1Y 6X2<br>Canada<br>403-262-2771<br>403-262-7301<br>don.lucky@coleintl.com | **Counsel to Commonwealth of Pennsylvania, Department of Revenue**<br>Commonwealth of Pennsylvania, Department of Revenue<br>Attn: Christopher R. Momjian<br>The Phoenix Building<br>1600 Arch Street, Suite 300<br>Philadelphia, PA  19103<br>215-560-2424<br>717-772-4526<br>crmomjian@attorneygeneral.gov |
| **Counsel to Commonwealth of Pennsylvania, Department of Revenue**<br>Commonwealth of Pennsylvania, Department of Revenue<br>Attn: Christopher R. Momjian<br>The Phoenix Building<br>1600 Arch Street, Suite 300<br>Philadelphia, PA  19103<br>215-560-2424<br>717-772-4526<br>crmomjian@attorneygeneral.gov | **Counsel to Cyprus Mines Corporation and Cyprus Amax Minerals Company**<br>Covington & Burling LLP<br>Attn: Michael S. Greenberg, Christine S. Haskett<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, CA  94105<br>415-591-6000<br>415-591-6091<br>chaskett@cov.com<br>mgreenberg@cov.com |
| **Counsel to Magris Resources Canada, Inc.**Cross & Simon, LLC<br>Attn: Christopher P. Simon, Esq.,<br>Joseph Grey, Esq.<br>1105 North Market Street, Suite 901<br>Wilmington, DE  19801 | **Attorneys for Zurich American Insurance Company and Central National Insurance Company of Omaha**<br>Crowell & Morning LLP<br>Attn: Mark D. Plevin, Tacie H. Yoon<br>1001 Pennsylvania Ave., NW |

| | |
|---|---|
| 302-777-4200<br>csimon@crosslaw.com<br>jgrey@crosslaw.com | Washington, DC  20004<br>202-624-2500<br>202-628-5116<br>mplevin@crowell.com<br>tyoon@crowell.com |
| **Delaware Division of Revenue**<br>DELAWARE DIVISION OF REVENUE<br>ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON, DE  19801<br>302-577-8461<br>302-577-8632<br>FASNOTIFY@STATE.DE.US | **Delaware Secretary of State**<br>DELAWARE SECRETARY OF STATE<br>CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER, DE  19903<br>302-739-3073<br>302-739-5831<br>DOSDOC_FTAX@STATE.DE.US |
| **Delaware State Treasury**<br>DELAWARE STATE TREASURY<br>ATTN BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD   STE 100<br>DOVER, DE  19904<br>302-672-6700<br>302-739-5635<br>STATETREASURER@STATE.DE.US | **Counsel to Avon Products, Inc**.<br>DLA PIPER LLP (US)<br>Attn: Stuart M. Brown<br>1201 N. Market Street, Suite 2100<br>Wilmington     DE     19801<br>302-468-5700 302-394-2341<br>Stuart.Brown@dlapiper.com |
| **Top 30 Unsecured Creditor**<br>DMS Machining & Fabrication<br>Attn: Byron Atwood<br>10 Transport Dr.<br>BARRE, VT  05641<br>802-479-1088<br>byron@eamesoffice.com | **Counsel to Washington Insurance Company**<br>Elliott Greenleaf, P.C.<br>Attn: Rafael X. Zahralddin-Aravena, Eric M. Sutty<br>1105 North Market Street, Suite 1700<br>Wilmington, DE  19801<br>302-384-9400<br>302-384-9399<br>rxza@elliottgreenleaf.com<br>ems@elliottgreenleaf.com |
| **Top 30 Unsecured Creditor**<br>Emera Energy Gas Trading<br>Attn: Judy Steele<br>1223 Lower Water Street<br>HalifaxNS B3J 3S8<br>Canada<br>902-474-7800<br>judy.steele@emera.com | **Environmental Protection Agency - Region 3**<br>ENVIRONMENTAL PROTECTION AGENCY<br>ATTN:  BANKRUPTCY DEPT<br>1650 ARCH STREET<br>PHILADELPHIA, PA  19103-2029<br>215-814-5000 |
| | |

| | |
|---|---|
| **Counsel to Rio Tinto America Holdings Inc., Rio Tinto America Inc. and Rio Tinto Services Inc.**<br>Farella Bruan and Martel, LLP<br>Attn: John D. Green, Esq.<br>Russ Building<br>235 Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>415-954-4400<br>415-954-4480<br>jgreen@fbm.com | **Counsel to Travelers Casualty & Surety Company (f/k/a The Aetna Casualty and Surety Company)**<br>Fox Rothschild LLP<br>Attn: Neal J. Levitsky, Seth A. Niederman, Kasey H. DeSantis<br>919 N. Market St., Suite 300<br>Wilmington, DE  19899-2323<br>302-654-7444<br>302-656-8920<br>nlevitsky@foxrothschild.com<br>sniederman@foxrothschild.com<br>kdesantis@foxrothschild.com |
| **Counsel to Aspen American Insurance Company**<br>Gellert Scali Busenkell & Brown, LLC<br>Attn: Michael Busenkell<br>1201 North Orange Street, Suite 300<br>Wilmington, DE  19801<br>302-425-5812<br>302-425-5814<br>mbusenkell@gsbblaw.com | **Counsel to Robert Gendelman, Executor of the Estate of Sherri Gendelman, and Robert Gendelman, in the New Jersey MDL and for the Estate of Melissa Fleming**Geoffrey B. Gompers, P.C.<br>Attn: Geoffrey B. Gompers<br>1515 Market Street, Suite 1650<br>Philadelphia, PA  19102<br>215-567-19102<br>gompers@gomperslaw.com |
| **Top 30 Unsecured Creditor**<br>Geomapping Associates, Ltd. Inc.<br>Attn: James Purdy<br>1563 US Route 7<br>Pittsford, VT   05763<br>802-483-6635<br>802-483-6685<br>geomappingltd@comcast.net | **Counsel to Johnson Controls, Inc. and Johnson Controls Fire Protection LP**<br>Godfrey & Kahn, S.C.<br>Attn: Erin A. West<br>1 E Main St., Suite 500<br>Madison, WI  53703<br>608-284-2277<br>ewest@gklaw.com |
| **Counsel to Rio Tinto America Holdings Inc., Rio Tinto America Inc. and Rio Tinto Services Inc.**<br>Goldstein & McClintock, LLLP<br>Attn: Maria Aprile Sawczuk, Esq.<br>501 Silverside Road, Suite 65<br>Wilmington    DE      19809<br>302-444-6710<br>302-444-6709<br>marias@goldmclaw.com | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Golomb & Honik, P.C.<br>Attn: Richard Golomb<br>1835 Market Street, Suite 2900<br>Philadelphia, PA  19103-2929<br>215-985-9177<br>215-985-4169<br>rgolomb@golombhonik.com |

| | |
|---|---|
| **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs and Member of Official Committee of Tort Claimants**<br>Gori Julian & Assocs, P.C.<br>Attn: Randy Gori<br>Wendy M. Julian<br>156 N. Main Street<br>Edwardsville, IL 62025<br>618-659-9833<br>618-659-9834<br>randy@gorijulianlaw.com | **Counsel to Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies**<br>HILLER LAW, LLC<br>Attn: Adam Hiller<br>1500 North French Street, 2nd Floor<br>Wilmington, DE 19801<br>302-442-7677<br>ahiller@adamhillerlaw.com |
| **Counsel to Johnson Controls, Inc. and Johnson Controls Fire Protection LP**<br>Hogan McDaniel<br>Attn: Daniel C. Kerrick, Esquire<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>302-656-7540<br>dckerrick@dkhogan.com | **Counsel to Avon Products, Inc.**<br>HOLLINGSWORTH LLP<br>Attn: Kathryn S. Jensen<br>1350 I Street NW<br>Washington, DC 20005<br>202-898-5800<br>202-682-1639<br>kjensen@hollingsworthllp.com |
| **Counsel to Imerys SA**<br>Hughes Hubbard & Reed LLP<br>Attn: Christopher K. Kiplok<br>William J. Beausoleil<br>George A. Tsougarakis<br>Erin E. Diers<br>One Battery Park Plaza<br>New York, NY 10004<br>212-837-6000<br>212-422-4726<br>chris.kiplok@hugheshubbard.com<br>william.beausoleil@hugheshubbard.com<br>george.tsougarakis@hugheshubbard.com<br>erin.diers@hugheshubbard.com | **Debtors**<br>IMERYS TALC AMERICA, INC.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>100 MANSELL COURT EAST,SUITE 300<br>ROSWELL, GA 30076<br>ryan.vanmeter@imerys.com |
| **IRS Insolvency Section**<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA, PA 19104-5016<br>800-973-0424<br>855-235-6787 | **IRS Insolvency Section**<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346<br>800-973-0424<br>855-235-6787 |

| | |
|---|---|
| **American Insurance Company**<br>John Sheehan Spadaro LLC<br>Attn: John S. Spadaro, Esquire<br>54 Liborio Lane<br>P.O. Box 627<br>Smyrna, DE  19977<br>302-235-7745<br>jspadaro@johnsheehanspadaro.com | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Kazan, McClain, Satterley & Greenwood<br>Attn: Joseph Satterly   55 Harrison St., Suite 400<br>Oakland, CA  94607<br>877-995-6372<br>510-835-4913<br>jsatterley@kazanlaw.com |
| **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Kiesel Law LLP<br>Attn: Melanie Menses Palmer<br>8648 Wilshire Blvd<br>Beverly Hills, C A 90211-2910<br>310-854-4444<br>310-854-0812<br>palmer@kiesel.law | **Counsel to Whittaker, Clark & Daniels, Inc.**<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>Attn: Corinne Samler Brennan<br>1835 Market Street, Suite 1400<br>Philadelphia, PA  19103<br>215-569-2700<br>215-568-6603<br>rlemisch@klehr.com |
| **Counsel to Whittaker, Clark & Daniels, Inc.**<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>Attn: Raymond H. Lemisch<br>919 N. Market Street, Suite 1000<br>Wilmington, DE  19801-3062<br>302-426-1189<br>302-426-9193<br>rlemisch@klehr.com | **Counsel to Hartford Accident and Indemnity Company and First State Insurance Company**<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>Attn: Richard M. Beck, Sally E. Veghte<br>919 N. Market Street, Suite 1000<br>Wilmington, DE  19801-3062<br>302-426-1189<br>302-426-9193<br>rbeck@klehr.com<br>sveghte@klehr.com |
| **Top 30 Unsecured Creditor**<br>Laforest Electrick<br>Attn: Richard Laforest<br>897 Government Road South<br>Timmins ON   P4R 1N4<br>Canada<br>705-264-3979<br>705-566-8327 | **Counsel to Debtors**<br>LATHAM & WATKINS LLP<br>ATTN: GEORGE A. DAVIS, KEITH A. SIMON, & ANNEMARIE V. REILLY<br>885 THIRD AVENUE<br>NEW YORK, NY  10022<br>212-906-1200<br>212-751-4864<br>GEORGE.DAVIS@LW.COM<br>KEITH.SIMON@LW.COM<br>ANNEMARIE.REILLY@LW.COM |

| | |
|---|---|
| **Counsel to Debtors**<br>LATHAM & WATKINS LLP<br>ATTN: JEFFREY E. BJORK & HELENA G. TSEREGOUNIS<br>355 SOUTH GRAND AVENUE, SUITE 100LOS ANGELES, CA          90071-1560213-485-1234<br>213-891-8763<br>JEFF.BJORK@LW.COM<br>HELENA.TSEREGOUNIS@LW.COM | **Counsel to Debtors**<br>LATHAM & WATKINS LLP<br>ATTN: RICHARD A. LEVY<br>350 NORTH WABASH AVENUE, SUITE 2800<br>CHICAGO, IL  60611<br>312-876-7700<br>312-993-9767<br>RICHARD.LEVY@LW.COM |
| **Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, Counsel for United Steelworkers**<br>Law Office of Susan E. Kaufman, LLC<br>Attn: Susan E. Kaufman, Esq.<br>919 N. Market Street  Suite 460<br>Wilmington, DE  19801<br>302-472-7420<br>302-792-7420<br>skaufman@skaufmanlaw.com | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs and Member of Official Committee of Tort Claimants**<br>Levy Konigsberg LLP<br>Attn:  Audrey Raphael<br>Robert Ellis<br>605 Third Avenue, 33rd Floor<br>New York, NY  10158<br>212-605-6206 212-605-6290<br>Rellis@levylaw.com<br>araphael@levylaw.com |
| **Counsel to Allen ISD**<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX  75207<br>214-880-0089<br>469-221-5003<br>dallas.bankruptcy@publicans.com | **Counsel to Harris County**<br>Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman PO Box 3064<br>Houston, TX  77253-3064<br>713-844-3400<br>713-844-3503<br>houston_bankruptcy@publicans.com |
| **Fee Examiner**<br>M.J. RENICK & ASSOCIATES LLC<br>ATTN: M. JACOB RENICK<br>51 SEACORD ROAD<br>NEW ROCHELLE, NY  10804<br>914-813-0880<br>914-840-8590<br>jrenick@mjrenick.com | **Magris Resources Canada Inc.**<br>Magris Resources Canada Inc.<br>Attn: Vice President, Legal<br>333 Bay Street, Suite 1101<br>Tornoto, ON   M5H 2R2<br>steve.astritis@magrisresources.com |
| **Top 30 Unsecured Creditor**<br>Material Motion, Inc.<br>Attn: Steve Schneider | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Maune, Raichle, Hartley, French & Mudd, |

| | |
|---|---|
| 2987 Clairmont Rd., Suite 220<br>AtlantaGA     30329<br>404-237-6127<br>404-237-6128<br>steve@materialmotion.com | LLC<br>Attn: David Amell, Jon Neumann, Marcus Raichle, Clay Thompson, Chris McKean<br>2000 Powell St.# 400<br>Emeryville, CA  94608<br>800-358-5922<br>damell@mrhfmlaw.com<br>JNeumann@mrhfmlaw.com<br>mraichle@mrhfmlaw.com<br>CThompson@mrhfmlaw.com<br>CMcKean@mrhfmlaw.com |
| **McCarthy Tétrault LLP**<br>McCarthy Tétrault LLP<br>Attn: Jonathan See Scott Bergen<br>TD Bank Tower Ste 5300<br>Box 48 66 Wellington St W<br>Tornoto, ON   M5K 1E6<br>jsee@mccarthy.ca<br>sbergen@mccarthy.ca | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>McDermott & Hickey, LLC<br>Attn: Kevin McDermott<br>20525 Center Ridge Rd., Ste 200<br>Rocky River, OH  44116-3424<br>216-712-7452<br>216-916-9238<br>kevin@mcdermotthickeylaw.com |
| **Westchester Fire Insurance Company**<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Gary D. Bressler, Esq.<br>300 Delaware Ave., Suite 770<br>Wilmington    DE       19801<br>302-300-4515<br>302-654-4031<br>gbressler@mdmc-law.com | **Westchester Fire Insurance Company**<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Attn: Michael Morano, Esq.<br>1300 Mount Kemble Ave<br>Morristown, NJ  07960<br>973-993-8100<br>973-425-0161<br>mmorano@mdmc-law.com |
| **Top 30 Unsecured Creditor**<br>McLanahan Corporation<br>Attn: Sean K. McLanahan<br>200 Wall Street<br>Hollidaysburg, PA  16648<br>814-695-9807<br>814-695-6684<br>smclanahan@mclanahan.com | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Meirowitz & Wasserberg, LLP<br>Attn: Samuel Meirowitz & Joshua Wasserberg<br>535 Fifth Ave., 23rd Fl.<br>New York, NY  10017<br>212-897-1988<br>646-432-6887<br>sam@mwinjurylaw.com |
| **Counsel to Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies** | **Attorneys for Creditor Canfor Pulp Ltd.**<br>Miller Nash Graham & Dunn LLP<br>Attn: John R. Knapp, Jr. |

| | |
|---|---|
| Mendes & Mount LLP<br>Attn: Matthew B. Anderson, Rebecca S. Bardach<br>750 Seventh Avenue<br>New York, NY  10019<br>212-261-8000<br>212-261-8750<br>matthew.anderson@mendes.com | Pier 70 2801 Alaskan Way, Suite 300<br>Seattle WA      98121<br>206-624-8300<br>206-340-9599<br>john.knapp@millernash.com |
| **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Morelli Law Firm, PLLC<br>Attn: Benedict Morelli<br>777 Third Avenue, 31st Floor<br>New York, NY  10017<br>212-751-9800<br>212-751-0046<br>bmorelli@morellilaw.com | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Morris Bart, LLC<br>Attn: Richard Root<br>601 Poydras Street, 24th Floor<br>New Orleans, LA  70130<br>504-217-2793<br>504-599-3380<br>rroot@morrisbart.com |
| **Counsel to the Ad Hoc Committee of Imerys Talc Litigation Plaintiffs**<br>Morris James LLP<br>Attn: Jeffrey R. Waxman, Eric J. Monzo, Brya M. Keilson<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>302-888-6800<br>Jwaxman@morrisjames.com<br>Emonzo@morrisjames.com<br>Bkeilson@morrisjames.com | **Counsel to Cyprus Mines Corporation and Cyprus Amax Minerals Company**<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Robert J. Dehney, Matthew O. Talmo<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302-658-9200<br>302-658-3989<br>rdehney@mnat.com<br>mtalmo@mnat.com |
| **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Motley Rice LLC<br>\|Attn: Carman Scott<br>28 Bridgeside Boulevard<br>Mt. Pleasant, SC  29464<br>843-216-9000<br>843-216-9450<br>cscott@motleyrice.com | **Counsel to Providence Washington Insurance Company, Seaton Insurance Company, Unigard Mutual Insurance Company**<br>Musick, Peeler & Garrett LLP<br>Attn: Chad A. Westfall<br>1 Post Street, Suite 600<br>San Francisco CA<br>94104-5281<br>415-281-2030<br>415-281-2010<br>c.westfall@musickpeeler.com |
| **Counsel to Providence Washington Insurance Company, Seaton Insurance** | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs** |

| | |
|---|---|
| **Company, Unigard Mutual Insurance Company**<br>Musick, Peeler & Garrett LLP<br>Attn: Lawrence A. Tabb<br>624 South Grand Avenue, Suite 2000<br>Los Angeles, CA  90017-3383<br>213-629-7797<br>213-624-1376<br>l.tabb@musickpeeler.com | Napoli Shkolnik PLLC<br>Attn: Hunter Shkolnik<br>One Greentree Center Ste. 201<br>10000 Lincoln Drive<br>Marlton, NJ  08053<br>212-397-1000<br>hunter@napolilaw.com |
| **Top 30 Unsecured Creditor**<br>Nasco Propane<br>Attn: George Scott<br>290 Railway St.<br>Timmins ON   P4N 7E3<br>Canada<br>705-264-5213<br>705-264-6979<br>george@northernallied.com | **Top 30 Unsecured Creditor**<br>Nederman Mikropul Canada, Inc.<br>Attn: Matthew Cusick<br>5865Mclaughlin Road, Unit 1<br>Mississauga    ON      L5R 1B8<br>CANADA 46 42 18 87 00<br>matthew.cusick@nederman.com |
| **Top 30 Unsecured Creditor**<br>Normand Verville Enterprises<br>Attn: Normand Verville<br>449 Feldman Road<br>Timmins ON   P4N 7E2<br>Canada<br>705-267-6707<br>705-268-1950<br>vervilleent@hotmail.com | **Top 30 Unsecured Creditor**<br>Northwestern Corporation<br>Attn: Heather H. Grahame<br>3010 W. 69th Street<br>Souix Falls, SD  57108<br>605-978-2900<br>heather.grahame@northwestern.com |
| **Counsel for Emera Energy L.P.**<br>Norton Rose Fulbright US LLP<br>Attn: Christy Rivera<br>1301 Avenue of Americas<br>New York, NY  10019-6022<br>212-408-5100<br>212-541-5396<br>christy.rivera@nortonrosefulbright.com | **United States Trustee District of Delaware**OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JULIET M. SARKESSIAN<br>844 KING ST STE 2207, LOCKBOX 35<br>WILMINGTON, DE  19801<br>302-573-6565 302-573-6497<br>JULIET.M.SARKESSIAN@USDOJ.GOV |
| **Counsel to the Certain Excess Insurers, Cyprus Historical Express Insurers', Columbia Casualty Company, Continental Casualty Company, Continental Insurance Company, as successor to CNA Casualty of California and as successor in interest to certain insurance policies issued by Harbor** | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Onder, Shelton, O'Leary & Peterson, LLC<br>Attn: Stephanie Rados; James G. Onder<br>110 E. Lockwood, 2nd Floor<br>St. Louis, MO 63119<br>314-963-9000 |

| | |
|---|---|
| **Insurance Company, Lamorak Insurance Company (formerly known as OneBeacon America Insurance Company), as successor to Employers' Surplus Lines Insurance Company, Stonewall Insurance Company (now known as Berkshire Hathaway Specialty Insurance Company), National Union Fire Insurance Company of Pittsburgh PA**<br>O'Melveny & Myers LLP<br>Attn: Tancred Schiavoni and Janine Panchok-Berry<br>Times Square Tower  7 Times Square<br>New York, NY  10036-6537<br>212-326-2061<br>tschiavoni@omm.com<br>jpanchok-berry@omm.com | 314-963-1700<br>rados@onderlaw.com<br>onder@onderlaw.com |
| **Member of Official Committee of Tort Claimants**<br>OnderLaw, LLC<br>Attn: James G. Onder<br>110 E. Lockwood, 2d Floor<br>St. Louis, MO  63119<br>314-963-9000<br>314-963-1700<br>Onder@onderlaw.com | **Counsel to Arnold & Itkin LLP**<br>Pachulski Stang Ziehl & Jones LLP<br>Attn: Laura Davis Jones, James I. Stang, Debra I. Grassgreen, John A. Morris, Peter J. Keane<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705<br>302-652-4100<br>302-652-4400<br>ljones@pszjlaw.com<br>jstang@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>jmorris@pszjlaw.com<br>pkeane@pszjlaw.com |
| **PA Department of Revenue**<br>Pennsylvania Department of Revenue<br>Attn: Christopher R. Momjian<br>Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA  19103<br>215-560-2424<br>717-772-4526<br>crmomjian@attorneygeneral.gov | **Counsel to Pension Benefit Guaranty Corp.**<br>Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>Attn: Mai Lan Rodgers<br>1200 K Street, N.W.<br>Washington, DC  20005-4026<br>202-326-4020 ext. 3946<br>202-326-4112<br>efile@pbgc.gov<br>Rodgers.MaiLan@pbgc.gov |
| | |

| | |
|---|---|
| **Counsel to SHELDON INDEPENDENT SCHOOL DISTRICT**<br>Perdue, Brandon, Fielder, Collins & Mott, L.L.P.<br>Attn: Owen M. Sonik<br>1235 North Loop West, Suite 600<br>Houston, TX  77008<br>713-862-1860<br>713-862-1429<br>osonik@pbfcm.com | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Porter & Malouf, PC<br>Attn: Timothy W. Porter<br>825 Ridgewood Road<br>Ridgeland, MS  39157<br>601-957-1173<br>601-957-7366<br>tim@portermalouf.com |
| **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Potts Law Firm<br>Attn: Adam Funk<br>3737 Buffalo Speedway, Suite 1900<br>Houston, TX  77098<br>713-963-8881<br>713-583-5388<br>afunk@potts-law.com | **Claims Agent PRIME CLERK LLC**<br>ATTN:  JESSICA BERMAN<br>830 3RD AVE FL 3<br>NEW YORK, NY  10022<br>212-257-5450<br>646-328-2851<br>SERVICEQA@PRIMECLERK.COM<br>IMERYSTEAM@PRIMECLERK.COM |
| **Counsel to Cyprus Mines Corporation**<br>Reed Smith LLP<br>Attn: Kurt F. Gwynne, Esq.<br>1201 North Market Street, Suite 1500<br>Wilmington, DE  19801<br>302-778-7500<br>302-778-7575<br>kgwynne@reedsmith.com | **Counsel to Cyprus Mines Corporation**<br>Reed Smith LLP<br>Attn: Paul M. Singer, Esq.,<br>Luke A. Sizemore, Esq.<br>225 Fifth Avenue<br>Pittsburgh, PA  15222<br>412-288-3131<br>412-288-3063<br>psinger@reedsmith.com<br>lsizemore@reedsmith.com |
| **Co-Counsel to Debtors**<br>RICHARDS, LAYTON & FINGER, P.A.<br>ATTN: MARK D. COLLINS, MICHAEL J. MERCHANT, AMANDA STEELE<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON, DE  19801<br>302-651-7559<br>302-651-7701<br>COLLINS@RLF.COM<br>MERCHANT@RLF.COM<br>STEELE@RLF.COM | **Counsel for the Official Committee of Tort Claimants**<br>Robinson & Cole LLP<br>Attn: Mark A. Fink<br>Chrysler East Building<br>666 Third Avenue, 20th floor<br>New York, NY  10017<br>212-451-2956<br>212-451-2999<br>MFink@rc.com |
| | |

| | |
|---|---|
| **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Robinson Calcagnie, Inc.<br>Attn: Mark Robinson<br>19 Corporate Plaza Drive<br>Newport Beach, CA  92660<br>949-720-1288<br>949-720-1292<br>mrobinson@robinsonfirm.com | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Sanders Phillips Grossman, LLP<br>Attn: Randi Kassan<br>16755 Von Karman Ave Ste. 200<br>Irvine, CA  92606-4963<br>888-570-4528<br>516-741-0128 |
| **Top 30 Unsecured Creditor**<br>Savage Services Corporation<br>Attn: Beth Kearsley<br>901 W. Legacy Center Way<br>Midvale, UT 84047<br>801-424-7268<br>801-944-6532<br>bethkearsley@savageservices.com | **Securities and Exchange Commission - Headquarters**<br>SECURITIES & EXCHANGE COMMISSION<br>SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON, DC  20549<br>202-942-8088<br>SECBANKRUPTCY@SEC.GOV |
| **Securities and Exchange Commission - Regional Office**<br>SECURITIES & EXCHANGE COMMISSION - NY OFFICE<br>ATTN:  BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK, NY  10281-1022<br>212-336-1100<br>BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | **Securities and Exchange Commission - Regional Office**<br>SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICEATTN:  BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD STE 520<br>PHILADELPHIA, PA  19103<br>215-597-3100<br>SECBANKRUPTCY@SEC.GOV |
| **Counsel to Magris Resources Canada, Inc.**<br>Shearman & Sterling LLP<br>Attn: C. Luckey McDowell, Esq.<br>2828 N. Harwood Street, Suite 1800<br>Dallas,TX  75201<br>214-271-5350<br>luckey.mcdowell@shearman.com | **Shearman & Sterling LLP**<br>Shearman & Sterling LLP<br>Attn: Scott Petepiece, Sean Skiffington, Luckey McDowell<br>599 Lexington Ave<br>New York, NY  10022<br>spetepiece@shearman.com<br>sean.skiffington@shearman.com<br>luckey.mcdowell@shearman.com |
| **Counsel to Kline & Specter**<br>Shelsby & Leoni<br>Attn: Robert J. Leoni, Esq.<br>221 Main Street | **Counsel to Hartford Accident and Indemnity Company and First State Insurance Company**<br>Shipman & Goodwin LLP |

| | |
|---|---|
| Wilmington, DE 19804<br>302-995-6210<br>302-995-6121<br>rleoni@mslde.com | Attn: Eric S. Goldstein, Esq. One Constitution Plaza<br>Hartford, CT 06103-1919<br>860-251-5000<br>860-251-5218<br>egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| **Counsel to Hartford Accident and Indemnity Company and First State Insurance Company**<br>SHIPMAN & GOODWIN LLP<br>Attn: James P. Ruggeri, Joshua D. Weinberg, Miranda H. Turner<br>1875 K Street NW, Suite 600<br>Washington, DC 20006-1251<br>202-469-7750<br>202-469-7751<br>JRuggeri@goodwin.com<br>JWeinberg@goodwin.com<br>MTurner@goodwin.com | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Simmons Hanly Conroy, LLC<br>Attn: Laurence Nassif 112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>212-784-6400<br>212-213-5949<br>lnassif@simmonsfirm.com |
| **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Simon Greenstone Panatier, P.C.<br>Attn: Jeffrey Simon, Leah Kagan<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>214-276-7680<br>214-276-7699<br>jsimon@sgpblaw.com<br>lkagan@sgptrial.com | **Counsel to Travelers Casualty & Surety Company (f/k/a The Aetna Casualty and Surety Company)**<br>Simpson Thacher & Bartlett LLP<br>Attn: Andrew T. Frankel, Kathrine A. McLendon, Elisa Alcabes<br>425 Lexington Avenue<br>New York, NY 10017<br>212-455-42000<br>afrankel@stblaw.com<br>kmclendon@stblaw.com<br>ealcabes@stblaw.com |
| **Counsel to Allstate Insurance Company**<br>Smith, Katzenstein & Jenkins LLP<br>Attn: Kathleen M. Miller<br>1000 West Street, Suite 1501<br>P.O. Box 410<br>Wilmington, DE 19899<br>302-652-8400<br>302-652-8405<br>kmiller@skjlaw.com | **Counsel to Certain Excess Insurers**<br>Stamoulis & Weinblatt LLC<br>Attn: Stamatios Stamoulis<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801<br>302-999-1540<br>stamoulis@swdelaw.com |
| | |

| | |
|---|---|
| **Counsel to State of Vermont, Agency of Natural Resources**<br>**State of Vermont, Agency of Natural Resources**<br>Attn: Nicholas F. Persampieri<br>109 State Street<br>Montpelier, VT  05609-1001<br>802-828-3186<br>nick.persampieri@vermont.gov | **Top 30 Unsecured Creditor**<br>Steel Pro, Inc. Attn: Steve Ladd<br>771 Main Street<br>Rockland, ME  04841<br>207-596-0061<br>207-596-0239<br>steve.ladd@steelprousa.com |
| **Canadian Counsel to Debtors**<br>Stikeman Elliott LLP<br>Attn: Maria Konyukhova and Patricia<br>Joseph5300 Commerce Court West<br>199 Bay Street<br>Tornoto ON    M5L 1B9<br>Canada<br>416-869-5230<br>416-947-0866<br>MKonyukhova@stikeman.com<br>Pjoseph@stikeman.com | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>The Dugan Law Firm, APLC<br>Attn: James R. Dugan, Mekel Smith, Douglas Plymale<br>365 Canal Street, Ste. 1000<br>New Orleans, LA  70130<br>504-648-0180<br>504-648-0181<br>jdugan@dugan-lawfirm.com<br>mekel@dugan-lawfirm.com<br>dplymale@dugan-lawfirm.com |
| **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs and Member of Official Committee of Tort Claimants**<br>The Lanier Law Firm<br>Attn: W. Mark Lanier, Linda Sheely and Maura Kolb<br>10940 West Sam Houston Pkwy N Suite 100<br>Houston, TX  77064<br>713-659-5200<br>713-659-2204<br>wml@lanierlawfirm.com<br>Maura.kolb@lanierlawfirm.com<br>linda.sheely@lanierlawfirm.com | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>The Miller Firm, LLC<br>Attn: Michael Miller<br>108 Railroad Avenue<br>Orange, VA  22960<br>540-672-4224<br>540-672-3055<br>mmiller@millerfirmllc.com |
| **Attorney for Department of Revenue**<br>The Missouri Department of Revenue<br>Attn: Steven A. Ginther<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City MO, 65105-0475<br>573-751-5531<br>573-751-7232 | **Counsel to William Hart Plaintiffs**<br>The Rosner Law Group LLC<br>Attn: Jason A. Gibson<br>824 N. Market Street, Suite 810<br>Wilmington, DE  19801<br>302-777-1111<br>gibson@teamrosner.com |

| | |
|---|---|
| **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>The Smith Law Firm, PLLC<br>Attn: Robert Allen Smith, Jr.<br>300 Concourse Blvd Suite 104<br>Ridgeland, MS  39157-2058<br>601-952-1422<br>601-952-1426<br>allen@smith-law.org | **Tennessee Attorney General's Office**<br>TN Dept of Revenue<br>c/o TN Attorney General's Office,<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207<br>615-532-8933<br>615-741-3334<br>AGBankDelaware@ag.tn.gov |
| **Top 30 Unsecured Creditor**<br>Traffic Tech<br>Attn: Mark Schiele<br>180 N. Michigan Ave. Suite 700<br>Chicago, IL  60601<br>877-383-1167 | **American Insurance Company**<br>Troutman Sanders LLP<br>Attn: Leslie A. Davis<br>401 9th Street, NW<br>Washington, DC  20004<br>202-274-2950<br>leslie.davis@troutman.com |
| **Counsel to Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies**<br>TUCKER ARENSBERG, P.C.<br>Attn: Michael A. Shiner<br>1500 One PPG Place<br>Pittsburgh, PA  15222<br>412-594-5586<br>412-594-5619<br>mshiner@tuckerlaw.com | **Top 30 Unsecured Creditor**<br>Tyoga Container Company<br>Attn: Charlie Frysinger<br>9 Fish Street<br>Tioga, PA  16946<br>570-835-5296 ext. 227<br>570-835-5045<br>charlie@tyogacontainer.com |
| **Top 30 Unsecured Creditor**<br>UE Compression Holdings<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>9461 Willow Court<br>Henderson, CO  80640<br>303-515-8600<br>303-515-8554 | **Top 30 Unsecured Creditor**<br>Union Gas, Ltd. c/o Enbridge Gas Inc.<br>Attn: Dan Jones<br>50 Keil Drive North<br>Chatham, ON  N7M 5M1<br>Canada<br>888-774-3111<br>dan.jones@enbridge.com |
| **Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, Counsel for United Steelworkers**<br>United Steelworkers<br>Attn: David R. Jury, Esq., | **Top 30 Unsecured Creditor**<br>Univar Canada, Ltd.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>9800 Van Horne Way<br>Richmond BC V6X 1W5 |

| | |
|---|---|
| Anthony Resnick, Esq.<br>60 Boulevard of the Allies, Room 807<br>Pittsburgh, PA  15222<br>412-562-2545<br>412-562-2429<br>djury@usw.org<br>aresnick@usw.org | Canada<br>604-273-1441 604-273-2046 |
| **US Attorney for the District of Delaware**<br>US ATTORNEY FOR DELAWARE<br>ATTN: CHARLES OBERLY C/O ELLEN<br>SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON, DE  19899-2046<br>302-573-6277<br>302-573-6220<br>USADE.ECFBANKRUPTCY@USDOJ.GOV | **Counsel to Cyprus Mines Corporation and Cyprus Amax Minerals Company**<br>Vinson & Elkins LLP<br>Attn: Paul E. Heath, Matthew W. Moran,<br>Katherine Drell Grissel<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 3900<br>Dallas, TX  75201-2975<br>214-220-7700<br>214-220-7716<br>pheath@velaw.com<br>kgrissel@velaw.com |
| **Counsel to the Future Claimants' Representative**<br>Wachtell, Lipton, Rosen & Katz<br>Attn: Emil A. Kleinhaus, Nicholas C.E.<br>Walter, Joseph C. Celentino<br>51 West 52nd Street<br>New York, NY  10019<br>212-403-1000<br>eakleinhaus@wlrk.com | **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs**<br>Waters Krause & Paul<br>Attn: Kevin Loew<br>222 N Sepulveda Blvd, Ste. 1900<br>El Segundo, CA  90245-5608<br>310-414-8146<br>310-414-8156<br>kloew@waterskraus.com |
| **Top 30 Unsecured Creditor**<br>Watkins & Shepard Trucking, Inc.<br>Attn: Ray Kuntz<br>3101 Packerland Dr<br>Green Bay, WI  54313-6187<br>406-532-6121<br>406-721-4116 | **Counsel to Johnson & Johnson and Johnson & Johnson Consumer Inc.**<br>Weil, Gotshal & Manges LLP<br>Attn: Diane P. Sullivan, Gary Holtzer, Ronit<br>J. Berkovich<br>767 Fifth Avenue<br>New York, NY  10153-0119<br>212-310-8000<br>212-310-8007<br>diane.sullivan@weil.com<br>gary.holtzer@weil.com<br>ronit.berkovich@weil.com |
| **Top 30 Law Firms Representing the Largest Number of Talc Plaintiffs** | **Interested Party**<br>Wells Fargo Vendor Financial Services, LLC |

| | |
|---|---|
| Weitz & Luxenberg P.C.<br>Attn: Perry Weitz<br>220 Lake Drive East, Suite 210<br>Cherry Hill, NJ<br>08002-1165<br>856-755-1115<br>856-755-1995<br>pweitz@weitzlux.com | fka GE Capital Information Technology<br>Solutions<br>c/o a Ricoh USA Program f/d/b/a IKON<br>Financial Services<br>PO Box 13708<br>Macon, GA  31208-3708<br>800-480-6513 |
| **Attorneys for Zurich American Insurance Company and Central National Insurance Company of Omaha**<br>White and Williams LLP<br>Attn: Marc S. Casarino<br>Courthouse Square<br>600 N. King Street, Suite 800<br>Wilmington, DE  19801<br>302-654-0424<br>302-654-0246<br>casarinom@whiteandwilliams.com | **Special Litigation Counsel to Official Committee of Tort Claimants**<br>Wilkie Farr & Gallagher LLP<br>Attn: Rachel C. Strickland, Jeffrey B. Korn, Gabriel I. Forman, Stuart R. Lombardi<br>787 Seventh Avenue<br>New York, NY  10019<br>212-728-8000 212-728-8111<br>rstrickland@willkie.com<br>jkorn@willkie.com<br>gbrunswick@willkie.com<br>dforman@willkie.com<br>lombardi@willkie.com |
| **Top 30 Unsecured Creditor**<br>William Day Construction Limited<br>Attn: William Day<br>2500 Elm Street<br>Azilda ON P0M 1B0  Canada<br>705-682-1555<br>705-682-2739 | **Counsel to Rio Tinto America Holdings Inc., Rio Tinto America Inc. and Rio Tinto Services Inc.**<br>WilmerHale<br>Attn: Craig T. Goldblatt, Esq.<br>1875 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>202-663-6483<br>202-663-6363<br>craig.goldblatt@wilmerhale.com<br>danielle.spinelli@wilmerhale.com<br>isley.gostin@wilmerhale.com<br>sal.daniele@wilmerhale.com |
| **Counsel to Allstate Insurance Company**<br>Windels Marx Lane & Mittendorf, LLP<br>Attn: Andrew K. Craig<br>One Giralda Farms<br>Madison, NJ  07940<br>973-966-3207<br>973-966-3250<br>ACraig@windelsmarx.com | **Counsel to SunTrust Equipment Finance & Leasing Corp.**<br>Womble Bond Dickinson (US) LLP<br>Attn: Matthew P. Ward, Esq., Nicholas T. Verna, Esq.<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE  19801<br>302-252-4320 |

| | 302-252-4330<br>matthew.ward@wbd-us.com<br>nick.verna@wbd-us.com |
|---|---|
| **Counsel to the prepetition representative for future talc claimants**<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN: EDWIN HARRON, ESQ. AND ROBERT BRADY, ESQ.      RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE  19801<br>302-576-3283<br>302-576-3298<br>eharron@ycst.com<br>rbrady@ycst.com | |