**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>**IMERYS TALC AMERICA, INC.,** *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19–10289 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 2863, 3334, 3543, 3624** |

**JOINDER OF JOHNSON & JOHNSON AND
JOHNSON & JOHNSON CONSUMER INC. TO MOTION OF HOLDERS OF TALC
PERSONAL INJURY CLAIMS REPRESENTED BY ARNOLD & ITKIN LLP TO
DISREGARD CERTAIN VOTE CHANGES MADE WITHOUT COMPLYING WITH
BANKRUPTCY RULE 3018, AND THE REQUIRED SHOWING OF CAUSE, IN
CONNECTION WITH THE VOTING ON THE NINTH AMENDED JOINT CHAPTER
11 PLAN OF REORGANIZATION OF IMERYS TALC AMERICA, INC. AND ITS
DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Johnson & Johnson and Johnson & Johnson Consumer Inc. (collectively, "**J&J**") submits this joinder regarding the *Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made Without Complying With Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection With the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (D.I. 3624) (the "**Motion**").[2] For all of the reasons set forth in the Motion J&J, by and through its undersigned counsel, respectfully requests that this Court enter the Order, attached to the Motion as Exhibit A.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2]  Capitalized terms used but not otherwise defined herein shall have the respective meanings attributed to them in the Motion.

1. J&J incorporates by reference and hereby joins in the arguments advanced by Arnold & Itkin LLP in the Motion, which calls into question the methods used by the Debtors and the Solicitation Agent to tabulate the Ballots, including whether such methods violated the Federal Rules of Bankruptcy Procedure. (*See* Mot. ¶ 22).

2. J&J reserves its rights to modify and/or supplement this Joinder as necessary or appropriate. J&J reserves its rights on all other issues relating to the Solicitation Procedures Order, balloting, and tabulation, including but not limited to whether the Ballots were improperly tabulated for reasons other than those set forth in the Motion and this Joinder or that certain votes should be designated under section 1126(e) of the Bankruptcy Code.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE J&J respectfully requests that the Court grant the relief requested in the Motion and grant J&J such other and further relief as is just.

Dated:  June 14, 2021
       Wilmington, Delaware

    */s/ Patrick A. Jackson*
FAEGRE DRINKER BIDDLE & REATH LLP
Patrick A. Jackson (Del. Bar No. 4976)
222 Delaware Ave., Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
Email: patrick.jackson@faegredrinker.com

-and-

WEIL, GOTSHAL & MANGES LLP
Diane P. Sullivan (*pro hac vice*)
Gary T. Holtzer
Ronit J. Berkovich (*pro hac vice*)
Theodore E. Tsekerides (*pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Johnson & Johnson and Johnson & Johnson Consumer Inc.*