IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*, | Case No. 19-10289 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Dkt. 3624** |

---

**JOINDER OF CYPRUS EXCESS INSURERS TO MOTION OF HOLDERS OF TALC PERSONAL INJURY CLAIMS REPRESENTED BY ARNOLD & ITKIN LLP TO DISREGARD CERTAIN VOTE CHANGES MADE WITHOUT COMPLYING WITH BANKRUPTCY RULE 3018, AND THE REQUIRED SHOWING OF CAUSE, IN CONNECTION WITH THE VOTING ON THE NINTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF IMERYS TALC AMERICA, INC. AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE (DKT. 3624)**

The Cyprus Excess Insurers submit this joinder regarding the *Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made Without Complying With Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection With the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (D.I. 3624) (the "**Motion**").2  For all of the reasons set forth in the Motion, the Cyprus Excess Insurers respectfully requests that this Court enter the Order, attached to the Motion as Exhibit A.

1.	The Cyprus Excess Insurers incorporates by reference and hereby join in the arguments advanced by Arnold & Itkin LLP in the Motion, which calls into question the methods used by the Debtors and the Solicitation Agent to tabulate the Ballots, including whether such methods violated the Federal Rules of Bankruptcy Procedure. (*See* Mot. ¶ 22).

2. The Cyprus Excess Insurers reserve their rights to modify and/or supplement this Joinder as necessary or appropriate. Cyprus Excess Insurers reserves its rights on all other issues relating to the Solicitation Procedures Order, balloting, and tabulation, including but not limited to whether the Ballots were improperly tabulated for reasons other than those set forth in the Motion and this Joinder or that certain votes should be designated under section 1126(e) of the Bankruptcy Code.

WHEREFORE the Cyprus Excess Insurers respectfully requests that the Court grant the relief requested in the Motion and grant J&J such other and further relief as is just.

Dated:  June 15, 2021

By: */s/ Stamatios Stamoulis*
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, Delaware  19801
Telephone:    +1 302 999 1540
Facsimile:    +1 302 762 1688

O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:    +1 212 326 2000
Facsimile:    +1 212 326 2061

Tancred Schiavoni (*pro hac vice*)
tschiavoni@omm.com
Janine Panchok-Berry (*pro hac vice*)
jpanchok-berry@omm.com

*Counsel for Columbia Casualty Company, Continental Casualty Company, the Continental Insurance Company, as successor to CNA Casualty of California and as successor in interest to certain insurance policies issued by Harbor Insurance Company, Lamorak Insurance Company (formerly known as OneBeacon America Insurance Company), as successor to Employers' Surplus Lines Insurance Company, Stonewall Insurance Company (now known as Berkshire Hathaway Specialty Insurance Company), National Union Fire Insurance Company of Pittsburgh PA, and Lexington Insurance Company to the extent that they issued policies to Cyprus Mines Corporation prior to 1981.*