# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*, | Case No. 19-10289 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF ORAL DEPOSITION PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)

**TO:** THOMAS V. BEVAN, Bevan & Associates LPA, Inc., 6555 Dean Memorial Parkway, Boston Heights, OH 44236 — tbevan@bevanlaw.com

**TAKE NOTICE** that Cyprus Historical Excess Insurers, pursuant to Fed. R. Civ. P. 30 made applicable to this proceeding pursuant to Federal Rules of Bankruptcy 9014 and 7030, serve a subpoena to take the deposition upon oral examination of Thomas V. Bevan related to the *Cyprus Historical Excess Insurers' Objection to Debtors' Motion to Quash* [Dkt. 3636], Mr. Bevan's *Declaration of Counsel* (the "Declaration") [Dkt. 3684] and the *Joinder of the Bevan Claimants to Objections to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made Without Complying With Bankruptcy Rule 3018, And the Required Showing of Cause, In Connection With the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. And Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Dkt. 3689].

The deposition will be held on a mutually agreeable day and time prior to the Court's June 22nd Hearing as determined in conjunction with Mr. Bevan's counsel with whom Cyprus Historical Excess Insurers are conferring. The deposition will be taken under oath before a notary public or other person authorized by law to administer oaths. The deposition will be conducted by Zoom

remote video conferencing, and may be recorded by stenographic, audiographic and videotaped means.  You are invited to attend and examine.  The deposition shall continue from day-to-day (Saturdays, Sundays, and holidays excluded), or as otherwise agreed by the parties, until completed.

**PLEASE TAKE FURTHER NOTICE** that:

1. The deposition will be conducted remotely, using Zoom's audio-visual conference technology;

2. The court reporter will report the deposition from a location separate from the witness and will administer the oath to the witness remotely;

3. Counsel for the parties and their clients will be participating from various, separate locations;

4. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6. All exhibits will be provided simultaneously and electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded electronically and visually; and

9. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on this manner of remote deposition taking.

Century reserves the right to utilize instant visual display technology such that the court reporter's transcription of the proceeding will be displayed simultaneously to any laptop, iPad, tablet, or other type of display device connected to the court reporter.

**PLEASE TAKE FURTHER NOTICE** that the witness is required to produce before the deposition the documents stated in witness's Declaration, including (1) the "Clarification Communication," (2) all documents that were contained in the solicitation packages sent to Bevan Claimants, (3) the initial Master Ballot filed voting to reject the Plan, (4) the changed Master Ballot filed voting to accept the Plan, (5) an exemplar of the Bevan Claimants' fee agreements with Bevan & Associates LPA, Inc., and (6) any documented communications between or among the witness, on the one hand, and Natalie Ramsey, Christopher Placitella, Steve Baron, or Prime Clerk, on the other hand, concerning the events detailed in the witness's Declaration.

Dated: June 17, 2021

*/s/ Stamatios Stamoulis*

STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

O'MELVENY & MYERS LLP
Tancred Schiavoni  (*pro hac vice*)
Janine Panchok-Berry
Times Square Tower, 7 Times Square
New York, New York  10036-6537
Telephone:     +1 212 326 2000
Facsimile:      +1 212 326 2061
tschiavoni@omm.com
jpanchok-berry@omm.com

*Counsel for Cyprus Historical Excess Insurers, defined to include Columbia Casualty Company, Continental Casualty Company, the Continental Insurance Company, as successor to CNA Casualty of California and as successor in interest to certain insurance policies issued by Harbor Insurance Company, Lamorak Insurance Company (formerly known as OneBeacon America Insurance Company), as successor to Employers' Surplus Lines Insurance Company, Stonewall Insurance Company (now known as Berkshire Hathaway Specialty Insurance*

*Company), National Union Fire Insurance Company of Pittsburgh PA, and Lexington Insurance Company to the extent that they issued policies to Cyprus Mines Corporation prior to 1981.*

OMM_US:79989998.4