IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
IMERYS TALC AMERICA, INC., et al.,[1]               :    Case No. 19-10289 (LSS)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
------------------------------------------------------------ x
```

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 22, 2021 AT 10:00 A.M. (ET)**

> **This remote hearing will be conducted entirely over Zoom and requires all
> participants to register in advance. Please register by June 22, 2021 at 8:00 a.m.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
> **https://debuscourts.zoomgov.com/meeting/register/vJIsdO6spzMpHzQ29dr6IAm-
> 90Mk_lWAt_I**
>
> **After registering your appearance by Zoom, you will receive a confirmation email
> containing information about joining the hearing.**

I.    **CONTESTED MATTERS GOING FORWARD:**

1.    Motion of Certain Insurers for Protective Order [Docket No. 3364 – filed April 9,
      2021]

      Objection / Response Deadline:        June 10, 2021 at 4:00 p.m. (ET)

      Objections / Responses Received:

      A.    Opposition of the Future Claimants' Representative and the Official
            Committee of Tort Claimants to Certain Insurers' Motion for Protective
            Order [Docket No. 3637 – filed June 11, 2021]

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax
identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and
Imerys Talc Canada Inc. (6748).  The Debtors' address is 100 Mansell Court East, Suite 300, Roswell,
Georgia 30076.

[2]    **Amended items appear in bold.**

Related Documents:

i.      Motion to Shorten Notice Regarding the Motion of Certain Insurers for Protective Order [Docket No. 3365 – filed April 9, 2021]

ii.     Cyprus Historical Excess Insurers' Joinder of Certain Insurers' Motion for Protective Order [Dkt. 3364] and Joinder to Certain Insurers' Motion to Shorten Notice [Dkt. 3365] [Docket No. 3374 – filed April 12, 2021]

iii.    Notice of Motion of Certain Insurers for Protective Order [Docket No. 3613 – filed June 7, 2021]

iv.     Certification of No Objection Regarding Cyprus Historical Excess Insurers' Joinder to Certain Insurers' Motion for Protective Order [Dkt. 3364] and Joinder to Certain Insurers' Motion to Shorten Notice [Dkt. 3365] (No Order Required) [Docket No. 3642 – filed June 14, 2021]

v.      Letter to the Honorable Laurie Selber Silverstein in Response to the Certificate of No Objection Regarding Cyprus Historical Excess Insurers' Joinder to Certain Insurers' Motion for Protective Order filed by the Future Claimants' Representative and the Official Committee of Tort Claimants [Docket No. 3673 – filed June 14, 2021]

vi.     Letter to the Honorable Laurie Selber Silverstein in Response to TCC/FCR Letter on Certificate of No Objection (Dkt. 3642) [Docket No. 3680 – filed June 15, 2021]

vii.    Response of the Future Claimants' Representative and the Official Committee of Tort Claimants to Cyprus Historical Excess Insurers' Joinder to Certain Insurers' Motion for Protective Order [Docket No. 3687 – filed June 16, 2021]

viii.   Reply in Support of Motion of Certain Insurers for Protective Order [Docket No. 3692 – filed June 17, 2021]

ix.     Cyprus Historical Excess Insurers' Reply to the Response [Dkt. 3687] of the Future Claimants' Representative and the Official Committee of Tort Claimants to Cyprus Historical Excess Insurers' Joinder to Certain Insurers' Motion for Protective Order and Reply to the FCR's and TCC's Opposition to the Certain Insurers' Motion [Dkt. 3637] and Joinder to the Certain Insurers' Reply in Support of a Protective Order [Dkt. 3692] [Docket No. 3713 – filed June 18, 2021]

        a.      Declaration of Salvatore J. Cocchiaro in Support of Cyprus Historical Excess Insurers' Reply to the Response [Dkt. 3687] of the Future Claimants' Representative and the Official Committee of Tort Claimants to Cyprus Historical Excess Insurers' Joinder to Certain Insurers' Motion for Protective Order and Reply to the

FCR's and TCC's Opposition to the Certain Insurers' Motion [Dkt. 3637] and Joinder to the Certain Insurers' Reply in Support of a Protective Order [Docket No. 3714 – filed June 18, 2021]

x. **Cyprus Historical Excess Insurers' Motion for Leave to File Their Reply to the Response [Dkt. 3687] of the Future Claimants' Representative and the Official Committee of Tort Claimants to Cyprus Historical Excess Insurers' Joinder to Certain Insurers' Motion for Protective Order and Reply to The FCR's and TCC's Opposition to the Certain Insurers' Motion [Dkt. 3637] and Joinder to the Certain Insurers' Reply in Support of A Protective Order [Dkt. 3692] [Docket No. 3718 – filed June 20, 2021]**

Status:  The hearing on this matter is going forward.

2. Motion of Holders of Talc Personal Injury Claims Represented By Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery of the Plan Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting With Respect to Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3425 – filed April 17, 2021]

Objection / Response Deadline:       June 10, 2021 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Debtors' Objection to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery of the Plan Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting With Respect to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3640 – filed June 11, 2021]

Related Documents:

i. Motion to Shorten Notice and Schedule Expedited Hearing with Respect to Motion of Holders of Talc Personal Injury Claims Represented By Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery of the Plan Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting With Respect to Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3426 – filed April 17, 2021]

ii. Ad Hoc Committee of Talc Litigation Claimants' Joinder to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery of the Plan

3

Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting with Respect to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3444 – filed April 20, 2021]

iii.     Order Granting Motion to Shorten Notice and Schedule Expedited Hearing With Respect to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery of the Plan Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting With Respect to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3457 – filed April 21, 2021]

iv.     Notice of Hearing on Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery of the Plan Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting With Respect to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3460 – filed April 21, 2021]

v.     Debtors' Status Report Regarding Pending Discovery Disputes and Confirmation Schedule [Docket No. 3476 – filed April 26, 2021]

vi.     Notice of Continuance of Hearing Scheduled for May 3, 2021 at 2:00 p.m. (ET) [Docket No. 3487 – filed April 29, 2021]

vii.     Certain Insurers' Joinder in Request for Relief Sought in Arnold & Itkin's Motion for Further Discovery re Solicitation and Voting on Debtors' Ninth Amended Plan [Docket No. 3491 – filed April 29, 2021]

viii.     Cyprus Historical Excess Insurers' Joinder to the Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery Relating to Solicitation and Voting With Respect to the Ninth Amended Joint Chapter 11 Plan, [D.I. 3425], Motion to Extend Discovery, and Objection to Debtors' Motion to Quash Discovery [D.I. 3459] [Docket No. 3502 – filed May 1, 2021]

ix.     Joinder by AWKO Claimants to Motion of Holders of Talc Personal Injury Claims Represented By Arnold & Itkin LLP to Extend Deadlines for Voting-Related Discovery [Docket No. 3527 – filed May 7, 2021]

x.     Ad Hoc Committee of Talc Litigation Claimants' Withdrawal of Joinder to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery

4

of the Plan Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting with Respect to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3563 – filed May 18, 2021]

xi.    Amended Notice of Hearing on Motion of Holders of Talc Personal Injury Claims Represented By Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery of the Plan Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting With Respect to Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3603 – filed June 2, 2021]

xii.    Letter to the Honorable Laurie Selber Silverstein regarding Discovery Filed by Johnson & Johnson, Johnson & Johnson Consumer Inc. [Docket No. 3629 – filed June 9, 2021]

xiii.    Reply in Support of Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery of the Plan Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting With Respect to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3648 – filed June 14, 2021]

(a)    Joinder of Cyprus Historical Excess Insurers to Reply in Support of Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Extend Discovery Deadlines and Permit Discovery of the Plan Proponents, Prime Clerk and Certain Third Parties Relating to the Solicitation and Voting With Respect to the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code (Dkt. 3648) [Docket No. 3707 – filed June 18, 2021]

xiv.    Letter to the Honorable Laurie Selber Silverstein in Response to the June 9, 2021 Letter filed by Johnson & Johnson and Johnson & Johnson Consumer Inc. filed by Williams Hart Boundas Easterby, LLP [Docket No. 3650 – filed June 14, 2021]

xv.    Letter to the Honorable Laurie Selber Silverstein in Response to the June 9, 2021 Letter filed by Johnson & Johnson and Johnson & Johnson Consumer Inc. filed by Imerys Talc America, Inc. [Docket No. 3651 – filed June 14, 2021]

RLF1 25511238v.1

xvi.    Letter to the Honorable Laurie S. Silverstein in Response to June 9, 2021 Letter Filed by Johnson & Johnson and Johnson & Johnson Consumer Inc. filed by Imerys S.A. [Docket No. 3652 – filed June 14, 2021]

xvii.    Letter to the Honorable Laurie Selber Silverstein in Response to June 9, 2021 Letter Filed by Johnson & Johnson and Johnson & Johnson Consumer Inc. filed by Official Committee of Tort Claimants [Docket No. 3659 – filed June 14, 2021]

xviii.    Letter to the Honorable Laurie S. Silverstein in Response to June 9, 2021 Letter Filed by Johnson & Johnson and Johnson & Johnson Consumer Inc. filed by Levy Konigsberg LLP [Docket No. 3672 – filed June 14, 2021]

Witnesses:  Holders of Talc Personal Injury Claims Represented By Arnold & Itkin LLP may offer the testimony by declaration, proffer and/or live video testimony of Jason A. Itkin, Partner of the law firm of Arnold & Itkin LLP.

Status:  The hearing on this matter is going forward.

3.    Debtors' Motion to Quash or for a Protective Order in Connection with (I) J&J's Subpoena to Prime Clerk LLC for Production of Documents, Dated March 26, 2021, (II) J&J's Subpoena to Prime Clerk LLC for Production of Documents, Dated April 13, 2021, and (III) the Cyprus Historical Excess Insurers' Subpoena to Prime Clerk LLC for Production of Documents, Dated April 16, 2021 [Docket No. 3459 – filed April 21, 2021]

Objection / Response Deadline:        June 10, 2021 at 4:00 p.m. (ET)

Objections / Responses Received:

A.    Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Opposition to the Debtors' Motion to Quash or for a Protective Order in Connection with J&J's Subpoenas to Prime Clerk LLC [Docket No. 3634 – filed June 10, 2021]

i.    Declaration of Jared R. Friedmann in Support of Johnson & Johnson's and Johnson & Johnson Consumer Inc.'s Opposition to the Debtor's Motion to Quash or for a Protective Order in Connection with J&J's Subpoenas to Prime Clerk LLC [Docket No. 3635 – filed June 10, 2021]

B.    Objection of the Cyprus Historical Excess Insurers to Debtors' Motion to Quash or for a Protective Order in Connection with (I) J&J's Subpoena to Prime Clerk LLC for Production of Documents Dated March 26, 2021, (II) J&J's Subpoena to Prime Clerk LLC for Production of Documents Dated April 13, 2021, and (III) the Cyprus Historical Excess Insurers'

6

Subpoena to Prime Clerk LLC for Production of Documents Dated April 16, 2021 [D.I. 3459] [Docket No. 3636 – filed June 10, 2021]

C.    Century Insurers' Objection to Debtors' Motion to Quash Subpoenas to Prime Clerk [Docket No. 3677 – filed June 15, 2021]

Related Documents:

i.    Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Notice of Subpoena to Prime Clerk LLC [Docket No. 3248 – filed March 26, 2021]

(a)    Johnson & Johnson and Johnson & Johnson Consumer Inc.'s Notice of Subpoena to Prime Clerk [Docket No. 3378 – filed April 13, 2021]

ii.    Notice of Subpoena to Produce Documents Pursuant to Federal Rules of Civil Procedure 34 and 45 [Docket No. 3445 – filed April 20, 2021]

iii.    Notice of Motion and Hearing [Docket No. 3604 – filed June 2, 2021]

iv.    Debtors' Omnibus Reply in Further Support of Its Motion to Quash [Docket No. 3674 – filed June 14, 2021]

v.    Declaration of Matthew S. Salerno in Support of Debtors' Omnibus Reply in Further Support of Its Motion to Quash [Docket No. 3675 – filed June 14, 2021]

vi.    Prime Clerk's Joinder to (A) the Debtors' Motion to Quash or for a Protective Order in Connection with (I) J&J's Subpoena to Prime Clerk LLC for Production of Documents Dated March 26, 2021, (II) J&J's Subpoena to Prime Clerk LLC for Production of Documents Dated April 13, 2021, and (III) the Cyprus Historical Excess Insurers' Subpoena to Prime Clerk LLC for Production of Documents Dated April 16, 2021 and (B) the Debtors' Omnibus Reply in Support of Its Motion to Quash [Docket No. 3676 – filed June 14, 2021]

Status:  The hearing on this matter is going forward.

4.    Debtors' Motion for Entry of Order (I) Approving Notice Procedures, (II) Authorizing Acquisitions, and (III) Granting Related Relief [Docket No. 3561 – filed May 14, 2021]

Objection / Response Deadline:        May 28, 2021 at 4:00 p.m. (ET)[3]

---

[3]    The objection deadline has been extended for Aylstock, Witkin, Kreis & Overholtz, PLLC, Johnson & Johnson and Johnson & Johnson Consumer Inc.; TIG Insurance Company, as successor by merger to International Insurance Company, International Surplus Lines Insurance Company, Mt. McKinley Insurance Company (formerly known as Gibraltar Insurance Company), Fairmont Premier Insurance Company (formerly known as Transamerica Premier Insurance Company), Everest

Objections / Responses Received:

A.      Limited Objection and Reservation of Rights of Arnold & Itkin LLP to Debtors' Motion for Entry of Order (I) Approving Notice Procedures, (II) Authorizing Acquisitions, and (III) Granting Related Relief [Docket No. 3593 – filed May 28, 2021]

B.      Johnson & Johnson's Objection to Debtors' Motion for Entry of Order (I) Approving Notice Procedures, (II) Authorizing Acquisitions and (III) Granting Related Relief (FILED UNDER SEAL) [Docket No. 3644 – filed June 14, 2021]

      i.      **Notice of Filing of the Unsealed Version of Johnson & Johnson's Objection to Debtors' Motion for Entry of Order (I) Approving Notice Procedures, (II) Authorizing Acquisitions and (III) Granting Related Relief [Docket No. 3724 – filed June 21, 2021]**

C.      Objection of Aylstock, Witkin, Kreis & Overholtz, PLLC to Debtors' Motion for Entry of Order (I) Approving Notice Procedures, (II) Authorizing Acquisitions, and (III) Granting Related Relief [Docket No. 3645 – filed June 14, 2021]

      i.      Joinder of Arnold & Itkin LLP to Objection of Aylstock, Witkin, Kreis & Overholtz, PLLC to Debtors' Motion for Entry of Order (I) Approving Notice Procedures, (II) Authorizing Acquisitions, and (III) Granting Related Relief [Docket No. 3682 – filed June 15, 2021]

---

Reinsurance Company (formerly known as Prudential Reinsurance Company), and The North River Insurance Company; American Insurance Company; Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies; First State Insurance Company and Hartford Accident & Indemnity Company; Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company) and The Travelers Indemnity Company; Providence Washington Mutual Insurance Company, as successor in interest to Seaton Insurance Company, successor in interest to Unigard Mutual Insurance Company; Employers Mutual Casualty Company; and Cyprus Historical Excess Insurers, defined as Columbia Casualty Company, Continental Casualty Company, the Continental Insurance Company, as successor to CNA Casualty of California and as successor in interest to certain insurance policies issued by Harbor Insurance Company, Lamorak Insurance Company (formerly known as OneBeacon America Insurance Company), as successor to Employers' Surplus Lines Insurance Company, Stonewall Insurance Company (now known as Berkshire Hathaway Specialty Insurance Company), and National Union Fire Insurance Company of Pittsburgh PA, to the extent that they issued policies to Cyprus Mines Corporation prior to 1981; and Century Indemnity Company, Federal Insurance Company and Central National Insurance Company of Omaha to June 14, 2021 at 3:00 p.m. (ET); and extended for the Office of the United States Trustee (the "U.S. Trustee") to June 14, 2021 at 4:00 p.m. (ET

D.      Certain Insurers' Objection to Debtors' Motion for Entry of an Order Authorizing Business Acquisitions (FILED UNDER SEAL) [Docket No. 3647 – filed June 14, 2021]

        i.      Joinder of Certain Underwriters at Lloyd's, London and Certain London Market Insurers to Certain Insurers' Objection to Debtors' Motion for Entry of an Order Authorizing Business Acquisitions [Docket No. 3655 – filed June 14, 2021]

E.      Objection and Reservation of Rights of the U.S. Trustee to Debtors' Motion for Entry of Order (I) Approving Notice Procedures, (II) Authorizing Acquisitions and (III) Granting Related Relief [Docket No. 3654 – filed June 14, 2201]

F.      Informal comments from the U.S. Trustee

Related Documents:

i.      Joinder of the Future Claimants' Representative to Debtors' Motion for Entry of an Order (I) Approving Notice Procedures, (II) Authorizing Acquisitions, and (III) Granting Related Relief [Docket No. 3700 – filed June 17, 2021]

ii.      Debtors' Omnibus Reply in Support of Motion for Entry of Order (I) Approving Notice Procedures, (II) Authorizing Acquisitions and (III) Granting Related Relief [Docket No. 3715 –filed June 18, 2021]

iii.      Debtors' Motion for Leave to File Debtors' Omnibus Reply in Support of Motion for Entry of Order (I) Approving Notice Procedures, (II) Authorizing Acquisitions and (III) Granting Related Relief [Docket No. 3716 –filed June 18, 2021]

iv.      **Joinder of the Official Committee of Tort Claimants to Debtors' Filings in Connection with the Debtors' Motion for Entry of Order (I) Approving Notice Procedures; (II) Authorizing Acquisitions and (III) Granting Related Relief [Docket No. 3719 – filed June 21, 2021]**

v.      **Notice of Revised Order (I) Approving Notice Procedures, (II) Authorizing Acquisitions, and (III) Granting Related Relief [Docket No. 3726 – filed June 21, 2021]**

Witnesses:  The Debtors may offer the testimony by declaration, proffer and/or live video testimony of Eric Danner, Chief Restructuring Officer, President, and Treasurer of Imerys Talc America, Inc., Imerys Talc Vermont, Inc., and Imerys Talc Canada Inc.

Status:  The hearing on this matter is going forward.

9

5.      Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made Without Complying with Bankruptcy Rule 3018, and the Required Showing of Cause in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3624 – filed June 8, 2021]

Objection / Response Deadline:         June 15, 2021 at 4:00 p.m. (ET)

Objections / Responses Received:

A.      Debtors' Objection to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made Without Complying with Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3686 – filed June 15, 2021]

        i.      Joinder of the Bevan Claimants to Objections to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made Without Complying with Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3689 – filed June 16, 2021]

        ii.     Joinder of Imerys S.A. to Debtors' Objection to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made Without Complying with Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3690 – filed June 16, 2021]

        iii.    Joinder of the Future Claimants' Representative to the Debtors' Objection to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made without Complying with Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3701 – filed June 17, 2021]

iv.   **Joinder of the Official Committee of Tort Claimants to Debtors' Objection to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made without Complying with Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3720 – filed June 21, 2021]**

B.   Williams Hart Plaintiffs' Objection to Motion of Holders of Talc Personal Injury Claims Represented By Arnold & Itkin LLP to Disregard Certain Vote Changes Made Without Complying with Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Doc. 3624] [Docket No. 3688 – filed June 15, 2021]

Related Documents:

i.   Joinder of Johnson & Johnson and Johnson & Johnson Consumer Inc. to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made without Complying with Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3653 – filed June 14, 2021]

ii.   Joinder of Cyprus Excess Insurers to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made Without Complying with Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection With the Voting on the Ninth Amended Joint Chapter 11 Plan Of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code (Dkt. 3624) [Docket No. 3679 – filed June 15, 2021]

iii.   Declaration of Counsel [Docket No. 3684 – filed June 15, 2021]

iv.   Joinder of Aylstock, Witkin, Kreis & Overholtz, PLLC to Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made without Complying with Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3685 – filed June 15, 2021]

     v.     Reply in Support of Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made without Complying with Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection With The Voting on the Ninth Amended Joint Chapter 11 Plan Of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 3695 – filed June 17, 2021]

          (a)     Joinder of Cyprus Historical Excess Insurers to Reply in Support of Motion of Holders of Talc Personal Injury Claims Represented by Arnold & Itkin LLP to Disregard Certain Vote Changes Made Without Complying with Bankruptcy Rule 3018, and the Required Showing of Cause, in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code (D.I. 3695) [Docket No. 3708 – filed June 18, 2021]

Status:  The hearing on this matter is going forward.

6.     Letter to the Honorable Laurie Selber Silverstein regarding Discovery Filed by Johnson & Johnson, Johnson & Johnson Consumer Inc. [Docket No. 3629 – filed June 9, 2021] [4]

Responses:

     i.     Letter to the Honorable Laurie Selber Silverstein in Response to the June 9, 2021 Letter filed by Johnson & Johnson and Johnson & Johnson Consumer Inc. filed by Williams Hart Boundas Easterby, LLP [Docket No. 3650 – filed June 14, 2021]

     ii.     Letter to the Honorable Laurie Selber Silverstein in Response to the June 9, 2021 Letter filed by Johnson & Johnson and Johnson & Johnson Consumer Inc. filed by Imerys Talc America, Inc. [Docket No. 3651 – filed June 14, 2021]

     iii.     Letter to the Honorable Laurie S. Silverstein in Response to June 9, 2021 Letter Filed by Johnson & Johnson and Johnson & Johnson Consumer Inc. filed by Imerys S.A. [Docket No. 3652 – filed June 14, 2021]

     iv.     Letter to the Honorable Laurie Selber Silverstein in Response to June 9, 2021 Letter Filed by Johnson & Johnson and Johnson & Johnson Consumer Inc. filed by Official Committee of Tort Claimants [Docket No. 3659 – filed June 14, 2021]

---

[4]     This letter, and the responses identified below, are identical to the entries at items 2(xii) and 2(xiv)-(xviii) above.

v.      Letter to the Honorable Laurie S. Silverstein in Response to June 9, 2021 Letter Filed by Johnson & Johnson and Johnson & Johnson Consumer Inc. filed by Levy Konigsberg LLP [Docket No. 3672 – filed June 14, 2021]

Status:  The hearing on this matter is going forward.

## II.    <u>INTERIM FEE APPLICATIONS</u>:

7.      Interim Fee Applications

Objection / Responses Received:      (See Exhibit A)

Related Documents:      (Also, see Exhibit A)

i.      **Certification of Counsel Regarding Eighth Omnibus order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 3722 – filed June 21, 2021]**

Status:  **On June 21, 2021, the Debtors submitted a proposed omnibus order under certification of counsel, reflecting agreements between certain professionals and the Fee Examiner regarding the interim fee applications listed on <u>Exhibit A</u> attached hereto.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.**

## III.    <u>FINAL FEE APPLICATION</u>:

8.      Final Fee Application

Objection / Responses Received:      (See Exhibit B)

Related Documents:      (Also, see Exhibit B)

i.      **Certification of Counsel Regarding Order Approving First and Final Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Allowance (and Final Approval) of Compensation for Services Rendered for the Period of November 7, 2019 through February 17, 2021 [Docket No. 3723 – filed June 21, 2021]**

Status:  **On June 21, 2021, the Debtors submitted a proposed form of order under certification of counsel, reflecting agreements between the professional and the Fee Examiner regarding the final fee application listed on <u>Exhibit B</u> attached hereto.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.**

Dated: June 21, 2021
Wilmington, Delaware

/s/  Amanda R. Steele

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
         merchant@rlf.com
         steele@rlf.com
         haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
         kim.posin@lw.com
         helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*