IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | ) ) ) | Case No. 19-10289 (LSS) |
| Debtors. | ) ) ) | Jointly Administered |

NOTICE OF DEPOSITION UPON ORAL EXAMINATION OF
<u>CHRISTOPHER M. PLACITELLA</u>

**TO:** Christopher M. Placitella, Esq., Cohen, Placitella & Roth, P.C., 127 Maple Ave., Red Bank, NJ 07701

**PLEASE TAKE NOTICE THAT**, Arnold & Itkin LLP ("<u>A&I</u>"), by its attorneys, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable herein by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, served a subpoena on July 2, 2021 to take the deposition upon oral examination of Christopher M. Placitella in connection with (A) A&I's motion to disregard certain vote changes made without complying with Bankruptcy Rule 3018 (*see* Docket No. 3695) ("<u>A&I's Rule 3018 Motion</u>"), (B) that certain *Motion of Bevan Claimants to Affirm Certain Changes in Connection With the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America , Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code Pursuant to Bankruptcy Rule 3018*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

("Bevan's Rule 3018 Motion" and together with A&I's Rule 3018 Motion, the "Motions"), and (C) any other matters relating to the solicitation and voting in connection with the Plan.[2]

The deposition will take place on **August 10, 2021 at 10:00 a.m. (Eastern Time)** or such other time as may be agreed to by the parties. The deposition will be taken under oath before a notary public or other person authorized by law to administer oaths. The deposition will be conducted be remote video conference, and may be videotaped.

**PLEASE TAKE FURTHER NOTICE** that:

1. The deposition will be conducted remotely, using audio-visual conference technology;

2. The court reporter will report the deposition from a location separate from the witness and will administer the oath to the witness remotely;

3. Counsel for the parties and their clients will be participating from various, separate locations;

4. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6. All exhibits will be provided simultaneously and electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded electronically and visually; and

9. Counsel for all parties will be required to stipulate on the record:

   a. Their consent to this manner of deposition; and

   b. Their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on this manner of remote deposition taking.

---

[2] *Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code*, Case No. 19-10289 (LSS) filed January 27, 2021 [D.I. 2854] and any subsequent amended or modified plan filed by any or all of the Debtors, the TCC or the FCR (the "Plan").

A&I reserves the right to utilize instant visual display technology such that the court reporter's transcription of the proceeding will be displayed simultaneously to any laptop, iPad, tablet or other type of display device connected to the court reporter.

Dated: July 22, 2021                                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Debra I. Grassgreen (CA Bar No. 169978)
John A. Morris (NY Bar No. 2405397)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:    ljones@pszjlaw.com
          dgrassgreen@pszjlaw.com
          jmorris@pszjlaw.com
          pkeane@pszjlaw.com

*Special Bankruptcy Counsel to Arnold & Itkin LLP*

-and-

ARNOLD & ITKIN LLP
Jason A. Itkin
6009 Memorial Drive
Houston, TX 77007
Main: 713.222.3800
Fax: 713.222.3850
Email: jitkin@arnolditkin.com

*Counsel to the Movants*