IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------- x

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 28, 2021 AT 2:00 P.M. (ET)

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by July 28, 2021 at 9:00 a.m. COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItdu6trjMtGg3y-qd1nUm3hz4tv9emrHE**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

I. **CONTINUED MATTER:**

1. Motion of Bevan Claimants to Affirm Certain Vote Changes in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code Pursuant to Bankruptcy Rule 3018 [Docket No. 3744 – filed June 25, 2021]

   Objection / Response Deadline:   July 12, 2021 at 4:00 p.m. (ET); extended to August 6, 2021 at 4:00 p.m. (ET)

   Objections / Responses Received:   None.

   Related Documents:   None.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

Status:  The hearing on this matter has been continued to the omnibus hearing scheduled for August 24, 2021 at 10:00 a.m. (ET).

## II. MATTERS GOING FORWARD:

2. The Official Committee of Tort Claimants' Motion for a Protective Order [Docket No. 3821 – filed July 14, 2021]

    Objection / Response Deadline:     July 21, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A. Cyprus Historical Excess Insurers' Objection to the TCC's Motion for a Protective Order [Dkt. 3821] [Docket No. 3853 – filed July 21, 2021]

        (i). Declaration of Janine Panchok-Berry in Support of the Cyprus Historical Excess Insurers' Objection to the TCC's Motion for a Protective Order, Dkt. 3821 [Docket No. 3854 – filed July 21, 2021]

    Related Documents:

    i. Amended Notice of Oral Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(1) [Docket No. 3745 – filed June 25, 2021]

    Status:  The hearing on this matter is going forward.

3. Letter from The Honorable Judge Laurie Selber Silverstein [Docket No. 3861 – entered July 23, 2021]

    Related Documents:

    i. Letter to the Honorable Laurie Selber Silverstein [Docket No. 3267 – filed March 29, 2021]

        (a) Notice of Filing Exhibit Referred to in Letter [Docket No. 3297 – filed April 2, 2021]

    ii. Letter to the Honorable Laurie Selber Silverstein [Docket No. 3268 – filed March 29, 2021]

    iii. Letter to the Honorable Laurie Selber Silverstein Filed by Johnson & Johnson, Johnson & Johnson Consumer Inc. [Docket No. 3318 – filed April 6, 2021]

    Status:  At the direction of the Court, the hearing on this matter is going forward.

| | |
|---|---|
| Dated: July 26, 2021<br>Wilmington, Delaware | /s/  *Amanda R. Steele*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Brett M. Haywood (No. 6166)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>E-mail:  collins@rlf.com<br>          merchant@rlf.com<br>          steele@rlf.com<br>          haywood@rlf.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br><br>Jeffrey E. Bjork (admitted *pro hac vice*)<br>Kimberly A. Posin (admitted *pro hac vice*)<br>Helena G. Tseregounis (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560<br>Telephone:  (213) 485-1234<br>Facsimile:  (213) 891-8763<br>E-mail:  jeff.bjork@lw.com<br>          kim.posin@lw.com<br>          helena.tseregounis@lw.com<br><br>- and -<br><br>Richard A. Levy (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br>E-mail:  richard.levy@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |