UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| --- | : | |
| | : | |
| IMERYS TALC AMERICA, INC., and IMERYS TALC VERMONT, INC., | : | Adv. Pro. No. 21-51006 (LSS) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC., | : | |
| | : | |
| Defendants. | : | |

---

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 29, 2021 AT 4:00 P.M. (ET)

> **This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.**
> **Please register by July 29, 2021 at 11:00 a.m. (ET)**
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> **Please use the following link to register for this hearing:**
> **https://debuscourts.zoomgov.com/meeting/register/vJItdeqpqzMpGAyO7BKYIhXvNcwdvulOpw8**
>
> **After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

I.  **MATTERS GOING FORWARD:**

1. Motion of the Official Committee of Tort Claimants to Intervene in an Adversary Proceeding [Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 2 – filed July 27, 2021]

   Objections / Responses Received:    None.

   Related Documents:

   i.  Complaint [Docket No. 3873/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 1 – filed July 27, 2021]

   ii. Motion to Shorten the Official Committee of Tort Claimants' Motion to Intervene in an Adversary Proceeding [Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 3 – filed July 27, 2021]

   iii. Motion to Shorten the Future Claimants' Representative's Motion to Intervene in an Adversary Proceeding and Joinder in the Motion of the Official Committee of Tort Claimants to Shorten [Docket No. 3875/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 9 – filed July 28, 2021]

   Status:  A hearing regarding this matter will go forward consistent with the Court's direction on the record at the hearing held on July 28, 2021.

2. Motion of the Official Committee of Tort Claimants and the Future Claimants' Representative for Temporary Restraining Order and Preliminary Injunction [Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 4 – filed July 27, 2021]

   Objections / Responses Received:    None.

   Related Documents:

   i.  Complaint [Docket No. 3873/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 1 – filed July 27, 2021]

   ii. Memorandum of Law in Support of the Official Committee of Tort Claimants' and the Future Claimants' Representative's Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 5 – filed July 27, 2021]

   iii. Declaration of Mark A. Fink in Support of Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 6 – filed July 27, 2021]

   Status:  A hearing regarding this matter will go forward consistent with the Court's direction on the record at the hearing held on July 28, 2021.

3. The Future Claimants' Representative's Motion to Intervene in an Adversary Proceeding and Joinder in the Motion of the Official Committee of Tort Claimants to Intervene In An Adversary Proceeding [Docket No. 3874/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 8 – filed July 27, 2021]

Objections / Responses Received:    None.

Related Documents:

i. Complaint [Docket No. 3873/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 1 – filed July 27, 2021]

ii. Motion to Shorten the Future Claimants' Representative's Motion to Intervene in an Adversary Proceeding and Joinder in the Motion of the Official Committee of Tort Claimants to Shorten [Docket No. 3875/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 9 – filed July 28, 2021]

Status:  A hearing regarding this matter will go forward consistent with the Court's direction on the record at the hearing held on July 28, 2021.

Dated: July 28, 2021
      Wilmington, Delaware

/s/  Amanda R. Steele

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
        merchant@rlf.com
        steele@rlf.com
        haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
        kim.posin@lw.com
        helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*