**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*, | Case No. 19-10289 (LSS) |
| Debtors. | Jointly Administered |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 6th day of August 2021, a copy of **RiverStone Insurers' Responses and Objections to the FCR's Second Set of Interrogatories Related to the Ninth Amended Joint Chapter 11 Plan of Reorganization** was served upon the following persons indicated below in the manner indicated below:

**VIA EMAIL:**
(Future Claimants Representative, by and through his attorneys of record):
Robert S. Brady, Esq.
Edwin J. Harron, Esq.
Kevin A. Guerke, Esq.
Sharon M. Zieg, Esq.
YOUNG CONAWAY STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
rbrady@ycst.com
eharron@ycst.com
kguerke@ycst.com
szieg@ycst.com

(Official Committee of Tort Claimants, by and through its attorneys of record):
Kami E. Quinn, Esq.
Heather Frazier, Esq.
GILBERT LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
quinnk@gilbertlegal.com
frazierh@gilbertlegal.com

Dated: August 6, 2021

**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1105 North Market Street, Suite 1500
Wilmington, Delaware  19801
Phone: (302) 504-7823
mphillips@mmwr.com

-and-

George R. Calhoun (admitted *pro hac vice*)
**IFRAH PLLC**
1717 Pennsylvania Avenue, N.W., Suite 650
Washington, D.C.  20006
Phone: (202) 525-4147
george@ifrahlaw.com

*Attorneys for TIG Insurance Company, as successor by merger to International Insurance Company, International Surplus Lines Insurance Company, Mt. McKinley Insurance Company (formerly known as Gibraltar Insurance Company), Fairmont Premier Insurance Company (formerly known as Transamerica Premier Insurance Company), Everest Reinsurance Company (formerly known as Prudential Reinsurance Company), and The North River Insurance Company*