UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| IMERYS TALC AMERICA, INC., and IMERYS TALC VERMONT, INC., | : | Adv. Pro. No. 21-51006 (LSS) |
| Plaintiffs, | : | |
| v. | : | |
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC., | : | |
| Defendants. | : | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 24, 2021 AT 10:00 A.M. (ET)**

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.
Please register by August 24, 2021 at 8:00 a.m. (ET)**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing**

**https://debuscourts.zoomgov.com/meeting/register/vJIsce6hrDsoE15OEqoNgzd_K1wv7qJIgHg**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

RLF1 25652560v.5

I. **CONTINUED MATTER:**

1. Motion of Bevan Claimants to Affirm Certain Vote Changes in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code Pursuant to Bankruptcy Rule 3018 [Docket No. 3744 – filed June 25, 2021]

    Objection / Response Deadline:   July 12, 2021 at 4:00 p.m. (ET); extended to August 26, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:   None.

    Related Documents:   None.

    Status:  The hearing on this matter has been continued to the omnibus hearing scheduled for September 20, 2021 at 10:00 a.m. (ET).

II. **UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION:**

2. Motion of Aylstock, Witkin, Kreis & Overholtz, PLLC to File Bankruptcy Rule 2019 Statement Under Seal [Docket No. 3843 – filed July 16, 2021]

    Objection / Response Deadline:   August 17, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:   None.

    Related Documents:

    i. Verified Statement of Aylstock, Witkin, Kreis & Overholtz, PLLC Pursuant to Bankruptcy Rule 2019 (FILED UNDER SEAL) [Docket No. 3811 – filed July 13, 2021]

    ii. Notice of Filing of the Proposed Redacted Version of Bankruptcy Rule 2019 Statement of Aylstock, Witkin, Kreis & Overholtz, PLLC [Docket No. 3842 – filed July 16, 2021]

    iii. Certificate of No Objection Re Motion of Aylstock, Witkin, Kreis & Overholtz, PLLC to File Bankruptcy Rule 2019 Statement Under Seal [Docket No. 3938 – filed August 18, 2021]

    Status:  On August 18, 2021, Aylstock, Witkin, Kreis & Overholtz, PLLC filed a certificate of no objection regarding this matter.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

**III.    UNCONTESTED MATTER WITH CERTIFICATION OF COUNSEL:**

3. Debtors' Objection to Proof of Claim No. 442 Filed by Thomas Neil Fulton [Docket No. 3808 – filed July 13, 2021]

    Objection / Response Deadline:    July 27, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

    i.   Appendix to Debtors' Objection to Proof of Claim No. 442 Filed by Thomas Neil Fulton [Docket No. 3809 – filed July 13, 2021]

    ii.  Proof of Claim No. 442

    iii. Certification of Counsel Regarding Order Sustaining Debtors' Objection to Proof of Claim No. 442 Filed by Thomas Neil Fulton [Docket No. 3940 - filed August 20, 2021]

    Status:  On August 20, 2021, the Debtors submitted a proposed form of order under certification of counsel. Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.

**IV.    UNCONTESTED MATTER GOING FORWARD:**

4. Motion of Debtors for Entry of an Order Authorizing the Debtors to (A) Close the Adequate Assurance Account Established By the Utilities Order and (B) Utilize All Funds in the Adequate Assurance Account in the Ordinary Course [Docket No. 3903 – filed August 6, 2021]

    Objection / Response Deadline:    August 17, 2021 at 4:00 p.m. (ET); extended to August 20, 2021 for the Office of the United States Trustee (the "U.S. Trustee")

    Objections / Responses Received:

    A.   Informal Comments from the U.S. Trustee

    Related Documents:    None.

    Status:  The hearing on this matter will go forward. The Debtors have resolved the informal comments of the U.S. Trustee. The Debtors intend to file a revised proposed form of order under certification of counsel prior to the hearing.

V.  **CONTESTED MATTER GOING FORWARD:**

5. Debtors' Motion for Entry of Order Authorizing Debtors to Pursue and Effectuate Purchase of Properties Located in Lyndonville, Vermont and Johnson, Vermont [Docket No. 3881 – filed July 29, 2021]

   <u>Objection / Response Deadline</u>:   August 17, 2021 at 4:00 p.m. (ET)

   <u>Objections / Responses Received</u>:

   A. Objection of Arnold & Itkin LLP to Debtors' Motion for Entry of Order Authorizing Debtors to Pursue and Effectuate Purchase of Properties Located in Lyndonville, Vermont and Johnson, Vermont filed by Imerys Talc America, Inc. [Docket No. 3927 – filed August 16, 2021]

   B. Certain Insurers' Objection to Debtors' Motion for Entry of an Order Authorizing Debtors' Purchase of Vermont Properties (FILED UNDER SEAL) [Docket No. 3929 – filed August 17, 2021]

   C. Certain Insurers' Objection to Debtors' Motion for Entry of an Order Authorizing Debtors' Purchase of Vermont Properties (REDACTED) [Docket No. 3931 – filed August 17, 2021]

   D. Joinder by AWKO Claimants to Objections to Debtors' Motion for Entry of Order Authorizing Purchase of Vermont Properties [Docket No. 3933 – filed August 18, 2021]

   E. Joinder of Certain Underwriters at Lloyd's, London and Certain London Market Insurers to Certain Insurers' Objection to Debtors' Motion for Entry of Order Authorizing Debtors' Purchase of Vermont Properties [Docket No. 3935 – filed August 18, 2021]

   F. Certain Insurers' Objection to Debtors' Motion for Entry of an Order Authorizing Debtors' Purchase of Vermont Properties [Docket No. 3937 – filed August 18, 2021]

   G. Informal Comments from the U.S. Trustee

   <u>Related Documents</u>:

   i. Joinder of the Future Claimants' Representative to Debtors' Motion for Entry of Order Authorizing Debtors to Pursue and Effectuate Purchase of Properties Located in Lyndonville, Vermont and Johnson, Vermont [Docket No. 3893 – filed August 3, 2021]

   ii. Joinder of the Official Committee of Tort Claimants to Debtors' Motion for Entry of Order Authorizing Debtors to Pursue and Effectuate Purchase

    of Properties Located in Lyndonville, Vermont and Johnson, Vermont [Docket No. 3906 – filed August 6, 2021]

  iii. Notice of Filing of Purchase Agreements [Docket No. 3924 – filed August 12, 2021]

  iv. Motion to Seal or Redact Certain Insurers' Objection to Debtors' Motion for Entry of an Order Authorizing Debtors' Purchase of Vermont Properties [Docket No. 3932 – filed August 17, 2021]

  v. Exhibit B to Declaration of Objection (FILED UNDER SEAL) [Docket No. 3934 – filed August 18, 2021]

  <u>Witnesses</u>: The Debtors may offer the testimony by declaration, proffer and/or live video testimony of Eric Danner, Chief Restructuring Officer, President, and Treasurer of Imerys Talc America, Inc., Imerys Talc Vermont, Inc., and Imerys Talc Canada Inc.

  <u>Status</u>:  The hearing on this matter is going forward.

## VI.  <u>ADVERSARY MATTERS GOING FORWARD</u>:

6. Motion of the Official Committee of Tort Claimants to Intervene in an Adversary Proceeding [Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 2 – filed July 27, 2021]

  <u>Objection / Response Deadline</u>: August 12, 2021 at 4:00 p.m. (ET)

  <u>Objections / Responses Received</u>:

  A. Johnson & Johnson's Partial Opposition to the Official Committee of Tort Claimants' and Future Claim Representative's Motions to Intervene in an Adversary Proceeding [Adv. Docket No. 28 – filed August 12, 2021]

  <u>Related Documents</u>:

  i. Complaint [Docket No. 3873/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 1 – filed July 27, 2021]

  ii. Motion to Shorten the Official Committee of Tort Claimants' Motion to Intervene in an Adversary Proceeding [Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 3 – filed July 27, 2021]

  iii. Motion to Shorten the Future Claimants' Representative's Motion to Intervene in an Adversary Proceeding and Joinder in the Motion of the Official Committee of Tort Claimants to Shorten [Docket No. 3875/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 9 – filed July 28, 2021]

  iv.  Notice of Hearing [Adv. Docket No. 14 – filed August 2, 2021]

  v.  Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 15 – filed August 3, 2021]

  vi.  Joint Reply in Support of Motions of Each of the Official Committee of Tort Claimants and the Future Claimants' Representative to Intervene in an Adversary Proceeding [Adv. Docket No. 34 – filed August 20, 2021]

 Status: The hearing on this matter is going forward.

7. Motion of the Official Committee of Tort Claimants and the Future Claimants' Representative for Temporary Restraining Order and Preliminary Injunction [Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 4 – filed July 28, 2021]

 Objection / Response Deadline:  August 12, 2021 at 4:00 p.m. (ET)

 Objections / Responses Received:

  A.  Defendants' Objection to Motion of Official Committee of Tort Claimants And Future Claimants Representatives for Preliminary Injunction (FILED UNDER SEAL) [Adv. Docket No. 29 – filed August 12, 2021]

  B.  Declaration of Theodore E. Tsekerides in Support of Defendants' Objection to Motion of Official Committee of Tort Claimants and Future Claimants Representatives for Preliminary Injunction (FILED UNDER SEAL) [Adv. Docket No. 30 – filed August 12, 2021]

  C.  Notice of Filing and Certification of Counsel Regarding the Proposed Redacted Versions of (I) the Defendants' Objection to Motion of Official Committee of Tort Claimants and Future Claimants' Representative for Preliminary Injunction and (II) the Declaration of Theodore E. Tsekerides in Support of the Same [Adv. Docket No. 33 – filed August 17, 2021]

 Related Documents:

  i.  Complaint [Docket No. 3873/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 1 – filed July 27, 2021]

  ii.  Memorandum of Law in Support of the Official Committee of Tort Claimants' and the Future Claimants' Representative's Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 5 – filed July 28, 2021]

  iii.  Declaration of Mark A. Fink in Support of Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 6 – filed July 28, 2021]

iv. Notice of Hearing [Adv. Docket No. 14 – filed August 2, 2021]

v. Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 15 – filed August 3, 2021]

vi. Motion for Leave to Conduct Expedited Discovery, and for Discovery Schedule on Motion for Preliminary Injunction [Adv. Docket No. 17 – filed August 4, 2021]

vii. Motion to Shorten Motion for Leave to Conduct Expedited Discovery and for Discovery Schedule on Motion for Preliminary Injunction [Adv. Docket No. 18 – filed August 4, 2021]

viii. Johnson & Johnson's and Johnson & Johnson Consumer Inc.'s Objection to the Proposed Intervenors' Motion to Shorten Motion for Leave to Conduct Expedited Discovery and for Discovery Schedule on Motion for Preliminary Injunction [Adv. Docket No. 21 – filed August 6, 2021]

ix. Amended Exhibit B to Motion for Leave to Conduct Expedited Discovery, and for Discovery Schedule on Motion for Preliminary Injunction [Adv. Docket No. 24 – filed August 9, 2021]

x. Johnson & Johnson's Motion for an Order to Maintain Under Seal Certain Information Designated as Confidential or Highly Confidential that is Disclosed in the Defendants' Objection to Motion of Official Committee of Tort Claimants and Future Claimants' Representative for Preliminary Injunction and Attached to the Declaration of Theodore E. Tsekerides in Support of the Same [Adv. Docket No. 32 – filed August 12, 2021]

xi. Reply Memorandum of Law in Support of the Official Committee of Tort Claimants' and the Future Claimants' Representative's Motion for Preliminary Injunction [Adv. Docket No. 35 – filed August 19, 2021]

Status:  The hearing on this matter is going forward.

8. The Future Claimants' Representative's Motion to Intervene in an Adversary Proceeding and Joinder in the Motion of the Official Committee of Tort Claimants to Intervene in an Adversary Proceeding [Docket No. 3874/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 8 – filed July 27, 2021]

Objection / Response Deadline:    August 12, 2021 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Johnson & Johnson's Partial Opposition to the Official Committee of Tort Claimants' and Future Claim Representative's Motions to Intervene in an Adversary Proceeding [Adv. Docket No. 28 – filed August 12, 2021]

Related Documents:

    i.    Complaint [Docket No. 3873/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 1 – filed July 27, 2021]

    ii.    Motion to Shorten the Future Claimants' Representative's Motion to Intervene in an Adversary Proceeding and Joinder in the Motion of the Official Committee of Tort Claimants to Shorten [Docket No. 3875/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 9 – filed July 28, 2021]

    iii.    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 15 – filed August 3, 2021]

    iv.    Notice of Hearing [Adv. Docket No. 16 – filed August 4, 2021]

    v.    Joint Reply in Support of Motions of Each of the Official Committee of Tort Claimants and the Future Claimants' Representative to Intervene in an Adversary Proceeding [Adv. Docket No. 34 – filed August 20, 2021]

Status: The hearing on this matter is going forward.

9. Johnson & Johnson's Motion for an Order to Maintain Under Seal Certain Information Designated as Confidential or Highly Confidential that is Disclosed in the Defendants' Objection to Motion of Official Committee of Tort Claimants and Future Claimants' Representative for Preliminary Injunction and Attached to the Declaration of Theodore E. Tsekerides in Support of the Same [Adv. Docket No. 32 – filed August 12, 2021]

    Objection / Response Deadline:    At the hearing.

    Objections / Responses Received:    None.

    Related Documents:

    i.    Defendants' Objection to Motion of Official Committee of Tort Claimants And Future Claimants Representatives for Preliminary Injunction (FILED UNDER SEAL) [Adv. Docket No. 29 – filed August 12, 2021]

    ii.    Declaration of Theodore E. Tsekerides in Support of Defendants' Objection to Motion of Official Committee of Tort Claimants And Future Claimants Representatives for Preliminary Injunction (FILED UNDER SEAL) [Adv. Docket No. 30 – filed August 12, 2021]

    iii.    Notice of Filing and Certification of Counsel Regarding the Proposed Redacted Versions of (I) the Defendants' Objection to Motion of Official Committee of Tort Claimants and Future Claimants' Representative for Preliminary Injunction and (II) the Declaration of Theodore E. Tsekerides in Support of the Same [Adv. Docket No. 33 – filed August 17, 2021]

Status:  The hearing on this matter is going forward.

Dated: August 20, 2021  
       Wilmington, Delaware

/s/  Amanda R. Steele

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Amanda R. Steele (No. 5530)  
Brett M. Haywood (No. 6166)  
One Rodney Square  
920 North King Street  
Wilmington, DE  19801  
Telephone:  (302) 651-7700  
Facsimile:  (302) 651-7701  
E-mail:  collins@rlf.com  
         merchant@rlf.com  
         steele@rlf.com  
         haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)  
Kimberly A. Posin (admitted *pro hac vice*)  
Helena G. Tseregounis (admitted *pro hac vice*)  
355 South Grand Avenue, Suite 100  
Los Angeles, California 90071-1560  
Telephone:  (213) 485-1234  
Facsimile:  (213) 891-8763  
E-mail:  jeff.bjork@lw.com  
         kim.posin@lw.com  
         helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)  
330 North Wabash Avenue, Suite 2800  
Chicago, Illinois 60611  
Telephone:  (312) 876-7700  
Facsimile:  (312) 993-9767  
E-mail:  richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*