# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ———————————————————————— | : | |
| | x | Adv. Pro. No. 21-51006 (LSS) |
| IMERYS TALC AMERICA, INC., and IMERYS TALC VERMONT, INC., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSON & JOHNSON and JOHNSON & JOHNSON CONSUMER INC., | : | |
| | : | |
| Defendants. | : | |
| ———————————————————————— | x | |

## NOTICE OF HEARING SCHEDULED FOR
## THURSDAY, AUGUST 26, 2021 AT 4:30 P.M. (ET)

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.**
**Please register by August 26, 2021 at 2:00 p.m. (ET)**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing**

**https://debuscourts.zoomgov.com/meeting/register/vJIscOuopj8sGbDLQg_alf8ZU2AG_ED5Wsk**

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

RLF1 25889541v.1

**PLEASE TAKE NOTICE** that the Honorable Laurie Selber Silverstein will deliver a bench ruling on **Thursday, August 26, 2021 at 4:30 p.m. (ET)** (the "**Hearing**") with respect to the issues pending before the Court relating to the (i) *Motion of the Official Committee of Tort Claimants to Intervene in a Adversary Proceeding* [Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 2], (ii) *Motion of the Official Committee of Tort Claimants and the Future Claimants' Representative for Temporary Restraining Order and Preliminary Injunction* [Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 4] and (iii) *The Future Claimants' Representative's Motion to Intervene in an Adversary Proceeding and Joinder in the Motion of the Official Committee of Tort Claimants to Intervene in an Adversary Proceeding* [Docket No. 3874/Adv. Case No. 21-51006 (LSS) – Adv. Docket No. 8].

**PLEASE TAKE FURTHER NOTICE** that, at the direction of the Court, the remote Hearing will be conducted entirely over zoom and, as part of the Court's protocol, all participants are required to register **no later than Thursday, August 26, 2021 at 2:00 p.m. (ET)**.

| | |
|---|---|
| Dated: August 26, 2021<br>Wilmington, Delaware | /s/   *Amanda R. Steele*<br><br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Brett M. Haywood (No. 6166)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>E-mail:  collins@rlf.com<br>            merchant@rlf.com<br>            steele@rlf.com<br>            haywood@rlf.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br><br>Jeffrey E. Bjork (admitted *pro hac vice*)<br>Kimberly A. Posin (admitted *pro hac vice*)<br>Helena G. Tseregounis (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071-1560<br>Telephone:  (213) 485-1234<br>Facsimile:  (213) 891-8763<br>E-mail:  jeff.bjork@lw.com<br>            kim.posin@lw.com<br>            helena.tseregounis@lw.com<br><br>- and -<br><br>Richard A. Levy (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br>E-mail:  richard.levy@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |