# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | ) Case No. 19-10289 (LSS) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) **Ref. Docket Nos. 3996, 4001** |
|  | ) |
|  | ) **Hearing Date: Sept. 20, 2021 at 10:00 a.m. (ET)** |
|  | ) **Objection Deadline: At the hearing**[2] |

**NOTICE OF PROPOSED REDACTED VERSION OF OBJECTION OF HOLDERS OF TALC PERSONAL INJURY CLAIMS REPRESENTED BY ARNOLD & ITKIN LLP TO MOTION OF BEVAN CLAIMANTS TO AFFIRM CERTAIN VOTE CHANGES IN CONNECTION WITH THE VOTING ON THE NINTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF IMERYS TALC AMERICA, INC. AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that September 3, 2021, Arnold & Itkin LLP, on behalf of more than seven thousand holders of Talc Personal Injury Claims (the "Movants"), filed the [SEALED] *Objection of Holders of Talc Personal Injury Claims Represented By Arnold & Itkin LLP to Motion of Bevan Claimants to Affirm Certain Vote Changes in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 Of the Bankruptcy Code* [Docket No. 3996] (the "Objection") and the *Motion to Seal Objection of Holders of Talc Personal Injury Claims Represented By Arnold & Itkin LLP to Motion of Bevan Claimants to Affirm Certain Vote Changes in Connection with the Voting on the Ninth Amended Joint Chapter 11 Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] Pursuant to Local Rule 9018-1(d)(viii).

*Bankruptcy Code* [Docket No. 4001] (the "Seal Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  A copy of the Objection and Seal Motion were previously served upon you.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 9018-1(d)(ii), attached hereto as **Exhibit A** is the proposed redacted version of the Objection including the agreed redacted exhibits thereto, following a meet and confer among the parties on September 9, 2021.

| | |
|---|---|
| Dated: September 14, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | Debra I. Grassgreen (CA Bar No. 169978) |
| | John A. Morris (NY Bar No. 2405397) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email:    ljones@pszjlaw.com |
| | dgrassgreen@pszjlaw.com |
| | jmorris@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | |
| | *Special Bankruptcy Counsel to Arnold & Itkin LLP* |
| | |
| | -and- |
| | |
| | ARNOLD & ITKIN LLP |
| | Jason A. Itkin |
| | 6009 Memorial Drive |
| | Houston, TX 77007 |
| | Main: 713.222.3800 |
| | Fax: 713.222.3850 |
| | Email: jitkin@arnolditkin.com |
| | |
| | *Counsel to the Movants* |