# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | ) ) ) | Case No. 19-10289 (LSS) |
| Debtors. | ) ) | Jointly Administered |

## NOTICE OF DEPOSITION OF SCOTT E. HARRINGTON

**PLEASE TAKE NOTICE THAT**, Arnold & Itkin LLP ("A&I"), by its attorneys, pursuant to Rule 30 of the Federal Rules of Civil Procedure, made applicable herein by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, will take the deposition upon oral examination of Scott E. Harrington in connection with the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that the deposition will take place on **October 13, 2021, at 10:00 am (Eastern Time)**, and thereafter as necessary until completed, by remote video teleconferencing service, or at such other time or manner as may be agreed to by the parties. The deposition will be taken under oath before a notary public or other person authorized by law to administer oaths. The deposition will be recorded by stenographic, audiographic and videotaped means via remote video conferencing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

**PLEASE TAKE FURTHER NOTICE** that:

1. The deposition will be conducted remotely, using audio-visual conference technology;

2. The court reporter will report the deposition from a location separate from the witness and will administer the oath to the witness remotely;

3. Counsel for the parties and their clients will be participating from various, separate locations;

4. The witness will be required to provide government-issued identification satisfactory to the court reporter, and this identification must be legible on camera;

5. Each participating attorney may be visible to all other participants, and their statements will be audible to all participants;

6. All exhibits will be provided simultaneously and electronically to the witness and all participants;

7. The court reporter will record the testimony;

8. The deposition may be recorded electronically and visually; and

9. Counsel for all parties will be required to stipulate on the record:

    a. Their consent to this manner of deposition; and

    b. Their waiver of any objection to this manner of taking the deposition, including any objection to the admissibility at trial of this testimony based on this manner of remote deposition taking.

A&I reserves the right to utilize instant visual display technology such that the court reporter's transcription of the proceeding will be displayed simultaneously to any laptop, iPad, tablet or other type of display device connected to the court reporter.

Dated: October 6, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Debra I. Grassgreen (CA Bar No. 169978)
John A. Morris (NY Bar No. 2405397)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email:  ljones@pszjlaw.com
  dgrassgreen@pszjlaw.com
  jmorris@pszjlaw.com
  pkeane@pszjlaw.com

*Special Bankruptcy Counsel to Arnold & Itkin LLP*

-and-

ARNOLD & ITKIN LLP
Jason A. Itkin
6009 Memorial Drive
Houston, TX 77007
Main: 713.222.3800
Fax: 713.222.3850
Email: jitkin@arnolditkin.com

*Counsel to the Objectors*