**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
IMERYS TALC AMERICA, INC., *et al.*,[1]                      :   Case No. 19-10289 (LSS)
                                                             :
        Debtors.    :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 12, 2021 AT 1:30 P.M. (ET)**

> **This remote hearing will be conducted entirely over Zoom and requires
> all participants to register in advance.
> Please register by October 12, 2021 at 8:00 a.m.**
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.
> Please use the following link to register for this hearing:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItceirqzwrEmdcjMLkgJv01IrAwiZ9Riw**
>
> **After registering your appearance by Zoom, you will receive a confirmation email
> containing information about joining the hearing.**

**I.    CONTESTED MATTERS:**

    1.    Debtors' Tenth Omnibus Substantive Objection to Proofs of Claim Filed by Various Insurers [Docket No. 3951 – filed August 20, 2021]

        Objection / Response Deadline:    September 3, 2021 at 4:00 p.m. (ET); extended to September 17, 2021 at 4:00 p.m. (ET); extended to September 21, 2021 at 4:00 p.m. (ET) for Allstate Insurance Company, Century Indemnity Company,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] **Amended agenda items appear in bold.**


      Federal Insurance Company and Central National Insurance Company of Omaha (the "**Century Insurers**"), Travelers Casualty and Surety Company and The Travelers Indemnity Company (collectively, "**Travelers**"), Continental Casualty Company, Columbia Casualty Company and The Continental Insurance Company; extended to September 28, 2021 at 4:00 p.m. (ET) for the Cyprus Historical Excess Insurers

Objections / Responses Received:

A. Continental Casualty Company, Columbia Casualty Company, and The Continental Insurance Company's Response to Debtors' Tenth Omnibus Substantive Objection to Proofs of Claim Filed by Various Insurers [Docket No. 4125 – filed September 21, 2021]

B. Travelers' Response to Debtors' Tenth Omnibus Substantive Objection to Proofs of Claim Filed by Various Insurers [Docket No. 4126 – filed September 21, 2021]

C. Century Insurers' Response to Debtors' Tenth Omnibus Substantive Objection to Proofs of Claim Filed by Various Insurers [Docket No. 4127 – filed September 21, 2021]

D. Allstate Insurance Company's Joinder to Responses to Debtors' Tenth Omnibus Substantive Objection to Proofs of Claim Filed by Various Insurers [Docket No. 4128 – filed September 21, 2021]

E. Cyprus Historical Excess Insurers' Response to Debtors' Tenth Omnibus Substantive Objection to Proofs of Claim Filed by Various Insurers [Docket No. 4168 – filed September 28, 2021]

Related Documents:

i. Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Tenth Omnibus Substantive Objection to Proofs of Claim Filed by Various Insurers [Docket No. 3993 – filed September 3, 2021]

ii. Order Granting Motion to Extend Time to Respond to Claim Objection [Docket No. 4111 – entered September 17, 2021]

iii. Cyprus Historical Excess Insurers' Motion to Defer Considering the Debtors' POC Objection to Allow Time for Discovery Pursuant to Fed. R. Civ. P. 56(d) [Docket No. 4165 – filed September 28, 2021]

    iv.    Declaration of Salvatore J. Cocchiaro in Support of the Cyprus Historical Excess Insurers' Response to Debtors' Tenth Omnibus Substantive Objection to Proofs of Claim Filed by Various Insurers [Docket No. 4169 – filed September 29, 2021]

    v.    Certification of Counsel Regarding Order Sustaining Debtors' Tenth Omnibus Substantive Objection to Proofs of Claim Filed by Various Insurers [Docket No. 4206 – filed October 7, 2021]

    vi.    **Debtors' Omnibus Reply in Support of Tenth Omnibus Substantive Objection to Proofs of Claim Filed by Various Insurers [Docket No. 4208 – filed October 7, 2021]**

    vii.    **Debtors' Motion for Leave to File Debtors' Omnibus Reply in Support of Debtors' Tenth Omnibus Substantive Objection to Proofs of Claim Filed by Various Insurers [Docket No. 4209 – filed October 7, 2021]**

    <u>Witness</u>:    The Debtors may offer the testimony by declaration, proffer and/or live video testimony of Eric Danner, Chief Restructuring Officer, President, and Treasurer of Imerys Talc America, Inc., Imerys Talc Vermont, Inc., and Imerys Talc Canada Inc.

    <u>Status</u>: On October 7, 2021, the Debtors filed a revised proposed form of order under certification of counsel with respect to the claims of the Insurers who did not respond to the objection. The hearing on the objection will go forward with respect to the remaining Insurers' claims.

2.    Cyprus Historical Excess Insurers' Motion to Defer Considering the Debtors' POC Objection to Allow Time for Discovery Pursuant to Fed. R. Civ. P. 56(d) [Docket No. 4165 – filed September 28, 2021]

    <u>Objection / Response Deadline</u>:    October 5, 2021 at 4:00 p.m. (ET)

    <u>Objections / Responses Received</u>:

    A.    Debtors' Response to the Cyprus Historical Excess Insurers' Motion to Defer Considering the Debtors' POC Objection to Allow Time for Discovery Pursuant to Fed. R. Civ. P. 56(d) [Docket No. 4194 – filed October 5, 2021]

Related Documents:

i. Memorandum of Law in Support of Cyprus Historical Excess Insurers' Motion for Relief Pursuant to Fed. R. Civ. P. 56(d) [Docket No. 4167 – filed September 28, 2021]

Status: The hearing on this matter is going forward.

| | |
|---|---|
| Dated: October 7, 2021<br>Wilmington, Delaware | /s/ Amanda R. Steele |

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
             merchant@rlf.com
             steele@rlf.com
             haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
             kim.posin@lw.com
             helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
E-mail: richard.levy@lw.com

*Counsel for Debtors and Debtors-in-Possession*