IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IMERYS TALC AMERICA, INC., *et al.*, | ) | Case No. 19-10289 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Dkt. No. 3624** |

### ORDER GRANTING IN PART AND DENYING IN PART MOTION OF HOLDERS OF TALC PERSONAL INJURY CLAIMS REPRESENTED BY ARNOLD & ITKIN LP TO DISREGARD CERTAIN VOTE CHANGES MADE WITHOUT COMPLYING WITH BANKRUPTCY RULE 3018, AND THE REQUIRED SHOWING OF CAUSE IN CONNECTION WITH THE VOTING ON THE NINTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF IMERYS TALC AMERICA, INC. AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

For the reasons set forth in the Opinion dated October 13, 2021 (Dkt. No. 4239),

**IT IS HEREBY ORDERED** that:

(i) the Motion to Disregard is **GRANTED** as to Trammel Inc.; and

(ii) the Motion to Disregard is **DENIED** as moot as to Bevan & Associates LPA Inc. and Williams Hart Boundas Easterby LLP.

Dated: October 14, 2021

Laurie Selber Silverstein
United States Bankruptcy Judge