IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| IMERYS TALC AMERICA, INC., *et al.*, | ) | Case No. 19-10289 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Dkt. No. 3744, 4245 |

<u>REVISED</u>
<u>ORDER DENYING MOTION OF BEVAN CLAIMANTS TO AFFIRM
CERTAIN VOTE CHANGES IN CONNECTION WITH THE VOTING ON THE
NINTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION
OF IMERYS TALC AMERICA, INC. AND ITS DEBTOR
AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>

For the reasons set forth in the Opinion dated October 13, 2021 (Dkt. No. 4239),

**IT IS HEREBY ORDERED** that the *Bevan & Associates Rule 3018 Motion* is **DENIED,** and

**IT IS HEREBY FURTHER ORDERED** that the Master Ballot filed by Bevan & Associates will not be counted as a vote in favor of or against the Plan.

Dated: October 15, 2021

Laurie Selber Silverstein
United States Bankruptcy Judge