**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------- x
In re:                                                   :    Chapter 11
                                                         :
IMERYS TALC AMERICA, INC., *et al.*,[1]                  :    Case No. 19-10289 (LSS)
                                                         :
       Debtors.                                          :    (Jointly Administered)
                                                         :
                                                         :
                                                         :
-------------------------------------------------------- x

                              and

-------------------------------------------------------- x
In re:                                                   :    Chapter 11
                                                         :
CYPRUS MINES CORPORATION,[2]                             :    Case No. 21-10398 (LSS)
                                                         :
       Debtor.                                           :
                                                         :
                                                         :
                                                         :
-------------------------------------------------------- x

*SECOND AMENDED*[3] **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 15, 2021 AT 10:00 A.M. (ET)[4]**

---

[1]    The Imerys Debtors, along with the last four digits of each Imerys Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Imerys Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2]    The last four digits of the Cyprus Debtor's taxpayer identification number are 0890. The Cyprus Debtor's address is 333 North Central Avenue, Phoenix, AZ 85004.

[3]    **Amended items appear in bold.**

[4]    The Court will hold a joint hearing with respect to the chapter 11 cases of Imerys Talc America, Inc. *et al.*, Case No. 19-10289 (LSS) ("Imerys") and Cyprus Mines Corporation, Case No. 21-10398 (LSS) ("Cyprus"). The agenda includes matters related solely to the Imerys cases and those matters to be addressed at the joint hearing related to both the Imerys and Cyprus cases.

**This remote hearing will be conducted entirely over Zoom and requires
all participants to register in advance.
Please register by November 15, 2021 at 8:00 a.m.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.
Please use the following link to register for this hearing:**

**https://debuscourts.zoomgov.com/meeting/register/vJItde-tqTovGz45Enyy9XUJloGeEHQzra0**

**After registering your appearance by Zoom, you will receive a confirmation email
containing information about joining the hearing.**

## MATTERS WITH RESPECT TO IMERYS TALC AMERICA, INC. *ET AL*., CASE NO. 19-10289 (LSS):

**I.     MATTER FILED UNDER CERTIFICATION:**

1.  Debtors' Eleventh Omnibus (Substantive) Objection to a Certain No Liability Claim [Docket No. 4267 – filed October 15, 2021]

    Objection / Response Deadline:        October 29, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:    None

    Related Documents:

    i.      Notice of Submission of Copies of Proofs of Claim Regarding Debtors' Eleventh Omnibus (Substantive) Objection to a Certain No Liability Claim [Docket No. 4311 – filed November 1, 2021]

    ii.     Certificate of No Objection Regarding Debtors' Eleventh Omnibus (Substantive) Objection to a Certain No Liability Claim [Docket No. 4312 – filed November 1, 2021]

    iii.    **Order Sustaining Debtors' Eleventh Omnibus (Substantive) Objection to a Certain No Liability Claim [Docket No. 4351 – entered November 12, 2021]**

    Status:  **On November 12, 2021, the Court entered an order granting the relief requested. Accordingly, a hearing with respect to this matter is not required.**

**II.    MATTER GOING FORWARD:**

2.  Motion of Withdrawal of Appearance as Counsel and Request for Removal from Electronic and Paper Noticing Matrix [Docket No. 4285 – filed October 22, 2021]

<u>Objection / Response Deadline</u>:        November 5, 2021 at 4:00 p.m. (ET)

<u>Objections / Responses Received</u>:    None at this time

<u>Related Documents</u>:

i.      Notice of Motion of Withdrawal of Appearance as Counsel and Request for Removal from Electronic and Paper Noticing Matrix [Docket No. 4286 – filed October 22, 2021]

ii.     Notice of Motion of Withdrawal of Appearance as Counsel and Request for Removal from Electronic and Paper Noticing Matrix [Docket No. 4293 – filed October 26, 2021]

<u>Status</u>: The hearing on this matter is going forward.

## III.    <u>CONTESTED MATTER:</u>

3.      Debtors' Motion for Entry of an Order (I) Appointing Mediator, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief [Docket No. 4291 – filed October 26, 2021]

<u>Objection / Response Deadline</u>:        November 8, 2021 at 4:00 p.m. (ET); extended to November 10, 2021 at 4:00 p.m. (ET) for the Cyprus Historical Excess Insurers (subject to permission from the Court)

<u>Objections / Responses Received</u>:

A.      Century Insurers' Limited Objection to Motions by the Imerys Debtors, Cyprus Mines, and the Cyprus FCR for Entry of Orders (I) Appointing Mediator, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief [Imerys Docket No. 4328 – filed November 5, 2021/Cyprus Docket No. 613; filed November 5, 2021]

B.      Johnson & Johnson and LTL Management LLC's Omnibus Limited Objection to the Motions Referring Certain Matters to Mediation [Imerys Docket No. 4331 – filed November 8, 2021/Cyprus Docket No. 617; filed November 8, 2021]

<u>Related Documents</u>:

3

i.    Imerys Debtors' and Cyprus Debtor's Joint Omnibus Response to Motions Seeking Appointment of Mediator and Referral of Certain Matters to Mediation [Imerys Docket No. 4332 – filed November 8, 2021/Cyprus Docket No. 618; filed November 8, 2021]

ii.   Joinder of the Cyprus Official Committee of Tort Claimants and the Cyprus Future Claimants' Representative to Imerys Debtors' and Cyprus Debtor's Joint Omnibus Response to Motions Seeking Appointment of Mediator and Referral of Certain Matters to Mediation [Imerys Docket No. 4333 – filed November 8, 2021/Cyprus Docket No. 619; filed November 8, 2021]

iii.  Joinder of the Imerys Future Claimants' Representative to Imerys Debtors' and Cyprus Debtor's Joint Omnibus Response to Motions Seeking Appointment of Mediator and Referral of Certain Matters to Mediation [Imerys Docket No. 4339 – filed November 10, 2021/Cyprus Docket No. 625; filed November 10, 2021]

iv.   Reply of Cyprus Mines Corporation to Johnson & Johnson and LTL Management LLC's Omnibus Limited Objection to the Motions Referring Certain Matters to Mediation [Imerys Docket No. 4340 – filed November 10, 2021/Cyprus Docket No. 626; filed November 10, 2021]

v.    Debtors' Reply in Support of Motion for Entry of an Order (I) Appointing Mediator, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief [Imerys Docket No. 4341 – filed November 10, 2021]

vi.   **Century Insurers' (I) Response to Imerys Debtors' and Cyprus Mines Joint Omnibus Response and (II) Response to J&J Limited Objection [Cyprus Docket No. 633; filed November 12, 2021]**

Status:  **The Imerys Debtors have resolved the limited objection of the Century Insurers**.  The hearing on this matter is going forward.

**MATTERS WITH RESPECT TO IMERYS TALC AMERICA, INC. *ET AL.*, CASE NO. 19-10289 (LSS) AND CYPRUS MINES CORPORATION, CASE NO. 21-10398 (LSS):**

IV.   **CONTESTED MATTERS:**

4.    Moving Insurers' Motion for Entry of an Order (I) Appointing a Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Imerys Docket No. 4290 – filed October 25, 2021/Cyprus Docket No. 603; filed November 1, 2021]

      Objection / Response Deadline:      November 5, 2021 at 4:00 p.m. (ET)

      Objections / Responses Received:

4

A.  Johnson & Johnson and LTL Management LLC's Omnibus Limited Objection to the Motions Referring Certain Matters to Mediation [Imerys Docket No. 4331 – filed November 8, 2021/Cyprus Docket No. 617; filed November 8, 2021] *(see agenda item #3B)*

B.  Imerys Debtors' and Cyprus Debtor's Joint Omnibus Response to Motions Seeking Appointment of Mediator and Referral of Certain Matters to Mediation [Imerys Docket No. 4332; filed November 8, 2021/Cyprus Docket No. 618; filed November 8, 2021] *(see agenda item #3i)*

C.  Joinder of the Cyprus Official Committee of Tort Claimants and the Cyprus Future Claimants' Representative to Imerys Debtors' and Cyprus Debtor's Joint Omnibus Response to Motions Seeking Appointment of Mediator and Referral of Certain Matters to Mediation [Imerys Docket No. 4333; filed November 8, 2021/Cyprus Docket No. 619; filed November 8, 2021] *(see agenda item #3ii)*

D.  Joinder of the Imerys Future Claimants' Representative to Imerys Debtors' and Cyprus Debtor's Joint Omnibus Response to Motions Seeking Appointment of Mediator and Referral of Certain Matters to Mediation [Imerys Docket No. 4339 – filed November 10, 2021/Cyprus Docket No. 625; filed November 10, 2021] *(see agenda item #3iii)*

Related Documents:

i.  Notice of Moving Insurers' Motion for Entry of an Order (I) Appointing a Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Imerys Docket No. 4294 – filed October 26, 2021/Cyprus Docket No. 604; filed November 1, 2021]

ii.  Joinder of TIG Insurance Company to Insurers' Motions for Entry of an Order (I) Appointing a Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Imerys Docket No. 4315 – filed November 2, 2021/Cyprus Docket No. 609; filed November 2, 2021]

iii.  Joinder of Certain Underwriters at Lloyd's London and Certain London Market Insurance Companies to Moving Insurers Motion for Entry of an Order (I) Appointing a Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Imerys Docket No. 4337 – filed November 10, 2021]

iv.  Reply of Cyprus Mines Corporation to Johnson & Johnson and LTL Management LLC's Omnibus Limited Objection to the Motions Referring Certain Matters to Mediation [Imerys Docket No. 4340 – filed November 10, 2021/Cyprus Docket No. 626; filed November 10, 2021] *(see agenda item #3iv)*

    v.      Debtors' Reply in Support of Motion for Entry of an Order (I) Appointing Mediator, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief [Imerys Docket No. 4341 – filed November 10, 2021] *(see agenda item #3v)*

    vi.     **Joinder of Travelers to Insurers' Motion for Entry of an Order (I) Appointing a Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Imerys Docket No. 4350 – filed November 12, 2021/Cyprus Docket No. 638; filed November 12, 2021]**

Status: The hearing on this matter is going forward.

5.     Century Insurers' Motion for Entry of an Order Mandating Mediation [Imerys Docket No. 4292 – filed October 26, 2021/Cyprus Docket No. 595; filed October 27, 2021]

    Objection / Response Deadline:      November 8, 2021 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.     Johnson & Johnson and LTL Management LLC's Omnibus Limited Objection to the Motions Referring Certain Matters to Mediation [Imerys Docket No. 4331 – filed November 8, 2021/Cyprus Docket No. 617; filed November 8, 2021] *(see agenda item #3B)*

    B.     Imerys Debtors' and Cyprus Debtor's Joint Omnibus Response to Motions Seeking Appointment of Mediator and Referral of Certain Matters to Mediation [Imerys Docket No. 4332; filed November 8, 2021/Cyprus Docket No. 618; filed November 8, 2021] *(see agenda item #3i)*

    C.     Joinder of the Cyprus Official Committee of Tort Claimants and the Cyprus Future Claimants' Representative to Imerys Debtors' and Cyprus Debtor's Joint Omnibus Response to Motions Seeking Appointment of Mediator and Referral of Certain Matters to Mediation [Imerys Docket No. 4333; filed November 8, 2021/Cyprus Docket No. 619; filed November 8, 2021] *(see agenda item #3ii)*

    D.     Joinder of the Imerys Future Claimants' Representative to Imerys Debtors' and Cyprus Debtor's Joint Omnibus Response to Motions Seeking Appointment of Mediator and Referral of Certain Matters to Mediation [Imerys Docket No. 4339 – filed November 10, 2021/Cyprus Docket No. 625; filed November 10, 2021] *(see agenda item #3iii)*

6

Related Documents:

i.  Reply of Cyprus Mines Corporation to Johnson & Johnson and LTL Management LLC's Omnibus Limited Objection to the Motions Referring Certain Matters to Mediation [Imerys Docket No. 4340 – filed November 10, 2021/Cyprus Docket No. 626; filed November 10, 2021] *(see agenda item #3iv)*

ii. Debtors' Reply in Support of Motion for Entry of an Order (I) Appointing Mediator, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief [Imerys Docket No. 4341 – filed November 10, 2021] *(see agenda item #3v)*

iii. **Century Insurers' (I) Response to Imerys Debtors' and Cyprus Mines Joint Omnibus Response and (II) Response to J&J Limited Objection [Cyprus Docket No. 633; filed November 12, 2021]** *(see agenda item 3vi)*

Status: The hearing on this matter is going forward.

6.  Joint Motion of the Cyprus Debtor and the Cyprus Future Claimants' Representative for Entry of an Order (I) Appointing Mediator, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief [Imerys Docket No. 4295 – filed October 27, 2021/Cyprus Docket No. 593; filed October 27, 2021]

Objection / Response Deadline:    November 8, 2021 at 4:00 p.m. (ET); extended to November 10, 2021 at 4:00 p.m. (ET) for the Cyprus Historical Excess Insurers (subject to permission from the Court)

Objections / Responses Received:

A.  Century Insurers' Limited Objection to Motions by the Imerys Debtors, Cyprus Mines, and the Cyprus FCR for Entry of Orders (I) Appointing Mediator, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief [Imerys Docket No. 4328 – filed November 5, 2021/Cyprus Docket No. 613; filed November 5, 2021] *(see agenda item #3A)*

B.  Johnson & Johnson and LTL Management LLC's Omnibus Limited Objection to the Motions Referring Certain Matters to Mediation [Imerys Docket No. 4331 – filed November 8, 2021/Cyprus Docket No. 617; filed November 8, 2021] *(see agenda item #3B)*

Related Documents:

i.  Joinder of the Cyprus Official Committee of Tort Claimants to Joint Motion of the Cyprus Debtor and the Cyprus Future Claimants' Representative for Entry of an Order (I) Appointing Mediator, (II) Referring Certain Matters to

7

Mediation, and (III) Granting Related Relief [Imerys Docket No. 4313 – filed November 1, 2021/Cyprus Docket No. 605; filed November 1, 2021]

ii.     Imerys Debtors' and Cyprus Debtor's Joint Omnibus Response to Motions Seeking Appointment of Mediator and Referral of Certain Matters to Mediation [Imerys Docket No. 4332 – filed November 8, 2021/Cyprus Docket No. 618; filed November 8, 2021] *(see agenda item #3i)*

iii.    Joinder of the Cyprus Official Committee of Tort Claimants and the Cyprus Future Claimants' Representative to Imerys Debtors' and Cyprus Debtor's Joint Omnibus Response to Motions Seeking Appointment of Mediator and Referral of Certain Matters to Mediation [Imerys Docket No. 4333 – filed November 8, 2021/Cyprus Docket No. 619; filed November 8, 2021] *(see agenda item #3ii)*

iv.     Reply of Cyprus Mines Corporation to Johnson & Johnson and LTL Management LLC's Omnibus Limited Objection to the Motions Referring Certain Matters to Mediation [Imerys Docket No. 4340 – filed November 10, 2021/Cyprus Docket No. 626; filed November 10, 2021] *(see agenda item #3iv)*

v.      Debtors' Reply in Support of Motion for Entry of an Order (I) Appointing Mediator, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief [Imerys Docket No. 4341 – filed November 10, 2021] *(see agenda item #3v)*

vi.     **Century Insurers' (I) Response to Imerys Debtors' and Cyprus Mines Joint Omnibus Response and (II) Response to J&J Limited Objection [Cyprus Docket No. 633; filed November 12, 2021]** *(see agenda item 3vi)*

Status:  **The Cyprus Debtor and the Cyprus Future Claimants' Representative have resolved the limited objection of the Century Insurers.** The hearing on this matter is going forward.

8

Dated: November 12, 2021
      Wilmington, Delaware

*/s/  Amanda R. Steele*
**RICHARDS, LAYTON & FINGER, P.A**.

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
        merchant@rlf.com
        steele@rlf.com
        haywood@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Helena G. Tseregounis (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
E-mail:  jeff.bjork@lw.com
        kim.posin@lw.com
        helena.tseregounis@lw.com

- and -

Richard A. Levy (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
E-mail:  richard.levy@lw.com

*Counsel for Imerys Debtors and Debtors-in-Possession*

Dated: November 12, 2021
Wilmington, Delaware

*/s/  Jason D. Angelo*
**REED SMITH LLP**

Kurt F. Gwynne (No. 3951)
Jason D. Angelo (No. 6009)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail:  kgwynne@reedsmith.com
E-mail:  jangelo@reedsmith.com

- and -

Paul M. Singer (admitted *pro hac vice*)
Luke A. Sizemore (admitted *pro hac vice*)
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063
E-mail:  psinger@reedsmith.com
E-mail:  lsizemore@reedsmith.com

*Counsel to Cyprus Mines Corporation, as Debtor and Debtor-in-Possession*

9