IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
IMERYS TALC AMERICA, INC., *et al.*,[1]                      :   Case No. 19-10289 (LSS)
                                                             :
            Debtors.                                         :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 8, 2022 AT 10:00 A.M. (ET)**

> This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance.
> Please register by February 8, 2022 at 8:00 a.m.
>
> **COURTCALL WILL NOT BE USED FOR THIS HEARING.**
>
> Please use the following link to register for this hearing:
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsc-yrrzIiHyVfMbjgiBtBVirwlutSnls**
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

I.   **INTERIM FEE APPLICATIONS:**

    1.   Interim Fee Applications

        Objection / Responses Received:   (See Exhibit A)

        Related Documents:   (Also, see Exhibit A)

        Status:  The hearing on the tenth interim fee applications is going forward with respect to the professionals identified on Exhibit A hereto (the "Exhibit A

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

Professionals"). The hearing on the tenth interim fee applications as it relates to Richards, Layton & Finger, P.A. [Docket No. 4248], Neal, Gerber & Eisenberg LLP [Docket No. 4251], Latham & Watkins LLP [Docket No. 4252] and Gilbert LLP [Docket No. 4264] has been continued to the hearing scheduled for April 20, 2022 at 10:00 a.m. (ET). The Debtors anticipate submitting a proposed form of omnibus order under certification of counsel prior to the hearing, reflecting agreements between the Fee Examiner and the Exhibit A Professionals as to their tenth interim fee applications.

| | |
|---|---|
| Dated: February 4, 2022<br>Wilmington, Delaware | /s/  *Amanda R. Steele* |

        **RICHARDS, LAYTON & FINGER, P.A.**

        Mark D. Collins (No. 2981)
        Michael J. Merchant (No. 3854)
        Amanda R. Steele (No. 5530)
        Brett M. Haywood (No. 6166)
        One Rodney Square
        920 North King Street
        Wilmington, DE  19801
        Telephone:  (302) 651-7700
        Facsimile:  (302) 651-7701
        E-mail:  collins@rlf.com
                merchant@rlf.com
                steele@rlf.com
                haywood@rlf.com

        - and -

        **LATHAM & WATKINS LLP**

        Jeffrey E. Bjork (admitted *pro hac vice*)
        Kimberly A. Posin (admitted *pro hac vice*)
        Helena G. Tseregounis (admitted *pro hac vice*)
        355 South Grand Avenue, Suite 100
        Los Angeles, California 90071-1560
        Telephone:  (213) 485-1234
        Facsimile:  (213) 891-8763
        E-mail:  jeff.bjork@lw.com
                kim.posin@lw.com
                helena.tseregounis@lw.com

        - and -

        Richard A. Levy (admitted *pro hac vice*)
        330 North Wabash Avenue, Suite 2800
        Chicago, Illinois 60611
        Telephone:  (312) 876-7700
        Facsimile:  (312) 993-9767
        E-mail:  richard.levy@lw.com

        *Counsel for Debtors and Debtors-in-Possession*