# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtors. | (Jointly Administered) |
|  | Hearing Date: April 20, 2022 at 10:00 a.m. (ET) |
|  | Obj. Deadline: February 28, 20022 at 4:00 p.m. (ET) |
|  | Re: Docket No. 4612 |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on February 14, 2022, M. Jacob Renick, (the "**Fee Examiner**") filed in the above-captioned cases, the *Motion by Fee Examiner for Rate Increase Effective as of January 2, 2022* [Docket No. 4612] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **February 28, 2022 at 4:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable Laurie Selber Silverstein, Chief United States Bankruptcy Judge for the District of Delaware, at

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050) and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

RLF1 26853504v.1

the Court, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **April 20, 2022 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 15, 2022.

By: /s/ M. Jacob Renick
M. Jacob Renick, CPA, CIRA
1273 North Avenue, 6B-9
New Rochelle, NY 10804
(914) 813-0880
jrenick@mjrenick.com
Fee Examiner

2

RLF1 26853504v.1