IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------------- x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

--------------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned hereby certifies that the Court has provided the hearing date set forth on the proposed order, attached hereto, for the above-captioned chapter 11 cases.

WHEREFORE, the debtors and debtors-in-possession in the above-captioned cases request that the Court enter the proposed order, attached hereto, at its earliest convenience.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

RLF1 27592068v.1

Dated: July 7, 2022  
       Wilmington, Delaware

/s/ *Amanda R. Steele*

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)  
Michael J. Merchant (No. 3854)  
Amanda R. Steele (No. 5530)  
Sarah E. Silveira (No. 6580)  
One Rodney Square  
920 North King Street  
Wilmington, DE  19801  
Telephone:  (302) 651-7700  
Facsimile:  (302) 651-7701  
E-mail:  collins@rlf.com  
        merchant@rlf.com  
        steele@rlf.com  
        silveira@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)  
Kimberly A. Posin (admitted *pro hac vice*)  
Helena G. Tseregounis (admitted *pro hac vice*)  
355 South Grand Avenue, Suite 100  
Los Angeles, California 90071-1560  
Telephone:  (213) 485-1234  
Facsimile:  (213) 891-8763  
E-mail:  jeff.bjork@lw.com  
        kim.posin@lw.com  
        helena.tseregounis@lw.com

*Counsel for Debtors and Debtors-in-Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                          :    Chapter 11
                                                :
IMERYS TALC AMERICA, INC., *et al.*,            :    Case No. 19-10289 (LSS)
                                                :
                Debtors.                        :    (Jointly Administered)
                                                :
------------------------------------------------------------- x

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| October 12, 2022 at 10:00 a.m. (ET)<br>*(Interim Fee Hearing)* | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 2<br>Wilmington, Delaware 19801 |

RLF1 27592068v.1