# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CYPRUS MINES CORPORATION,[1] | : | Case No. 21-10398 (LSS) |
| Debtor. | : | **Re: Docket Nos. 1642, 1622, 1549, 1535, 1503, 1368, 1365, 1321, 1161, 1143, 1035, 1029, 963, 912, 897, 851, 833, 793, 673, 671, 664, 647, 618, 617, 609, 605, 603, 593** |

and

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[2] | : | Case No. 19-10289 (LSS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Re: Docket Nos. 5490, 5465, 5399, 5375, 5329, 5196, 5192, 5115, 4933, 4919, 4818, 4817, 4812, 4753, 4652, 4605, 4518, 4385, 4376, 4333, 4332, 4331, 4328, 4315, 4313, 4295, 4292, 4291, 4290** |

## CERTIFICATION OF COUNSEL REGARDING
## EXTENSION OF THE TERM OF MEDIATION

In accordance with this Court's *Order Approving Stipulation and Agreement Extending the Term of Mediation* [Cyprus D.I. 1642; Imerys D.I. 5490] (the "Extension Order"), the undersigned counsel to Cyprus Mines Corporation (the "Cyprus Debtor"), the debtor and debtor-in-possession in Case No. 21-10398 (LSS) (the "Cyprus Case"), hereby certifies as follows:

---

[1] The last four digits of the Cyprus Debtor's taxpayer identification number are 0890. The Cyprus Debtor's address is 333 North Central Avenue, Phoenix, AZ 85004.

[2] The Imerys Debtors, along with the last four digits of each Imerys Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Imerys Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

1.  On November 30, 2021, this Court entered the *Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief* in the Cyprus Case and in Case No. 19-10289 (LSS) (the "Imerys Cases") [Cyprus D.I. 673; Imerys D.I. 4385] (collectively, the "Mediation Orders").

2.  Paragraph 6 of the Mediation Orders provides that "[t]he term of the Mediation shall expire on February 28, 2022, which may be extended by further order of the Court." Cyprus D.I. 673, ¶ 6 at 4; Imerys D.I. 4385, ¶ 6 at 4.

3.  By further Order of this Court, the term of mediation has been extended on multiple occasions, most recently through March 31, 2023, by the Extension Order.

4.  The *Stipulation and Agreement Extending the Term of the Mediation*, approved by and attached as Exhibit A to the Extension Order, contemplated that, upon the filing of a notice by the Estate Mediation Parties[3] and Cyprus Amax Minerals Company ("CAMC") in the Cyprus Case and the Imerys Cases of an agreement among the Estate Mediation Parties, CAMC, and the mediator to extend the mediation to April 30, 2023, the term of mediation will extend automatically to April 30, 2023, without the need for a further Order of the Court.

5.  The undersigned counsel, on behalf of the Estate Mediation Parties and CAMC, hereby gives notice that the Estate Mediation Parties, CAMC, and the mediator have agreed to extend the term of Mediation to April 30, 2023.

---

[3] The "Estate Mediation Parties" are: (i) the Cyprus Debtor; (ii) the official tort claimants committee appointed in the Cyprus Case; (iii) the future claimants' representative appointed in the Cyprus Case; (iv) the Imerys Debtors; (v) the official tort claimants committee appointed in the Imerys Cases; and (vi) the future claimants' representative appointed in the Imerys Cases.

Dated: April 3, 2023
      Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Jason D. Angelo*
     Kurt F. Gwynne (No. 3951)
     Jason D. Angelo (No. 6009)
     1201 North Market Street, Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 778-7500
     Facsimile: (302) 778-7575
     E-mail: kgwynne@reedsmith.com
            jangelo@reedsmith.com

-and-

Paul M. Singer, Esq. (*pro hac vice*)
Luke A. Sizemore, Esq. (*pro hac vice*)
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
E-mail: psinger@reedsmith.com
       lsizemore@reedsmith.com

*Counsel to the Cyprus Debtor and Debtor-in-Possession*