**United States Bankruptcy Court**
**District of Delaware**

| | |
|---|---|
| In re: | **Case No. 19-10289 (LSS)** |
| **Imerys Talc America, Inc.,** *et al.* | Reporting Period: April 1, 2023 through April 30, 2023 |
| Debtors | |

**MOR Cover Page Notes**
**For the period 4/1/23 through 4/30/23**

**Footnotes**

[1] Part 1: *Cash Receipts and Disbursements* - Represents estate cash activity only, excluding interdebtor cash movements, all pass through cash receipts, disbursements, and cash balances held, but not owned by the debtors. Interdebtor cash movements total $50,358,832 from the closing of the sale to Magris Resources Canada Inc. ("Magris"), through the current period covered by this report. On April 7, 2023 the Court entered an Order approving a stipulation and agreement [Docket No. 5504] permitting Imerys Talc Canada Inc. ("ITC") and Imerys Talc Vermont, Inc. ("ITV") to reimburse certain Chapter 11 expense payments made by Imerys Talc America, Inc. ("ITA"). As a result, interdebtor cash movements have increased. Pass through cash activity primarily corresponds to Magris | Imerys affiliates. Please refer to the Consolidated Schedule of Cash Receipts and Disbursements for further detail.

[2] Part 1(a): *Cash Receipts and Disbursements* - In an effort to reconcile the debtor's book balances to those reflected on the Form 11 - MOR, the debtors have adjusted the beginning cash balances for ITA and ITC to account for interdebtor cash movements and pass through receipts and disbursements to Magris. There is currently no line item for these cash movements on the Form 11 - MOR, which is why the adjustment has been made to the beginning cash balance. Additionally, expenses paid out of ITA's bank accounts but previously allocated to ITV have also been deducted from ITA's beginning cash balance and added back to ITV's beginning cash balance. These payments were made prior the debtor's opening of the ITV accounts, and were allocated to ITV for the purposes of the US Trustee fee calculation.

[3] Part 1(c): *Cash Receipts and Disbursements* - Prior to September 20, 2021, ITA paid all disbursements on behalf of ITV. Disbursement amounts were shown for ITV strictly for purposes of US Trustee fee calculation. To account for the debtors' asset sale price allocation to ITV and initial cash movement upon opening the new accounts, $30,168,000 has been added to the beginning cash balance for ITV and subtracted from the beginning cash balance for ITA.

[4] Part 2: *Asset and Liability Status* - Part 2: Asset and Liability Status - As part of the debtors' year-end adjustments, the debtors have accrued for a "Product Liability Expense" reflective of the projected cost of the debtors' exposure to product liability suits.

[5] Part 2: *Asset and Liability Status* - The debtors have booked updated 2022 income tax accruals based upon updated available information.

[6] Part 2: *Asset and Liability Status* - The debtors have continued to book journal entries to adjust certain legacy post-petition items that are no longer relevant to the debtors' remaining post-petition activity subsequent to the sale of the debtors' mining operations.

[7] Part 5: *Professional Fees and Expenses* - All professional fees and expenses have been listed on the lead debtor's (ITA) Monthly Operating Report. These fees and expenses correspond to work performed for all debtors.

[8] Part 5(b): *Professional Fees and Expenses - nonbankruptcy professionals* - Each ordinary course professional is expected to incur an amount less than the maximum identified in the Twelfth Notice of Revisions to List of Ordinary Course Professionals [Docket No. 4317].

[9] Part 6: *Postpetition Taxes* - Reflects cumulative postpetition taxes paid following the sale of the businesses to Magris (February 17th, 2021 through current period). Data for cumulative postpetition taxes paid prior to the sale close has been excluded. As of July 2022, ITC has received a reimbursement of $7,054,472 CAD from the Canada Revenue Agency ("CRA") for tax loss carry-backs for 2020 fiscal year applied to 2017 and 2021 fiscal year applied to 2018 and 2019.

[10] Part 6: *Postpetition Taxes* - Cumulative debit balance as of April 2023 month end due to tax refund for ITC.

**United States Bankruptcy Court**
**District of Delaware**

In re:                                                    Case No. 19-10289 (LSS)
Imerys Talc America, Inc., *et al.*            Reporting Period: April 1, 2023 through April 30, 2023
Debtors

**Supporting Documentation to MOR - 1**
**Consolidated Schedule of Cash Receipts and Disbursements**
For the period 4/1/23 through 4/30/23

| | For the period ended 4/30/23 | Cumulative through 4/30/23 [6] |
|---|---:|---:|
| Total Cash Receipts | $ 655,390 | $ 589,573,160 |
| **Operating Cash Disbursements** | | |
| Ore Vendors | - | (13,284,209) |
| Freight Cost | - | (56,846,674) |
| Other Operating Disbursements | (2,406) | (49,401,184) |
| **Total Operating Cash Disbursements** | **(2,406)** | **(119,532,066)** |
| **Total Operating Cash Flow** | **$ 652,985** | **470,041,094** |
| **Non-Operating Cash Disbursements** | | |
| Staff Expenses | - | (60,923,911) |
| Utilities (Gas / Electricity / Combustibles) | - | (16,409,012) |
| Litigation Related Costs | - | (1,914,180) |
| Other Non-Operating Disbursements [1] | (429,311) | (98,921,363) |
| Total Capital Expenditures | - | (12,937,535) |
| **Total Non-Operating Cash Disbursements** | **(429,311)** | **(191,106,002)** |
| **Restructuring Activities** | | |
| FDM Relief: | | |
|    Lienholders | - | (2,015,593) |
|    Critical Vendor | - | (364,082) |
|    Adequate Assurance Deposit [2] | - | - |
|    Other FDM Relief | - | (4,682,673) |
| Restructuring Professional Fees | (2,464,447) | (161,982,420) |
| US Trustee Fees | - | (3,787,912) |
| **Total Restructuring Disbursements** | **(2,464,447)** | **(172,832,680)** |
| **Funding Activities** | | |
| Draw on Parent Receivable | - | 22,520,743 |
| **Total Funding Activities** | **-** | **22,520,743** |
| **Net Cash Flow** | **(2,240,773)** | **128,623,155** |
| Beginning Cash Balance [3] | 143,423,947 | 12,560,019 |
| Net Cash Flow +/- | (2,240,773) | 128,623,155 |
| **Ending Cash Balance** [3] | **$ 141,183,174** | **$ 141,183,174** |

| **Debtors' Disbursements (Estate Assets)** [4] | For the period ended 4/30/23 | Cumulative through 4/30/23 |
|---|---:|---:|
| Imerys Talc America, Inc. | ($ 2,875,879) | ($ 348,691,979) |
| Imerys Talc Vermont, Inc. [4] | (2,406) | (40,894,534) |
| Imerys Talc Canada Inc. | (17,878) | (67,476,041) |
| **Total** | **($ 2,896,164)** | **($ 457,062,554)** |

| **Magris Disbursements (Non-Estate Assets)** [1] | For the period ended 4/30/23 | Cumulative through 4/30/23 |
|---|---:|---:|
| Imerys Talc America, Inc. | $ -- | ($ 18,637,368) |
| Imerys Talc Vermont, Inc. [5] | - | (68,622) |
| Imerys Talc Canada Inc. | - | (7,702,205) |
| **Total Magris Disbursements** | **$ --** | **($ 26,408,195)** |

MOR - 3                                            Page 1 of 7

**United States Bankruptcy Court**
**District of Delaware**

| | |
|---|---|
| In re: | **Case No. 19-10289 (LSS)** |
| **Imerys Talc America, Inc., *et al.*** | Reporting Period: April 1, 2023 through April 30, 2023 |
| Debtors | |

**Supporting Documentation for MOR - 1 *(Continued)***
**Consolidated Schedule of Cash Receipts and Disbursements**
**For the period 4/1/23 through 4/30/23**

**Footnotes**

[1] Pursuant to the sale order [Docket No. 2539], on February 17, 2021 the debtors sold substantially all of their assets to Magris Resources Canada Inc. ("Magris"). Included in these assets were customer receivables, and these figures represent amounts received from former customers of the debtors that are subsequently remitted to Magris. Further, on occasion the debtors receive customer payments intended for debtor affiliates. This figure also includes these amounts. The former customer receipts and the customer payments intended for debtor affiliates are not property of the debtors. For the avoidance of doubt, these disbursements do not count towards calculations of US Trustee quarterly fees.

[2] Deposit was paid in March 2019 but is not reflected as a cash disbursement as it was transferred to an Imerys Talc America, Inc. ("ITA") bank account and is included in the debtors' ending cash balance.

[3] Cash balance represents book balance, which is net of outstanding checks.

[4] Debtors' disbursements correspond to debtor entity which incurred the funding liability, or realized the benefit from the service, regardless of which entity remitted the disbursement.

[5] ITA and Imerys Talc Vermont Inc. ("ITV") shared bank accounts prior to September 20, 2021, at which point the debtors set up both an ITV disbursement and ITV money market account. Any ITV disbursements presented thereafter were made by ITV's own disbursement account and are no longer projected based on percent allocation by income statement expenses.

[6] Cumulative period includes activity since the debtors' petition date of February 13, 2019.

**United States Bankruptcy Court**
**District of Delaware**

| | |
|---|---|
| In re: | Case No. 19-10289 (LSS) |
| **Imerys Talc America, Inc.,** *et al.* | Reporting Period: April 1, 2023 through April 30, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 1a**
**Bank Account Balances, Debtor Statement with respect to Bank Account Reconciliations**
For the period ended 4/30/23

| Ref No. | Debtor Entity | Account Number | Bank | State / Country | Account Type | Account Description | Balance as of 4/30/2023 |
|---|---|---|---|---|---|---|---|
| 1 | Imerys Talc Canada Inc. | XXXXX7638 | Royal Bank of Canada | QC / Canada | Operating (CAD) | Incoming: Transfers, ACH, Wires, Checks<br>Outgoing: Transfers, ACH, Wires, Checks | 1,434,252 |
| 2 | Imerys Talc Canada Inc. | XXXXX9146 | Royal Bank of Canada | QC / Canada | Operating (USD) | Incoming: Transfers, Wires, ACH<br>Outgoing: Transfers, Wires, ACH, Checks | 512,458 |
| 4 | Imerys Talc America, Inc. | XXXXX1401 | Signature Bank | NY / United States of America | Savings/Money Market | Incoming: Transfers<br>Outgoing: Transfers | 3 |
| 5 | Imerys Talc Canada Inc. | XXXXX1428 | Signature Bank | NY / United States of America | Savings/Money Market | Incoming: Transfers<br>Outgoing: Transfers | 15 |
| 6 | Imerys Talc America, Inc. | XXXXX2881 | Signature Bank | NY / United States of America | Checking | Incoming: Transfers<br>Outgoing: Transfers | (0) |
| 7 | Imerys Talc Canada Inc. | XXXXX2903 | Signature Bank | NY / United States of America | Checking | Incoming: Transfers<br>Outgoing: Transfers | 5 |
| 8 | Imerys Talc Vermont, Inc. | XXXXX7152 | Signature Bank | NY / United States of America | Savings/Money Market | Incoming: Transfers<br>Outgoing: Transfers | 4 |
| 9 | Imerys Talc Vermont, Inc. | XXXXX6946 | Signature Bank | NY / United States of America | Checking | Incoming: Transfers<br>Outgoing: Transfers | (0) |
| 10 | Imerys Talc America, Inc. | XXXXX5896 | Western Alliance | AZ / United States of America | Savings/Money Market | Incoming: Transfers<br>Outgoing: Transfers | 40,452,976 |
| 11 | Imerys Talc Canada Inc. | XXXXX9906 | Western Alliance | AZ / United States of America | Savings/Money Market | Incoming: Transfers<br>Outgoing: Transfers | 83,935,971 |
| 12 | Imerys Talc America, Inc. | XXXXX6305 | Western Alliance | AZ / United States of America | Checking | Incoming: Transfers<br>Outgoing: Transfers | 46,979 |
| 13 | Imerys Talc Canada Inc. | XXXXX8401 | Western Alliance | AZ / United States of America | Checking | Incoming: Transfers<br>Outgoing: Transfers | 81,811 |
| 14 | Imerys Talc Vermont, Inc. | XXXXX3913 | Western Alliance | AZ / United States of America | Savings/Money Market | Incoming: Transfers<br>Outgoing: Transfers | 14,414,609 |
| 15 | Imerys Talc Vermont, Inc. | XXXXX5824 | Western Alliance | AZ / United States of America | Checking | Incoming: Transfers<br>Outgoing: Transfers | 304,094 |
| | | | | | | **Total** | **$ 141,183,174** |

**Bank Account Reconciliations & Cash Disbursements Journal**
The debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The debtors affirm that within their financial accounting systems, check registers and/or disbursement journals are maintained for each disbursement account.

**Bank Statements**
The debtors affirm that bank statements for all open and active bank accounts are retained by the debtors.

**United States Bankruptcy Court**
**District of Delaware**

| In re: | Case No. 19-10289 (LSS) |
|---|---|
| **Imerys Talc America, Inc.,** *et al.* | Reporting Period: April 1, 2023 through April 30, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 2**
**Income Statement by Legal Entity**
For the period 4/1/23 through 4/30/23

| | Imerys Talc America, Inc. Case No. 19-10289 (LSS) | Imerys Talc Vermont, Inc. Case No. 19-10291 (LSS) | Imerys Talc Canada Inc. Case No. 19-10292 (LSS) | Consolidated |
|---|---|---|---|---|
| Total Revenue[1] | $ -- | $ 30,318 | $ -- | $ 30,318 |
| **Expenses:** | | | | |
| Raw Materials & Consumables Used | -- | -- | -- | -- |
| External Expenses | (13,452) | (100) | (441) | (13,993) |
| Staff Expenses | -- | -- | -- | -- |
| Taxes & Duties | -- | -- | -- | -- |
| Amortization, Depreciation and Impairment Losses[2] | -- | (10,274) | -- | (10,274) |
| Other Operating Revenue and Expenses | -- | (2,225) | -- | (2,225) |
| Share in Net Income of Associates | -- | -- | -- | -- |
| **Total Expenses** | **(13,452)** | **(12,599)** | **(441)** | **(26,492)** |
| Gain or Loss From Obtaining or Losing Control | -- | -- | -- | -- |
| Revenue & Share in Net Income of Associates | -- | -- | -- | -- |
| **Operating Profit / (Loss)** | **(13,452)** | **17,719** | **(441)** | **3,826** |
| Income from Bank Accounts | 66,637 | 79,565 | 478,375 | 624,577 |
| Gross Financial Debt Expense | -- | -- | -- | -- |
| Share of Income in SEP & GIE | -- | -- | -- | -- |
| Revenue From Financial Investments | -- | -- | -- | -- |
| Net Income From Foreign Exchange | -- | -- | -- | -- |
| Other Financial Income & Expenses | (11,316) | 495 | -- | (10,821) |
| Financial Allowances | -- | -- | -- | -- |
| Financial Reversals | -- | -- | -- | -- |
| Income Taxes | -- | -- | -- | -- |
| Other Non-Operating Items | -- | -- | -- | -- |
| Product Liability Expense | -- | -- | -- | -- |
| Restructuring Expenses | (1,582,561) | -- | -- | (1,582,561) |
| **Net Income (Loss)** | **($ 1,540,692)** | **$ 97,778** | **$ 477,935** | **($ 964,979)** |

**Footnotes**
[1] Includes rental income for the Johnson and Lyndonville, VT businesses.
[2] Includes amounts related to the depreciation of the buildings at the Johnson and Lyndonville, VT businesses.

United States Bankruptcy Court
District of Delaware

In re: **Case No. 19-10289 (LSS)**
Imerys Talc America, Inc., *et al.* Reporting Period: April 1, 2023 through April 30, 2023
Debtors

**Supporting Documentation to MOR - 3**
**Balance Sheet by Legal Entity**
**For the period ended 4/30/23**

| | Imerys Talc America, Inc. Case No. 19-10289 (LSS) | Imerys Talc Vermont, Inc. Case No. 19-10291 (LSS) | Imerys Talc Canada Inc. Case No. 19-10292 (LSS) | Consolidated [2] |
|---|---:|---:|---:|---:|
| **Current Assets** | | | | |
| Cash & Cash Equivalents [1] | $ 40,499,957 | $ 14,718,706 | $ 85,964,511 | $ 141,183,174 |
| Other Assets - Current | -- | -- | -- | -- |
| Related Party Assets [3] | 18,089,803 | 93,003 | 218,850 | 18,401,655 |
| **Total Current Assets** | **$ 58,589,759** | **$ 14,811,709** | **$ 86,183,361** | **$ 159,584,829** |
| **Non-Current Assets** | | | | |
| Gross Property, Plant And Equipment [4] | -- | 6,271,002 | -- | 6,271,002 |
| Depreciation Property, Plant And Equipment | -- | (179,832) | -- | (179,832) |
| Deferred Tax Assets | 4,183,864 | 996,222 | (110,300) | 5,069,786 |
| **Total Non-Current Assets** | **4,183,864** | **7,087,393** | **(110,300)** | **11,160,956** |
| **Total Assets** | **$ 62,773,623** | **$ 21,899,102** | **$ 86,073,060** | **$ 170,745,785** |
| **Current Liabilities** | | | | |
| Other Provisions - Current | $ -- | $ -- | $ -- | $ -- |
| Trade Payables | 36,640 | 11,044 | -- | 47,684 |
| Liabilities Subject To Compromise [5] | 2,220,392 | 293,846 | 523,299 | 3,037,537 |
| Income Taxes Payable [6] | (3,086,537) | (225,270) | 5,133,823 | 1,822,016 |
| Other Debts - Current | 185,575 | 19,789 | 39,922 | 245,286 |
| Bankruptcy and Ordinary Course Professional Fees [7] | 2,981,529 | -- | 50,045 | 3,031,575 |
| Affiliate Liabilities [5] | -- | -- | -- | -- |
| Accrued Bankruptcy and Ordinary Course Professional Fees [8] | 6,033,128 | 72,711 | 527,828 | 6,633,667 |
| Funds Owed To or From Magris Resources Canada Inc. [9] | -- | -- | (25,011) | (25,011) |
| Related Party Liabilities [10] | 138,935 | 2,432,173 | 13,567,762 | 16,138,870 |
| **Total Current liabilities** | **8,509,663** | **2,604,292** | **19,817,669** | **30,931,623** |
| **Non-Current Liabilities** | | | | |
| Deferred Tax Liabilities | 18,231 | 22,240 | (35,147) | 5,323 |
| Provision Defined Benefit Plans - Retirement | 343,021 | 418,781 | -- | 761,802 |
| Provision Defined Benefit Plans - Medical | 3,362,310 | 18,091 | -- | 3,380,401 |
| Accrued Product Liability Expense [11] | -- | -- | 78,400,000 | 78,400,000 |
| **Total Non-Current liabilities** | **3,723,562** | **459,112** | **78,364,853** | **82,547,526** |
| **Total Liabilities** | **12,233,224** | **3,063,404** | **98,182,522** | **113,479,150** |
| **Members' Equity | (Deficit)** | | | | |
| Shareholders' Equity | 50,540,399 | 18,835,698 | (12,109,461) | 57,266,635 |
| **Total Members' Equity | (Deficit)** | **50,540,399** | **18,835,698** | **(12,109,461)** | **57,266,635** |
| **Total Liabilities And Members' Equity | (Deficit)** | **$ 62,773,623** | **$ 21,899,102** | **$ 86,073,060** | **$ 170,745,785** |

**Footnotes**

[1] ITA and ITV cash balances have been adjusted for non-cash entries per debtors' trial balance. Pursuant to the sale order (Docket No. 2539), on February 17, 2021 the debtors sold substantially all of their assets to Magris Resources Canada Inc. ("Magris").

[2] Consolidated total does not include intercompany eliminations for account balances between debtors.

[3] Related Party Assets represents amounts owed from a debtor or affiliate entity.

[4] Gross Property, Plant and Equipment relates to the purchase of the Johnson and Lyndonville, VT properties.

[5] Liabilities subject to compromise include prepetition amounts subject to further review, general unsecured liabilities, and amounts eligible for payment under First Day relief.

[6] Includes 2021 accrual for income taxes for ITA, ITC, and ITV.

[7] Bankruptcy and Ordinary Course Professional Fees, formerly included in Trade Payables, includes all professional fee invoices.

[8] Accrued Bankruptcy and Ordinary Course Professional Fees, formerly included in Trade Payables, includes forecasted professional fees.

[9] Funds Owed To or From Magris Resources Canada Inc. represents pass-through receivables or reimbursements owed to or from Magris.

[10] Related Party Liabilities represents amounts owed to a debtor or affiliate entity.

[11] Relates to ITC's product liability expense accrual, estimated to be the available cash transferred to the Talc Personal Injury Trust on the bankruptcy effective date.

**United States Bankruptcy Court**
**District of Delaware**

| | |
|---|---|
| In re: | Case No. 19-10289 (LSS) |
| **Imerys Talc America, Inc.,** *et al.* | Reporting Period: April 1, 2023 through April 30, 2023 |
| Debtors | |

**Supporting Documentation to MOR - 4**
**Debtor Statement with respect to Postpetition Accounts Payable and Taxes**
For the period ended 4/30/23

Eric A. W. Danner hereby declares under penalty of perjury:

I am the Chief Restructuring Officer of Imerys Talc America, Inc., et al., the above captioned debtors and debtors in possession (collectively, the "debtors"). I am familiar with the debtors day-to-day operations, business affairs and books and records. I am authorized to submit this statement on behalf of the debtors.

All statements in this statement are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the debtors, or my opinion based upon my experience and knowledge of the debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents, discussions with other employees of the debtors or opinion.

To the best of my knowledge, information, and belief, and except as otherwise set forth in this MOR, all of the debtors have filed all the necessary federal, state and local tax returns and have timely made (or are in the process of remediating any immaterial late filings or prepayments) all related required post-petition tax payments, which are not subject to dispute or reconciliation, and are current.

_____                                      _____
Eric A. W. Danner                                                                                                             Date
Chief Restructuring Officer of Imerys Talc America, Inc., *et al.*

| | | Days Past Due | | | |
|---|---|---|---|---|---|
| | **Current** | **0 - 30 days** | **31 - 60 days** | **> 61 days** | **Total** |
| Accounts Payable [1][2][3][4] | ($ 317,506) | ($ 731,532) | ($ 249,368) | ($ 1,801,765) | ($ 3,100,170) |

**Footnotes**

[1] Past due amounts based on debtors' best estimate after eliminating payables subject to compromise, and relate to timing of check run, delayed receipt of invoice or amounts in question with vendor; no accounts payable remittances have been delayed due to liquidity constraints.

[2] Trade payables per balance sheet include accruals and non-cash entries not due and payable per accounts payable aging.

[3] Balances do not reflect uninvoiced restructuring professional fees booked in the reporting period.

[4] Of the $3.1mm AP balance, $3mm corresponds to unpaid professional fees which remain open because either: (a) CNO order has not yet been entered, (b) the court has not entered the order for the interim, (c) or the payment for a CNO is still pending.

**United States Bankruptcy Court**
**District of Delaware**

In re: **Case No. 19-10289 (LSS)**
**Imerys Talc America, Inc.,** *et al.* Reporting Period: April 1, 2023 through April 30, 2023
Debtors

**Supporting Documentation to MOR - 5**
**Accounts Receivable Reconciliation and Aging**
For the period 4/1/23 through 4/30/23

| | Beginning Accounts Receivable | + Amounts Billed During the Period | - Amounts Collected During the Period | Ending Accounts Receivable |
|---|---|---|---|---|
| Imerys Talc America, Inc. | -- | -- | -- | -- |
| Imerys Talc Vermont, Inc. | -- | -- | -- | -- |
| Imerys Talc Canada Inc. | -- | -- | -- | -- |

| | | Days Past Due | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Current (0 - 30 days) | 1-30 Days | 31 - 60 Days | 61 - 90 Days | > 91 Days | Gross Accounts Receivable | Allowance for Doubtful Accounts | Net Accounts Receivable |
| Imerys Talc America, Inc. | -- | -- | -- | -- | -- | -- | -- | -- |
| Imerys Talc Vermont, Inc. | -- | -- | -- | -- | -- | -- | -- | -- |
| Imerys Talc Canada Inc. | -- | -- | -- | -- | -- | -- | -- | -- |

| For the MOR Reporting Period: | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business in this reporting period? If yes, provide an explanation below. | | X |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| Have all post petition tax returns been timely filed? If no, provide an explanation. | X | |
| Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation. | X | |
| Have any bank accounts been opened during the monthly reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4501-3. | X | |