# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | Case No. 19-10289 (LSS) |
| Debtors. | Jointly Administered |
| | Ref. Docket Nos. 101, 374, 664, 669, 808, 941, 1385, 2922, 4473, 4538, 4621, 5381, 5410, 5627, and 5935 |

## FOURTEENTH SUPPLEMENTAL DECLARATION OF EDWIN J. HARRON PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a)

I, Edwin J. Harron, Esquire, hereby state as follows:

1. I am a partner in the firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), Rodney Square, 1000 North King Street, Wilmington, Delaware 19801.

2. On February 27, 2019, Young Conaway filed the *Declaration of Edwin J. Harron in Support of the Application for Entry of an Order Authorizing the Proposed Future Claimants' Representative to Retain and Employ Young Conaway Stargatt & Taylor, LLP as His Attorneys, Nunc Pro Tunc to the Petition Date* [Docket No. 101] (the "Initial Declaration").

3. On April 18, 2019, Young Conaway filed the *Supplemental Declaration of Edwin J. Harron in Support of the Application for Entry of an Order Authorizing the Proposed Future Claimants' Representative to Retain and Employ Young Conaway Stargatt & Taylor, LLP as His Attorneys, Nunc Pro Tunc to the Petition Date* [Docket No. 374].

4. On June 5, 2019, Young Conaway filed the *Second Supplemental Declaration of Edwin J. Harron in Support of the Application for Entry of an Order Authorizing*

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050) and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

31564926.1

the Proposed Future Claimants' Representative to Retain and Employ Young Conaway Stargatt & Taylor, LLP as His Attorneys, Nunc Pro Tunc to the Petition Date* [Docket No. 664].

5. Young Conaway's employment was effective as of February 13, 2019 pursuant to an order entered by this Court on June 6, 2019 [Docket No. 669].

6. On July 15, 2019, Young Conaway filed the *Third Supplemental Declaration of Edwin J. Harron Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 808].

7. On August 15, 2019, Young Conaway filed the *Fourth Supplemental Declaration of Edwin J. Harron Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 941].

8. On January 3, 2020, Young Conaway filed the *Fifth Supplemental Declaration of Edwin J. Harron Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 1385].

9. On February 10, 2021, Young Conaway filed the *Sixth Supplemental Declaration of Edwin J. Harron Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 2922].

10. On December 27, 2021, Young Conaway filed the *Seventh Supplemental Declaration of Edwin J. Harron Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 4473].

11. On January 18, 2022, Young Conaway filed the *Eighth Supplemental Declaration of Edwin J. Harron Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 4538].

31564926.1

2

12. On February 16, 2022, Young Conaway filed the *Ninth Supplemental Declaration of Edwin J. Harron Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 4621].

13. On January 25, 2023, Young Conaway filed the *Tenth Supplemental Declaration of Edwin J. Harron Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 5381].

14. On February 15, 2023, Young Conaway filed the *Eleventh Supplemental Declaration of Edwin J. Harron Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 5410].

15. On June 20, 2023, Young Conaway filed the *Twelfth Supplemental Declaration of Edwin J. Harron Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 5627].

16. On December 6, 2023, Young Conaway filed the *Thirteenth Supplemental Declaration of Edwin J. Harron Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 5935].

17. Young Conaway has continued to monitor any potential conflicts or connections that may arise with respect to its representation of James L. Patton, Jr., the legal representative for future talc personal injury claimants (the "Future Claimants' Representative"), since the filing of the Initial Declaration and all subsequent supplemental declarations and submits the following additional disclosures.

18. This fourteenth supplemental declaration discloses Young Conaway's representation of Shell New Energies US LLC in matters wholly unrelated to the Debtors and these Chapter 11 Cases.

19. Based on the disclosures in the Initial Declaration and all subsequent supplemental declarations, Young Conaway continues to believe that (a) it is independent of the Debtors and the interested parties; (b) none of the matters disclosed in this declaration has had or will have an adverse effect on the firm's ability to carry out its duties to the Future Claimants' Representative to loyally and effectively represent the Future Claimants; and (c) pursuant to section 101(14), Young Conaway is a "disinterested person" and does not have any interest that is materially adverse to the Future Claimants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 2nd day of July, 2024.

        */s/ Edwin J. Harron*
        Edwin J. Harron (No. 3396)
        Young Conaway Stargatt & Taylor, LLP
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        Telephone: (302) 571-6600
        Facsimile: (302) 571-1253
        Email: eharron@ycst.com