**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
In re: : Chapter 11
 :
IMERYS TALC AMERICA, INC., *et al.*,[1] : Case No. 19-10289 (LSS)
 :
     Debtors. : (Jointly Administered)
 :
------------------------------------------------------------ x

and

------------------------------------------------------------ x
In re: : Chapter 11
 :
CYPRUS MINES CORPORATION,[2] : Case No. 21-10398 (LSS)
 :
     Debtor. :
 :
------------------------------------------------------------ x

**NOTICE OF HEARING ON OCTOBER 8, 2024 AT 9:30 A.M. (ET)**
**RELATING TO COURT'S RULING ON SETTLEMENT MOTION**
**[IMERYS DOCKET NO. 6376; CYPRUS DOCKET NO. 2361]**

**THIS HEARING WILL BE CONDUCTED BY ZOOM.  PARTIES AND WITNESSES ARE PERMITTED, BUT NOT REQUIRED, TO APPEAR IN PERSON.  THE COURT HAS NO PREFERENCE.**

**TO ATTEND THE HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE BELOW LINK:**
**https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl**

**PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING NO LATER THAN 8:00 P.M. (ET) ONE BUSINESS DAY BEFORE THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Imerys Debtors, along with the last four digits of each Imerys Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748).  The Imerys Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] The last four digits of the Cyprus Debtor's taxpayer identification number are 0890. The Cyprus Debtor's address is 333 North Central Avenue, Phoenix, AZ 85004.

RLF1 31641909v.1

> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL.  ZOOM INFORMATION WILL BE SENT OUT PRIOR TO THE HEARING.**
> .

I. **IMERYS TALC AMERICA, INC. (CASE NO. 19-10289) & CYPRUS MINES CORP (CASE NO. 21-10398) – RULING:**

1. Joint Motion of the Imerys Debtors and the Cyprus Debtor for an Order (I) Approving the Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto, and (II) Approving the Sale of Certain Rights [Imerys Docket No. 6376; Cyprus Docket No. 2361 – filed July 13, 2024]

   Objection / Response Deadline: July 29, 2024 at 4:00 p.m. (ET); extended to July 30, 2024 for Truck Insurance Exchange; extended to July 31, 2024 for the Office of the United States Trustee for the District of Delaware; extended to August 13, 2024 for Rio Tinto America Inc.

   Supplemental Objection / Response Deadline: September 6, 2024 at 4:00 p.m. (ET)

   Objection / Responses Received:

   A. Objection of Deborah Giannecchini to the Joint Motion of the Imerys Debtors and the Cyprus Debtor for an Order (I) Approving the Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto, and (II) Approving the Sale of Certain Rights [Imerys Docket No. 6422; Cyprus Docket No. 2398 – filed July 29, 2024]

   B. (SEALED) Certain Insurers' Objection to the Debtors' Joint Settlement Motion [Imerys Docket No. 6425; Cyprus Docket No. 2401 – filed July 29, 2024]

      (i). Certain Insurers' Motion to File Under Seal Portions of Objection to the Debtors' Joint Settlement Motion and Related Exhibits [Imerys Docket No. 6424; Cyprus Docket No. 2400 – filed July 29, 2024]

      (ii). Amended Certain Insurers' Motion to File Under Seal Portions of Objection to the Debtors' Joint Settlement Motion and Related Exhibits [Imerys Docket No. 6427; Cyprus Docket No. 2403 – filed July 29, 2024]

    (iii). Certain Insurers' Statement Concerning Objection to the Debtors' Joint Settlement Motion [Imerys Docket No. 6541; Cyprus Docket No. 2499 – filed September 6, 2024]

 C. Objection of Employers Mutual to Joint Motion of the Imerys Debtors and the Cyprus Debtor for an Order (I) Approving The Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto, and (II) Approving the Sale of Certain Rights [Imerys Docket No. 6426 – filed July 29, 2024]

    (i). Supplemental Objection of Employers Mutual to Joint Motion of the Imerys Debtors and the Cyprus Debtor for an Order (I) Approving The Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto, and (II) Approving the Sale of Certain Rights [Imerys Docket No. 6537 – filed September 6, 2024]

 D. (SEALED) The RMI Insurers' Objection to the Debtors' Joint Settlement Motion [Imerys Docket No. 6428; Cyprus Docket No. 2405 – filed July 29, 2024]

    (i). Motion for Entry of Order Authorizing the RMI Insurers to File Under Seal (1) Portions of Its Objection to the Johnson and Johnson Settlement Agreement and (2) Certain Exhibits Attached to the Objection [Imerys Docket No. 6429; Cyprus Docket No. 2406 – filed July 29, 2024]

    (ii). (PUBLIC VERSION) The RMI Insurers' Objection to the Debtors' Joint Settlement Motion [Imerys Docket No. 6435; Cyprus Docket No. 2409 – filed August 1, 2024]

    (iii). The RMI Insurers' Supplemental Objection to the Debtors' Joint Settlement Motion [Imerys Docket No. 6544; Cyprus Docket No. 2502 – filed September 6, 2024]

    (iv). Declaration of Stamatios Stamoulis in Support of the Supplemental Objection of the RMI Insurers [Imerys Docket No. 6545; Cyprus Docket No. 2503 – filed September 6, 2024]

    (v). Declaration of Marc C. Scarcella in Support of Certain Insurers' Objection to the Debtors' Joint Settlement Motion [Imerys Docket No. 6546; Cyprus Docket No. 2504 – filed September 6, 2024]

 E. Letter Objection of Denny Thomas [Imerys Docket No. 6448 – filed August 6, 2024]

F.     Response and Reservation of Rights of the Rio Tinto Settling Parties to Joint Motion of the Imerys Debtors and the Cyprus Debtor for an Order (I) Approving the Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto, and (II) Approving the Sale of Certain Rights [Imerys Docket No. 6539; Cyprus Docket No. 2496 – filed September 6, 2024]

G.     Response and Reservation of Rights of Zurich American Insurance Company to Joint Motion of the Imerys Debtors and the Cyprus Debtor for an Order (I) Approving the Settlement Agreement between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties thereto, and (II) approving the Sale of Certain Rights [Imerys Docket No. 6542; Cyprus Docket No. 2500 – filed September 6, 2024]

Related Documents:

i.     Certificate of Publication [Imerys Docket No. 6411; Cyprus Docket No. 2384 – filed July 24, 2024; filed July 25, 2024]

ii.     Re-Notice of Motion and Hearing [Imerys Docket No. 6485; Cyprus Docket No. 2453 – filed August 16, 2024]

iii.     Declaration of John K. Kim in Support of Joint Motion of the Imerys Debtors and the Cyprus Debtor for an Order (I) Approving the Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto, and (II) Approving the Sale of Certain Rights [Imerys Docket No. 6506; Cyprus Docket No. 2470 – filed August 22, 2024]

iv.     Joint Omnibus Reply of the Imerys Debtors, Cyprus Debtor, Imerys TCC, Cyprus TCC, Imerys FCR, and Cyprus FCR in Further Support of Joint Motion of the Imerys Debtors and the Cyprus Debtor for an Order (I) Approving the Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto, and (II) Approving the Sale of Certain Rights [Imerys Docket No. 6558; Cyprus Docket No. 2520 – filed August 22, 2024]

v.     Declaration of D. J. (Jan) Baker, Independent Director of the Cyprus Debtor, in Support of the Joint Motion of the Imerys Debtors and the Cyprus Debtor for an Order (I) Approving the Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto, and (II) Approving the Sale of Certain Rights [Imerys Docket No. 6572; Cyprus Docket No. 2536 – filed September 20, 2024]

vi.     Notice of Filing of (A) Amended and Restated Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and

    the Other Parties Thereto, and (B) Revised Proposed Order (I) Approving the Amended and Restated Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto, and (II) Approving the Sale of Certain Rights [Imerys Docket No. 6573; Cyprus Docket No. 2537 – filed September 20, 2024]

  vii. Declaration of the Imerys FCR in Support of the Joint Motion of the Imerys Debtors and the Cyprus Debtor for an Order (I) Approving the Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto, and (II) Approving the Sale of Certain Rights [Imerys Docket No. 6574 – filed September 23, 2024]

 Status: On September 25, 2024, the Court held an evidentiary hearing regarding this matter. The Court has taken the matter under advisement and indicated that it will render its ruling on October 8, 2024 at 9:30 a.m. (ET).

2. Motion of Deborah Giannecchini for Clarification of the Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto [Imerys Docket No. 6423; Cyprus Docket No. 2399 – filed July 29, 2024]

  Objection / Response Deadline: August 8, 2024 at 4:00 p.m. (ET); extended to September 6, 2024 at 4:00 p.m. (ET) for the Imerys Debtors, the Cyprus Debtor, and Johnson & Johnson

  Objection / Responses Received:

  A. Joint Objection of the Imerys Debtors and the Cyprus Debtor to Motion of Deborah Giannecchini for Clarification of the Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto [Imerys Docket No. 6540; Cyprus Docket No. 2498 – filed September 6, 2024]

  B. Objection of Johnson & Johnson and Red River Talc LLC to Motion of Deborah Giannecchini for Clarification of the Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and Other Parties Related Thereto [Imerys Docket No. 6543; Cyprus Docket No. 2501 – filed September 6, 2024]

  Related Documents:

  i. Re-Notice of Motion for Clarification of the Joint Motion of the Imerys Debtors and the Cyprus Debtor for an Order (I) Approving the Settlement Agreement Between the Imerys Debtors, the Cyprus Debtor, Johnson & Johnson, and the Other Parties Thereto, and (II) Approving the Sale of

Certain Rights [Imerys Docket No. 6521; Cyprus Docket No. 2481 – filed August 28, 2024]

Status: On September 25, 2024, the Court held an evidentiary hearing regarding this matter. The Court has taken the matter under advisement and indicated that it will render its ruling on October 8, 2024 at 9:30 a.m. (ET).

| | |
|---|---|
| Dated: October 7, 2024<br>Wilmington, Delaware | Dated: October 7, 2024<br>Wilmington, Delaware |
| By: /s/ Jason D. Angelo | By: /s/ Amanda R. Steele |
| **REED SMITH LLP**<br>Kurt F. Gwynne (No. 3951)<br>Jason D. Angelo (No. 6009)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>E-mail: kgwynne@reedsmith.com<br>jangelo@reedsmith.com<br><br>-and-<br><br>Paul M. Singer, Esq. (*pro hac vice*)<br>Luke A. Sizemore, Esq. (*pro hac vice*)<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br>Telephone: (412) 288-3131<br>Facsimile: (412) 288-3063<br>E-mail: psinger@reedsmith.com<br>lsizemore@reedsmith.com<br><br>*Counsel to the Cyprus Debtor and Debtor-in-Possession* | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>merchant@rlf.com<br>steele@rlf.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br>Jeffrey E. Bjork, Esq. (*pro hac vice*)<br>Kimberly A. Posin, Esq. (*pro hac vice*)<br>Helena G. Tseregounis, Esq. (*pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>Email: jeff.bjork@lw.com<br>kim.posin@lw.com<br>helena.tseregounis@lw.com<br><br>*Counsel to the Imerys Debtors and Debtors-in-Possession* |