# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                                 :     Chapter 11

IMERYS TALC AMERICA, INC., *et al.*,[1]     :     Case No. 19-10289 (LSS)

        Debtors.                             :     (Jointly Administered)

                                                       :     **Re: Docket No. 7061**
------------------------------------------------------------ x

## ORDER APPROVING STIPULATION AND AGREEMENT SCHEDULING HEARING ON CERTAIN INSURERS' OBJECTION

Upon consideration of the *Stipulation and Agreement Scheduling Hearing on Certain Insurers' Objection*, a copy of which is attached hereto as Exhibit A (the "**Stipulation**"); and the Court having determined that good and adequate cause exists for approval of the Stipulation; it is hereby

**ORDERED THAT**:

1. Certain Insurers' Objection will be heard at the Confirmation Hearing scheduled to begin on April 22, 2025.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

RLF1 32428483v.1

2. This Court retains jurisdiction with respect to all matters arising from or related to the Stipulation and this Order.

**Dated: February 18th, 2025**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

- 2 -

RLF1 32428483v.1