# **EXHIBIT A**

Stipulation

(Attached)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 7061** |

**STIPULATION AND AGREEMENT SCHEDULING
HEARING ON CERTAIN INSURERS' OBJECTION**

This Stipulation and Agreement (this "**Stipulation**") is entered into by and among the Debtors and Certain Insurers.[2] The Debtors and Certain Insurers have agreed that Certain Insurers' Objection will be heard at the Confirmation Hearing as set forth below:

**RECITALS**

A.    On February 13, 2019, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**") each commenced with the United States Bankruptcy Court for the District of Delaware (the "**Court**") a voluntary case (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Chapter 11 Cases are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure as Case No. 19-10289. The Debtors are authorized to operate their businesses and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Disclosure Statement for Second Joint Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 6733] (the "**Disclosure Statement**") or the Certain Insurers' Objection (as defined herein), as applicable.

- 2 -

manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Imerys Chapter 11 Cases.

      B.      On November 5, 2024, the Court entered an order [Docket No. 6730] (the "**Solicitation Procedures Order**") approving the Disclosure Statement.

      C.      Pursuant to the Solicitation Procedures Order, February 3, 2025 was set as the Voting Objection Deadline and a hearing with respect to any such objections was scheduled for March 4, 2025.

      D.      On February 3, 2025, Certain Insurers filed the *Certain Insurers' Voting Objections Regarding Debtors' Second Joint Plan of Reorganization* [Docket No. 7061] (the "**Certain Insurers' Objection**").

      E.      The Debtors have taken the position that Certain Insurers' Objection is a not a voting objection, but a confirmation objection that should be heard in connection with the Confirmation Hearing. Certain Insurers take the position that Certain Insurers' Objection is a voting objection that was required to be filed on February 3 as required by the Solicitation Procedures Order.

## AGREEMENT

      1.      The Debtors and Certain Insurers agree that Certain Insurers' Objection will be heard at the Confirmation Hearing scheduled to begin on April 22, 2025.

      2.      This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument. A signature transmitted by facsimile or other electronic copy shall be deemed an original signature for purposes of this Stipulation.

- 3 -

3.      The undersigned counsel hereby attest that they are duly authorized by their respective clients to enter into this Stipulation.

4.      This Stipulation may be changed, modified, or otherwise altered in a writing executed by the signatories hereto. Oral modifications are not permitted.

5.      This Stipulation shall be effective immediately upon approval by the Court.

6.      This Stipulation is expressly subject to and contingent upon its approval by the Court.

7.      The Court shall retain jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.

8.      The Debtors and Certain Insurers reserve all rights and privileges with respect to Certain Insurers' Objection and the RMI Insurers reserve all rights that the conditions precedent to the Effective Date of the J&J Sale Order have not been satisfied.

**SO STIPULATED**.

*[Signatures follow.]*

RLF1 32428483v.1

Dated: February 17, 2025
      Wilmington, Delaware

By: */s/ Timothy S. Martin*
**WHITE AND WILLIAMS LLP**
Timothy S. Martin
Michael Ingrassia
Courthouse Square
600 N. King Street, Suite 800
Wilmington, Delaware 19801
Phone: (302) 654-0424
E-mail: martint@whiteandwilliams.com

**PLEVIN & TURNER LLP**
Mark D. Plevin (admitted pro hac vice)
580 California Street, Suite 1200
San Francisco, California 94104
Phone: (202) 580-6640
E-mail: mplevin@plevinturner.com

**PLEVIN & TURNER LLP**
Tacie H. Yoon (admitted pro hac vice)
1701 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006
Phone: (202) 580-6640
Email: tyoon@plevinturner.com

*Attorneys for Century Indemnity Company, Federal Insurance Company, Central National Insurance Company of Omaha*

By: */s/ Marc Casarin*
**KENNEDYS LLP**
Marc Casarino
222 Delaware Avenue, Suite 710
Wilmington, Delaware 19801
marc.casarino@kennedyslaw.com

**IFRAH PLLC**
George R. Calhoun (admitted pro hac vice)
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 525-4147
george@ifrahlaw.com

Dated: February 17, 2025
      Wilmington, Delaware

By: */s/ Amanda R. Steele*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
         merchant@rlf.com
         steele@rlf.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork, Esq. (*pro hac vice*)
Kimberly A. Posin, Esq. (*pro hac vice*)
Helena G. Tseregounis, Esq. (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jeff.bjork@lw.com
         kim.posin@lw.com
         helena.tseregounis@lw.com

*Counsel to the Debtors and Debtors-in-Possession*

- 5 -

*Attorneys for TIG Insurance Company, as successor by merger to International Insurance Company, International Surplus Lines Insurance Company, Mt. McKinley Insurance Company (formerly known as Gibraltar Insurance Company), Fairmont Premier Insurance Company (formerly known as Transamerica Premier Insurance Company), Everest Reinsurance Company (formerly known as Prudential Reinsurance Company), and The North River Insurance Company*

By: */s/ Richard M. Beck*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, Delaware 19801-3062
Telephone: (302) 426-1189
Email: rbeck@klehr.com, sveghte@klehr.com

**RUGGERI PARKS WEINBERG LLP**
Joshua D. Weinberg (pro hac vice)
Joshua P. Mayer (pro hac vice)
James Burke (pro hac forthcoming)
1875 K Street NW, Suite 800
Washington, DC 20006-1251
Telephone: (202) 984-1400
Email: jweinberg@ruggerilaw.com,
jmayer@ruggerilaw.com,
jburke@ruggerilaw.com

*Attorneys for Hartford Accident and Indemnity Company and First State Insurance Company*

By: */s/ Stamatios Stamoulis*
**STAMOULIS & WEINBLATT LLC**
Stamatios Stamoulis
800 N. West Street, Third Floor
Wilmington, Delaware 19801
Phone: (302) 999-1540
E-mail: stamoulis@swdelaw.com

**O'MELVENY & MYERS LLP**
Andrew Frackman (pro hac vice)
Tancred Schiavoni (pro hac vice)
Adam Haberkorn (pro hac vice)
1301 Avenue of the Americas, 17th Floor
New York, New York 10019
Phone: (212) 326-2000
E-mail: afrackman@omm.com,
tschiavoni@omm.com, ahaberkorn@omm.com

*Attorneys for RMI Insurers, defined as Columbia Casualty Company, Continental Casualty Company, in its own right, and as successor to CNA Casualty of California, The Continental Insurance Company, and as successor in interest to certain insurance policies issued by Harbor Insurance Company, Stonewall Insurance Company (now known as Berkshire Hathaway Specialty Insurance Company), National Union Fire Insurance Company of Pittsburgh PA, and Lexington Insurance Company to the extent they issued policies to Cyprus Mines Corporation prior to 1981; and AIU Insurance Company, Birmingham Fire Insurance Company of Pennsylvania, Granite State Insurance Company, The Continental Insurance Company, as successor to The Fidelity and Casualty Company of New York and as successor in interest to certain policies issued by London Guarantee & Accident of New York, and Republic Insurance Company to the extent they issued policies to Standard Oil of Indiana prior to 1986*