IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
IMERYS TALC AMERICA, INC., *et al.*,[1]                      :    Case No. 19-10289 (LSS)
                                                             :
                                                             :    (Jointly Administered)
                Debtors.                                     :
------------------------------------------------------------ x

NOTICE OF OCCURRENCE OF
MERGER TOGGLE IN CONNECTION WITH SECOND JOINT
PLAN OF REORGANIZATION OF IMERYS TALC AMERICA, INC. AND ITS
DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on September 28, 2025, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Second Joint Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 7785] (as may be amended, modified, or supplemented from time to time, and including all exhibits and supplements thereto, the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 10.6.5 of the Plan, the Debtors hereby file this notice to inform the Bankruptcy Court and parties in interest of the occurrence of the Merger Toggle.

**PLEASE TAKE FURTHER NOTICE** that a draft of the Merger Agreement, pursuant to which the Reorganized Debtor Merger will be effectuated, will be contained in an amended Plan Supplement to be filed contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that the copies of the documents included in the Plan Supplement or the Plan, or any other document filed in the Chapter 11 Cases, may be obtained free of charge by visiting the Debtors' restructuring website at: https://cases.ra.kroll.com/imerystalc/. You may also obtain copies of any documents filed in the Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

*[The remainder of this page intentionally left blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number (to the extent applicable), are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2] Capitalized terms used but not defined herein have the meanings set forth in the Plan.

RLF1 34315549v.1

| | |
|---|---|
| Dated: December 5, 2025<br>Wilmington, Delaware | */s/ Huiqi Liu*<br><br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>Mark D. Collins (No. 2981)<br>Michael J. Merchant (No. 3854)<br>Amanda R. Steele (No. 5530)<br>Huiqi Liu (No. 6850)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>E-mail: collins@rlf.com<br>        merchant@rlf.com<br>        steele@rlf.com<br>        liu@rlf.com<br><br>- and -<br><br>**LATHAM & WATKINS LLP**<br><br>Jeffrey E. Bjork (admitted *pro hac vice*)<br>Kimberly A. Posin (admitted *pro hac vice*)<br>Shawn P. Hansen (admitted *pro hac vice*)<br>10250 Constellation Blvd., Suite 1100<br>Los Angeles, CA 90067<br>Telephone: (424) 653-5500<br>E-mail: jeff.bjork@lw.com<br>       kim.posin@lw.com<br>       shawn.hansen@lw.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |