IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       : Chapter 11
                                                             :
IMERYS TALC AMERICA, INC., *et al.*,[1]                      : Case No. 19-10289 (LSS)
                                                             :
                                                             : (Jointly Administered)
            Debtors.                                         :
------------------------------------------------------------ x

## NOTICE OF FILING OF AMENDED PLAN SUPPLEMENT FOR SECOND JOINT PLAN OF REORGANIZATION OF IMERYS TALC AMERICA, INC. AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on September 17, 2025, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Notice of Filing of Plan Supplement for Second Joint Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 7768] (as may be amended, modified, or supplemented from time to time, and including all exhibits and supplements thereto, the "**Plan Supplement**").

**PLEASE TAKE FURTHER NOTICE** that, on September 28, 2025, the Debtors filed the *Second Joint Plan of Reorganization of Imerys Talc America, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 7785] (as may be amended, modified, or supplemented from time to time, and including all exhibits and supplements thereto, the "**Plan**"). Capitalized terms used but not defined herein have the meanings set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan, the Debtors hereby file the Merger Agreement, attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a revised Amended Certificate of Incorporation for Reorganized ITV, attached hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file revised Amended Bylaws for Reorganized ITV, attached hereto as Exhibit 3.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number (to the extent applicable), are: Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), and Imerys Talc Canada Inc. (6748). The Debtors' address is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

RLF1 34315568v.1

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a redline comparison of the Amended Certificate of Incorporation for Reorganized ITV marked against the version filed on September 17, 2025 as Annex 1.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a redline comparison of the Amended Bylaws for Reorganized ITV marked against the version filed on September 17, 2025 as Annex 2.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve all rights to further amend, modify, or supplement the Plan Supplement, including the Merger Agreement.  To the extent material amendments or modifications are made to any of these documents, the Debtors will file a redline version with the Bankruptcy Court prior to the hearing on confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Plan Supplement, including any amendments thereto, remain subject to continuing negotiations in accordance with the terms of the Plan and the final versions may contain material differences from the versions filed herewith.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement is integral to, part of, and incorporated by reference into the Plan.  Please note, however, **these documents (including any amendments thereto) have not yet been approved by the Bankruptcy Court**.  If the Plan is confirmed, the documents contained in the Plan Supplement, including all amendments thereto, will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement will be served only on those parties that have requested notice in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002 and any party in interest who requests in writing a copy from counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the copies of the Plan Supplement or the Plan, or any other document filed in the Chapter 11 Cases, may be obtained free of charge by visiting the Debtors' restructuring website at: https://cases.ra.kroll.com/imerystalc/.  You may also obtain copies of any documents filed in the Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

*[The remainder of this page intentionally left blank]*

| | |
|---|---|
| Dated: December 5, 2025<br>Wilmington, Delaware | */s/ Huiqi Liu*　　　　　　　　　　　 |

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Huiqi Liu (No. 6850)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
E-mail:  collins@rlf.com
　　　　　merchant@rlf.com
　　　　　steele@rlf.com
　　　　　liu@rlf.com

- and -

**LATHAM & WATKINS LLP**

Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067
Telephone:  (424) 653-5500
E-mail:  jeff.bjork@lw.com
　　　　　kim.posin@lw.com
　　　　　shawn.hansen@lw.com

*Counsel for Debtors and Debtors-in-Possession*