# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| IMERYS TALC AMERICA, INC., *et al.*,[1] | : | Case No. 19-10289 (LSS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | **Re:  D.I. 7918** |

------------------------------------------------------------ x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CYPRUS MINES CORPORATION,[2] | : | Case No. 21-10398 (LSS) |
|  | : |  |
| Debtor. | : | **Re:  D.I. 3557** |
|  | : |  |

------------------------------------------------------------ x

## DECLARATION OF MATTHEW S. SALERNO IN SUPPORT OF THE RESPONSE TO THE IMERYS DEBTORS AND CYPRUS DEBTOR TO CERTAIN INSURERS' MOTION IN LIMINE TO LIMIT THE SCOPE AND TIMING OF REBUTTAL WITNESS TESTIMONY OF JONATHAN TERRELL

I, Matthew S. Salerno, state the following under penalty of perjury:

1.       I am a partner with the law firm of Latham & Watkins LLP ("**Latham**") and a resident in Latham's New York office located at 1271 6th Ave., New York, NY 10020.  I am a member in good standing of the Bar of the State of New York.  I am admitted to practice in the

---

[1]    The Imerys Debtors, along with the last four digits of each Imerys Debtor's federal tax identification number (as applicable), are:  Imerys Talc America, Inc. (6358), Imerys Talc Vermont, Inc. (9050), Imerys Talc Canada Inc. (6748).  The address for Imerys Talc America, Inc., Imerys Talc Vermont, Inc., and Imerys Talc Canada Inc. is 100 Mansell Court East, Suite 300, Roswell, Georgia 30076.

[2]    The last four digits of the Cyprus Debtor's taxpayer identification number are 0890.  The Cyprus Debtor's address is 333 North Central Avenue, Phoenix, Arizona 85004.

United States District for the Southern District of New York and am admitted *pro hac vice* to practice before this Court.  There are no disciplinary proceedings pending against me.

2.      I am in all respects competent to make this declaration ("**Declaration**") in support of *The Response on Behalf of the Imerys Debtors and Cyprus Debtor to Certain Insurers' Motion in Limine to Limit the Scope and Timing of Rebuttal Witness Testimony of Jonathan Terrell.*

3.      Attached hereto as **Exhibit A** is a true and correct copy of an email from Adam Haberkorn to Luke Sizemore et al., dated March 4, 2025 with subject line: "RE: Imerys/Cyprus - Proposed Pre-Trial Schedule M&C."

4.      Attached hereto as **Exhibit B** is a true and correct copy of an email from Amy Quartarolo to Adam Haberkorn et al., dated March 5, 2025 with subject line: "RE: Imerys/Cyprus - Proposed Pre-Trial Schedule M&C."

5.      Attached hereto as **Exhibit C** is a true and correct copy of an email from Amy Quartarolo to Adam Haberkorn et al., dated March 6, 2025 with subject line: "RE: Imerys/Cyprus - Proposed Pre-Trial Schedule M&C."

6.      Attached hereto as **Exhibit D** is a true and correct copy of an email from Adam Haberkorn to Amy Quartarolo et al., dated March 7, 2025 with subject line: "RE: Imerys/Cyprus - Proposed Pre-Trial Schedule M&C."

7.      Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the Transcript of Confirmation Hearing Day 5 before The Honorable Laurie Selber Silverstein, dated April 28,  2025.

I declare under penalty of perjury that this the foregoing is true and correct.

Executed this 5th day of December 2025 in New York, New York.

*/s/ Matthew S. Salerno*
Matthew S. Salerno