## SCHEDULE I

**Imerys Corporate Parties**

### CURRENT AFFILIATES

- AKROTIRIO THAHILAS DYO S.A.
- ALMATECH MINERAL INTERNATIONAL LTD
- ALUMICA CANADA INC.
- ARDOISIERES D'ANGERS
- CALDERYS ALGERIE SPA
- CALDERYS REFRACTARIOS VENEZOLANOS SA
- CALDERYS REFRAKTER
- CEBO HOLLAND B.V.
- CEBO INTERNATIONAL B.V.
- CEBO MARINE B.V.
- CEBO UK LIMITED
- DONBASSKERAMIKA
- DONKAOLIN
- ECCA HOLDINGS (PTY) LTD
- ECCA MINERALS (PTY) LTD
- ECO-BOS DEVELOPMENT LIMITED
- GEORGIA PROPPANTS LLC (f.k.a. US CERAMICS LLC)
- GIMPEX-IMERYS INDIA PRIVATE LTD
- HARBORLITE AEGEAN ENDUSTRI MINERALLERI SANAYI A.S.
- IMERTECH
- IMERYS
- IMERYS (SHANGHAI) INVESTMENT MANAGEMENT CO., LTD
- IMERYS (TIANJIN) NEW MATERIAL TECHNOLOGY CO., LTD. (f.k.a. KERNEOS (CHINA) ALUMINATE TECHNOLOGIES CO., LTD)
- IMERYS (ZHENGZHOU) NEW MATERIAL TECHNOLOGY CO., LTD
- IMERYS ADMINISTRATIVE GERMANY GMBH
- IMERYS AL ZAYANI CO. W.L.L. (f.k.a. IMERYS AL ZAYANI FUSED MINERALS CO. W.L.L.)
- IMERYS ALMERIA, SA DE CV
- IMERYS ALMERIA DIATOMITA CONCESIONES ZACOALCO S.A. de C.V. (f.k.a. ZAPATOS DE MEXICALI, S.A. DE C.V.)
- IMERYS ALUMINATES CORPORATE (f.k.a. KERNEOS CORPORATE SAS)
- IMERYS ALUMINATES LIMITED
- IMERYS ALUMINATES SA
- IMERYS ASIA PACIFIC PTE LTD
- IMERYS BEAUVOIR (f.k.a. IMERYS GREENELLE TROIS)
- IMERYS BELGIUM SA
- IMERYS BENTONITE GEORGIA LTD

- IMERYS BENTONITE HUNGARY KFT
- IMERYS BEYREDE (f.k.a. IMERYS FUSED MINERALS BEYREDE SAS)
- IMERYS BRITISH LITHIUM LIMITED (f.k.a. RESEARCH BY BRITISH LITHIUM LIMITED)
- IMERYS CANADA INC.
- IMERYS CARBONATES (THAILAND), LTD
- IMERYS CARBONATES AUSTRIA GMBH
- IMERYS CARBONATES INDIA LIMITED
- IMERYS CARBONATES USA, INC.
- IMERYS CERAMICS (INDIA) PRIVATE LIMITED
- IMERYS CERAMICS (THAILAND) LTD
- IMERYS CERAMICS BRASIL MINERAIS PARA CERAMICAS LTDA
- IMERYS CERAMICS EGYPT
- IMERYS CERAMICS FRANCE
- IMERYS CERAMICS ITALY S.R.L.
- IMERYS CERAMICS MEXICO SA DE CV
- IMERYS CERAMICS NEW ZEALAND
- IMERYS CERAMICS PORTUGAL, SA
- IMERYS CLAYS, INC.
- IMERYS CLERAC (f.k.a. IMERYS REFRACTORY MINERALS CLERAC)
- IMERYS CZECH REPUBLIC S.R.O.
- IMERYS DIATOMITA ALICANTE, S.A.
- IMERYS DO BRASIL COMERCIO
- IMERYS DOMODOSSOLA S.P.A. (f.k.a. IMERYS FUSED MINERALS DOMODOSSOLA S.P.A.)
- IMERYS DORTMUND GMBH (f.k.a. S&B HOLDING GMBH)
- IMERYS FILTRATION FRANCE
- IMERYS FILTRATION MINERALS, INC.
- IMERYS FUSED MINERALS (YINGKOU) CO., LTD
- IMERYS FUSED MINERALS FRANCE SARL
- IMERYS FUSED MINERALS GUIZHOU CO. LTD
- IMERYS FUSED MINERALS SALTO LTDA
- IMERYS GLOMEL (f.k.a. IMERYS REFRACTORY MINERALS GLOMEL)
- IMERYS GRAPHITE & CARBON BELGIUM SA
- IMERYS GRAPHITE & CARBON CANADA INC.
- IMERYS GRAPHITE & CARBON JAPAN KK
- IMERYS GRAPHITE & CARBON KOREA
- IMERYS GRAPHITE & CARBON SWITZERLAND SA
- IMERYS GREENELLE ONE
- IMERYS GREENELLE TWO
- IMERYS GREENEVILLE, INC. (f.k.a. IMERYS FUSED MINERALS GREENEVILLE, INC.)
- IMERYS INDUSTRIAL MINERALS DENMARK A/S
- IMERYS INDUSTRIAL MINERALS GREECE S.A.

- IMERYS JAPAN CO., LTD (f.k.a. IMERYS HIGH RESISTANCE MINERALS JAPAN KK)
- IMERYS KAOLIN, INC.
- IMERYS KILN FURNITURE (THAILAND) CO. LTD
- IMERYS KILN FURNITURE HUNGARY KFT.
- IMERYS KILN FURNITURE ESPAÑA, SA
- IMERYS LAUFENBURG GMBH (f.k.a. IMERYS FUSED MINERALS LAUFENBURG GMBH)
- IMERYS LITHIUM FRANCE (f.k.a. PARNASSE TRENTE DEUX)
- IMERYS MANUFACTURING KOREA LTD
- IMERYS MICA KINGS MOUTAIN, INC.
- IMERYS MIDDLE EAST HOLDING COMPANY W.L.L.
- IMERYS MINERAL ARABIA LLC
- IMERYS MINERALES ARGENTINA S.A.
- IMERYS MINERALES CHILE SPA
- IMERYS MINERALES PERU SAC
- IMERYS MINERALI CORSICO SRL
- IMERYS MINERALI SPA
- IMERYS MINERALS (THAILAND) LTD
- IMERYS MINERALS BULGARIA AD
- IMERYS MINERALS CHINA, INC.
- IMERYS MINERALS GMBH
- IMERYS MINERALS HOLDING LIMITED
- IMERYS MINERALS INTERNATIONAL SALES
- IMERYS MINERALS KOREA LTD
- IMERYS MINERALS LTD
- IMERYS MINERALS MALAYSIA SDN. BHD.
- IMERYS MINERALS NETHERLANDS B.V.
- IMERYS MINERALS VIETNAM LIMITED
- IMERYS MINERAUX BELGIQUE SA
- IMERYS MINÉRAUX FRANCE
- IMERYS MURG GMBH (f.k.a. IMERYS FUSED MINERALS MURG GMBH)
- IMERYS NIAGARA FALLS, INC. (f.k.a. IMERYS FUSED MINERALS NIAGARA FALLS, INC.)
- IMERYS NORFOLK, INC. (f.k.a. KERNEOS INC.)
- IMERYS OILFIELD MINERALS, INC.
- IMERYS PACIFIC LTD
- IMERYS PCC FRANCE
- IMERYS PCC UK
- IMERYS PERFORMANCE AND FILTRATION MINERALS PRIVATE LIMITED
- IMERYS PERFORMANCE MINERALS AMERICAS, INC. (f.k.a. IMERTECH USA, INC.)
- IMERYS PERLITA BARCELONA, S.A.
- IMERYS PERLITE SARDINIA S.R.L.

- IMERYS PERLITE USA, INC.
- IMERYS PIGMENTS (QINGYANG) CO., LTD
- IMERYS PIGMENTS (WUHU) CO., LTD
- IMERYS POLAND S.P. Z.O.O
- IMERYS RE
- IMERYS REFRACTORY MINERALS SOUTH AFRICA (PTY) LTD
- IMERYS REFRACTORY MINERALS USA, INC.
- IMERYS RICHARDS BAY (PTY) LTD (f.k.a. KERNEOS SOUTHERN AFRICA PTY LTD)
- IMERYS ROCA RODANDO CONCESIONES HMO, S.A. de C.V.
- IMERYS RUSE D.O.O. (f.k.a. IMERYS FUSED MINERALS RUSE D.O.O.)
- IMERYS SERAMIK HAMMADDELERI SANAYI VE TICARET LIMITED SIRKETI
- IMERYS SERVICES
- IMERYS SERVICES GERMANY GMBH & CO. KG
- IMERYS SERVICES GREECE
- IMERYS SOUTH AFRICA (PTY) LTD
- IMERYS SOUTH EUROPE, S.L.
- IMERYS SYDNEY PTY LTD (f.k.a. KERNEOS AUSTRALIA PTY LTD)
- IMERYS TABLEWARE DEUTSCHLAND GMBH
- IMERYS TABLEWARE FRANCE
- IMERYS TALC AUSTRALIA PTY LTD
- IMERYS TALC AUSTRIA GMBH
- IMERYS TALC BELGIUM
- IMERYS TALC EUROPE
- IMERYS TALC FINLAND OY
- IMERYS TALC GERMANY GMBH
- IMERYS TALC ITALY S.P.A.
- IMERYS TALC LUZENAC FRANCE
- IMERYS TALC MEXICO, SA DE CV
- IMERYS TALC UK HOLDING LTD
- IMERYS TEUTSCHENTAL (f.k.a. IMERYS FUSED MINERALS TEUTSCHENTHAL GMBH)
- IMERYS TRADING MINERALS EGYPT
- IMERYS TRUSTEES LTD
- IMERYS UK FINANCE LIMITED
- IMERYS UK LTD
- IMERYS UK PENSION FUND TRUSTEES LTD
- IMERYS USA, INC.
- IMERYS VILLACH GMBH (f.k.a. IMERYS FUSED MINERALS VILLACH GMBH)
- IMERYS VIZAG PRIVATE LIMITED (f.k.a. KERNEOS INDIA ALUMINATE TECHNOLOGIES PRIVATE LIMITED)
- IMERYS WOLLASTONITE USA, LLC
- IMERYS ZHEJIANG ZIRCONIA CO., LTD

- IMERYS ZSCHORNEWITZ GMBH (f.k.a. IMERYS FUSED MINERALS ZSCHORNEWITZ GMBH)
- INDUSTRIA MACINAZIONE MINERALI PER L'INDUSTRIA CERAMICA S.P.A
- INDUSTRIAL MINERALS OF GREECE
- INSTALACIONES REFRACTARIAS C.A.
- KENTUCKY-TENNESSEE CLAY COMPANY
- KERNEOS INDIA ALUMINATE PRIVATE LIMITED
- KINTA POWDERTEC SDN. BHD
- LATOMIA N. KORAKAS SA
- LAVIOSA CHIMICA MINERARIA SPA
- LINJIANG IMERYS DIATOMITE CO., LTD
- LIQUID QUIMICA MEXICANA, SA DE CV
- LLC IMERYS ALUMINATES
- MICRON-ITA MINERACAO LTDA
- MIKRO MINERAL ENDUSTRIYEL MINERALLER SANAYI VE TICARET A.S.
- MILOS INITIATIVE
- MILOS MINING MUSEUM
- MINERA ROCA RODANDO S. DE R.L. DE C.V.
- MINERAL RESOURCES DEVELOPMENT (M.R.D.) CO. LTD
- MINVEN - (C-E MINERALES DE VENEZUELA)
- MIRCAL
- MIRCAL DE MEXICO SA DE CV
- MIRCAL ITALIA SPA
- MONREFCO GMBH
- MRD-ECC CO. LTD
- MSL MINERAIS S.A.
- NIPPON POWER GRAPHITE CO., LTD
- NORTH AFRICAN INDUSTRIAL MINERAL EXPLORATION SARL - NAIMEX
- NYCO MINERALS, LLC
- PARIMETAL
- PPSA
- PT IMERYS CERAMICS INDONESIA
- PYRAMAX CERAMICS SOUTHEAST, LLC
- QUARTZ CORP (SHANGHAÏ) CO., LTD
- RECLAYM LIMITED
- REFRACTORY MINERALS (PTY) LTD
- S&B INDUSTRIAL MINERALS MOROCCO S.A.R.L.
- S&B MINERALS PARTICIPATIONS SARL
- SAMREC (PTY) LTD
- SEITISS IMERYS MINERAUX CIRCULAIRES (SIMC)
- SHANDONG IMERYS MOUNT TAI CO., LTD
- SIBIMIN OVERSEAS LTD
- THE QUARTZ CORP AS
- THE QUARTZ CORP SAS

- THE QUARTZ CORP USA
- TYGERKLOOF MINING (PTY) LTD
- VATUTINSKY KOMBINAT VOGNETRYVIV
- VERMICULITA Y DERIVADOS, SL
- VIOLET CACTUS, INC. (F.K.A. CALDERYS USA, INC.)
- VOUGIOUKLI QUARRIES AVEE
- XINYANG ATHENIAN MINING CO., LTD
- YBB CALCIUM PRODUCTS CO. LTD
- YUEYANG YINGYUE NEW MATERIALS CO., LTD

**FORMER AFFILIATES**

- 000 CALDERYS
- 11656490 CANADA INC.
- ADVANCED MINERALS CORPORATION
- AFRICA REFRACTORY CONSULTANTS (PTY) LTD
- AKROTIRIO TRAHILAS TRIA S.A.
- AMERICAN TRIPOLI, INC.
- AMMIN HOLDINGS, INC.
- ANADOLU PERLIT MEDENCILIK SANAYI
- ANGANG STOLLBERG & SAMIL CO., LTD
- ARC FUSED ALUMINA
- ARDOISE ET JARDIN
- AREFCON B.V.
- AREFCON HISMA B.V.
- ARTEMYN
- ARTEMYN ARG S.A.
- ARTEMYN ASIA PACIFIC PTE. LTD.
- ARTEMYN BELGIUM
- ARTEMYN BRAZIL LTDA
- ARTEMYN CANADA, ULC (f.k.a. BERG MINERALS CANADA INC.)
- ARTEMYN USA, LLC (f.k.a. AMERICARB, INC.)
- ASSOS MERMER SANAYI VE TICARET LTD SIRKETI
- AUSTRALIAN VERMICULITE INDUSTRIES (PTY) LTD
- B & B REFRACTORY SERVICES PTY LTD
- BAOTOU JINGYUAN GRAPHITE CO., LTD
- BERG MINERALS TRADING (SHANGHAÏ) CO., LTD
- BERG MINERALS UK LIMITED
- BLX TRADING SAS
- CALDERYS ALGERIE SERVICES SPA
- CALDERYS AUSTRALIA PTY LTD
- CALDERYS AUSTRIA GMBH
- CALDERYS BELGIUM
- CALDERYS CHINA

- CALDERYS CHINA CO., LTD
- CALDERYS CZECH S.R.O
- CALDERYS DANMARK A/S
- CALDERYS DE MEXICO SA DE CV
- CALDERYS DEUTSCHLAND GMBH
- CALDERYS FINLAND OY
- CALDERYS FRANCE
- CALDERYS IBERICA REFRACTARIOS, SA
- CALDERYS INDIA REFRACTORIES LIMITED
- CALDERYS ITALIA SRL
- CALDERYS JAPAN CO., LTD
- CALDERYS KOREA CO. LTD
- CALDERYS MAGYARORSZAG K.F.T. (HUNGARY)
- CALDERYS NGJ LIMITED
- CALDERYS NORDIC AB
- CALDERYS NORWAY AS
- CALDERYS POLSKA SP. Z.O.O.
- CALDERYS SOUTH AFRICA (PTY) LTD
- CALDERYS TAÏWAN CO LTD
- CALDERYS THE NETHERLANDS B.V.
- CALDERYS UKRAINE LTD
- CALDERYS UK LTD
- CALDERYS USA, LLC
- CAPTELIA
- CARBONATOS ANDINOS SA
- C-E NEWELL, INC.
- CELITE MEXICANA, SA DE CV
- CHANGBAI CELITE DIATOMITE CO., LTD
- CHARGES MINERALES DU PERIGORD - CMP
- CHOICEWISE LIMITED
- CONDIMENTUM OY
- COVEO
- DALIAN JINSHENG FINE CHEMICAL INDUSTRY CO., LTD
- DAMOLIN ETRECHY
- DAMOLIN GMBH
- DAMOLIN INVESTMENT A/S
- DOLPHIN FELDSPAR PRIVATE LIMITED
- DOYET TERRE CUITE
- ECC OVERSEAS INVESTMENTS LTD
- ECC PACIFIC (AUSTRALIA) PTY LTD
- ECCA CALCIUM PRODUCTS, INC.
- EDWIN H. BRADLEY HOLDINGS LTD
- ELMIN BAUXITES S.R.L.
- ENGLISH CHINA CLAYS LTD

- EUROARGILLE
- EUROPE COMMERCE REFRACTORY
- FAGERSTA ELDFASTA AB
- FEL-MAC COMPANY LLC
- FIBERLEAN TECNOLOGIA E SOLUCOES EIRELI
- FIBERLEAN TECHNOLOGIE LIMITED
- FIBERLEAN TECHNOLOGIE NA INC.
- FOKIS MINING PARK
- GOONAMARRIS LIMITED
- GRAN BIANCO CARRARA SRL
- GUIYANG JIANAI SPECIAL ALUMINATES
- GUIZHOU S&B NEW-TYPE MATERIALS CO., LTD
- GUIZHOU STAR MINERALS CO., LTD
- GUNUNG IMBANGAN SDN. BHD
- HARBORLITE (UK) LTD
- HAZNEDAR DURER DIŞ TİCARET A.Ş (f.k.a. VENDER ENDÜSTRIYEL MALZEMELERI TICARET A.S.)
- HAZNEDAR DURER REFRAKTER MALZEMELERI SANAYI VE TICARET A.S.
- HAZNEDAR GMBH
- HJM INDUSTRIES SDN. BHD
- IGM FOR FIBRE GLASS
- IMERPLAST UK LIMITED
- IMERYS (SHANGHAÏ) FILTRATION MINERALS TRADING CO., LTD
- IMERYS ADVANCED MATERIALS (YINGKOU) CO., LTD
- IMERYS ALÜMINÄT DIS TICARET
- IMERYS ALUMINATES ASIA PACIFIC PTE LTD
- IMERYS ALUMINATES GMBH
- IMERYS ALUMINATES GROUPE (f.k.a. KERNEOS GROUP SAS)
- IMERYS ALUMINATES ITALIA S.R.L.
- IMERYS ALUMINATES NORDIC AB
- IMERYS ARGENTINA SRL
- IMERYS BAUXITE SA (f.k.a. ELMIN BAUXITES SA)
- IMERYS BENTONITE ITALY S.P.A.
- IMERYS BENTONITE USA, LLC
- IMERYS CALCIUM SOLUTIONS AUSTRIA GMBH
- IMERYS CANADA 2004, INC.
- IMERYS CANADA LP
- IMERYS CARBONATES LLC
- IMERYS CERAMICS ESPAÑA
- IMERYS CERAMICS ITALIA
- IMERYS CSI SWITZERLAND SAGL
- IMERYS DIATOMITA MEXICO, SA DE CV
- IMERYS FINE CHEMICAL (CHANGSHU) CO., LTD
- IMERYS FUSED MINERALS (TAICANG) CO., LTD

- IMERYS FUSED MINERALS (ZIBO) CO., LTD
- IMERYS FUSED MINERALS HULL LIMITED
- IMERYS GECKO GRAPHITE (NAMIBIA) (PTY) LTD
- IMERYS GECKO HOLDING (NAMIBIA) (PTY) LTD
- IMERYS GECKO OKANJANDE MINING (PTY) LTD
- IMERYS GRAPHITE & CARBON (CHANGZHOU) CO., LTD
- IMERYS GRAPHITE & CARBON GERMANY GMBH
- IMERYS GRAPHITE & CARBON USA, INC.
- IMERYS ITATEX SOLUCOES MINERAIS LTDA
- IMERYS KAOLIN BELGIUM
- IMERYS KILN FURNITURE FRANCE
- IMERYS METALCASTING FRANCE SARL
- IMERYS METALCASTING GERMANY GMBH
- IMERYS MICA SUZORITE INC.
- IMERYS MINERAL AB
- IMERYS MINERALES ESPANA, S.L.
- IMERYS MINERALES PERU S.A.C.
- IMERYS MINERALES SANTIAGO LIMITADA
- IMERYS MINERALI GAMALERO SRL
- IMERYS MINERALS (HEZHOU) CO., LTD
- IMERYS MINERALS (INDIA) PRIVATE LIMITED
- IMERYS MINERALS (TAIWAN) LTD
- IMERYS MINERALS AUSTRALIA PTY LTD
- IMERYS MINERALS CALIFORNIA, INC.
- IMERYS MINERALS HONG KONG LIMITED
- IMERYS MINERALS JAPAN KK
- IMERYS MINERALS OY
- IMERYS MINERALS USA, INC.
- IMERYS MINERAUX DE TUNISIE "IMT"
- IMERYS MINING DEVELOPMENT (QINGYANG) CO., LTD
- IMERYS NEWQUEST (INDIA) PRIVATE LIMITED
- IMERYS PAPER CARBONATES LLC
- IMERYS PARTICIPACOES LTDA
- IMERYS PERLITA PAULINIA MINERAIS LTDA
- IMERYS PIGMENTS TRADING (SHANGHAI) CO., LTD
- IMERYS PIGMENTS, INC.
- IMERYS REFRACTARIOS PARTICIPACOES MONTE DOURADO LTDA
- IMERYS REFRACTORY MINERALS INTERNATIONAL SALES
- IMERYS REFRACTORY MINERALS JAPAN KK
- IMERYS RIO CAPIM CAULIM SA
- IMERYS SPECIALITIES JAPAN CO., LTD
- IMERYS STEELCASTING DO BRASIL LTDA
- IMERYS STEELCASTING INDIA PRIVATE LIMITED
- IMERYS STEELCASTING USA, INC.

- IMERYS TABLEWARE BALKANS SRL
- IMERYS TABLEWARE CR S.R.O.
- IMERYS TABLEWARE GUANGZHOU CO., LTD
- IMERYS TABLEWARE NEW ZEALAND LTD
- IMERYS TALC CALIFORNIA, INC.
- IMERYS TALC DELAWARE, INC.
- IMERYS TALC OHIO, INC.
- IMERYS TALC SPAIN, S.A.
- IMERYS TC
- IMERYS TCSI SWITZERLAND SAGL
- IMERYS TECHNOLOGY CENTER AUSTRIA GMBH
- IMERYS TOITURE BELGIE N.V.
- IMERYS VOSTOK
- IMERYS WINDFARM PROJECT LTD
- IMERYS YILONG ANDALUSITE (XINJIANG) CO, LTD
- IMPALA ADMINCO LTD
- INDUSTRIALMIN
- ISOCON S.A.
- ITACA S.R.L.
- KAOLIN AUSTRALIA PTY LTD
- KAOLINS DE NOZAY (SOCIÉTÉ ANONYME DES)
- KAOPOLITE, INC.
- KERAPLAN GMBH
- KERN TECH 1
- KERN TECH 2
- KERN TECH 3
- KERNEOS DE MEXICO SA DE CV
- KERNEOS DO BRASIL COMERCIAL LTDA
- KERNEOS ESPANA SL
- KERNEOS HOLDING GROUP SAS
- KERNEOS HOLDING NORTH AMERICA, INC.
- KERNEOS HOLDING NORTHERN EUROPE LIMITED
- KERNEOS POLSKA SP. Z.O.O.
- KERNEOS SERVICIOS SA DE CV
- KILITEAM V
- KORUND D.O.O.
- KPCL K.V.S.
- LA FRANCAISE DES TUILES ET BRIQUES
- LAVIOSA PROMASA S.A.
- L-IMERYS INDUSTRIA E COMERCIO DE CAL LTDA
- LUXOL PHOTOVOLTAICS SN
- LUZENAC MICRO MILLING LIMITED
- MAGEMO SCI
- MASSA MINERALI SRL

- MATISCO DEVELOPPEMENT
- METALLEION METALLEYMATON
- METRAMCO (PTY) LTD
- MICRON-ITA INDUSTRIA E COMERCIO DE MINERAIS LTDA
- MINERAL HOLDINGS, INC.
- MINERALIEN SCHIFFAHRT SPEDITION UND TRANSPORT GMBH - MST
- MINERALS MILLING TUNISIA
- MINERALS TRADING, INC.
- MIRCAL ARGENTINA SRL
- MIRCAL ASIA
- MIRCAL AUSTRALIA PTY LTD
- MIRCAL BRESIL
- MIRCAL CHILI
- MIRCAL EUROPE
- MIRCAL TALC HOLDING
- MSL OVERSEAS LTD
- MULLITE COMPANY OF AMERICA – MULCOA
- N.G. JOHNSON (NORTHERN) HOLDINGS LIMITED
- N.G. JOHNSON LIMITED
- NIIGATA GCC LTD
- NIZEROLLES
- NYCO MINERALS CANADA, INC.
- ORGANIK MADENCILIK AS
- PABALK MADEN SANAYI VE TICARET A.S.
- PANSHI HUANYU WOLLASTONITE CO., LTD
- PARNASSE TRENTE ET UN
- PARNASSE TRENTE TROIS
- PARNASSE VINGT DEUX
- PERAMIN AB
- PERGEM MINERAL MADENCILIK SANAYI VE TICARET AS
- PERU MINERALS CORPORATION
- PERUCO, INC.
- PGB SA
- PLIBRICO INSTALLACIONES REFRACTARIAS
- PLIBRICO LTD
- PLR REFRACTAIRES SAS U
- PPSA OVERSEAS LTD
- PROFIMO
- PROPERTY COMPANY ONE
- PROPERTY COMPANY TWO
- PT BINAH SURINDAH CEMERLANG
- PT ESENSINDO CIPTA CEMERLANG
- PT INDOPORLEN
- PT INDOPORLEN SAKTI

- PT STOLLBERG - SAMIL INDONESIA
- PYRAMAX CERAMICS ARKANSAS, LLC
- PYRAMAX CERAMICS, LLC
- QA REFRACTORIES (PTY) LTD
- QINGDAO STOLLBERG & SAMIL CO., LTD
- QS ABRASIVI MARENGO SRL
- QUARTZ DE MAURITANIE SA
- RECURSOS MINERALES DEL NORTE, SA DE CV
- RT 043 MINERACAO LTDA
- RUMICO FEUERFESTE BAUSTOFFE GMBH
- S&B BENTONITE CHAOYANG CO., LTD
- S&B ENDUSTRIYEL MINERALLER A.S.
- S&B INDUSTRIAL MINERALS (HENAN) CO., LTD
- S&B INDUSTRIAL MINERALS (SHANGHAI) CO., LTD
- S&B INDUSTRIAL MINERALS (TIANJIN) CO., LTD
- S&B INDUSTRIAL MINERALS SPAIN S.L.U.
- S&B MINERALS FINANCE SARL
- S&B MINERALS LIMITED
- S&B MINERALS PARTICIPATIONS 2 SARL
- S&B MINERALS PARTICIPATIONS LLC
- S&B MINERALS US HOLDING GMBH
- S&B MINERALS VERWALTUNG GMBH
- S&B WINES S.A.
- SAMREC VERMICULITE (ZIMBABWE) (PRIVATE) LTD
- SCEA STE COLOMBE
- SCOVER PLUS
- SEG
- SERVICIOS PIEDRA TUMBANTE S.DE R.L. DE C.V.
- SET LININGS GMBH
- SIDEX MONOLITHIQUES SRL
- SILLA DE PAITA S.A.C.
- SLS BAUSTOFFE GESELLSCHAFT MBH
- SOCIEDAD MINERA CELITE DEL PERU SA
- SOCIETE DE VALORISATION DES MINERAUX INDUSTRIELS SAS
- SOTRIVAL
- SPRINDEALS SIX PTY LTD
- STOLLBERG & SAMI CO., LTD
- SUNWARD REFRACTORIES CO., Ltd
- TALIMMO
- TENNESSEE ELECTRO MINERALS, INC. – TECO
- TERMORAK AB
- TERMORAK OY
- TERMORAK (THAILAND) CO LTD
- TOKAI CERAMICS CO., LTD

- TREIBACHER SCHLEIFMITTEL ABRASIVES KAILI CO., LTD
- TREIBACHER SCHLEIFMITTEL ASIA LTD
- TREIBACHER SCHLEIFMITTEL INTERNATIONALE VERTRIEBS MBH
- TREIBACHER SCHLEIFMITTEL ITALIA P. MAROZZI & CO SAS
- UCM GROUP LTD
- UCM MAGNESIA, INC.
- UNITEC CERAMICS LIMITED
- VERMICULITE INTERNATIONAL SALES
- WORLD MINERALS AMERICA LATINA, SA
- WORLD MINERALS USD LLC
- WORLD MINERALS USD SARL
- YUEYANG IMERYS ANTAI MINERALS CO., LTD
- ZHENGZHOU JIANAI SPECIAL ALUMINATES CO., LTD
- ZHENGZHOU TREIBACHER SCHLEIFMITTEL TENGDA ABRASIVES CO., LTD

## SCHEDULE II

### Imerys Plan Proponents

1. ALMATECH MINERAL INTERNATIONAL LIMITED
2. IMERTECH
3. IMERYS (SHANGHAI) INVESTMENT MANAGEMENT CO., LTD.
4. IMERYS CANADA INC.
5. IMERYS CARBONATES USA
6. IMERYS CLAYS, INC.
7. IMERYS DO BRASIL COMERCIO DE EXTRAÇAO DE MINÉRIOS
8. IMERYS FILTRATION MINERALS, INC.
9. IMERYS GRAPHITE & CARBON CANADA INC.
10. IMERYS JAPAN CO., LTD (f.k.a. IMERYS HIGH RESISTANCE MINERALS JAPAN KK)
11. IMERYS MICA KINGS MOUNTAIN INC.
12. IMERYS MINERALI SPA
13. IMERYS MINERALS INTERNATIONAL SALES S.A.
14. IMERYS MINERALS KOREA LTD
15. IMERYS PERFORMANCE AND FILTRATION MINERALS PRIVATE LIMITED
16. IMERYS RIO CAPIM CAULIM S.A.
17. IMERYS SERVICES
18. IMERYS SPECIALITIES JAPAN CO. LIMITED
19. IMERYS TALC AUSTRIA GMBH
20. IMERYS TALC BELGIUM
21. IMERYS TALC EUROPE
22. IMERYS TALC ITALY S.P.A.
23. IMERYS TALC LUZENAC FRANCE
24. IMERYS USA, INC.
25. IMERYS WOLLASTONITE USA, LLC
26. KENTUCKY-TENNESSEE CLAY COMPANY
27. MINERA ROCA RODANDO S. DE. R.L. DE C.V.
28. NYCO MINERALS, LLC

**<u>SCHEDULE III</u>**

- ALMATECH MINERAL INTERNATIONAL LTD
- CEBO INTERNATIONAL B.V.
- ECCA MINERALS (PTY) LTD
- IMERTECH
- IMERYS
- IMERYS (SHANGHAI) INVESTMENT MANAGEMENT CO., LTD
- IMERYS ALMERIA, SA DE CV
- IMERYS ALUMINATES CORPORATE (f.k.a. KERNEOS CORPORATE SAS)
- IMERYS ALUMINATES SA
- IMERYS BEAUVOIR (f.k.a. IMERYS GREENELLE TROIS)
- IMERYS CANADA INC.
- IMERYS CARBONATES AUSTRIA GMBH
- IMERYS CARBONATES USA, INC.
- IMERYS CERAMICS (INDIA) PRIVATE LIMITED
- IMERYS CERAMICS (THAILAND) LTD
- IMERYS CERAMICS EGYPT
- IMERYS CERAMICS FRANCE
- IMERYS CLAYS, INC.
- IMERYS CLERAC (f.k.a. IMERYS REFRACTORY MINERALS CLERAC)
- IMERYS DO BRASIL COMERCIO
- IMERYS FILTRATION MINERALS, INC.
- IMERYS FUSED MINERALS (YINGKOU) CO., LTD
- IMERYS FUSED MINERALS SALTO LTDA
- IMERYS GRAPHITE & CARBON CANADA INC.
- IMERYS GRAPHITE & CARBON SWITZERLAND SA
- IMERYS INDUSTRIAL MINERALS GREECE S.A.
- IMERYS JAPAN CO., LTD (f/k/a IMERYS HIGH RESISTANCE MINERALS JAPAN KK)
- IMERYS LAUFENBURG GMBH (f.k.a. IMERYS FUSED MINERALS LAUFENBURG GMBH)
- IMERYS MICA KINGS MOUNTAIN, INC.
- IMERYS MIDDLE EAST HOLDING COMPANY W.L.L.
- IMERYS MINERALI SPA
- IMERYS MINERALS CHINA, INC.
- IMERYS MINERALS HOLDING LIMITED
- IMERYS MINERALS INTERNATIONAL SALES
- IMERYS MINERALS KOREA LTD
- IMERYS MINERALS LTD
- IMERYS MINERALS MALAYSIA SDN. BHD.
- IMERYS MINERAUX BELGIQUE SA
- IMERYS OILFIELD MINERALS, INC.
- IMERYS PACIFIC LTD

- IMERYS PERFORMANCE AND FILTRATION MINERALS PRIVATE LIMITED
- IMERYS PERLITA BARCELONA, S.A.
- IMERYS RE
- IMERYS REFRACTORY MINERALS USA, INC.
- IMERYS SERVICES
- IMERYS SERVICES GERMANY GMBH & CO. KG
- IMERYS SERVICES GREECE
- IMERYS SOUTH AFRICA (PTY) LTD
- IMERYS SOUTH EUROPE, S.L.
- IMERYS TABLEWARE FRANCE
- IMERYS TALC AUSTRALIA PTY LTD
- IMERYS TALC AUSTRIA GMBH
- IMERYS TALC BELGIUM
- IMERYS TALC EUROPE
- IMERYS TALC FINLAND OY
- IMERYS TALC GERMANY GMBH
- IMERYS TALC ITALY S.P.A.
- IMERYS TALC LUZENAC FRANCE
- IMERYS TALC UK HOLDING LTD
- IMERYS UK FINANCE LIMITED
- IMERYS UK LTD
- IMERYS UK PENSION FUND TRUSTEES LTD
- IMERYS USA, INC.
- IMERYS VILLACH GMBH (f.k.a. IMERYS FUSED MINERALS VILLACH GMBH)
- IMERYS WOLLASTONITE USA, LLC
- INDUSTRIA MACINAZIONE MINERALI PER L'INDUSTRIA CERAMICA S.P.A
- INDUSTRIAL MINERALS OF GREECE
- INSTALACIONES REFRACTARIAS C.A.
- KENTUCKY-TENNESSEE CLAY COMPANY
- LAVIOSA CHIMICA MINERARIA SPA
- MINERA ROCA RODANDO S. DE. R.L. DE C.V.
- MINERAL RESOURCES DEVELOPMENT (M.R.D.) CO. LTD
- MIRCAL
- MIRCAL DE MEXICO SA DE CV
- MIRCAL ITALIA SPA
- MONREFCO GMBH
- MRD-ECC CO. LTD
- NORTH AFRICAN INDUSTRIAL MINERAL EXPLORATION SARL - NAIMEX
- NYCO MINERALS, LLC
- PPSA
- PYRAMAX CERAMICS SOUTHEAST, LLC
- REFRACTORY MINERALS (PTY) LTD
- S&B MINERALS PARTICIPATIONS SARL
- SIBIMIN OVERSEAS LTD

- TYGERKLOOF MINING (PTY) LTD
- VIOLET CACTUS, INC. (F.K.A. CALDERYS USA, INC.)
- XINYANG ATHENIAN MINING CO., LTD
- FORMER AFFILIATES
- 11656490 CANADA INC.
- ADVANCED MINERALS CORPORATION
- AFRICA REFRACTORY CONSULTANTS (PTY) LTD
- AKROTIRIO TRAHILAS TRIA S.A.
- ANADOLU PERLIT MEDENCILIK SANAYI
- ANGANG STOLLBERG & SAMIL CO., LTD
- ARC FUSED ALUMINA
- AREFCON B.V.
- AREFCON HISMA B.V.
- ASSOS MERMER SANAYI VE TICARET LTD SIRKETI
- AUSTRALIAN VERMICULITE INDUSTRIES (PTY) LTD
- B & B REFRACTORY SERVICES PTY LTD
- BAOTOU JINGYUAN GRAPHITE CO., LTD
- BLX TRADING SAS
- CARBONATOS ANDINOS SA
- CELITE MEXICANA, SA DE CV
- CHANGBAI CELITE DIATOMITE CO., LTD
- CHOICEWISE LIMITED
- CONDIMENTUM OY
- DAMOLIN ETRECHY
- DAMOLIN GMBH
- DAMOLIN INVESTMENT A/S
- DOLPHIN FELDSPAR PRIVATE LIMITED
- ECC OVERSEAS INVESTMENTS LTD
- ECC PACIFIC (AUSTRALIA) PTY LTD
- ECCA CALCIUM PRODUCTS, INC.
- EDWIN H. BRADLEY HOLDINGS LTD
- ELMIN BAUXITES S.R.L.
- ENGLISH CHINA CLAYS LTD
- EUROPE COMMERCE REFRACTORY
- FAGERSTA ELDFASTA AB
- FEL-MAC COMPANY LLC
- FIBERLEAN TECNOLOGIA E SOLUCOES EIRELI
- FOKIS MINING PARK
- GOONAMARRIS LIMITED
- GRAN BIANCO CARRARA SRL
- GUIYANG JIANAI SPECIAL ALUMINATES
- GUIZHOU S&B NEW-TYPE MATERIALS CO., LTD
- GUIZHOU STAR MINERALS CO., LTD
- GUNUNG IMBANGAN SDN. BHD

- HARBORLITE (UK) LTD
- HAZNEDAR DURER DIŞ TİCARET A.Ş (f.k.a. VENDER ENDÜSTRIYEL MALZEMELERI TICARET A.S.)
- HAZNEDAR DURER REFRAKTER MALZEMELERI SANAYI VE TICARET A.S.
- HAZNEDAR GMBH
- HJM INDUSTRIES SDN. BHD
- IGM FOR FIBRE GLASS
- IMERPLAST UK LIMITED
- IMERYS (SHANGHAÏ) FILTRATION MINERALS TRADING CO., LTD
- IMERYS ADVANCED MATERIALS (YINGKOU) CO., LTD
- IMERYS ALÜMINÄT DIS TICARET
- IMERYS ALUMINATES ASIA PACIFIC PTE LTD
- IMERYS ALUMINATES GMBH
- IMERYS ALUMINATES GROUPE (f.k.a. KERNEOS GROUP SAS)
- IMERYS ALUMINATES ITALIA S.R.L.
- IMERYS ALUMINATES NORDIC AB
- IMERYS ARGENTINA SRL
- IMERYS BAUXITE SA (f.k.a. ELMIN BAUXITES SA)
- IMERYS BENTONITE ITALY S.P.A.
- IMERYS BENTONITE USA, LLC
- IMERYS CALCIUM SOLUTIONS AUSTRIA GMBH
- IMERYS CANADA 2004, INC.
- IMERYS CANADA LP
- IMERYS CARBONATES LLC
- IMERYS CERAMICS ESPAÑA
- IMERYS CERAMICS ITALIA
- IMERYS CSI SWITZERLAND SAGL
- IMERYS DIATOMITA MEXICO, SA DE CV
- IMERYS FINE CHEMICAL (CHANGSHU) CO., LTD
- IMERYS FUSED MINERALS (TAICANG) CO., LTD
- IMERYS FUSED MINERALS (ZIBO) CO., LTD
- IMERYS FUSED MINERALS HULL LIMITED
- IMERYS GRAPHITE & CARBON (CHANGZHOU) CO., LTD
- IMERYS GRAPHITE & CARBON GERMANY GMBH
- IMERYS GRAPHITE & CARBON USA, INC.
- IMERYS ITATEX SOLUCOES MINERAIS LTDA
- IMERYS KAOLIN BELGIUM
- IMERYS METALCASTING FRANCE SARL
- IMERYS METALCASTING GERMANY GMBH
- IMERYS MICA SUZORITE INC.
- IMERYS MINERAL AB
- IMERYS MINERALES ESPANA, S.L.
- IMERYS MINERALES SANTIAGO LIMITADA
- IMERYS MINERALI GAMALERO SRL

- IMERYS MINERALS (HEZHOU) CO., LTD
- IMERYS MINERALS (INDIA) PRIVATE LIMITED
- IMERYS MINERALS (TAIWAN) LTD
- IMERYS MINERALS AUSTRALIA PTY LTD
- IMERYS MINERALS CALIFORNIA, INC.
- IMERYS MINERALS HONG KONG LIMITED
- IMERYS MINERALS JAPAN KK
- IMERYS MINERALS OY
- IMERYS MINERALS USA, INC.
- IMERYS MINING DEVELOPMENT (QINGYANG) CO., LTD
- IMERYS PAPER CARBONATES LLC
- IMERYS PARTICIPACOES LTDA
- IMERYS PERLITA PAULINIA MINERAIS LTDA
- IMERYS PIGMENTS TRADING (SHANGHAI) CO., LTD
- IMERYS PIGMENTS, INC.
- IMERYS REFRACTARIOS PARTICIPACOES MONTE DOURADO LTDA
- IMERYS REFRACTORY MINERALS INTERNATIONAL SALES
- IMERYS REFRACTORY MINERALS JAPAN KK
- IMERYS RIO CAPIM CAULIM SA
- IMERYS SPECIALITIES JAPAN CO., LTD
- IMERYS STEELCASTING DO BRASIL LTDA
- IMERYS STEELCASTING INDIA PRIVATE LIMITED
- IMERYS STEELCASTING USA, INC.
- IMERYS TABLEWARE BALKANS SRL
- IMERYS TABLEWARE CR S.R.O.
- IMERYS TABLEWARE GUANGZHOU CO., LTD
- IMERYS TABLEWARE NEW ZEALAND LTD
- IMERYS TALC CALIFORNIA, INC.
- IMERYS TALC DELAWARE, INC.
- IMERYS TALC OHIO, INC.
- IMERYS TALC SPAIN, S.A.
- IMERYS TCSI SWITZERLAND SAGL
- IMERYS TECHNOLOGY CENTER AUSTRIA GMBH
- IMERYS WINDFARM PROJECT LTD
- IMERYS YILONG ANDALUSITE (XINJIANG) CO, LTD
- IMPALA ADMINCO LTD
- INDUSTRIALMIN
- ITACA S.R.L.
- KAOLIN AUSTRALIA PTY LTD
- KAOPOLITE, INC.
- KERAPLAN GMBH
- KERN TECH 1
- KERN TECH 2
- KERN TECH 3

- KERNEOS DE MEXICO SA DE CV
- KERNEOS DO BRASIL COMERCIAL LTDA
- KERNEOS ESPANA SL
- KERNEOS HOLDING GROUP SAS
- KERNEOS HOLDING NORTH AMERICA, INC.
- KERNEOS HOLDING NORTHERN EUROPE LIMITED
- KERNEOS POLSKA SP. Z.O.O.
- KERNEOS SERVICIOS SA DE CV
- KILITEAM V
- KORUND D.O.O.
- KPCL K.V.S.
- L-IMERYS INDUSTRIA E COMERCIO DE CAL LTDA
- LUZENAC MICRO MILLING LIMITED
- MASSA MINERALI SRL
- METALLEION METALLEYMATON
- METRAMCO (PTY) LTD
- MICRON-ITA INDUSTRIA E COMERCIO DE MINERAIS LTDA
- MINERAL HOLDINGS, INC.
- MINERALIEN SCHIFFAHRT SPEDITION UND TRANSPORT GMBH - MST
- MINERALS MILLING TUNISIA
- MINERALS TRADING, INC.
- MIRCAL ARGENTINA SRL
- MIRCAL ASIA
- MIRCAL AUSTRALIA PTY LTD
- MIRCAL BRESIL
- MIRCAL CHILI
- MIRCAL EUROPE
- MIRCAL TALC HOLDING
- MSL OVERSEAS LTD
- MULLITE COMPANY OF AMERICA – MULCOA
- N.G. JOHNSON (NORTHERN) HOLDINGS LIMITED
- N.G. JOHNSON LIMITED
- NIIGATA GCC LTD
- NYCO MINERALS CANADA, INC.
- ORGANIK MADENCILIK AS
- PABALK MADEN SANAYI VE TICARET A.S.
- PANSHI HUANYU WOLLASTONITE CO., LTD
- PERAMIN AB
- PERGEM MINERAL MADENCILIK SANAYI VE TICARET AS
- PERU MINERALS CORPORATION
- PERUCO, INC.
- PGB SA
- PLR REFRACTAIRES SAS U
- PPSA OVERSEAS LTD

- PROPERTY COMPANY ONE
- PROPERTY COMPANY TWO
- PT BINAH SURINDAH CEMERLANG
- PT ESENSINDO CIPTA CEMERLANG
- PT INDOPORLEN
- PT INDOPORLEN SAKTI
- PT STOLLBERG - SAMIL INDONESIA
- PYRAMAX CERAMICS ARKANSAS, LLC
- PYRAMAX CERAMICS, LLC
- QA REFRACTORIES (PTY) LTD
- QINGDAO STOLLBERG & SAMIL CO., LTD
- QS ABRASIVI MARENGO SRL
- QUARTZ DE MAURITANIE SA
- RECURSOS MINERALES DEL NORTE, SA DE CV
- RT 043 MINERACAO LTDA
- RUMICO FEUERFESTE BAUSTOFFE GMBH
- S&B BENTONITE CHAOYANG CO., LTD
- S&B ENDUSTRIYEL MINERALLER A.S.
- S&B INDUSTRIAL MINERALS (HENAN) CO., LTD
- S&B INDUSTRIAL MINERALS (SHANGHAI) CO., LTD
- S&B INDUSTRIAL MINERALS (TIANJIN) CO., LTD
- S&B INDUSTRIAL MINERALS SPAIN S.L.U.
- S&B MINERALS FINANCE SARL
- S&B MINERALS LIMITED
- S&B MINERALS PARTICIPATIONS 2 SARL
- S&B MINERALS PARTICIPATIONS LLC
- S&B MINERALS US HOLDING GMBH
- S&B MINERALS VERWALTUNG GMBH
- SAMREC VERMICULITE (ZIMBABWE) (PRIVATE) LTD
- SERVICIOS PIEDRA TUMBANTE S.DE R.L. DE C.V.
- SET LININGS GMBH
- SIDEX MONOLITHIQUES SRL
- SILLA DE PAITA S.A.C.
- SLS BAUSTOFFE GESELLSCHAFT MBH
- SOCIEDAD MINERA CELITE DEL PERU SA
- SOCIETE DE VALORISATION DES MINERAUX INDUSTRIELS SAS
- SPRINDEALS SIX PTY LTD
- STOLLBERG & SAMI CO., LTD
- SUNWARD REFRACTORIES CO., Ltd
- TENNESSEE ELECTRO MINERALS, INC. – TECO
- TERMORAK AB
- TERMORAK OY
- TERMORAK (THAILAND) CO LTD
- TOKAI CERAMICS CO., LTD

- TREIBACHER SCHLEIFMITTEL ABRASIVES KAILI CO., LTD
- TREIBACHER SCHLEIFMITTEL ASIA LTD
- TREIBACHER SCHLEIFMITTEL INTERNATIONALE VERTRIEBS MBH
- TREIBACHER SCHLEIFMITTEL ITALIA P. MAROZZI & CO SAS
- UCM GROUP LTD
- UCM MAGNESIA, INC.
- UNITEC CERAMICS LIMITED
- VERMICULITE INTERNATIONAL SALES
- WORLD MINERALS AMERICA LATINA, SA
- WORLD MINERALS USD LLC
- WORLD MINERALS USD SARL
- YUEYANG IMERYS ANTAI MINERALS CO., LTD
- ZHENGZHOU JIANAI SPECIAL ALUMINATES CO., LTD
- ZHENGZHOU TREIBACHER SCHLEIFMITTEL TENGDA ABRASIVES CO., LTD

## SCHEDULE IV

**Rio Tinto Captive Insurer Policies**

| Issuing Insurer | Policy No. | Policy Period |
|---|---|---|
| Metals and Minerals Insurance Pte. Limited | M&M GL/97-98/001 | 5/31/1997 - 5/31/1998 |
| Three Crowns Insurance Company Limited | 98162 | 5/31/1998 - 5/31/1999 |
| Three Crowns Insurance Company Limited | 98162 | 5/31/1999 - 5/31/2000 |
| Three Crowns Insurance Company Limited | 98162 | 5/31/2000 - 5/31/2001 |
| Three Crowns Insurance Company Limited | 98162/01 | 5/31/2001 - 5/31/2002 |
| Three Crowns Insurance Company Limited | 98162/02 | 5/31/2002 - 5/31/2003 |
| Three Crowns Insurance Company Limited | 98162/02A | 5/31/2002 - 5/31/2003 |
| Three Crowns Insurance Company Limited | 98162/02B | 5/31/2002 - 5/31/2003 |
| Three Crowns Insurance Company Limited | 98162/03 | 5/31/2003 - 5/31/2004 |
| Three Crowns Insurance Company Limited | 98162/04 | 5/31/2004 - 5/31/2005 |

| Issuing Insurer | Policy No. | Policy Period |
|---|---|---|
| Three Crowns Insurance Company Limited | 98162/05 | 5/31/2005 - 5/31/2006 |
| Three Crowns Insurance Company Limited | 98162/06/A | 5/31/2006 - 5/31/2007 |
| Falcon Insurance Ltd. | 98162/06/C | 5/31/2006 - 5/31/2007 |
| Metals and Minerals Insurance Pte. Limited | 98162/07/B | 5/31/2007 - 5/31/2008 |
| Falcon Insurance Ltd. | 98162/07/C | 5/31/2007 - 5/31/2008 |
| Metals and Minerals Insurance Pte. Limited | 98162/08/B | 5/31/2008 - 5/31/2009 |
| Falcon Insurance Ltd. | 98162/08/C | 5/31/2008 - 5/31/2009 |
| Metals and Minerals Insurance Pte. Limited | 98162/09/B | 5/31/2009 - 5/31/2010 |
| Falcon Insurance Ltd. | 98162/09/C | 5/31/2009 - 5/31/2010 |
| Metals and Minerals Insurance Pte. Limited | 98162/10/B | 5/31/2010 - 5/31/2011 |
| Falcon Insurance Ltd. | 98162/10/C | 5/31/2010 - 5/31/2011 |
| Metals and Minerals Insurance Pte. Limited | 98162/11/B | 5/31/2011 - 5/31/2012 |
| Falcon Insurance Ltd. | 98162/11/C | 5/31/2011 - 5/31/2012 |

## SCHEDULE V

### Rio Tinto Corporate Parties

- 1043802 Ontario Ltd
- 10676276 Canada Inc.
- 1109723 B.C. Ltd.
- 15304644 Canada Inc.
- 16140467 Canada Inc.
- 201 Logistics Center, LLC
- 7600 West Center, LLC
- 9519-2845 Quebec inc.
- AGM Holding Company Pte. Ltd.
- Alcan Asia Limited
- Alcan Betriebs- und Verwaltungsgesellschaft GmbH
- Alcan Chemicals Limited
- Alcan Composites Brasil Ltda
- Alcan Corporation
- Alcan Farms Limited
- Alcan Gove Development Pty Limited
- Alcan Holdings Australia Pty Limited
- Alcan Holdings Europe B.V.
- Alcan Holdings Nederland B.V.
- Alcan International Network U.S.A. Inc.
- Alcan Lebensmittelverpackungen GmbH
- Alcan Management Services Canada Limited / Societe de Services de Gestion Alcan Canada Limitee
- Alcan Northern Territory Alumina Pty Limited
- Alcan Packaging Mühltal Gmbh & Co. KG
- Alcan Primary Metal Australia Pty Ltd
- Alcan Primary Products Company LLC
- Alcan Primary Products Corporation
- Alcan Realty Limited / Societe Immobiliere Alcan Limitee
- Alcan South Pacific Pty Ltd
- Alufluor AB
- Aluminerie Alouette Inc.
- Aluminerie De Bécancour, Inc.
- Aluminium & Chemie Rotterdam B.V.
- AML Properties Pty Ltd
- Anglesey Aluminium Metal Limited
- AP Service
- Argyle Diamond Mines Pty Limited
- Argyle Diamonds Pty Limited
- Arizona Sonoran Copper Company Inc.

- Ashton Mining Pty Ltd
- Ashton Nominees Pty Limited
- Asia Gold Mongolia LLC
- Australia-Japan Innovation Fund
- Australian Coal Holdings Pty. Limited
- Australian Integrated Carbon Pty Ltd
- Australian Mining & Smelting Pty Ltd
- Bao-HI Ranges Joint Venture
- Beijing Iron Ore Trading Centre Corporation
- BetterIron - Texas Inc.
- Boké Investment Company
- Boké Services Company SA
- Boké Services Management, Inc.
- Boké Trading Inc.
- Borax España, S.A.
- Borax Europe Limited
- Borax Francais
- Borax Malaysia Sdn Bhd
- Borax Rotterdam BV
- Boyne Smelters Limited
- British Alcan Aluminium Limited
- C.V.G. Bauxilum C.A.
- Canning Resources Pty Limited
- CanPacific Potash Inc.
- Cape Bougainville Joint Venture
- Capricorn Diamonds Investments Pty Limited
- Carbon Capture, Inc.
- Cathjoh Holdings Pty Limited
- Channar Management Services Pty Limited
- Channar Mining Pty Ltd
- Chlor Alkali Unit Pte Ltd
- CIA. Inmobiliaria e Inversiones Cosmos S.A.C.
- ClearFlame Engines, Inc.
- Compagnie des Bauxites de Guinée
- Compania de Transmision Sierraoriente S.A.C.
- Consórcio de Alumínio do Maranhão
- CRA Investments Pty. Limited
- CRA Pty Ltd
- Cuprum Metals Pte. Ltd.
- Dampier Salt Limited
- Daybreak Development LLC
- Daybreak Property Holdings LLC
- Daybreak Secondary Water Distribution Company
- Daybreak Water Holding LLC

- DB Medical I LLC
- DBVC1 LLC
- Diavik Diamond Mines (2012) Inc.
- Donkerpoort Iron Ltd
- Dual Listed Company Structure
- Eastland Management Inc.
- Electralith Pty Ltd
- Electric Hydrogen Co.
- Electric Power Generation Limited
- Element North 21 GP Inc. / Element Nord 21 GP Inc.
- Element North 21 Limited Partnership / Elément Nord 21 Société en Commandite
- Elysis Limited Partnership / Elysis Societe en Commandite
- Empresa de Mineracao Finesa Ltda.
- Endurvinnslan Ltd.
- Energy Resources of Australia Ltd
- Entrée Resources Ltd.
- Evok Fund II (International) Limited Partnership
- Evolys Quebec inc.
- Excelsior-Nuton
- Exeltium
- Fabrica De Plasticos Mycsa, S.A.
- Flambeau Mining Company
- Fondation Rio Tinto
- France Aluminium Recyclage Sa
- Fundsprops Pty. Limited
- Giampaolo (Indiana) Realty, LLC
- Giampaolo W. Rapids Realty, LLC
- Gladstone Infrastructure Pty Ltd
- Gladstone Power Station Joint Venture
- Global Commodities Holdings Limited
- Global Hubco BV
- Globalore Pte. Ltd.
- Gobi Oyu Development Support Fund
- Gove Aluminium Ltd
- GPS Energy Pty Limited
- GPS Nominee Pty Limited
- GPS Power Pty. Limited
- Green Mountain Mining Venture
- Gulf Power Company / La Compagnie Gulf Power
- Halco (Mining) Inc.
- Hamersley Exploration Pty Limited
- Hamersley HMS Pty Ltd
- Hamersley Holdings Limited
- Hamersley Iron - Yandi Pty Limited

- Hamersley Iron Pty. Limited
- Hamersley Resources Limited
- Hamersley WA Pty Ltd
- Henlopen Manufacturing Co., Inc.
- Heruga Exploration LLC
- High Purity Iron Inc.
- HIsmelt Corporation Pty Limited
- Hope Downs Joint Venture
- Hope Downs Marketing Company Pty Ltd
- Hunter Valley Resources Pty Ltd
- IEA Coal Research Limited
- IEA Environmental Projects Limited
- Integrity Land and Cattle LLC
- InterEmballage
- IOC Sales Limited
- Iron Company of Texas LLC
- Iron Ore Company of Canada
- Jadar Free Zone Management Company DOO Beograd - Novi Beograd
- Johcath Holdings Pty Limited
- Juna Station Pty Ltd
- Kalimantan Gold Pty Limited
- Kelian Pty. Limited
- Kembla Coal & Coke Pty. Limited
- Kennecott Barneys Canyon Mining Company
- Kennecott Exploration Company
- Kennecott Holdings Corporation
- Kennecott Land Company
- Kennecott Land Investment Company LLC
- Kennecott Nevada Copper Company
- Kennecott Ridgeway Mining Company
- Kennecott Royalty Company
- Kennecott Services Company
- Kennecott Uranium Company
- Kennecott Utah Copper LLC
- Kennecott Water Distribution LLC
- Korgantas LLP
- Kutaibar Holdings Pty Ltd
- La Compagnie du Transguinéen S.A.
- La Granja Holdings Nominees Limited
- La Granja UK Holdings Limited
- Lao Sanxai Minerals Sole Company Limited
- Lawson Mardon Flexible Limited
- Lawson Mardon Smith Brothers Ltd.
- Lithium Extraction Technologies (Australia) Pty Ltd

- Lumo Analytics Oy
- Magma Arizona Railroad Company
- Matalco Bluffton LLC
- Matalco Canada Inc.
- Matalco Kentucky LLC
- Matalco Lordstown Realty LLC
- Matalco USA, LLC
- Matalco Wisconsin LLC
- McEwen Copper Inc.
- Metallwerke Refonda AG
- Metals & Minerals Insurance Pte. Limited
- Minera Escondida Ltda
- Minera IRL Limited
- Minera Kennecott, S.A. de C.V.
- Minera La Granja S.A.C.
- Mineração Rio do Norte S.A.
- Mineracao Tabuleiro Ltda
- MineSmith Australasia Pty Ltd
- Minmetals Rio Tinto Exploration Company Limited
- Mitchell Plateau Bauxite Co. Pty. Limited
- Mitchell Plateau Joint Venture
- M-Map Technologies Inc.
- Mount Bruce Mining Pty Limited
- Mutamba Mineral Sands S.A.
- Nano One Materials Corp.
- Natural Diamond Council Limited
- NBH Pty Ltd
- NCT Holdco, LLC (dba Aymium)
- New Zealand Aluminium Smelters Ltd
- Nhulunbuy Corporation Limited
- Norgold Pty Limited
- North Gold (W.A.) Pty Ltd
- North Insurances Pty. Ltd.
- North IOC (Bermuda) Holdings Limited
- North IOC (Bermuda) Limited
- North IOC Holdings Pty Ltd
- North Limited
- North Mining Limited
- Nuevo Cobre S.A.
- Nuton Holdings Limited
- Nuton LLC
- Nyabarongo Mining and Exploration Limited
- NZAS Retirement Fund Trustee Limited
- Ohio Valley Aluminum Company, LLC

- Ovaco LLC
- Oyu Tolgoi Catalyst Fund for Khanbogd Development
- Oyu Tolgoi LLC
- Oyu Tolgoi Netherlands BV
- Pacific Aluminium (New Zealand) Limited
- Pacific Aluminium Pty. Limited
- Pacific Coast Mines, Inc.
- Panguna Legacy Assessment Company Limited
- Pechiney Aviatube Limited
- Pechiney Bâtiment
- Pechiney Bécancour, Inc.
- Pechiney Cast Plate, Inc.
- Pechiney Consolidated Australia Pty Limited
- Pechiney Holdings, Inc.
- Pechiney Metals LLC
- Pechiney Plastic Packaging, Inc.
- Pechiney Reynolds Quebec, Inc.
- Pechiney Sales Corporation
- Peko Exploration Pty Ltd.
- Peko-Wallsend Pty Ltd
- Pilbara Iron Company (Services) Pty Ltd
- Pilbara Iron Pty Ltd
- Port d'Ehoala S.A.
- Procivis Savoie
- Project Generation Group Pty Ltd
- PT Hutan Lindung Kelian Lestari
- PT Kelian Equatorial Mining
- QIT Madagascar Minerals Ltd
- QIT Madagascar Minerals SA
- Quebec North Shore and Labrador Railway Company Inc. / Compagnie de Chemin de Fer du Littoral Nord de Quebec et du Labrador Inc.
- Queensland Alumina Limited
- Queensland Coal Pty. Limited
- Ranges Management Company Pty Ltd
- Ranges Mining Pty Ltd
- Regeneration Enterprises, Inc.
- Regulus Resources Inc.
- Resolution Copper Company
- Resolution Copper Mining LLC
- Rhodes Ridge Account Manager Pty Ltd
- Rhodes Ridge Joint Venture
- Rhodes Ridge Management Services Pty Ltd
- Richards Bay Mining (Proprietary) Limited
- Richards Bay Mining Holdings (Proprietary) Limited

- Richards Bay Titanium (Proprietary) Limited
- Richards Bay Titanium Holdings (Proprietary) Limited
- Rightship Pty Ltd
- Rincon Mining Pty Limited
- Rio de Contas Desenvolvimentos Minerais Ltda
- Rio Santa Rita Empreenimentos e-Particiacoes Ltda
- Rio Sava Exploration DOO
- Rio Tinto (Commercial Paper) Limited
- Rio Tinto Advisory Services Pty Limited
- Rio Tinto Alcan Fund Inc.
- Rio Tinto Alcan Inc.
- Rio Tinto Alcan International Ltd. / Rio Tinto Alcan International Ltee
- Rio Tinto Alcan Technology Pty Ltd
- Rio Tinto Aluminium (Bell Bay) Limited
- Rio Tinto Aluminium (Holdings) Limited
- Rio Tinto Aluminium Bell Bay Sales Pty Limited
- Rio Tinto Aluminium Limited
- Rio Tinto Aluminium Pechiney
- Rio Tinto Aluminium Services Pty Limited
- Rio Tinto America Holdings Inc.
- Rio Tinto America Inc.
- Rio Tinto Angola (SU), LDA.
- Rio Tinto Asia Ltd
- Rio Tinto Asia Pty. Limited
- Rio Tinto AuM Company
- Rio Tinto Australian Holdings Limited
- Rio Tinto Bahia Holdings Limited
- Rio Tinto Biofuels Pty Ltd
- Rio Tinto BM Limited
- Rio Tinto BM Subsidiary Limited
- Rio Tinto Canada Finance Limited
- Rio Tinto Canada Inc
- Rio Tinto Canada Management Inc./ Rio Tinto Gestion Canada Inc.
- Rio Tinto Chile SpA
- Rio Tinto Closure Pty Limited
- Rio Tinto Coal (Clermont) Pty Ltd
- Rio Tinto Coal Australia Pty Limited
- Rio Tinto Coal NSW Holdings Limited
- Rio Tinto Commercial Americas Inc.
- Rio Tinto Commercial GmbH
- Rio Tinto Commercial Pte. Ltd.
- Rio Tinto Copper Holdings Limited
- Rio Tinto Copper Limited
- Rio Tinto Desenvolvimentos Minerais Ltda.

- Rio Tinto Diamonds Netherlands B.V.
- Rio Tinto Diamonds NV
- Rio Tinto do Brasil Ltda.
- Rio Tinto Eastern Investments B.V.
- Rio Tinto EN21 Australia Pty Ltd
- Rio Tinto EN21 Op Co Pty Limited
- Rio Tinto Energy America Inc.
- Rio Tinto Energy and Climate Investments Australia Pty Ltd
- Rio Tinto Energy and Climate Investments Canada Inc./Rio Tinto Investissements Énergie et Climat Canada Inc.
- Rio Tinto Energy Development LLC
- Rio Tinto Energy Limited
- Rio Tinto Energy Services Inc.
- Rio Tinto Energy Services Pty Ltd
- Rio Tinto Escondida Limited
- Rio Tinto European Holdings Limited
- Rio Tinto Exploration (Asia) Holdings Pte. Ltd.
- Rio Tinto Exploration (PNG) Limited
- Rio Tinto Exploration Angola (SU), Limitada
- Rio Tinto Exploration Canada Inc.
- Rio Tinto Exploration Dunav d.o.o. Beograd - Novi Beograd
- Rio Tinto Exploration Finland OY
- Rio Tinto Exploration India Private Limited
- Rio Tinto Exploration Kazakhstan LLP
- Rio Tinto Exploration Pty Limited
- Rio Tinto Exploration Rwanda Limited
- Rio Tinto Exploration Zambia Limited
- Rio Tinto FalCon Diamonds Inc.
- Rio Tinto Fer et Titane inc.
- Rio Tinto Finance (Rhodes Ridge) Pty Ltd
- Rio Tinto Finance (USA) Inc.
- Rio Tinto Finance (USA) Limited
- Rio Tinto Finance (USA) plc
- Rio Tinto Finance Limited
- Rio Tinto Finance plc
- Rio Tinto France S.A.S.
- Rio Tinto Global Employment Company Pte. Ltd.
- Rio Tinto Guinée S.A.
- Rio Tinto Holding PNG Limited
- Rio Tinto Holdings LLC
- Rio Tinto Hydrogen Energy LLC
- Rio Tinto Iceland Ltd.
- Rio Tinto India Private Limited
- Rio Tinto Indonesian Holdings Limited

- Rio Tinto International Holdings Limited
- Rio Tinto Investments One Pty Limited
- Rio Tinto Investments Two Pty Limited
- Rio Tinto Iron & Titanium (Suzhou) Co., Ltd
- Rio Tinto Iron & Titanium GmbH
- Rio Tinto Iron & Titanium Holdings GmbH
- Rio Tinto Iron & Titanium Limited
- Rio Tinto Iron and Titanium Canada Inc. / Rio Tinto Fer et Titane Canada Inc.
- Rio Tinto Iron Ore (Pilbara) Sales Pty Ltd
- Rio Tinto Iron Ore Atlantic Limited
- Rio Tinto Iron Ore Europe S.A.S.
- Rio Tinto Iron Ore Trading China Limited
- Rio Tinto Japan Limited
- Rio Tinto Jersey Holdings 2010 Limited
- Rio Tinto Korea Ltd
- Rio Tinto Limited
- Rio Tinto London Limited
- Rio Tinto Management Services South Africa (Proprietary) Ltd
- Rio Tinto Marketing Pte. Ltd.
- Rio Tinto Medical Plan Trustees Limited
- Rio Tinto Metals Limited
- Rio Tinto Mineracao do Brasil Ltda
- Rio Tinto Minerals Asia Pte Ltd
- Rio Tinto Minerals Development (Lao) Sole Co., Ltd.
- Rio Tinto Minerals Development Limited
- Rio Tinto Minerals Exploration (Beijing) Co., Ltd
- Rio Tinto Minerals Inc.
- Rio Tinto Minerals Investments Africa Limited
- Rio Tinto Minerals Limited
- Rio Tinto Mining and Exploration Inc.
- Rio Tinto Mining and Exploration Limited
- Rio Tinto Mining and Exploration S.A.C.
- Rio Tinto Mining Commercial (Shanghai) Co., Ltd.
- Rio Tinto Mongolia LLC
- Rio Tinto Nominees Limited
- Rio Tinto Orissa Mining Private Ltd
- Rio Tinto OT Management Limited
- Rio Tinto Overseas Holdings Limited
- Rio Tinto PACE Australia Pty Limited
- Rio Tinto PACE Canada Inc. / Gestion Rio Tinto PACE Canada Inc.
- Rio Tinto Pension Fund Trustees Limited
- Rio Tinto plc
- Rio Tinto Potash Management Inc. / Rio Tinto Potasse Management Inc.
- Rio Tinto Procurement (Singapore) Pte Ltd

- Rio Tinto Pte Ltd
- Rio Tinto Saskatchewan Potash Holdings General Partner Inc.
- Rio Tinto Saskatchewan Potash Holdings Limited Partnership
- Rio Tinto Secretariat Limited
- Rio Tinto Services Inc.
- Rio Tinto Services Limited
- Rio Tinto Shared Services Pty Limited
- Rio Tinto Shipping (Asia) Pte. Ltd.
- Rio Tinto Shipping Pty. Limited.
- Rio Tinto Simfer UK Limited
- Rio Tinto Singapore Holdings Pte Ltd
- Rio Tinto South East Asia Limited
- Rio Tinto Staff Fund (Retired) Pty Limited
- Rio Tinto Sulawesi Holdings Limited
- Rio Tinto Switzerland AG (SA/Ltd.)
- Rio Tinto Technological Resources Inc.
- Rio Tinto Technological Resources UK Limited
- Rio Tinto Technology Holdings Corporation
- Rio Tinto Trading (Shanghai) Co., Ltd.
- Rio Tinto Western Holdings Limited
- Rio Tinto Winu Pty Limited
- Riversdale Connections (Proprietary) Ltd
- Robe River Iron Associates Joint Venture
- Robe River Limited
- Robe River Mining Co. Pty. Ltd.
- Robe River Ore Sales Pty. Ltd.
- Rocklea Station Pty Ltd
- Rondo Energy, Inc.
- RTA AAL Australia Limited
- RTA Boyne Limited
- RTA Gove Pty Limited
- RTA Holdco 1 Limited
- RTA Holdco 4 Limited
- RTA Holdco 8 Limited
- RTA Holdco Australia 1 Pty Ltd
- RTA Holdco Australia 3 Pty Ltd
- RTA Holdco Australia 5 Pty Ltd
- RTA Holdco Australia 6 Pty Ltd
- RTA HOLDCO FRANCE 1 S.A.S.
- RTA HOLDCO FRANCE 2 S.A.S.
- RTA Pacific Pty Limited
- RTA Sales Pty Ltd
- RTA Smelter Development Pty Limited
- RTA Weipa Pty Ltd

- RTA Yarwun Pty Ltd
- RTAlcan 2 LLC
- RTAlcan 3 LLC
- RTLDS Aus Pty Ltd
- RTLDS UK Limited
- RTPDS Aus Pty Ltd
- Saryarka B.V.
- Scheuch Unterstuetzungskasse GmbH
- Sharp Investment Holding Company Pte. Ltd.
- Simfer InfraCo Guinée S.A.
- Simfer InfraCo Ltd
- Simfer Jersey Limited
- Simfer Jersey Nominee Limited
- Simfer Marine Guinee S.A.
- SIMFER S.A.
- Simfer TSV Holdco Pte. Ltd
- Singapore Metals Pte. Ltd.
- Skymont Corporation
- Société Départementale De Développement 65
- Société Minière Et De Participations Guinée-Alusuisse
- Sohar Aluminium Co. L.L.C.
- Sohio Western Mining Company
- Solwezi Metals Exploration Limited
- Southern Copper Pty. Limited
- Sovereign Metals Limited
- Star Diamond Corporation
- Swift Current Land & Cattle LLC
- Swiss Aluminium Australia Limited
- Talon Nickel (USA) LLC
- TBAC Limited
- Technological Resources Pty. Limited
- Terra CO2 Technology Holdings, Inc.
- The Kelian Community and Forest Protection Trust
- The Pyrites Company, Inc.
- The Roberval and Saguenay Railway Company/ La Compagnie du Chemin de Fer Roberval Saguenay
- The Zinc Corporation Pty Ltd
- Thos. W. Ward Limited
- THR Aruba Holdings LLC A.V.V.
- THR Copper Limited
- THR Mines Services Co. Ltd.
- THR OYU TOLGOI LTD.
- Three Crowns Insurance Company
- Tinto Holdings Australia Pty. Limited

- Tomago Aluminium Company Pty Limited
- Tomago Aluminium Joint Venture
- Trans Territory Pipeline Pty Limited
- Turquoise Hill Resources Ltd.
- Turquoise Hill Resources Singapore Pte Ltd.
- U.S. Borax Inc.
- Uranium Energy Corp.
- Usine de démonstration de la Technologie ELYSIS S.E.C / ELYSIS Technology Demonstration Plant L.P.
- Victoria Technology Inc.
- Waste Solutions and Recycling LLC
- West Kutai Foundation Limited
- Western Copper and Gold Corporation
- Western Range Joint Venture
- Wimmera Industrial Minerals Pty. Limited
- Winchester South Development Company Proprietary Limited
- Winning Consortium Simandou Ports Pte. Ltd.
- Winning Consortium Simandou Railway Pte. Ltd.
- Winter Road Joint Venture
- Wyoming Coal Resources Company
- Yalleen Pastoral Co. Pty. Ltd.
- Yarraloola Pastoral Co

## <u>SCHEDULE VI</u>

### *Zurich Corporate Parties*

- Zurich American Insurance Company, in its own capacity and as successor-in-interest to Zurich Insurance Company, U.S. Branch
- American Guarantee and Liability Insurance Company
- American Zurich Insurance Company
- Colonial American Casualty & Surety Company
- Empire Fire and Marine Insurance Company
- Empire Indemnity Insurance Company
- Fidelity and Deposit Company of Maryland
- Hoplite Reinsurance Company of Vermont, Inc.
- Rural Community Insurance Company
- Steadfast Insurance Company
- Universal Underwriters Insurance Company
- Universal Underwriters of Texas Insurance Company
- Zurich American Insurance Company of Illinois
- Zurich Insurance Company Ltd (Canadian Branch)
- Zurich American Puerto Rico Insurance Company
- Zurich American Life Insurance Company
- Zurich American Insurance Company of New York
- Maryland Casualty Company
- Northern Insurance Company of New York
- Assurance Company of America

## <u>SCHEDULE VII</u>

### Zurich Policies

| Issuing Insurer | Policy No. | Policy Period |
|---|---|---|
| Zurich Insurance Company, US Branch | GLC 8209842-00/01 | 5/1/1996–5/31/1997 |
| Zurich Insurance Company, US Branch | GLO 8210069-00 | 5/31/1997–5/31/1998 |
| Zurich Insurance Company, US Branch | GLO 8210069-01 | 5/31/1998–5/31/1999 |
| Zurich American Insurance Company | GLO 8210069-02 | 5/31/1999–5/31/2000 |
| Zurich American Insurance Company | GLO 8210069-03 | 5/31/2000–5/31/2001 |
| Zurich American Insurance Company | GLO 8210196-04 | 5/31/2001–5/31/2002 |
| Zurich American Insurance Company | GLO 8210196-05 | 5/31/2002–5/31/2003 |
| Zurich American Insurance Company | GLO 8210196-06 | 5/31/2003–5/31/2004 |
| Zurich American Insurance Company | GLO 8210196-07 | 5/31/2004–5/31/2005 |
| Zurich American Insurance Company | GLO 8210196-08 | 5/31/2005–5/31/2006 |
| Zurich American Insurance Company | GLO 8210196-09 | 5/31/2006–5/31/2007 |
| Zurich American Insurance Company | GLO 8210196-10 | 5/31/2007–5/31/2008 |
| Zurich American Insurance Company | GLO 8210196-11 | 5/31/2008–5/31/2009 |

| Issuing Insurer | Policy No. | Policy Period |
|---|---|---|
| Zurich American Insurance Company | GLO 8249662-00 | 5/31/2009–5/31/2010 |
| Zurich American Insurance Company | GLO 8249662-01 | 5/31/2010–5/31/2011 |
| Zurich American Insurance Company | GLO 8249662-02 | 5/31/2011–5/31/2012 |
| Zurich Insurance Company Ltd (Canadian Branch) | 8828308 | 5/31/1997-5/31/2007 |
| Zurich Insurance Company Ltd (Canadian Branch) | 8835547 | 5/31/2007-5/31/2009 |
| Zurich Insurance Company Ltd (Canadian Branch) | 8837911 | 5/31/2009-5/31/2011 |

## <u>SCHEDULE VIII</u>

### Cyprus Corporate Parties

#### <u>Cyprus Mines and Parent Companies</u>

- Cyprus Mines Corporation
- Cyprus Amax Minerals Company (including as successor to Cyprus Minerals Company)
- Freeport Minerals Corporation (including as successor to Phelps Dodge Corporation)
- Freeport-McMoRan Inc.

#### <u>Owners of Affiliates of Cyprus Mines</u>

- Amax Energy Inc.
- Ametalco Limited
- Ametalco, Inc.
- Arguello Inc.
- Byner Cattle Company
- Climax Molybdenum Company
- Cyprus Amax Indonesia Corporation
- Cyprus Climax Metals Company
- Cyprus El Abra Corporation
- Cyprus Exploration and Development Corporation
- Cyprus Gold Company
- Cyprus Metals Company
- Eastern Mining Company, Inc.
- FCX Oil & Gas LLC
- FM Services Company
- Freeport Sulphur Company
- Freeport-McMoRan Bagdad Inc.
- Freeport-McMoRan Chino Inc.
- Freeport-McMoRan Cobalt Holdings Limited
- Freeport-McMoRan Energy LLC
- Freeport-McMoRan Exploration Corporation
- Freeport-McMoRan Mineral Properties Inc.
- Freeport-McMoRan Oil & Gas LLC
- Freeport-McMoRan Spain Inc.
- Freeport-McMoRan Tyrone Mining LLC
- Hidalgo Mining, LLC
- McMoRan Exploration LLC
- McMoRan Oil & Gas LLC
- Mt. Emmons Mining Company
- Nabire Bakti L.L.C.
- PD Peru, Inc.

- PDRC Laurel Hill 9, LLC
- PDRC Laurel Hill Development, LLC
- Phelps Dodge Industries, Inc.
- Phelps Dodge Katanga Corporation
- Phelps Dodge of Africa, Ltd.
- Phelps Dodge Refining Corporation
- PT Freeport Indonesia
- PT Freeport Management Indonesia
- PXP Gulf Coast LLC
- PXP Louisiana L.L.C.
- PXP Producing Company LLC

**Other Cyprus Mines Affiliates**

- Ajo Improvement Company
- Amax Arizona, Inc.
- Amax Exploration, Inc.
- Amax Metals Recovery, Inc.
- Amax Nickel Overseas Ventures, Inc.
- Amax Research & Development, Inc.
- Amax Specialty Coppers Corporation
- Amax Specialty Metals (Driver), Inc.
- Amax Zinc (Newfoundland) Limited
- American Metal Climax, Inc.
- Apache Nitrogen Products, Incorporated
- Atlantic Copper, S.L.U.
- AZ Big Sandy, LLC
- Bagdad Fire and Rescue, Inc.
- Bisbee Queen Mining Co.
- Blackwell Zinc Company, Inc.
- Capital Gestão de Negócios Ltda.
- Chino Acquisition LLC
- Climax Canada Ltd.
- Climax Molybdenum Asia Corporation
- Climax Molybdenum B.V.
- Climax Molybdenum China Corporation
- Climax Molybdenum GmbH
- Climax Molybdenum Marketing Corporation
- Climax Molybdenum U.K. Limited
- Compania Exploradora de la Isla, S.A.
- Copper Market, Inc.
- Copper Overseas Service Company
- Cyprus Copperstone Gold Corporation
- Cyprus Gold Exploration Corporation

- Cyprus Pinos Altos Corporation
- Cyprus Specialty Metals Company
- Cyprus Tohono Corporation
- Drum Mountains Mineral Properties LLC
- Exploraciones Antakana S.A.C.
- FCX Investment LLC
- FM Chile Holdings Inc.
- FNS Holdings, LLC
- Freeport Azufre Limitada
- Freeport Butte Valley LLC
- Freeport Canadian Exploration Company
- Freeport Copper Company
- Freeport International, Incorporated
- Freeport Overseas Service Company
- Freeport Research and Engineering Company
- Freeport Warim Inc.
- Freeport-McMoRan Chino Mines Company
- Freeport-McMoRan Copper & Gold China Corporation
- Freeport-McMoRan Copper & Gold Energy Services LLC
- Freeport-McMoRan Copper & Gold Investment Co., S.A.
- Freeport-McMoRan Exploration & Production LLC
- Freeport-McMoRan Exploration Colombia, S.A.S.
- Freeport-McMoRan Mercantile Company Inc.
- Freeport-McMoRan Miami Inc.
- Freeport-McMoRan Mineral Properties Canada Inc.
- Freeport-McMoRan Morenci Inc.
- Freeport-McMoRan Nevada LLC
- Freeport-McMoRan of Canada Limited
- Freeport-McMoRan Safford Inc.
- Freeport-McMoRan Sales Company Inc.
- Freeport-McMoRan Shelf Properties LLC
- Freeport-McMoRan Sierrita Inc.
- Freeport-McMoRan Tyrone Inc.
- Gaviota Gas Plant Company
- Grand Ecaille Land Company, Inc.
- Gulf Coast Ultra Deep Royalty Trust
- Habirshaw Cable and Wire Corporation
- International Administrative Services Company
- International Air Capital Inc.
- International ASAZ LLC
- International Mining Investments, LLC
- International Purveyors Inc.
- International Support LLC
- James Douglas Insurance Company, Ltd.

- JEX Technologies Corporation
- K-Mc Venture I LLC
- Koboltti Chemicals Holdings Limited
- LHD Ventures, LLC
- Main Pass Energy Hub LLC
- Midwest Land Acquisition Company LLC
- Minera Cuicuilco S.A. de C.V.
- Minera Freeport-McMoRan South America Limitada
- Minera Freeport-McMoRan South America S.A.C.
- Missouri Lead Smelting Company
- MSS Properties, LLC
- Nicaro Nickel Company
- Overseas Service Company
- Pacific Western Land Company
- PD Receivables LLC
- Phelps Dodge Ajo, Inc.
- Phelps Dodge Development Corporation
- Phelps Dodge Hidalgo, Inc.
- Phelps Dodge High Performance Conductors of NJ, Inc.
- Phelps Dodge Mining (Zambia) Limited
- Phelps Dodge Molybdenum Corporation
- Plains Acquisition Corporation
- Plains Vietnam Ltd.
- Pogo Partners, Inc.
- Point Arguello Natural Gas Line Company
- Point Arguello Pipeline Company
- PT Airfast Aviation Facilities Company
- PT Eksplorasi Nusa Jaya
- PT Irja Eastern Minerals
- PT Kencana Infra Nusakarya
- PT Kencana Wisata Nusakarya
- PT Mineserve International
- PT Nabire Bakti Mining
- PT Papua Utama Mitra
- PT Rio Tinto Indonesia
- PT Smelting
- PXP Louisiana Operations LLC
- Servicios Especiales Nacionales, S.A. de C.V.
- Silver Springs Ranch, Inc.
- Sociedad Contractual Minera El Abra
- Sociedad Minera Cerro Verde S.A.A.
- Southern Bayou Holdings LLC
- Southern Pearl Holdings LLC
- Tank Barge LLC

- The Morenci Water & Electric Company
- Timok Metals doo Bor, Cara Lazara bb, 19210 Bor
- Tucson, Cornelia and Gila Bend Railroad Company
- United States Metals Refining Company
- Verde Valley Tax Investments, LLC
- Warren Company
- Western Nuclear, Inc.

## SCHEDULE IX

**Cyprus Talc Insurance Policies**

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **American Automobile Insurance Company** | CL 12750 | April 4, 1945 | April 4, 1946 |
| **American Automobile Insurance Company** | CL 130970 | April 4, 1946 | April 4, 1947 |
| **American Automobile Insurance Company** | CL 136508 | April 4, 1947 | April 4, 1948 |
| **American Automobile Insurance Company** | CL 139750 | April 4, 1948 | April 4, 1949 |
| **American Automobile Insurance Company** | K 2005760 | April 4, 1949 | April 4, 1950 |
| **American Automobile Insurance Company** | K 2021258 | April 4, 1950 | April 4, 1951 |
| **American Automobile Insurance Company** | K 204022 | April 4, 1951 | April 4, 1952 |
| **American Automobile Insurance Company** | K 2058632 | April 4, 1952 | April 4, 1953 |
| **American Automobile Insurance Company** | K 2068035 | April 4, 1953 | April 4, 1954 |
| **American Automobile Insurance Company** | K 2083794 | April 4, 1954 | April 4, 1955 |
| **American Automobile Insurance Company** | K 2108468 | April 4, 1955 | April 4, 1956 |
| **American Automobile Insurance Company** | K 2131954 | April 4, 1956 | April 4, 1957 |
| **American Automobile Insurance Company** | K 2144688 | April 4, 1957 | April 4, 1958 |
| **American Automobile Insurance Company** | K 2195086 | April 4, 1958 | April 4, 1959 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **American Automobile Insurance Company** | K 2206150 | April 4, 1959 | April 4, 1960 |
| **American Automobile Insurance Company** | K 2224359 | April 4, 1960 | April 4, 1961 |
| **American Insurance Company** | K2238871 | May 23, 1961 | May 23, 1962 |
| **American Insurance Company** | K2257131 | May 23, 1962 | May 23, 1963 |
| **American Insurance Company** | K2276210 | May 23, 1963 | May 23, 1964 |
| **American Insurance Company** | K2290639 | May 23, 1964 | October 15, 1964 |
| **Continental Casualty Company** | CL4234386 | October 15, 1964 | January 1, 1965 |
| **Continental Casualty Company** | RDX9946941 | October 15, 1964 | April 17, 1965 |
| **Employers Surplus Lines Insurance Company** | E504218 | December 31, 1962 | April 17, 1965 |
| **Employers Surplus Lines Insurance Company** | E504219 | April 17, 1962 | April 17, 1965 |
| **Continental Casualty Company** | 241319352 | January 1, 1965 | January 1, 1966 |
| **Employers Surplus Lines Insurance Company** | E509914 | April 17, 1965 | February 1, 1968 |
| **Harbor Insurance Company** | 102632 | April 17, 1965 | January 31, 1968 |
| **Continental Casualty Company** | 2402140673 | January 1, 1966 | January 1, 1969 |
| **Employers Surplus Lines Insurance Company** | E513910 | January 31, 1968 | March 1, 1971 |
| **Continental Casualty Company** | CCP2404125889 | January 1, 1969 | November 1, 1969 |
| **Continental Casualty Company** | CCP2405051090R | November 1, 1969 | November 1, 1972 |
| **Employers Surplus Lines Insurance Company** | E63850 | March 1, 1971 | March 1, 1972 |
| **CNA Casualty of California** | RDU9231389 | March 1, 1972 | March 1, 1973 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| Midland Insurance Company | XL1952 | March 1, 1972 | March 1, 1973 |
| Mission Insurance Company | M74758 | March 1, 1972 | March 1, 1973 |
| Fireman's Fund Insurance Company | XLX1056187 | March 1, 1972 | March 1, 1973 |
| Aetna Casualty & Surety Company | 01XN244WCA | March 1, 1972 | March 1, 1973 |
| Continental Casualty Company | CCP9677215R | November 1, 1972 | November 1, 1974 |
| Reserve Insurance Company | UCP00067 | March 1, 1973 | April 2, 1975 |
| Stonewall Insurance Company | D11910 | March 1, 1973 | July 1, 1976 |
| Truck Insurance Exchange | 3504134 | October 1, 1974 | July 1, 1980 |
| Central National Insurance Company of Omaha | CNU122873 | April 2, 1975 | April 2, 1976 |
| Mission Insurance Company | M830271 | April 2, 1975 | April 2, 1976 |
| Central National Insurance Company of Omaha | CNU125306 | April 2, 1976 | July 1, 1977 |
| Mission Insurance Company | 83253 | April 2, 1976 | July 1, 1977 |
| Stonewall Insurance Company | 13584 | July 1, 1976 | July 1, 1977 |
| Granite State Insurance Company | SCLD 80-93902 | July 1, 1976 | July 1, 1977 |
| Lexington Insurance Company | LC0140 | July 1, 1977 | July 1, 1978 |
| Pine Top Insurance Company | MLP 100304 | July 1, 1977 | July 1, 1978 |
| Columbia Casualty Company | RDX3652421 | July 1, 1977 | July 1, 1978 |
| Harbor Insurance Company | 135171 | July 1, 1978 | July 1, 1979 |
| Columbia Casualty Company | RDX4169299 | July 1, 1978 | July 1, 1979 |
| AIU Insurance Company | 75100270 | July 1, 1978 | July 1, 1979 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **Mission Insurance Company** | M843870 | July 1, 1978 | July 1, 1979 |
| **Union Indemnity Insurance Company of New York** | UF11 00 128 | June 1, 1979 | June 1, 1980 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | BE1326219 | July 1, 1979 | July 1, 1980 |
| **Insurance Company of North** | ISL 1083 | xx/xx/1978 | xx/xx/1981 |
| **America** | | | |
| **London Market** | 881/ULL0705 | June 1, 1979 | June 1, 1980 |
| **Employers Mutual Casualty** | MMO 70858 | June 1, 1979 | June 1, 1980 |
| **Lexington Insurance Company** | 5512603 | June 1, 1979 | June 1, 1980 |
| **Lexington Insurance Company** | 5512604 | June 1, 1979 | June 1, 1980 |
| **Gibraltar Casualty Company** | GMX 00143 | June 1, 1979 | June 1, 1980 |
| **Central National Insurance Company of Omaha (The)** | CNZ 14-16-28 | June 1, 1979 | June 1, 1980 |
| **Federal Insurance Company** | (80) 7922-6248 | June 1, 1979 | June 1, 1980 |
| **Landmark Insurance Co.** | FE4000188 | June 1, 1979 | June 1, 1980 |
| **Travelers Indemnity Company** | JEX 121T880-A-79 | June 1, 1979 | June 1, 1980 |
| **Employers Mutual Casualty Company** | MMO 70859 | June 1, 1979 | June 1, 1980 |
| **London Market Insurers** | ULL0706 | June 1, 1979 | June 1, 1980 |
| **London Market Insurers** | ULL0707 | June 1, 1979 | June 1, 1980 |
| **London Market Insurers** | ULL0708 | June 1, 1979 | June 1, 1980 |
| **London Market Insurers** | ULL0709 | June 1, 1979 | June 1, 1980 |
| **International Surplus Lines Insurance Company** | XSI 5586 | June 1, 1979 | June 1, 1980 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **Birmingham Fire Insurance Company of Pennsylvania** | 6073642 | June 1, 1979 | June 1, 1980 |
| **First State Insurance Company** | 928425 | June 1, 1979 | June 1, 1980 |
| **International Surplus Lines Insurance Company** | XSI 5587 | June 1, 1979 | June 1, 1980 |
| **Employers Mutual Casualty Company** | MMO 70860 | June 1, 1979 | June 1, 1980 |
| **International Surplus Lines Insurance Company** | XSI 5588 | June 1, 1979 | June 1, 1980 |
| **Granite State Insurance Company** | 6679-1363 | June 1, 1979 | June 1, 1980 |
| **AIU Insurance Company** | 75-100872 | June 1, 1979 | June 1, 1980 |
| **Allianz Insurance Company** | UMB599559 | June 1, 1979 | June 1, 1980 |
| **Fireman's Fund Insurance Company** | XLX1393749 | June 1, 1979 | June 1, 1980 |
| **Employers Mutual Casualty Company** | MMO71462 | June 1, 1980 | June 1, 1981 |
| **London market insurers** | WM22007 & UMH0287 | June 1, 1980 | June 1, 1981 |
| **Lexington Insurance Company** | 5512643 | June 1, 1980 | June 1, 1981 |
| **Employers Mutual Casualty Company** | MMO71463 | June 1, 1980 | June 1, 1981 |
| **International Surplus Lines Insurance Company** | XSI6996 | June 1, 1980 | June 1, 1981 |
| **London market insurers** | WM23004 & UMH0288 | June 1, 1980 | June 1, 1981 |
| **Employers Mutual Casualty Company** | MMO71464 | June 1, 1980 | June 1, 1981 |
| **Landmark Insurance Company** | FE40000337 | June 1, 1980 | June 1, 1981 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **International Surplus Lines Insurance Company** | XSI6997 | June 1, 1980 | June 1, 1981 |
| **London market insurers** | WM23006 & UMH0289 | June 1, 1980 | June 1, 1981 |
| **Central National Insurance Company of Omaha** | CNZ142075 | June 1, 1980 | June 1, 1981 |
| **Granite State Insurance Company** | 6680-2317 | June 1, 1980 | June 1, 1981 |
| **Union Indemnity Insurance Company** | UF1100193 | June 1, 1980 | June 1, 1981 |
| **Lexington Insurance Company** | 5512644 | June 1, 1980 | June 1, 1981 |
| **AIU Insurance Company** | 75-1010687 | June 1, 1980 | June 1, 1981 |
| **Travelers Indemnity Company** | TJEX121T880A80 | June 1, 1980 | June 1, 1981 |
| **Gibraltar Casualty Company** | GMX00619 | June 1, 1980 | June 1, 1981 |
| **First State Insurance Company** | 930527 | June 1, 1980 | June 1, 1981 |
| **Federal Insurance Company** | 81-79226248 | June 1, 1980 | June 1, 1981 |
| **Allianz Underwriters, Inc.** | AUX5200117 | June 1, 1980 | June 1, 1981 |
| **International Surplus Lines Insurance Company** | XSI6998 | June 1, 1980 | June 1, 1981 |
| **Integrity Insurance Company** | XL201671 | June 1, 1980 | June 1, 1981 |
| **Granite State Insurance Company** | 6680-2318 | June 1, 1980 | June 1, 1981 |
| **Birmingham Fire Insurance Company of Pennsylvania** | SE6073736 | June 1, 1980 | June 1, 1981 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | 1226464 | June 1, 1980 | June 1, 1981 |
| **Gibraltar Casualty Company** | GMX00620 | June 1, 1980 | June 1, 1981 |

| Insurer | Policy Number | Policy Start | Policy End |
|---------|---------------|--------------|------------|
| First State Insurance Company | 930625 | June 1, 1980 | June 1, 1981 |
| American Excess Insurance Company | EUL5074786 | June 1, 1980 | June 1, 1981 |
| Northbrook Excess and Surplus Insurance Company | 63006816 | June 1, 1980 | June 1, 1981 |
| Insurance Company of North America | XCP143852 | June 1, 1980 | June 1, 1981 |
| London Market | UMH0450 | September 19, 1980 | June 1, 1981 |
| London market insurers | WM23009 & WMBA400 | September 19, 1980 | June 1, 1981 |
| Midland Insurance Company | XL152834 | October 1, 1980 | June 1, 1981 |
| Protective National Insurance Company of Omaha | XUB18068-62 | October 1, 1980 | June 1, 1981 |
| International Surplus Lines Insurance Company | XSI7184 | October 1, 1980 | June 1, 1981 |
| First State Insurance Company | 931168 | October 1, 1980 | June 1, 1981 |
| Federal Insurance Company | 7922-6337 | October 1, 1980 | June 1, 1981 |
| American Excess Insurance Company | EUL5075361 | October 1, 1980 | June 1, 1981 |
| Lexington Insurance Company | 5512663 | October 1, 1980 | June 1, 1981 |
| International Surplus Lines Insurance Company | XSI7138 | October 1, 1980 | June 1, 1981 |
| London market insurers | WN30027 & UNH0204 | June 1, 1981 | June 1, 1982 |
| Lexington Insurance Company | 5512677 | June 1, 1981 | June 1, 1982 |
| International Insurance Company | 5220293553 | June 1, 1981 | June 1, 1982 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **London market insurers** | WN31008, UNH0205 & UNH0206 | June 1, 1981 | June 1, 1982 |
| **Lexington Insurance Company** | 5512682 | June 1, 1981 | June 1, 1982 |
| **International Insurance Company** | 522293562 | June 1, 1981 | June 1, 1982 |
| **London Market** | 551/UNH0207 | June 1, 1981 | June 1, 1982 |
| **London Market** | UNH0237 | June 1, 1981 | June 1, 1982 |
| **London market insurers** | WN31009 | June 1, 1981 | June 1, 1982 |
| **London market insurers** | WNBK300 | June 1, 1981 | June 1, 1982 |
| **London market insurers** | WN31018 | June 1, 1981 | June 1, 1982 |
| **Birmingham Fire Insurance Company of Pennsylvania** | SE6073846 | June 1, 1981 | June 1, 1982 |
| **Travelers Indemnity Company** | TJEX121T880A81 | June 1, 1981 | June 1, 1982 |
| **Granite State Insurance Company** | 6681-2667 | June 1, 1981 | June 1, 1982 |
| **Allianz Underwriters, Inc.** | AUX5200359 | June 1, 1981 | June 1, 1982 |
| **Integrity Insurance Company** | XL203241 | June 1, 1981 | June 1, 1982 |
| **Northbrook Excess and Surplus Insurance Company** | 63008-019 | June 1, 1981 | June 1, 1982 |
| **Insurance Company of North America** | XCP144061 | June 1, 1981 | June 1, 1982 |
| **Gibraltar Casualty Company** | GMX01234 | June 1, 1981 | June 1, 1982 |
| **First State Insurance Company** | 932421 | June 1, 1981 | June 1, 1982 |
| **Federal Insurance Company** | 8207922 6248 | June 1, 1981 | June 1, 1982 |
| **Employers Mutual Casualty Company** | MMO71831 | June 1, 1981 | June 1, 1982 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| International Insurance Company | 5220293571 | June 1, 1981 | June 1, 1982 |
| Midland Insurance Company | XL723954 | June 1, 1981 | June 1, 1982 |
| Protective National Insurance Company of Omaha | XUB1806914 | June 1, 1981 | June 1, 1982 |
| First State Insurance Company | 932422 | June 1, 1981 | June 1, 1982 |
| American Excess Insurance Company | EUL5081285 | June 1, 1981 | June 1, 1982 |
| Lexington Insurance Company | 5512678 | June 1, 1981 | June 1, 1982 |
| International Insurance Company | 5220293589 | June 1, 1981 | June 1, 1982 |
| London market insurers | UPH0171 | June 1, 1982 | June 1, 1983 |
| London market insurers | UPH0172 | June 1, 1982 | June 1, 1983 |
| London market insurers | UPH00336 | June 1, 1982 | June 1, 1983 |
| Lexington Insurance Company | 5523305 | June 1, 1982 | June 1, 1983 |
| International Insurance Company | 5220311256 | June 1, 1982 | June 1, 1983 |
| London market insurers | UPH0173 | June 1, 1982 | June 1, 1983 |
| Lexington Insurance Company | 5513306 | June 1, 1982 | June 1, 1983 |
| International Insurance Company | 5220311265 | June 1, 1982 | June 1, 1983 |
| London market insurers | UPH0337 & UPH0174 | June 1, 1982 | June 1, 1983 |
| International Insurance Company | 5220311274 | June 1, 1982 | June 1, 1983 |
| London market insurers | UPH0338 & UPH0175 | June 1, 1982 | June 1, 1983 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **Birmingham Fire Insurance Company of Pennsylvania** | SE6073951 | June 1, 1982 | June 1, 1983 |
| **Granite State Insurance Company** | 6682-3454 | June 1, 1982 | June 1, 1983 |
| **Allianz Underwriters, Inc.** | AUX5200755 | June 1, 1982 | June 1, 1983 |
| **Integrity Insurance Company** | XL204016 | June 1, 1982 | June 1, 1983 |
| **Northbrook Excess and Surplus Insurance Company** | 63008784 | June 1, 1982 | June 1, 1983 |
| **Insurance Company of North America** | XCP144433 | June 1, 1982 | June 1, 1983 |
| **Gibraltar Casualty Company** | GMX01702 | June 1, 1982 | June 1, 1983 |
| **First State Insurance Company** | 934444 | June 1, 1982 | June 1, 1983 |
| **Federal Insurance Company** | (83)7922-62-48 | June 1, 1982 | June 1, 1983 |
| **Employers Mutual Casualty Company** | MMO73174 | June 1, 1982 | June 1, 1983 |
| **International Insurance Company** | 5220311283 | June 1, 1982 | June 1, 1983 |
| **Midland Insurance Company** | XL724700 | June 1, 1982 | June 1, 1983 |
| **Protective National Insurance Company of Omaha** | XUB1807045 | June 1, 1982 | June 1, 1983 |
| **Northbrook Excess and Surplus Insurance Company** | 63008784 | June 1, 1982 | June 1, 1983 |
| **First State Insurance Company** | 934445 | June 1, 1982 | June 1, 1983 |
| **Lexington Insurance Company** | 5523307 | June 1, 1982 | June 1, 1983 |
| **International Insurance Company** | 5220311292 | June 1, 1982 | June 1, 1983 |
| **London market insurers** | UQH0180 | June 1, 1983 | June 1, 1984 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **London market insurers** | UQH0181, UQH0182 & UQH0186 | June 1, 1983 | June 1, 1984 |
| **Lexington Insurance Company** | 5523326 | June 1, 1983 | June 1, 1984 |
| **International Insurance Company** | 5220437094 | June 1, 1983 | June 1, 1984 |
| **Lexington Insurance Company** | 5523325 | June 1, 1983 | June 1, 1984 |
| **International Insurance Company** | 5220437103 | June 1, 1983 | June 1, 1984 |
| **London market insurers** | UQH0183 & UQH0187 | June 1, 1983 | June 1, 1984 |
| **International Insurance Company** | 5220437112 | June 1, 1983 | June 1, 1984 |
| **London market insurers** | UQH0188 & UQH0184 | June 1, 1983 | June 1, 1984 |
| **London market insurers** | UQH0185 & UQH0189 | June 1, 1983 | June 1, 1984 |
| **Birmingham Fire Insurance Company of Pennsylvania** | SE6074094 | June 1, 1983 | June 1, 1984 |
| **Granite State Insurance Company** | 6683-4116 | June 1, 1983 | June 1, 1984 |
| **Federal Insurance Company** | (84)7922-62-48 | June 1, 1983 | June 1, 1984 |
| **Allianz Underwriters, Inc.** | AUX5200953 | June 1, 1983 | June 1, 1984 |
| **Integrity Insurance Company** | XL207293 | June 1, 1983 | June 1, 1984 |
| **Insurance Company of North America** | XCP145342 | June 1, 1983 | June 1, 1984 |
| **First State Insurance Company** | 934636 | June 1, 1983 | June 1, 1984 |
| **Employers Mutual Casualty Company** | MMO73390 | June 1, 1983 | June 1, 1984 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| Gibraltar Casualty Company | GMX03540 | June 1, 1983 | June 1, 1984 |
| International Insurance Company | 5220437121 | June 1, 1983 | June 1, 1984 |
| Midland Insurance Company | XL739224 | June 1, 1983 | June 1, 1984 |
| Protective Mutual | XUB1807046 | June 1, 1983 | June 1, 1984 |
| Pine Top Insurance Company | XL700011 | June 1, 1983 | June 1, 1984 |
| Insurance Corporation of Ireland | XL7-13000-0 | June 1, 1983 | June 1, 1984 |
| Century Indemnity Company | CIZ425524 | June 1, 1983 | June 1, 1984 |
| Marine Office of America Corporation | EXH101628 | June 1, 1983 | June 1, 1984 |
| First State Insurance Company | 934674 | June 1, 1983 | June 1, 1984 |
| International Insurance Company | 5220437139 | June 1, 1983 | June 1, 1984 |
| Lexington Insurance Company | 5523331 | June 1, 1983 | June 1, 1984 |
| Zurich American Insurance Company | 8129701 | June 1, 1983 | June 1, 1984 |
| Century Indemnity Company | CIZ 425525 | August 17, 1983 | June 1, 1984 |
| Constitution State Insurance Company | CCA841F403A | August 17, 1983 | June 1, 1984 |
| Royal Insurance Company | RED102107 | June 1, 1983 | June 1, 1984 |
| Republic Insurance Company | CDE0769 | August 17, 1983 | June 1, 1984 |
| Home Insurance Company | HEC1203840 | August 17, 1983 | June 1, 1984 |
| London market insurers | URH0093 | June 1, 1984 | June 1, 1985 |
| London market insurers | URH0098 & URH0162 | June 1, 1984 | June 1, 1985 |
| Allianz Underwriters, Inc. | AUX5203031 | June 1, 1984 | June 1, 1985 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **International Surplus Lines Insurance Company** | 5220473841 | June 1, 1984 | June 1, 1985 |
| **London market insurers** | URH0097 & URH0161 | June 1, 1984 | June 1, 1985 |
| **International Insurance Company** | 5220473832 | June 1, 1984 | June 1, 1985 |
| **London market insurers** | URH0096 & URH0160 | June 1, 1984 | June 1, 1985 |
| **International Insurance Company** | 5220473823 | June 1, 1984 | June 1, 1985 |
| **International Insurance Company** | 5220473814 | June 1, 1984 | June 1, 1985 |
| **Integrity Insurance Company** | XL208526 | June 1, 1984 | June 1, 1985 |
| **Insurance Company of North America** | XCP144196 | June 1, 1984 | June 1, 1985 |
| **Granite State Insurance Company** | 6684-4895 | June 1, 1984 | June 1, 1985 |
| **Gibraltar Casualty Company** | GMX03711 | June 1, 1984 | June 1, 1985 |
| **First State Insurance Company** | EU002200 | June 1, 1984 | June 1, 1985 |
| **Federal Insurance Company** | 85-79226248 | June 1, 1984 | June 1, 1985 |
| **Allianz Underwriters, Inc.** | AUX5203031 | June 1, 1984 | June 1, 1985 |
| **Republic Insurance Company** | CDE 1159 | June 1, 1984 | June 1, 1985 |
| **Employers Mutual Casualty Company** | MMMW 72162 | June 1, 1984 | June 1, 1985 |
| **Fidelity & Casualty Company** | LX 215 62 42 | June 1, 1984 | June 1, 1985 |
| **London Guarantee & Accident Company of New York** | LX 211 07 93 | June 1, 1984 | June 1, 1985 |

| Insurer | Policy Number | Policy Start | Policy End |
|---|---|---|---|
| **Birmingham Fire Insurance Company of Pennsylvania** | SE607 4337 | June 1, 1984 | June 1, 1985 |
| **London Market Insurers** | URH0094 | June 1, 1984 | June 1, 1985 |
| **London Market Insurers** | URH0095 | June 1, 1984 | June 1, 1985 |
| **London Market Insurers** | URH0159 | June 1, 1984 | June 1, 1985 |
| **Old Republic Insurance Company** | ZC46316 | July 1, 1985 | July 1, 1986 |
| **Lexington Insurance Company** | USA 0370 | July 1, 1985 | July 1, 1986 |
| **London Market** | USA 0371 | July 1, 1985 | July 1, 1986 |
| **Old Republic Insurance Company** | ZC46784 | July 1, 1986 | July 1, 1987 |
| **Lexington Insurance Company** | 5572150 | November 26, 1986 | July 1, 1987 |
| **Old Republic Insurance Company** | ZZ50105 | July 1, 1987 | July 1, 1988 |
| **Lexington Insurance Company** | 5521451 | July 1, 1987 | July 1, 1988 |
| **Lexington Insurance Company** | 5521482 | July 1, 1988 | July 1, 1989 |
| **Lexington Insurance Company** | 8641274 | July 1, 1988 | July 1, 1989 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | RMGLCM 459-69-51 | July 1, 1989 | July 1, 1990 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | RMGLCM 460-02-64 | July 1, 1989 | July 1, 1990 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | RMGL 459-69-50 | July 1, 1989 | July 1, 1990 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | GLA 459-69-56 | July 1, 1989 | July 1, 1990 |
| **Lexington Insurance Company** | 556-7598 | July 1, 1989 | July 1, 1990 |
| **XL Insurance Company** | XLUMB-00592 | July 1, 1989 | July 1, 1999 |

| Insurer | Policy Number | Policy Start | Policy End |
|---------|---------------|--------------|------------|
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | CLM 308-33-90 | July 1, 1991 | July 1, 1992 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | RMGLCM 325-28-26 | July 1, 1991 | July 1, 1992 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | RMGL 325-28-27 | July 1, 1991 | July 1, 1992 |
| **National Union Fire Insurance Company of Pittsburgh, Pa.** | RMGL 325-28-28 | July 1, 1991 | July 1, 1992 |

## SCHEDULE X

XL Corporate Parties

- XL Insurance America, Inc.
- Greenwich Insurance Company
- XL Specialty Insurance Company
- X.L. America, Inc.

## SCHEDULE XI

XL Policies

| Issuing Insurer | Policy No. | Policy Period |
|---|---|---|
| XL Insurance America, Inc. | US00006616LI11A | 1/1/2011-1/1/2012 |
| XL Insurance America, Inc. | US00006617LI11A | 1/1/2011-1/1/2012 |
| XL Insurance America, Inc. | US00006616LI12A | 1/1/2012-1/1/2013 |
| XL Insurance America, Inc. | US00006617LI12A | 1/1/2012-1/1/2013 |
| XL Insurance America, Inc. | US00006616LI13A | 1/1/2013-1/1/2014 |
| XL Insurance America, Inc. | US00006617LI13A | 1/1/2013-1/1/2014 |
| XL Insurance America, Inc. | US00006616LI14A | 1/1/2014-1/1/2015 |
| XL Insurance America, Inc. | US00006617LI14A | 1/1/2014-1/1/2015 |